IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD JEWELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 97-408E |
| v. | ) | |
| | ) | Judge McLaughlin |
| ALBERTO GONZALES, et al., | ) | Magistrate Judge Baxter |
| | ) | |
| Defendants. | ) | *(Electronic Filing)* |

**NOTICE OF ENTRY OF APPEARANCE**

TO: Clerk of Court
United States District Court
Western District of Pennsylvania

And now comes Christy C. Wiegand, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters her appearance as co-counsel for Defendants in the above-captioned case, in order to ensure that she receives electronic notice of all documents filed in this proceeding.

Please also remove Assistant United States Attorneys Laura S. Irwin and Tina O. Miller as counsel in the above-captioned case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Christy C. Wiegand
CHRISTY C. WIEGAND
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7452

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within NOTICE OF APPEARANCE was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

>Jere Krakoff, Esquire
>429 Forbes Avenue
>1705 Allegheny Building
>Pittsburgh, PA 15219
>
>Vincent A. Garvey, Esquire
>Marsha Edney, Esquire
>Civil Division
>U.S. Department of Justice
>901 E Street, N.W., Room 938
>Washington, DC 20530

>/s/ Christy C. Wiegand
>CHRISTY C. WIEGAND
>Assistant U.S. Attorney

Dated: July 14, 2005