**CERTIFICATE OF SERVICE**

     I hereby certify that on July 21, 2005 a copy of the foregoing memorandum of law was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties listed below have access to this filing through the Court's System:

Marsha Edney, Esquire
Civil Division
U.S. Department of Justice
901 E Street, NW, Room 938
Washington, DC  20530
marsha.edney@usdoj.gov

                                               /s/ Jere Krakoff
                                               Jere Krakoff