**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


RICHARD JEWELL, et al,

Plaintiff,

v.

ALBERTO GONZALEZ, et al,

Defendants.


**PLAINTIFFS' EXHIBIT APPENDIX**


C.A.  97-408 Erie

Judge McLaughlin
Magistrate Judge Baxter


Jere Krakoff
PA I.D. No. 13701
1705 Allegheny Building
Pittsburgh, PA 15219
(412) 338-1445

Dated:  July 21, 2005                          Attorney for Plaintiffs