U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

OPI     : EDUCATION
Number  : 5370.6
Date    : September 16, 1986
Subject : INMATE RECREATION PROGRAMS

EFFECTIVE DATE: October 27, 1986

1. **[PURPOSE AND SCOPE §544.30:** The Bureau of Prisons encourages inmates to make constructive use of leisure time and offers movies, sports, social activities, arts and hobbycrafts, and other group and individual activities.**]**

Recreation programs in the Federal Bureau of Prisons are intended to help reduce idleness and to keep inmates constructively occupied; to reduce personal stress and institution tension; to increase physical fitness and positive life styles both in prison and after release; and to contribute to personal and institution stability through maximum participation in formal and informal programs.

2. DIRECTIVES AFFECTED:

   a. Directives Rescinded:

      P.S. 5370.5 Recreation Programs - Inmates, Administration Guidelines.

   b. Directives Referenced:

      P.S. 4500.2, Chapter 4510 - Trust Fund Management Manual.
      P.S. 5300.12 - Education, Training, and Leisure-time Program Standard.

   c. Rules cited in this Program Statement are contained in 28 CFR 544.30-34 and 28 CFR 544.81.

3. STANDARDS REFERENCED:

Commission on Accreditation for Corrections Standards for Adult Correctional Institutions (2nd Edition):  2-4452, 2-4456, 2-4457, and 2-4459.

4. **[DEFINITIONS §544.31:**

   a. **Leisure Activities** - are a wide range of activities in which inmates may participate when not performing assigned duties. Leisure activities include participation in organized and informal sports, physical fitness, table games, hobbycrafts, music programs, intramural activities, social and cultural organizations, movies and stage shows. Religious activities, psychological services, and education classes are not included within this definition.

   b. **Organized Activities** - are those activities accounted for by registration or roster of individual participants.

   c. **Art Work** - includes all paintings and sketches rendered in any of the usual media (oils, pastels, crayons, pencils, inks, and charcoal).**]**

[Bracketed Bold - Rules]

PLAINTIFF'S EXHIBIT 1

1

PAGE 2
5370.6
September 16, 1986

[d. **Hobbycraft Activities** - include leatherwork, models, clay, mosaics, crochet, knitting, sculptures, woodworking, lapidary, and other forms consistent with institution guidelines.

5. GOALS §544.32: The Warden is to insure, to the extent possible, that leisure activities are provided to meet social, physical, and psychological needs of inmates.

 a. Leisure activities are designed to attract inmate participation regardless of ethnic, racial, age, or sex difference, or handicap considerations, and to enhance the potential for post-release involvement.

 b. Leisure activities are designed to ensure that an inmate with the need and desire has the opportunity to complete one or more activities (see 28 CFR 544.81).]

Leisure-time goals and objectives are included in annual institution plans. In addition, recreation supervisors are involved in key institution meetings, as appropriate, to communicate with all departments.

6. RECREATION/LEISURE-TIME RESPONSIBILITIES:

 a. The Recreation Supervisor in consultation with the Supervisor of Education will:

 (1) Develop a general plan of action to identify those inmates who are not participating in recreational activities and to identify programs to be initiated to encourage them to participate in some activity. The Recreation Supervisor's plan of action will include structured and organized recreational activities.

 (2) Coordinate with the Unit Management Staff the unit and institution recreation activities.

 (3) Make a presentation to the admission and orientation inmates which includes encouragement to participate in physical and/or leisure-time activities.

 (4) Submit a proposed monthly schedule to the Supervisor of Education which may be published for inmate use if appropriate. In addition, submit a one page report to the Supervisor of Education each month which indicates the types of programs available and the level of participation.

 (5) Be responsible for preparation of the recreation budget and maintenance of records of expenditures from Cost Center 313.

 (6) Use contracts to assist and/or expand recreation programs if the budget permits.

 (7) Review the recreational items which inmates can purchase through the

2

PAGE 3
5370.6
September 16, 1986

commissary. If the security level and institution criteria are not compromised, an expansion of these items will be considered.

    (8) Serve as a consultant to Federal Bureau of Prisons staff regarding inmate physical fitness and related areas.

    b. The Supervisor of Education will review with the appropriate Associate Warden, the possibility of correctional coverage of unstructured activities (i.e. yard, gym) and for coverage during leave periods to maintain programs and activities.

    c. The Supervisor of Education will work closely with the institution Business Manager to seek maximum support from commissary in providing for inmate direct and special order purchase of recreation items.

7. [MOVIES §544.33: The Warden or designee may approve the showing of movies at the institution. X-rated movies are not permitted. Where the institution receives premium movie channels through cable television subscription, regular movie rentals ordinarily will be limited to special events or holidays.]

This selection authority may not be delegated below the level of the Supervisor of Education. Movies will be disapproved when the Warden determines that showing/viewing them would pose a threat to the security or good order of the institution.

8. [ART AND HOBBYCRAFT §544.34:

    a. An inmate engaged in art or hobbycraft activities may obtain materials through:

        (1) The institution art program (if one exists);

        (2) The commissary sales unit;

        (3) Special purchase commissary orders, if the sales unit is unable to stock a sufficient amount of the needed materials; or

        (4) Other sources approved by the Warden.

    b. Each inmate shall identify art or hobbycraft materials by showing the inmate's name and register number on the reverse side of the item.

    c. Completed or abandoned art or hobbycraft articles may be disposed of in the following manner:

        (1) Upon approval of the Warden, by giving the item to an authorized visitor;]

The quantity of items will be determined by the Warden.

        [(2) By mailing the item to a verified relative or approved visitor at the inmate's expense.]

3

PAGE 4
5370.6
September 16, 1986

[(3) By selling through an institution art and hobbycraft sales program, if one exists, after the institution price committee has determined the sale price.]

Prices are determined in compliance with provisions of the Trust Fund Management Manual, P.S. 4500.2, Chapter 4510, Page 1-3.

[(4) Other methods established by the Warden.

d. Restrictions: Art and hobbycraft programs are intended for the personal enjoyment of an inmate and as an opportunity to learn a new leisure skill. They are not for the mass production of art and hobbycraft items by artists or to provide a means of supplementing an inmate's income.

(1) The Warden may restrict, for reasons of security and housekeeping, the size of inmate paintings. Paintings mailed out of the institution must conform to both institution guidelines and postal regulations. If an inmate's art work or hobbycraft is on public display, the Warden may restrict the content of the work in accordance with community standards of decency.

(2) The Warden may set limits, in compliance with commissary guidelines, on the amount of money an inmate may spend on art or hobbycraft materials.

(3) The Warden may restrict for reasons of security, fire safety, and housekeeping, the use or possession of art and hobbycraft items or materials.]

In order to reduce fire hazards and to conserve space, art and hobbycraft items that are not disposed of in any of the listed ways are subject to removal and disposal at the discretion of an institution's administration.

[(4) The Warden may limit hobbycraft projects in the cell/living areas to those which can be contained/stored in designated personal property containers. Exceptions may be made for such items as a painting where the size would prohibit placement in a locker. Hobbycraft items must be removed from the living area when completed.

(5) The Warden shall require the inmate to mail completed hobbycraft articles out of the institution at the inmate's expense, or to give them to an authorized visitor within 30 days of completion, or to dispose of them through approved sales. However, articles offered for sale must be sold within 90 days of completion, or must be given to an authorized visitor or mailed out of the institution at the inmate's expense.

(6) Where space and equipment are limited and demand is high, the Warden may set limits on the amount of time an inmate may use a hobbycraft facility, e.g. the Warden may limit an inmate's use of a ceramics classroom to six months to make room for new students.]

NORMAN A. CARLSON
Director

4