

**U.S. Department of Justice**
Federal Bureau of Prisons

# Program Statement

**OPI:** FPI
**NUMBER:** 5370.08
**DATE:** June 13, 1994
**SUBJECT:** Recreation Programs, Inmate

1. **[PURPOSE AND SCOPE §544.30. The Bureau of Prisons encourages inmates to make constructive use of leisure time and offers movies, games, sports, social activities, arts and hobbycrafts, wellness and other group and individual activities.]**

Recreation programs in the Federal Bureau of Prisons are intended to help reduce idleness and to keep inmates constructively occupied; to promote wellness as a personal goal for all inmates; to reduce personal stress and institution tension; to increase physical fitness, goal attainment, and positive life styles, both in prison and after release; and to contribute to personal and institution stability through maximum participation in formal and informal programs.

2. DIRECTIVES AFFECTED

  a. Directive Rescinded

    P.S. 5370.07    Inmate Recreation Programs (12/16/93)

  b. Directives Referenced

    P.S. 1600.06    Occupational Safety and Environmental Health Manual (02/25/92)
    P.S. 4500.03    Trust Fund Management Manual, Chapter 4510 (04/04/89)
    P.S. 5300.15    Education, Training, and Leisure-Time Program Standards (12/15/93)
    P.S. 5381.03    Inmate Organizations (05/31/83)

  c. Rules cited in this Program Statement are contained in 28 CFR 544.30-35.

  d. Rules referenced in this Program Statement are contained in 28 CFR 544.81.

PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT

2

**[Bracketed Bold - Rules]**
Regular Type - Implementing Information

P.S. 5370.08
June 13, 1994
Page 2

3.  STANDARDS REFERENCED

   a.  American Correctional Association Foundation/Core Standards for Adult Correctional Institutions (April 1989): FC2-4096.

   b.  American Correctional Association Certifiable Standards for Adult Correctional Institutions (April 1989): C2-4242 and C2-4243.

   c.  American Correctional Association, 3rd Edition Standards, Adult Correctional Institutions: 3-4423, 3-4424, 3-4425, 3-4426, 3-4427, and 3-4428.

4.  [**DEFINITIONS §544.31.**

   **a.  Leisure activities are a wide range of activities in which inmates may participate when not performing assigned duties. Leisure activities include participation in organized and informal games, sports, physical fitness, table games, hobbycrafts, music programs, intramural activities, social and cultural organizations, movies, and stage shows. Religious activities, psychological services, and education classes are not included within this definition, except when they are used specifically to encourage knowledge, skills and attitudes related to leisure activity involvement.**

   **b.  Organized activities are those activities accounted for by registration or roster of individual participants, and occur at a scheduled time and place.**

   **c.  Art work includes all paintings and sketches rendered in any of the usual media (oils, pastels, crayons, pencils, inks, and charcoal).**

   **d.  Hobbycraft activities include ceramics, leatherwork, models, clay, mosaics, crochet, knitting, sculptures, woodworking, lapidary, and other forms consistent with institution guidelines.**

   **e.  Inmate wellness program activities include screening, assessments, goal setting, fitness/nutrition prescriptions and counseling.]**

   f.  At-risk inmates are those inmates who are reluctant to participate in recreational activities because of one or more of the following conditions:  overweight; negative attitude to any physical fitness or exercise programs; mentally, physically or emotionally handicapped; and other physical or psychological health problems.

3

5.  [GOALS §544.32.  The Warden is to ensure, to the extent
possible, that leisure activities are provided to meet social,
physical, psychological and overall wellness needs of inmates.

4

P.S. 5370.08
June 13, 1994
Page 3

**a.  Leisure activities are designed to attract inmate participation regardless of ethnic, racial, age, or sex difference, or handicap considerations, and to enhance the potential for post-release involvement.**

**b. Leisure activities are designed to ensure that an inmate with the need has the opportunity to complete one or more activities (see 28 CFR 544.81).]**

28 CFR 544.81 is contained in the Program Statement on Education, Training and Leisure Time Program Standards.

Leisure-time goals and objectives are included in annual institution plans.  In addition, Recreation Supervisors are involved in key institution meetings, as appropriate, to communicate with all departments.

6.  <u>RECREATION/LEISURE-TIME RESPONSIBILITIES</u>

a.  The Recreation Supervisor, in consultation with the Supervisor of Education, shall:

(1)  Develop a monthly activity schedule which may be published for inmate use if appropriate, and, submit a monthly report to the Supervisor of Education indicating the level of participation in the previous month's activities.

(2)  Develop presentations for the admission and orientation program which encourage participation in physical and/or leisure activities; and information concerning the available leisure-time activities.

(3)  Assist in the preparation of the recreation budget and maintenance of records of expenditures from Cost Center 313.

(4)  Coordinate the unit and institution recreation activities with the Unit Management Staff.  Unit managers shall develop recreation/leisure-time plans for their units, including space and staff allocations, unless special population considerations preclude a viable recreation program.

(5)  Develop a general plan of action to identify:

(a)  those "at-risk" inmates, who are not participating in recreational activities, and

(b)  programs that encourage participation in some structured, unstructured or spectator activities.

The Recreation Supervisor's plan of action shall include unstructured and structured recreational activities.  The

5

Recreation Supervisor may coordinate efforts with health
servicesor psychological services in the development of these

P.S. 5370.08
June 13, 1994
Page 4

programs.  Also, the Recreation Supervisor shall develop a formal
or informal means of leisure-time counseling to meet the needs of
"at-risk" inmates.

(6)  Use contract recreation staff to assist and/or expand
recreation programs, as the budget permits.

(7)  Serve as a consultant to Bureau of Prisons staff
regarding inmate ·and staff physical fitness, wellness and related
areas, when assigned this responsibility.

(8)  Develop guidelines for protective equipment and
clothing and procedures to disseminate and enforce these
guidelines.

b.  The institution Controller will develop a procedure to
efficiently provide for inmate special order purchases of
recreation items.  Special Purpose Orders (SPOs) should be
delivered no later than six weeks from the receipt of the order
by the business office, or sooner whenever possible.

7.  **MOVIES §544.33.  If there is a program to show movies, the
Supervisor of Education shall ensure that X-rated movies are not
shown.]**

The Supervisor of Education or his/her designee, not below the
GS-9 level, should exercise good judgement when selecting video
movie rentals.

The use of videotapes in public performances without a licensing
agreement is prohibited.  The Supervisor of Education shall
strictly enforce all videotape copyright and licensing
requirements.

Institutions are not to use Salaries and Expenses (S&E)
appropriations or any other government funds for the purchase of
premium movie channels, video licenses, or video rentals.
However, S&E funds may be used to fund basic cable television
service.

The Trust Fund will provide an allotment under Decision Unit 2
(Trust Fund Profit Sharing) to each Region which will be equal to
the number of institutions times $2,500.  This allotment can be
used to purchase a single premium cable television channel or a
video license and associated movie rentals.  The sum of the costs
for premium cable television channels, video licenses and video
rentals should be charged to accounting code X4-2-323-536-CMS,
sub-object 2599 (other services), and cannot exceed the total
Regional Allotment for the year.

The Trust Fund appropriations may not be used to fund basic

7

television cable service.  At the Warden's discretion, an
additional movie channel or a video license and rentals may be

P.S. 5370.08
June 13, 1994
Page 5

purchased with inmate organization funds.  All purchases by this method must follow procedures as outlined in the Program Statement on Inmate Organizations.

8.  [**INMATE RUNNING EVENTS** §544.34.  **Running events will ordinarily not exceed 10 kilometers or 6.2 miles.  Appropriate medical staff and fluid supplies (e.g., water) should be available for all inmate running events.]**

9.  [**ART AND HOBBYCRAFT** §544.35

   a.  An inmate engaged in art or hobbycraft activities may obtain materials through:

      (1)  The institution art program (if one exists);

      (2)  The commissary sales unit;

      (3)  Special purchase commissary orders, if the sales unit is unable to stock a sufficient amount of the needed materials; or

      (4)  Other sources approved by the Warden.

   b.  Each inmate shall identify completed art or hobbycraft products by showing the inmate's name and register number on the reverse side of the item.

   c.  Completed or abandoned art or hobbycraft articles must be disposed of in one of the following ways:

      (1)  Upon approval of the Warden, by giving the item to an authorized visitor.  The quantity of items will be determined by the Warden.

      (2)  By mailing the item to a verified relative or approved visitor at the inmate's expense.

      (3)  By selling, through an institution art and hobbycraft sales program, if one exists, after the institution price committee has determined the sale price.]

   Prices are determined in compliance with provisions of the Trust Fund Management Manual, Chapter 4510.

   [**(4) Other methods established by the Warden.**]

   In order to reduce fire hazards and to conserve space, art and hobbycraft items that are not disposed of in any of the

9

listed ways are subject to removal and disposal at the discretion
of an institution's administration.

10

P.S. 5370.08
June 13, 1994
Page 6

[d. <u>Restrictions</u>.  Art and hobbycraft programs are intended
for the personal enjoyment of an inmate and as an opportunity to
learn a new leisure skill.  They are not for the mass production
of art and hobbycraft items by artists or to provide a means of
supplementing an inmate's income.

(1)  The Warden may restrict, for reasons of security and
housekeeping, the size and quantity of all products made in the
art and hobbycraft program.  Paintings mailed out of the
institution must conform to both institution guidelines and
postal regulations.  If an inmate's art work or hobbycraft is on
public display, the Warden may restrict the content of the work
in accordance with community standards of decency.]

The Warden should consult with regional counsel prior to
restricting the public display of inmate art work or hobbycraft
to ensure that appropriate legal standards are applied and met.

[(2)  The Warden may set limits, in compliance with
commissary guidelines, on the amount of money an inmate may spend
on art or hobbycraft items or materials.

(3)  The Warden may restrict for reasons of security, fire
safety, and housekeeping, the use or possession of art and
hobbycraft items or materials.]

See Section 9.c. of this Program Statement for methods of
disposal.

[(4)  Appropriate hobbycraft activities shall be encouraged
in the inmate living areas.  However, the Warden may limit
hobbycraft projects in the cell/living areas to those which can
be contained/stored in provided personal property containers.
Exceptions may be made for such items as a painting where the
size would prohibit placement in a locker.  Hobbycraft items must
be removed from the living area when completed unless they are
approved as personal property.

(5)  The Warden shall require the inmate to mail completed
hobbycraft articles out of the institution at the inmate's
expense, or to give them to an authorized visitor within 30 days
of completion, or to dispose of them through approved sales.
However, articles offered for sale must be sold within 90 days of
completion, or must be given to an authorized visitor or mailed
out of the institution at the inmate's expense.]

The Recreation Supervisor is responsible for developing a
record keeping system to control on-going and completed projects.

11

P.S. 5370.08
June 13, 1994
Page 7

    **[(6)  Where space and equipment are limited and demand is
high, the Warden may set limits on the amount of time an inmate
may use a hobbycraft facility, e.g., the Warden may limit an
inmate's use of any workshop or classroom to six months to make
room for new students.  Hobbycraft participants may be rotated to
allow for maximum utilization of the resources.**

    **(7)  Disciplinary action may be taken against inmates found
with unauthorized hobbycraft materials in their possession.  This
action may include the removal of the inmate from the hobbycraft
program.]**

    (8)  Material Safety Data Sheets (MSDS) shall be maintained
for all toxic, flammable and caustic materials.  It is the
Supervisor of Education's responsibility to ensure that the MSDS
are completed and available for all staff and inmates and that
relevant safety talks are provided to all persons involved with
the hazardous leisure-time materials consistent with the
Occupational Safety and Environmental Health Manual.

    All hazardous materials will be stored and disposed of in
accordance with OSHA regulations, and inventoried regularly with
an effective bin card system.

                     \s\
                  Kathleen M. Hawk
                  Director

12