

U.S. Department of Justice

**Federal Bureau of Prisons**

*Federal Correctional Institution McKean*

Bradford, Pennsylvania 16701-0950

Number : MCK     5370.08

Date    : September 15, 1997

Subject :    Inmate Recreation Programs

# Institution Supplement

1. **PURPOSE:** The Bureau of Prisons encourages inmates to make constructive use of leisure time and offers movies, sports, social activities, arts and hobbycrafts at the Federal Correctional Institution (FCI), and Federal Prison Camp (FPC), McKean, Pennsylvania.

2. **DIRECTIVES AFFECTED:**

   a. Directives Referenced:
   P.S. 5370.08, Recreation Programs, Inmate
   I.S. 5580.05, Personal Property, Inmate

   b. Directives Rescinded:
   I.S. 5370.08, Inmate Recreation Programs, dated December 27, 1995

3. **PROGRAM RESPONSIBILITY:** All recreation programs are under the general supervision of the supervisor of education and under the direct supervision of the supervisor of recreation. The recreation supervisor will participate in the institution's admission and orientation program as a means of providing guidelines and assistance for those inmates who demonstrate a need for a particular recreational activity program.

4. **RECREATION/LEISURE TIME ACTIVITIES:**

   a. The recreation supervisor will prepare schedules of available recreational activities.

   b. Tournament, league and intramural activities will be scheduled throughout the year. Special tournaments and activities will be provided on holidays.

   c. Inmates using the recreation areas must observe all rules and regulations that are posted, listed by policy, or issued by the recreation staff.

---

DISTRIBUTION:
| | | |
|---|---|---|
| Master File | Camp Administrator | AFGE Local |
| Associate Wardens | Superintendent of Industries | Department Heads |


PLAINTIFF'S EXHIBIT 10

5. **HEALTH PROMOTION/DISEASE PREVENTION PROGRAM:** Classes are offered to the general inmate population that promote the concept of personal well-being, thus encouraging inmate responsibility. This program also focuses on inmates who do not participate in recreational activities due to health related problems. These inmates are classified as "at-risk" inmates. "At-risk" inmates are identified through unit initial reviews, staff referrals and inmate surveys. Once an inmate is identified as "at-risk" he is interviewed by a recreation staff member, counseled and encouraged to participate.

6. **MUSIC PROGRAM:** Procedures for checking-out instruments can be obtained from the recreation department. Individuals using the equipment must demonstrate knowledge and skill on the instrument to recreation staff.

7. **MOVIES:** Movies are shown each weekend. Only contracted movies rated PG-13, PG, G and airline edited will be shown.

8. **INMATE RECREATION ASSISTANT PROGRAM:** Inmates may serve as sporting officials through various clinics/workshops sponsored periodically by the recreation department. Upon completion of each clinic/workshop, a test will be administered to ensure proper training. Additionally, inmate recreation assistants must possess good judgement, be in good physical condition, and be able to interpret the rules and regulations.

9. **ART AND HOBBYCRAFT PROGRAMS:** These programs are intended for the personal enjoyment of inmates and as an opportunity to learn a new leisure skill. The programs are not for the mass production of art and hobbycraft items by artists, or as a means of supplementing an inmate's income. Inmates will be assigned lockers for the storage of hobbycraft items and staff will not assume responsibility for any hobbycraft items lost or damaged while in these lockers. Where space is limited and demand is high, a limit may be set on the amount of time an inmate may use a hobbycraft facility. An inmate may not give, lend or sell any hobbycraft items to another inmate. The hobbycraft area is open daily from 7:30 a.m. to 8:30 p.m.

   a. Participation in Hobbycraft: Participation in hobbycraft activities is through enrollment only. Requests will be submitted to the hobbycraft specialist via form BP-148(70), "Inmate Request to Staff Member", with the area of interest noted. An inmate can only be enrolled in one program at a time. Once enrolled in a given area, an inmate may not switch unless he is already on a waiting list for a new area requested and a position is open in the requested area. Enrollments will be restricted to available storage space or lockers. Although enrollments are voluntary, assigned inmates are expected

2

to attend on a regular basis. A set of rules and procedures governing the use of the hobbycraft shop will be posted in the hobbycraft center. There will be routine inspections of all lockers. Failure to maintain the lockers neatly and orderly will result in removal from the hobbycraft program. Inmates will be required to sign a copy of the rules upon enrollment indicating that they have read and understand them (Attachment A).

b. Purchasing Limitations: Special purpose orders may not exceed $250.00 per month. All requests for the purchase of hobbycraft supplies will be approved by the recreation department and purchased through the SPO Program. Only approved items may be purchased (Attachment B).

c. Size and Number of Pictures: Inmates are encouraged to paint small pictures to facilitate mailing and shipping requirements. In no case will an inmate paint a picture that is larger than 18" x 24". An inmate will be limited to three pictures in his possession at any given time. No obscene or lewd paintings and drawings are permitted. Drawings on sketch pads will be counted as only one article as long as all drawings are retained in the pad.

d. Disposal of Art Work: All art work is to be disposed of through the recreation department for accountability and control. This includes all work done in the housing units.

e. Hobbycraft Programs: Leather, acrylic painting and ceramic material may only be worked on in the hobbycraft area. Items such as a knife or gun sheaves, model guns, power driven models or other similar items will be considered contraband and disciplinary action will be taken.

f. Restrictions:

(1) An inmate will be limited to three (3) hobbycraft items in his possession.

(2) Each inmate shall identify art or hobbycraft materials by showing the inmate's name and register number on the reverse side of the item. The back of all art work must not be covered.

10. **MATERIAL IN THE HOUSING UNITS**:

a. In order to provide the inmate population with increased recreational opportunities, certain hobbycraft activities and items will be authorized in the inmate quarters by the recreation supervisor and unit manager. Permitted activities are as follows:

Knitting and Crocheting: Plastic needles only. One project in progress. Maximum size of loom 18" x 24". No more than fifteen (15) skeins of yarn are allowed in an inmate's possession at any one time. All knitting and crocheting supplies must be stored in the locker.

Sketching: Limited to one project in progress. Maximum drawing surface and tripod easel to be 18" x 24". Chalks, sketching pencils and watercolors are permissible. All drawings and supplies will be stored in the locker.

Purchase of hobbycraft materials will occur through the recreation department and in accordance with policy. All hobbycraft materials will be randomly searched by staff. Safety and housekeeping concerns require all hobbycraft materials to be neatly stored and/or secured when not in use. Finished projects will not be allowed to accumulate and must be disposed of in accordance with policy.

Hobbycraft materials identified as a threat to security will be confiscated. Unit staff may directly dispose of hobbycraft materials if they become excessive or hazardous. <u>Paints, ceramics and leather items are not allowed in the housing units.</u>

b. Release or Transfer: When an inmate is released or transferred, he will be permitted to take any project with him, provided proof of ownership has been established through the recreation supervisor or from the Inmate Personal Property Form 40.

11. **DISPOSITION:** All hobbycraft items must be disposed of within 30 days following completion. The inmate must provide proof of ownership and completed Form 17, Request Authorization to Mail Inmate Package. Recreation staff will inspect, supervise wrapping, and weigh the package. The inmate will affix the required amount of postage stamps. The package will be retained until delivery is made to the mail room by recreation staff.

Hobbycraft items will be mailed only to those names on the inmate's approved visiting list. The names submitted by the inmate will be verified by recreation staff prior to delivering the package to the mail room.

12. **OPI:** Recreation

_____
John E. Hahn, Warden