# List of R-Rated Movies Not Available in Edited Format through Swank Motion Pictures

1. ...And Justice for All
2. 21 Grams
3. About Schmidt
4. Adaptation
5. Affliction
6. Air Force One
7. Alien
8. Aliens
9. All About my Mother (Todo Sobre Mi Madre)
10. All the President's Men
11. Amelie (Fabuleux destin d'Amélie Poulain, Le)
12. American Buffalo
13. American Gigolo
14. American Splendor
15. Amistad
16. Amores perros
17. Angela's Ashes
18. Animal House
19. Apocalypse Now
20. Barbarian Invasions, The (Invasions Barbares, Les)
21. BASEketball
22. Being John Malkovich
23. Birdy
24. Black Hawk Down
25. Blade Runner
26. Blair Witch Project, The

27 Blazing Saddles
28 Blood Simple
29 Blue Velvet
30 Boiler Room
31 Bonfire of the Vanities, The
32 Boot, Das
33 Born Into Brothels: Calcutta's Red Light Kids
34 Bowling for Columbine
35 Braveheart
36 Brazil
37 Breaking the Waves
38 Broadcast News
39 Bullets Over Broadway
40 Bulworth
41 Butterfly (Lengua de las Mariposas, La)
42 Caddyshack
43 Carrie
44 Catch-22 (1970)
45 Chinatown
46 City of God (Cidade de Deus)
47 Clerks
48 Cobb
49 Coming Home
50 Cotton Club, The
51 Crash
52 Crossing Guard, The
53 Deer Hunter
54 Deliverance

55 Die Hard
56 Die Hard 2
57 Die Hard: With a Vengeance
58 Diner
59 Dogma
60 Dogville
61 Donnie Darko
62 Downfall (Untergang, Der)
63 Easy Rider
64 Ed Wood
65 End of the Affair
66 English Patient, The
67 Europa
68 Europa Europa
69 Exorcist, The
70 Experiment, The (Experiment, Das) (2001)
71 Fahrenheit 9/11
72 Fanny and Alexander (Fanny och Alexander)
73 Fast Times at Ridgemont High
74 Festen
75 Five Easy Pieces
76 Fly, The (1986)
77 For a Few Dollars More (Per qualche dollaro in più)
78 French Connection, The
79 Full Metal Jacket
80 Full Monty, The
81 Garden State
82 Ghost World

83  Gladiator
84  Glenngary Glenn Ross
85  Godfather: Part II, The
86  Good, the Bad, and the Ugly, The (Buono, il brutto, il cattivo, Il)
87  Grey Zone, The
88  Harder They Come
89  History of the World: Part I
90  Hotel Rwanda
91  Imagine: John Lennon
92  Interview with the Vampire: The Vampire Chronicles
93  Jerk, The
94  Killing Fields, The
95  Last Temptation of Christ, The
96  Léon
97  Life of Brian
98  Longest Yard, The (1974)
99  Lord of the Flies (1990)
100 M*A*S*H
101 Magnolia
102 Man on Fire (2004)
103 Manhattan
104 Marathon Man
105 Maria Full of Grace
106 Memento (2000)
107 Merchant of Venice (2004)
108 Midnight Cowboy
109 Midnight Express
110 Miller's Crossing

111 Misery
112 Monsoon Wedding
113 Motorcylce Diaries (Diarios de Motocicleta)
114 Mulholland Dr.
115 Network
116 Night Shift (1982)
117 Office Space
118 Officer and a Gentleman, An
119 Oldboy
120 Omen, The
121 Once Upon a Time in America
122 Ordinary People
123 Othello
124 Passion of the Christ, The
125 Patton
126 Pianist, The
127 Platoon
128 Pollock
129 Private Benjamin
130 Quiet American, The
131 Quills
132 Raging Bull
133 Ran
134 Revenge of the Nerds
135 Rocky Horror Picture Show, The
136 Roger & Me
137 Rosemary's Baby
138 Ruby (1992)

139. Run Lola Run (Lola rennt)
140. Saving Private Ryan
141. Schindler's List
142. Serpico
143. Shampoo
144. Shining, The
145. Sideways
146. Sleeping with the Enemy
147. Sophie's Choice
148. Speed
149. Stanley Kubrik: A Life in Pictures
150. Station Agent, The
151. Stir Crazy
152. Talk to Her (Hable con ella)
153. Tears of the Sun
154. Terminator
155. Terms of Endearment
156. Thelma & Louise
157. There's Something About Mary
158. Thin Red Line, The
159. This is Spinal Tap
160. Three Colors: Red (Trois couleurs: Rouge)
161. Total Recall
162. Trainspotting
163. True Lies
164. Twelve Monkeys
165. Unbearable Lightness of Being, The
166. Unfaithful

167 Unforgiven
168 Used Cars
169 Wag the Dog
170 Waking Life
171 Wall Street (1987)
172 We Were Soldiers
173 Working Girl
174 World According to Garp, The
175 Y Tu Mamá También