# ...And Justice for All (1979)



**Directed by**
Norman Jewison

**Writing credits**
Valerie Curtin &
Barry Levinson

**Add to MyMovies** **IMDbPro Professional Details**

**Genre:** Drama / Thriller / Crime (more)

**Tagline:** This man needs the best lawyer in town. But the problem is... he is the best lawyer in town.

**Plot Outline:** An ethical Baltimore defense lawyer disgusted with rampant legal corruption is asked to defend a judge he despises in a rape trial. But if he doesn't do it, the judge will have him disbarred. (more) (view trailer)

**User Comments:** definitely the 70's (more)

**User Rating:** ⭐⭐⭐⭐⭐ **7.0/10** (2,760 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Al Pacino | .... Arthur Kirkland |
| Jack Warden | .... Judge Francis Rayford |
| John Forsythe | .... Judge Henry T. Fleming |
| Lee Strasberg | .... Sam Kirkland |
| Jeffrey Tambor | .... Jay Porter |
| Christine Lahti | .... Gail Packer |
| Sam Levene | .... Arnie |
| Robert Christian | .... Ralph Agee |
| Thomas G. Waites | .... Jeff McCullaugh (as Thomas Waites) |
| Larry Bryggman | .... Warren Fresnell |
| Dominic Chianese | .... Carl Travers |
| Craig T. Nelson | .... Frank Bowers |
| Victor Arnold | .... Leo Fasci |
| Vincent Beck | .... Officer Leary |
| Michael Gorrin | .... Elderly Man |
| (more) | |

**Runtime:** 119 min
**Country:** USA
**Language:** English

**Color:** Color *(Metrocolor)*
**Sound Mix:** Mono
**Certification:** Argentina:16 / Canada:14A *(Ontario)* / Chile:18 / Finland:K-16 / Iceland:L / Norway:16 / Peru:18 / Sweden:15 / UK:15 / USA:R / West Germany:16

**Trivia:** The title is the last four words of the Pledge of Allegiance recited daily by US schoolchildren.
(more)

**Quotes:**
[*Judge Rayford fires a gun in his courtroom, drawing attention*]
**Judge Rayford**: Gentlemen, do you realize you're in a court of law?
(more)

**Awards:** Nominated for 2 Oscars. Another 2 nominations (more)

# 21 Grams (2003)



**Directed by**
Alejandro González Iñárritu

**Writing credits** (WGA)
Guillermo Arriaga (written by)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Drama / Crime / Thriller (more)

**Tagline:** How much does life weigh? (more)

**Plot Outline:** A freak accident brings together a critically ill mathematician (Penn), a grieving mother (Watts) and a born-again ex-con (Del Toro). (more) (view trailer)

**User Comments:** One step short of movie heaven (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ☆      **7.9/10** (23,950 votes) (Vote Here) top 250: #229

**Cast overview, first billed only:**

| | |
|---|---|
| Sean Penn | .... Paul Rivers |
| Naomi Watts | .... Cristina Peck |
| Danny Huston | .... Michael |
| Carly Nahon | .... Cathy |
| Claire Pakis | .... Laura |
| Benicio Del Toro | .... Jack Jordan |
| Nick Nichols | .... Boy |
| Charlotte Gainsbourg | .... Mary Rivers |
| John Rubinstein | .... Gynecologist |
| Eddie Marsan | .... Reverend John |
| Loyd Keith Salter | .... Fat Man |
| Antef A. Harris | .... Basketball Guy |
| Melissa Leo | .... Marianne Jordan |
| Marc Musso | .... Freddy (as Marc Thomas Musso) |
| Teresa Delgado | .... Gina |

   (more)

**MPAA:** Rated R for language, sexuality, some violence and drug use.
**Runtime:** 124 min
**Country:** USA
**Language:** English

**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>DTS</u> / <u>Dolby Digital</u> / <u>SDDS</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:MA</u> / <u>Brazil:16</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:18A</u> / <u>Chile:14</u> / <u>Finland:K-15</u> / <u>France:-12</u> / <u>Germany:12</u> / <u>Hong Kong:III</u> / <u>Iceland:16</u> / <u>Ireland:18</u> / <u>Japan:PG-12</u> / <u>Mexico:B15</u> / <u>Netherlands:16</u> / <u>New Zealand:R16</u> / <u>Norway:15</u> / <u>Philippines:R-18</u> / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:11</u> / <u>Switzerland:16</u> *(canton of Geneva)* / <u>Switzerland:16</u> *(canton of Vaud)* / <u>UK:15</u> / <u>USA:R</u> / <u>Singapore:R(A)</u> *(theatrical release)* / <u>Singapore:M18</u> *(DVD rating)*

**Trivia:** When Paul finds the photos of Cristina and her husband in a book, the book he is looking at is "Cruising Paradise", a collection of 40 stories about solitude and loss by playwright-actor <u>Sam Shepard</u>. <u>(more)</u>

**Goofs:** Audio/visual unsynchronized: On one occasion when in Church, there is a close view of Jack, standing for a hymn. The audio is congregational singing. Jack is not singing, but the black guy to his right is singing enthusiastically, but not anything like what the rest of the church is singing, <u>(more)</u>

**Quotes:** **<u>Paul Rivers</u>**: We have lived on a fraud a long time. <u>(more)</u>

**Awards:** Nominated for 2 Oscars. Another 18 wins & 24 nominations <u>(more)</u>

# About Schmidt (2002)



**Directed by**
Alexander Payne

**Writing credits** (WGA)
Louis Begley (novel)
Alexander Payne (screenplay) ...
(more)

___ **Add to MyMovies**   ⬛ **Photos**   ᴵᴹᴰᵇ **IMDbPro Professional Details**

**Genre:** Comedy / Drama (more)

**Tagline:** Schmidt Happens

**Plot Outline:** Warren Schmidt is a man in his 60's. While trying to run his daughter's life, he realizes that he wasted his. (more) (view trailer)

**User Comments:** Most boring movie since Elvira Matigan (more)

**User Rating:** ☆ ☆ ☆ ☆ ☆ ☆ ☆   **7.3/10** (24,472 votes)  (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Jack Nicholson | .... | Warren R. Schmidt |
| Kathy Bates | .... | Roberta Hertzel |
| Hope Davis | .... | Jeannie Schmidt |
| Dermot Mulroney | .... | Randall Hertzel |
| June Squibb | .... | Helen Schmidt |
| Howard Hesseman | .... | Larry Hertzel |
| Harry Groener | .... | John Rusk |
| Connie Ray | .... | Vicki Rusk |
| Len Cariou | .... | Ray Nichols |
| Mark Venhuizen | .... | Duncan Hertzel |
| Cheryl Hamada | .... | Saundra |
| Phil Reeves | .... | Minister in Denver |
| Matt Winston | .... | Gary Nordin - Warren's Replacement |
| James M. Connor | .... | Randall's Best Man (as James Micheal Connor) |
| Jill Anderson | .... | Bridesmaid Reading St. Paul |
| (more) | | |

**MPAA:** Rated R for some language and brief nudity.
**Runtime:** 125 min
**Country:** USA
**Language:** English

About Schmidt (2002)                                                    Page 2 of 2

**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>DTS</u> / <u>Dolby Digital</u> / <u>SDDS</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Brazil:12</u> / <u>Canada:14A</u> / <u>Finland:S</u> / <u>France:U</u> / <u>Germany:6</u> *(bw)* / <u>Hong Kong:IIA</u> / <u>Iceland:L</u> / <u>Malaysia:(Banned)</u> *(uncut version)* / <u>Netherlands:AL</u> / <u>New Zealand:M</u> / <u>Norway:7</u> / <u>Peru:14</u> / <u>Singapore:NC-16</u> / <u>South Korea:12</u> / <u>Spain:T</u> / <u>Sweden:7</u> / <u>Switzerland:12</u> *(canton of the Grisons)* / <u>Switzerland:7</u> *(canton of Geneva)* / <u>Switzerland:7</u> *(canton of Vaud)* / <u>UK:15</u> / <u>USA:R</u> *(certificate #38731)*

**Trivia:** The movie theater that Warren drives by before he goes to the museum to look at the arrowheads is the Pioneer 3 in Nebraska City, Nebraska. The "museum" is a Civil War museum in the same town, just down the street. (<u>more</u>)

**Goofs:** Continuity: Also in the payphone segment, a pickup truck that has begun leaving a parking lot in the background in the wide shot is nowhere to be seen in the background a split-second later when the shot goes to close-up. (<u>more</u>)

**Quotes:** **<u>Roberta Hertzel</u>**: People used to think it was strange 'cause I breast-fed him 'til he was almost five, but I say - hunh, just look at the results! (<u>more</u>)

**Awards:** Nominated for 2 Oscars. Another 17 wins & 28 nominations (<u>more</u>)

# Adaptation. (2002)



**Directed by**
Spike Jonze

**Writing credits** (WGA)
Susan Orlean (book)
Charlie Kaufman (screenplay) ...
(more)

 Add to MyMovies | Photos | IMDbPro Professional Details

**Genre:** Drama / Comedy (more)

**Tagline:** Charlie Kaufman writes the way he lives... With Great Difficulty. His Twin Brother Donald Lives the way he writes... with foolish abandon. Susan writes about life... But can't live it. John's life is a book... Waiting to be adapted. One story... Four Lives... A million ways it can end.

**Plot Outline:** A lovelorn screenwriter turns to his less talented twin brother for help when his efforts to adapt a non-fiction book go nowhere. (more) (view trailer)

**User Comments:** Wowsa! (more)

**User Rating:** ★★★★★★★ 7.9/10 (26,422 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Nicolas Cage | .... Charlie Kaufman/Donald Kaufman |
| Meryl Streep | .... Susan Orlean |
| Chris Cooper | .... John Laroche |
| Cara Seymour | .... Amelia Kavan |
| Tilda Swinton | .... Valerie Thomas |
| Ron Livingston | .... Marty Bowen |
| Brian Cox | .... Robert McKee |
| Maggie Gyllenhaal | .... Caroline Cunningham |
| Jim Beaver | .... Ranger Tony |
| Judy Greer | .... Alice the Waitress |
| Litefoot | .... Russell (as G. Paul Davis) |
| Doug Jones | .... Augustus Margary |
| Jay Tavare | .... Matthew Osceola |
| Stephen Tobolowsky | .... Ranger Steve Neely (scenes deleted) |
| Roger Willie | .... Randy |
| (more) | |

**Also Known As:**
The Orchid Thief (USA) (working title)

**MPAA:** Rated R for language, sexuality, some drug use and violent images.
**Runtime:** 114 min
**Country:** USA
**Language:** English / Latin
**Color:** Color
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:13 / Australia:MA / Brazil:16 / Canada:14A / Chile:14 / Finland:K-15 / France:U / Germany:12 / Hong Kong:IIB / Iceland:14 *(original rating)* / Iceland:L *(video rating)* / Japan:PG-12 / Netherlands:12 / New Zealand:R13 / Norway:15 / Peru:14 / Philippines:R-13 / Singapore:NC-16 *(original rating)* / Singapore:PG *(DVD rating) (cut)* / South Korea:18 / Spain:13 / Sweden:11 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / Switzerland:14 *(canton of Bern)* / UK:15 / USA:R *(certificate #38094)* / Portugal:M/12

**Trivia:** Weezer recorded an acoustic version of "Happy Together" to be included in the film. However, Spike Jonze felt the original version by The Turtles was a better fit for the film. (more)

**Goofs:** Continuity: At the cafe, Charlie's arms/hands jump from the table to his lap between shots. (more)

**Quotes:**
**Donald Kaufman**: Listen, I need a cool way to kill people. Don't worry, for my script.
**Charlie Kaufman**: I don't know that kind of stuff.
**Donald Kaufman**: Oh, come on, man, please? You're the genius.
**Charlie Kaufman**: Here you go. The killer's a literature professor. He cuts off little chunks from his victims' bodies until they die. He calls himself "the deconstructionist".
(more)

**Awards:** Won Oscar. Another 36 wins & 43 nominations (more)

# Affliction (1997)



**Directed by**
Paul Schrader

**Writing credits** (WGA)
Russell Banks (novel)
Paul Schrader (screenplay)

**Add to MyMovies**     **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** Wade Whitehouse is frightened to death of following in his father's footsteps.

**Plot Outline:** A deeply troubled small town cop investigates a suspicious hunting death while events occur that cause him to mentally disintergrate. (more) (view trailer)

**User Comments:** An odious affliction to those that watch this garbage (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐          **6.9/10** (3,812 votes)     (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Nick Nolte | .... Wade Whitehouse |
| Brigid Tierney | .... Jill |
| Holmes Osborne | .... Gordon LaRiviere |
| Jim True-Frost | .... Jack Hewitt (as Jim True) |
| Tim Post | .... Chick Ward |
| Christopher Heyerdahl | .... Frankie Lacoy (as Chris Heyerdahl) |
| Marian Seldes | .... Alma Pittman |
| Janine Theriault | .... Hettie |
| Mary Beth Hurt | .... Lillian |
| Paul Stewart | .... Horner |
| Sissy Spacek | .... Margie Fogg |
| Wayne Robson | .... Nick Wickham |
| Sean McCann | .... Evan Twombley |
| Sheena Larkin | .... Lugene Brooks |
| Penny Mancuso | .... Woman driver |
| (more) | |

**MPAA:** Rated R for violence and language.
**Runtime:** 114 min
**Country:** USA

Affliction (1997)
Page 2 of 2

**Language:** <u>English</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:MA</u> / <u>Chile:18</u> / <u>France:U</u> / <u>Germany:12</u> / <u>Peru:18</u> / <u>Portugal:M/16</u>
*(video premiere)* / <u>Singapore:PG</u> / <u>UK:15</u> / <u>USA:R</u> *(certificate #35428)* / <u>Iceland:12</u>

**Goofs:** Continuity: When on the deer hunt, in a shot from above Jack is shown putting the index finger of his left hand to his mouth to signal his wealthy customer to be silent, but in the next shot it's his right index finger. (<u>more</u>)

**Quotes:**
<u>**Rolfe Whitehouse**</u>: I was always careful around Pop. I was a careful child. And I'm a careful adult. But at least I was never afflicted with that man's anger.
<u>**Wade Whitehouse**</u>: That's what you think.
(<u>more</u>)

**Awards:** Won Oscar. Another 7 wins & 13 nominations (<u>more</u>)

# **Air Force One** (1997)



**Directed by**
Wolfgang Petersen

**Writing credits** (WGA)
Andrew W. Marlowe (written by)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Action / Thriller / Drama (more)

**Tagline:** Harrison Ford is the President of the United States. (more)

**Plot Outline:** Hijackers seize the plane carrying the President of the United States and his family, but he (an ex-soldier) works from hiding to defeat them. (more) (view trailer)

**User Comments:** Great adventure (more)

**User Rating:** ★★★★★★☆  **6.3/10** (27,152 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Harrison Ford | .... President James Marshall |
| Gary Oldman | .... Ivan Korshunov |
| Glenn Close | .... Vice President Kathryn Bennett |
| Wendy Crewson | .... Grace Marshall |
| Liesel Matthews | .... Alice Marshall |
| Paul Guilfoyle | .... Chief of Staff Lloyd 'Shep' Shepherd |
| Xander Berkeley | .... Secret Service Agent Gibbs |
| William H. Macy | .... Major Caldwell |
| Dean Stockwell | .... Defense Secretary Walter Dean |
| Tom Everett | .... National Security Advisor Jack Doherty |
| Jürgen Prochnow | .... General Ivan Radek |
| Donna Bullock | .... Deputy Press Secretary Melanie Mitchel |
| Michael Ray Miller | .... Colonel Axelrod |
| Carl Weintraub | .... Lt. Colonel Ingraham |
| Elester Latham | .... AFO Navigator |
| (more) | |

**Also Known As:**
AFO
**MPAA:** Rated R for violence.
**Runtime:** 124 min

Case 1:97-cv-00408-SJM-SPB    Document 72-15    Filed 07/21/2005    Page 12 of 49

**Country:** USA / Germany
**Language:** English / Russian
**Color:** Color *(Technicolor)*
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Australia:M / Brazil:14 / Canada:14A / Finland:K-16 / France:U / Germany:16 *(w)* / Iceland:14 *(original rating)* / Iceland:16 *(video rating)* / Mexico:B / Netherlands:16 / Norway:15 / Portugal:M/12 / Singapore:PG / South Korea:15 / Spain:18 / Sweden:15 / UK:15 / USA:R *(certificate #34790)*

**Trivia:** When a dummy was put on the cable, the 747's bow wave blew off its coat and tie. Rather than put the plane's engines at risk, the filmmakers decided to use special effects for all shots of the people on the cable. (more)

**Goofs:** Factual errors: The sidearms taken from the Air Force One armory are not those used by the Secret Service nor by any branch of the US Armed Forces. (more)

**Quotes:** **General Northwood**: Nobody does this to the United States. The President will get his baseball glove back and play catch with this guy's balls! (more)

**Awards:** Nominated for 2 Oscars. Another 6 wins & 9 nominations (more)

# Alien (1979)



**Directed by**
Ridley Scott

**Writing credits** (WGA)
Dan O'Bannon (story) and
Ronald Shusett (story) ...
 (more)

📥 **Add to MyMovies**    📷 **Photos**    **IMDbPro Professional Details**

**Genre:** Sci-Fi / Horror / Thriller (more)

**Tagline:** In space no one can hear you scream. (more)

**Plot Outline:** A mining ship, investigating a suspected SOS, lands on a distant planet. The crew discovers some strange creatures and investigates. (more) (view trailer)

**User Comments:** Classic horror (more)

**User Rating:** ★★★★★★★★★★ **8.3/10** (66,276 votes) (Vote Here) top 250: #64

**Complete credited cast:**

| | |
|---|---|
| Tom Skerritt | .... Dallas |
| Sigourney Weaver | .... Ripley |
| Veronica Cartwright | .... Lambert |
| Harry Dean Stanton | .... Brett |
| John Hurt | .... Kane |
| Ian Holm | .... Ash |
| Yaphet Kotto | .... Parker |
| Bolaji Badejo | .... Alien |
| Helen Horton | .... Mother (voice) |

 (more)

**Also Known As:**
Alien: The Director's Cut (USA) (director's cut)
Star Beast (USA) (working title)
**MPAA:** Rated R for sci-fi violence/gore and language. (director's cut)
**Runtime:** 117 min / USA:116 min (director's cut)
**Country:** UK
**Language:** English
**Color:** Color (DeLuxe)
**Sound Mix:** 70 mm 6-Track (70 mm prints) / Dolby
**Certification:** Argentina:13 / Australia:M / Canada:13+ (Quebec) / Canada:14A (director's cut) /
Canada:18A (original rating) / Chile:14 / Finland:K-16 / France:-12 / Hong Kong:IIB / Iceland:16 /

Alien (1979)                                                                                 Page 2 of 2

Ireland:18 / Japan:PG-12 / Netherlands:12 / Norway:15 *(director's cut) (2003)* / Norway:16 *(original rating)* / Norway:18 *(uncut version)* / Peru:14 / Singapore:PG / Spain:13 / Sweden:15 / UK:15 *(director's cut)* / UK:18 *(video rating) (1987)* / UK:X *(original rating)* / USA:R *(certificate #25541)* / West Germany:16

**Trivia:** Bolaji Badejo beat Peter Mayhew to the part of the alien. (more)

**Goofs:** Revealing mistakes: Near the end of the film, as Ripley is about to board to the shuttle, the pet carrier she is carrying (supposedly containing Jones, the cat) is clearly empty. (more)

**Quotes:**
*[first lines]*
**Brett**: This is the worst shit I've ever seen, man.
**Parker**: Have you got any biscuits over there?
**Ripley**: Here's some cornbread.
**Parker**: Cornbread. Yeah.
**Lambert**: I am cold.
**Parker**: Still with us Brett?
**Brett**: Right.
**Kane**: I feel dead.
**Parker**: Anybody ever tell you you look dead, man?
(more)

**Awards:** Won Oscar. Another 11 wins & 18 nominations (more)

# Aliens (1986)



**Directed by**
James Cameron

**Writing credits**
Dan O'Bannon (characters) and
Ronald Shusett (characters) ...
 (more)

 **Add to MyMovies**   **Photos**   **IMDbPro Professional Details**

**Genre:** Action / Horror / Sci-Fi / Thriller (more)

**Tagline:** This time it's war (more)

**Plot Outline:** The planet from Alien (1979) has been colonized, but contact is lost. This time, the rescue team has impressive firepower, enough? (more) (view trailer)

**User Comments:** ALIENS IS THE SCI-FI GENRE (more)

**User Rating:** ★★★★★★★★  **8.3/10** (66,640 votes)  (Vote Here)  top 250: #85

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Sigourney Weaver | .... | Ellen Ripley |
| Carrie Henn | .... | Rebecca 'Newt' Jorden |
| Michael Biehn | .... | Cpl. Dwayne Hicks |
| Lance Henriksen | .... | Bishop |
| Paul Reiser | .... | Carter Burke |
| Bill Paxton | .... | Pvt. Hudson |
| William Hope | .... | Lt. Gorman |
| Jenette Goldstein | .... | Pvt. Vasquez |
| Al Matthews | .... | Sgt. Apone |
| Mark Rolston | .... | Pvt. Drake |
| Ricco Ross | .... | Pvt. Frost |
| Colette Hiller | .... | Cpl. Ferro |
| Daniel Kash | .... | Pvt. Spunkmeyer |
| Cynthia Dale Scott | .... | Cpl. Dietrich (as Cynthia Scott) |
| Tip Tipping | .... | Pvt. Crowe |
| (more) | | |

**Also Known As:**
Alien 2 (USA) (working title)
Alien II (USA) (working title)
**MPAA:** Rated R for monster violence, and for language. (1992 special edition)

**Runtime:** 137 min / USA:154 min (director's cut)
**Country:** USA / UK
**Language:** English
**Color:** Color *(Eastmancolor)*
**Sound Mix:** 70 mm 6-Track *(70 mm prints)* / Dolby
**Certification:** Argentina:13 / Australia:M / Canada:18A / Chile:14 / Finland:K-16 / France:-12 / Hong Kong:IIB / Iceland:16 / Ireland:18 / Japan:PG-12 / Mexico:B / Netherlands:16 / Norway:18 / Peru:14 / Singapore:M18 / Spain:13 / Sweden:15 / UK:18 / USA:R / West Germany:16

**Trivia:** **Director Trademark:** [**James Cameron**] [nuke] (more)

**Goofs:** Continuity: The APC window becomes unshattered. (more)

**Quotes:**
[*first lines*]
**Salvage team leader**: Bio-readouts are all in the green, looks like she's alive. Well, there goes our salvage, guys.
(more)

**Awards:** Won 2 Oscars. Another 15 wins & 21 nominations (more)

# Todo sobre mi madre (1999)



**Directed by**
Pedro Almodóvar

**Writing credits**
Pedro Almodóvar

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Comedy / Drama (more)

**Plot Outline:** Young Esteban want to become a writer and also to discover the identity of his father, carefully concealed by the mother Manuela. (more) (view trailer)

**User Comments:** Superb Acting make for Absorbing Drama (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★    **7.9/10** (14,049 votes) 

**Cast overview, first billed only:**

| | |
|---|---|
| Cecilia Roth | .... Manuela Coleman Echevarría |
| Marisa Paredes | .... Huma Rojo |
| Candela Peña | .... Nina Cruz |
| Antonia San Juan | .... Agrado |
| Penélope Cruz | .... Sister María Rosa Sanz |
| Rosa Maria Sardà | .... Rosa's Mother (as Rosa María Sardá) |
| Fernando Fernán Gómez | .... Rosa's Father |
| Fernando Guillén | .... Doctor in 'Streetcar Named Desire' |
| Toni Cantó | .... Lola |
| Eloy Azorín | .... Esteban Coleman Echevarría |
| Carlos Lozano | .... Mario |
| Manuel Morón | .... Doctor 1 |
| José Luis Torrijo | .... Doctor 2 |
| Juan José Otegui | .... Ginecólogo |
| Carmen Balagué | |
| (more) | |

**Also Known As:**
All About My Mother (Europe: English title) (USA)
Tout sur ma mère (France)
**MPAA:** Rated R for sexuality including strong sexual dialogue, language and some drug content.
**Runtime:** 101 min
**Country:** Spain / France

Todo sobre mi madre (1999)                                                Page 2 of 2

**Language:** Spanish / Catalan / English
**Color:** Color *(Eastmancolor)*
**Sound Mix:** Dolby Digital
**Certification:** Argentina:16 / Australia:M / Canada:14A *(Alberta/British Columbia)* / Canada:AA *(Ontario)* / Canada:G *(Québec)* / Chile:18 / Finland:K-12 / France:U / Germany:12 / Hong Kong:IIB / Italy:VM14 / Netherlands:12 *(DVD rating)* / Netherlands:16 *(original rating)* / New Zealand:R16 / Peru:18 / Portugal:M/16 / Singapore:R(A) / South Korea:18 / Spain:13 / Sweden:11 / Switzerland:16 *(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* / UK:15 / USA:R

**Trivia:** Manuela Coleman is a character from Pedro Almodóvar's earlier film, Flor de mi secreto, La (1995). (more)

**Goofs:** Anachronisms: The stage production of "A Streetcar Named Desire" portrayed in the film, actually uses the dialogue from the 1951 Elia Kazan film (A Streetcar Named Desire (1951)), not the original Tennessee Williams stage version. (more)

**Quotes:**
**Manuela**: Do you have any alcohol?
**Agrado**: No, I drank it all last night.
**Manuela**: I meant for disinfecting.
(more)

**Awards:** Won Oscar. Another 40 wins & 28 nominations (more)

# All the President's Men (1976)



**Directed by**
Alan J. Pakula

**Writing credits**
Carl Bernstein (book) &
Bob Woodward (book) ...
(more)

Add to MyMovies    IMDbPro Professional Details

**Genre:** Drama / History / Thriller (more)

**Tagline:** The most devastating detective story of the century!

**Plot Outline:** Reporters Woodward and Bernstein uncover the details of the Watergate scandal that leads to President Nixon's resignation. (more) (view trailer)

**User Comments:** Required viewing. (more)

**User Rating:** ★★★★★★★ **8.0/10** (13,344 votes) (Vote Here) top 250: #203

**Cast overview, first billed only:**

| | |
|---|---|
| Dustin Hoffman | .... Carl Bernstein |
| Robert Redford | .... Bob Woodward |
| Jack Warden | .... Harry M. Rosenfeld |
| Martin Balsam | .... Howard Simons |
| Hal Holbrook | .... Deep Throat |
| Jason Robards | .... Ben Bradlee |
| Jane Alexander | .... Judy Hoback |
| Meredith Baxter | .... Debbie Sloan |
| Ned Beatty | .... Martin Dardis |
| Stephen Collins | .... Hugh W. Sloan, Jr. |
| Penny Fuller | .... Sally Aiken |
| John McMartin | .... Scott, Foreign Editor |
| Robert Walden | .... Donald H. Segretti |
| Frank Wills | .... Himself - Watergate Security Guard |
| F. Murray Abraham | .... Sgt. Paul Leeper, Arresting Officer #1 |

(more)

**Runtime:** 138 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)

**Sound Mix:** Stereo

**Certification:** Argentina:13 / Australia:M / Canada:14 *(Nova Scotia)* / Finland:S / Iceland:L / Norway:12 *(1976)* / Singapore:PG / UK:15 / USA:PG *(re-rating on appeal)* / USA:R *(certificate #27119)* / UK:AA *(theatrical rating)*

**Trivia:** One scene involving Robert Redford on the phone is done in a continuous five-minute single take with the camera tracking in slowly. Towards the end Redford makes a mistake - he calls the phone caller by the wrong name - but as he stays in character it simply appears genuine and this was the take used in the final cut. (more)

**Goofs:** Errors in geography: At one point, Woodward is shown driving east in front of the White House, but then ending up immediately afterwards at the Kennedy Center, which is west of the White House. (more)

**Quotes:** **Carl Bernstein**: Bob, listen, I think I've got something, I don't know what it is. But somewhere in this world there is a Kenneth H. Dahlberg, and we gotta get to him before the New York Times does, because I think they've got the same information. (more)

**Awards:** Won 4 Oscars. Another 9 wins & 20 nominations (more)

# Fabuleux destin d'Amélie Poulain, Le <u>(2001)</u>



**Directed by**
<u>Jean-Pierre Jeunet</u>

**Writing credits**
<u>Jean-Pierre Jeunet</u> (scenario) and
<u>Guillaume Laurant</u> (screenplay)

<u>**Add to MyMovies**</u>  | <u>**Photos**</u>  <u>**IMDbPro Professional Details**</u>

**Genre:** <u>Comedy</u> / <u>Drama</u> / <u>Romance</u> <u>(more)</u>

**Tagline:** She'll change your life. <u>(more)</u>

**Plot Outline:** Amelie, an innocent and naive girl in Paris, with her own sense of justice, decides to help those around her and along the way, discovers love. <u>(more)</u> <u>(view trailer)</u>

**User Comments:** A hilarious, warm movie in a world all its own. <u>(more)</u>

**User Rating:** ★★★★★★★★★★  **8.7/10** (62,995 votes) (Vote Here)  <u>top 250: #25</u>

**Cast overview, first billed only:**

| | |
|---|---|
| <u>Audrey Tautou</u> | .... Amélie Poulain |
| <u>Mathieu Kassovitz</u> | .... Nino Quincampoix |
| <u>Rufus</u> | .... Raphaël Poulain |
| <u>Lorella Cravotta</u> | .... Amandine Poulain |
| <u>Serge Merlin</u> | .... Raymond Dufayel |
| <u>Jamel Debbouze</u> | .... Lucien |
| <u>Clotilde Mollet</u> | .... Gina |
| <u>Claire Maurier</u> | .... Suzanne |
| <u>Isabelle Nanty</u> | .... Georgette |
| <u>Dominique Pinon</u> | .... Joseph |
| <u>Artus de Penguern</u> | .... Hipolito |
| <u>Yolande Moreau</u> | .... Madeleine Wallace |
| <u>Urbain Cancelier</u> | .... Collignon |
| <u>Maurice Bénichou</u> | .... Dominique Bretodeau |
| <u>Michel Robin</u> | .... Mr. Collignon |
| <u>(more)</u> | |

**Also Known As:**
Amélie (France) (working title) (International: English title) (USA)
Amélie des Abbesses (France) (working title)
Amelie (UK)

Amelie from Montmartre (International: English title)
Amelie of Montmartre (International: English title) (festival title)
Fabelhafte Welt der Amelie, Die (Germany)
The Fabulous Destiny of Amelie Poulain (USA) (literal English title)
**MPAA:** Rated R for sexual content.
**Runtime:** 122 min / France:129 min / Germany:117 min
**Country:** France / Germany
**Language:** French
**Color:** Black and White / Color *(Duboicolor)*
**Sound Mix:** DTS / Dolby Digital
**Certification:** Argentina:13 / Australia:M / Belgium:KT / Brazil:14 / Canada:14A / Canada:G *(province of Quebec)* / Chile:14 / Denmark:7 / Finland:K-11 / France:U / Germany:6 *(bw)* / Ireland:15 / Netherlands:AL / Norway:11 / Peru:14 / Philippines:PG-13 / Portugal:M/12 / South Korea:15 *(video rating) (cut)* / South Korea:18 *(uncut version)* / Spain:T / Sweden:7 / Switzerland:7 *(canton of Geneva)* / Switzerland:7 *(canton of Vaud)* / UK:15 / USA:R / Singapore:M18 *(DVD rating)* / Singapore:R(A) (theatrical release)*

**Trivia:** The traveling gnome was inspired a rash of similar pranks played out in England and France in the 1990s. In 1997, a French court convicted the leader of Front de Libération des Nains de Jardins (Garden Gnome Liberation Front) of stealing over 150 gnomes. The idea was later used in an advertising campaign for an Internet travel agency. (more)

**Goofs:** Factual errors: When Nino is in school as a kid, the board shows "vendredi 7 avril 1980". April 7th was a Monday in 1980, not Friday. (more)

**Quotes:**
*[first lines]*
**Narrator**: On September 3rd 1973, at 6:28pm and 32 seconds, a bluebottle fly capable of 14,670 wing beats a minute landed on Rue St Vincent, Montmartre. At the same moment, on a restaurant terrace nearby, the wind magically made two glasses dance unseen on a tablecloth...
(more)

**Awards:** Nominated for 5 Oscars. Another 49 wins & 37 nominations (more)

American Buffalo (1996)                                                              Page 1 of 1

# American Buffalo (1996)



**Directed by**
Michael Corrente

**Writing credits** (WGA)
David Mamet (play)
David Mamet (screenplay)

 **Add to MyMovies**  **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** They had a plan. It wasn't worth a nickel.

**Plot Summary:** From the play by David Mamet, AMERICAN BUFFALO is another story of mens interminable struggle toward the top of the heap... (more) (view trailer)

**User Comments:** Well-handled dialogues (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ☆ ☆    **5.7/10** (921 votes)    (Vote Here)

**Complete credited cast:**

Dustin Hoffman .... Walt 'Teach' Teacher
Dennis Franz     .... Don 'Donny' Dubrow, Owner Rvterbands Variety
Sean Nelson      .... Bob 'Bobby'
   (more)

**Runtime:** 88 min
**Country:** USA
**Language:** English
**Color:** Color
**Sound Mix:** Dolby
**Certification:** Australia:MA / Germany:12 / Iceland:L / Portugal:M/12 *(video premiere)* / Spain:13 /
UK:15 / USA:R / New Zealand:R16

# American Gigolo (1980)



**Directed by**
Paul Schrader

**Writing credits**
Paul Schrader

**Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Drama / Crime / Romance / Thriller (more)

**Tagline:** He's the highest paid lover in Beverly Hills. He leaves women feeling more alive than they've ever felt before. Except one.

**Plot Summary:** Julian makes a lucrative living as an escort to older women in the Los Angeles area. He begins a relationship with Michelle... (more) (view trailer)

**User Comments:** A spectacular Richard Gere performance!!! (more)

**User Rating:** ★ ★ ★ ★ ★   **5.7/10** (2,588 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Richard Gere | .... | Julian Kaye |
| Lauren Hutton | .... | Michelle Stratton |
| Hector Elizondo | .... | Detective Sunday |
| Nina Van Pallandt | .... | Anne |
| Bill Duke | .... | Leon |
| Brian Davies | .... | Charles Stratton |
| K Callan | .... | Lisa Williams |
| Tom Stewart | .... | Mr. Rheiman |
| Patricia Carr | .... | Judy Rheiman (as Patti Carr) |
| David Cryer | .... | Lt. Curtis |
| Carole Cook | .... | Mrs. Dobrun |
| Carol Bruce | .... | Mrs. Sloan |
| Frances Bergen | .... | Mrs. Laudner |
| Macdonald Carey | .... | Hollywood actor (as MacDonald Carey) |
| William Dozier | .... | Michelle's Lawyer |
| (more) | | |

**Runtime:** 117 min
**Country:** USA
**Language:** English / Swedish

American Gigolo (1980)

**Color:** <u>Color</u> *(Metrocolor)*
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Argentina:18</u> / <u>Australia:M</u> / <u>Canada:R</u> / <u>Finland:K-16</u> / <u>Hong Kong:III</u> / <u>Norway:16</u>
*(1980)* / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:18</u> / <u>USA:R</u> / <u>West Germany:16</u> / <u>Iceland:16</u>

# American Splendor (2003)



**Directed by**
Shari Springer Berman
Robert Pulcini

**Writing credits** (WGA)
Harvey Pekar (comic book series American Splendor) and
Joyce Brabner (comic book series Our Cancer Year) ...
(more)

[imdb] **Add to MyMovies**  [img] **Photos**  [imdb pro] **IMDbPro Professional Details**

**Genre:** Biography / Comedy / Drama (more)

**Tagline:** Ordinary life is pretty complex stuff.

**Plot Outline:** An original mix of fiction and reality illuminates the life of comic book hero everyman Harvey Pekar. (more) (view trailer)

**User Comments:** A down to earth character driven film that benefits from its colourful characters and clever use of the real people themselves (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★   **7.8/10** (9,194 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Chris Ambrose | .... Superman |
| Joey Krajcar | .... Batman |
| Josh Hutcherson | .... Robin |
| Cameron Carter | .... Green Lantern |
| Daniel Tay | .... Young Harvey |
| Mary Faktor | .... Housewife |
| Paul Giamatti | .... Harvey Pekar |
| Harvey Pekar | .... Real Harvey |
| Shari Springer Berman | .... Interviewer (voice) |
| Larry John Meyers | .... Throat Doctor (as Larry John Myers) |
| Vivienne Benesch | .... Lana |
| Barbara Brown | .... Nurse |
| Earl Billings | .... Mr. Boats |
| Danny Hoch | .... Marty |
| James Urbaniak | .... Robert Crumb |
| (more) | |

**MPAA:** Rated R for language.
**Runtime:** 101 min

Case 1:97-cv-00408-SJM-SPB        Document 72-15        Filed 07/21/2005        Page 27 of 49

**Country:** USA
**Language:** English
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:13 / Australia:M / Canada:PG / Germany:6 / Iceland:LH / Mexico:B /
Netherlands:AL / Norway:A / Portugal:M/12 / Singapore:PG / Sweden:Btl / Switzerland:7 *(canton of
Geneva)* / Switzerland:7 *(canton of Vaud)* / UK:15 / USA:R

**Trivia: Cameo:** [**Ted Hope**]voice on answering machine from Letterman show. (more)

**Goofs:** Anachronisms: In the establishing Manhattan skyline shot before one of the Letterman
sequences, what was then (the 1980s) the Pan Am building is shown with its current "Met Life" signs
(which didn't replace the "Pan Am" signs until 1992) shining from the top. (more)

**Quotes:** **Real Harvey**: I felt more alone that week than any. Sometimes I'd feel a body lying next to me
like an amputee feels a phantom limb. All I did was think about Jennie Gerhardt and Alice Quinn and all
the decades of people I had known. The more I thought, the more I felt like crying. Life seemed so sweet
and so sad, and so hard to let go of in the end. But hey, man, every day is a brand new deal, right? Just
keep on working and something's bound to turn up. (more)

**Awards:** Nominated for Oscar. Another 25 wins & 21 nominations (more)

# Amistad **(1997)**



**Directed by**
Steven Spielberg

**Writing credits** (WGA)
David Franzoni (written by)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Drama / History / Mystery (more)

**Tagline:** Freedom is not given. It is our right at birth. But there are some moments when it must be taken.

**Plot Outline:** Fact-based story of the 1839 revolt by Africans on the slaveship Amistad and their subsequent trial when they are taken on American soil. (more) (view trailer)

**User Comments:** Good film but is it accurate? (more)

**User Rating:** ★★★★★★    **7.0/10** (11,040 votes)    (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Morgan Freeman | .... Joadson |
| Nigel Hawthorne | .... Martin Van Buren |
| Anthony Hopkins | .... John Quincy Adams |
| Djimon Hounsou | .... Cinque |
| Matthew McConaughey | .... Baldwin |
| David Paymer | .... Secretary Forsyth |
| Pete Postlethwaite | .... Holabird |
| Stellan Skarsgård | .... Tappan |
| Razaaq Adoti | .... Yamba |
| Abu Bakaar Fofanah | .... Fala |
| Anna Paquin | .... Queen Isabella |
| Tomas Milian | .... Calderon |
| Chiwetel Ejiofor | .... Ens. Covey |
| Derrick N. Ashong | .... Buakei |
| Geno Silva | .... Ruiz |
| (more) | |

**MPAA:** Rated R for some scenes of strong brutal violence and some related nudity.
**Runtime:** 152 min
**Country:** USA

**Language:** English / Mende / Spanish
**Color:** Color *(Technicolor)*
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:13 / Australia:M / Brazil:14 / Chile:14 / Finland:K-14 / France:U / Germany:12 *(w)* / Hong Kong:IIB / Iceland:12 *(video rating)* / Iceland:14 *(original rating)* / Malaysia:(Banned) / Mexico:B / Netherlands:16 / Norway:15 / Peru:14 / Portugal:M/12 / Singapore:NC-16 *(re-rating)* / South Korea:15 / Spain:T / Sweden:15 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / UK:15 / USA:R *(certificate #35700)*

**Trivia:** Denzel Washington was approached for the role as Cinque, but he refused. (more)

**Goofs:** Revealing mistakes: There is a scene where the men are shown lying on their bunks and their heads are all moving to the rocking motion of the ship. However, there is a chain hanging nearby that is not moving at all. This is because the ship was in port when this scene was filmed and someone out of view was leading all the actors to move their heads to give the impression that the ship was sailing on the high seas. (more)

**Quotes:** **John Quincy Adams**: Well, gentlemen, I must say I differ with the keen minds of the South and with our President, who apparently shares their views, offering that the natural state of mankind is instead - and I know this is a controversial idea - is freedom. Is freedom. And the proof is the length to which a man, woman or child will go to regain it once taken. He will break loose his chains. He will decimate his enemies. He will try and try and try, against all odds, against all prejudices, to get home. (more)

**Awards:** Nominated for 4 Oscars. Another 6 wins & 22 nominations (more)

# Amores perros (2000)



**Directed by**
Alejandro González Iñárritu

**Writing credits**
Guillermo Arriaga (written by)

**Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Drama / Thriller (more)

**Tagline:** Love. Betrayal. Death. (more)

**Plot Outline:** A horrific car accident connects three stories, each involving characters dealing with loss, regret, and life's harsh realities, all in the name of love. (more) (view trailer)

**User Comments:** Los Olvidados go to McDonald's (more)

**User Rating:** ★★★★★★★★☆☆ **8.2/10** (16,189 votes) (Vote Here) top 250: #134

**Cast overview, first billed only:**

| | |
|---|---|
| Emilio Echevarría | .... El Chivo - The Goat |
| Gael García Bernal | .... Octavio (as Gael García) |
| Goya Toledo | .... Valeria |
| Álvaro Guerrero | .... Daniel |
| Vanessa Bauche | .... Susana |
| Jorge Salinas | .... Luis |
| Marco Pérez | .... Ramiro |
| Rodrigo Murray | .... Gustavo |
| Humberto Busto | .... Jorge |
| Gerardo Campbell | .... Mauricio |
| Rosa María Bianchi | .... Aunt Luisa |
| Dunia Saldívar | .... Susana's Mother |
| Adriana Barraza | .... Octavio's Mother |
| José Sefami | .... Leonardo |
| Lourdes Echevarría | .... Maru |

(more)

**Also Known As:**
Love's a Bitch (International: English title)
**MPAA:** Rated R for violence/gore, language and sexuality.
**Runtime:** 153 min

**Country:** <u>Mexico</u>
**Language:** <u>Spanish</u>
**Color:** <u>Color</u>
**Sound Mix:** <u>Dolby Digital</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:MA</u> / <u>Canada:18A</u> / <u>Chile:18</u> / <u>Colombia:18</u> / <u>Finland:K-15</u> /
<u>France:-12</u> / <u>Germany:16</u> / <u>Hong Kong:III</u> / <u>Iceland:16</u> / <u>Ireland:18</u> / <u>Italy:VM14</u> / <u>Japan:R-15</u> /
<u>Mexico:C</u> / <u>New Zealand:R18</u> / <u>Norway:15</u> / <u>Portugal:M/16</u> / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:15</u> /
<u>Switzerland:16</u> *(canton of Geneva)* / <u>Switzerland:16</u> *(canton of Vaud)* / <u>UK:18</u> / <u>USA:R</u> /
<u>Singapore:M18</u>

**Trivia:** El Chivo (<u>Emilio Echevarría</u>) shouts at Luis (<u>Jorge Salinas</u>) "You are so clever! You must be a publicist," during the kidnapping scene. Salinas played a publicist in _Sexo, Pudor y Lagrimas (1999)_ .
<u>(more)</u>

**Goofs:** Continuity: When the cop comes in to stop the bank robbery, the slide of his gun is back as if the gun is out of ammo, yet when the camera turns to Ramiro, the cop fires a shot. <u>(more)</u>

**Quotes:**
**El Chivo**: So how shall we call my dog?
**Luis Miranda Solares**: I don't know, "LostDog"?
**El Chivo**: [*sarcastically*] You have a good imagination, you must be in advertisement!
<u>(more)</u>

**Awards:** Nominated for Oscar. Another 50 wins & 14 nominations <u>(more)</u>

# Angela's Ashes (1999)



**Directed by**
Alan Parker

**Writing credits** (WGA)
Frank McCourt (book)
Laura Jones (screenplay) ...
(more)

📀 **Add to MyMovies** | 📷 **Photos** | **IMDbPro Professional Details**

**Genre:** Drama (more)

**Plot Summary:** Based on the best selling autobiography by Irish expat Frank McCourt, Angela's Ashes follows the experiences... (more) (view trailer)

**User Comments:** Angela's Ashes (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **6.9/10** (4,573 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Emily Watson | .... Angela McCourt |
| Robert Carlyle | .... Malachy (Dad) |
| Joe Breen | .... Young Frank |
| Ciaran Owens | .... Middle Frank |
| Michael Legge | .... Older Frank |
| Ronnie Masterson | .... Grandma Sheehan |
| Pauline McLynn | .... Aunt Aggie |
| Liam Carney | .... Uncle Pa Keating |
| Eanna MacLiam | .... Uncle Pat |
| Andrew Bennett | .... Narrator (voice) |
| Shane Murray-Corcoran | .... Young Malachy |
| Devon Murray | .... Middle Malachy |
| Peter Halpin | .... Older Malachy |
| Aaron Geraghty | .... New Born Michael |
| Sean Carney Daly | .... Baby Michael |
| (more) | |

**Runtime:** 145 min
**Country:** USA / Ireland
**Language:** English
**Color:** Color (DeLuxe)
**Sound Mix:** DTS / Dolby Digital
**Certification:** Argentina:16 / Australia:M / Denmark:A / Finland:K-10 / France:U / Germany:12 (w) /

Angela's Ashes (1999)                                                    Page 2 of 2

Iceland:L / Netherlands:12 / New Zealand:M / Portugal:M/12 / Sweden:11 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / UK:15 / USA:R

**Trivia:** Poster and book cover by Bill Kaye. (more)

**Goofs:** Anachronisms: The ship entering New York at the end of the movie has radars. Radars were not available at that period on commercial ships. (more)

**Quotes:** **Narrator**: If I were in America I could say "I love you, dad", the way they do in the films. But in Limerick they'd laugh at you. In Limerick you are only allowed to say you love God, and babies, and horses that win. Anything else is softness in the head. (more)

**Awards:** Nominated for Oscar. Another 5 wins & 10 nominations (more)

# Animal House (1978)



**Directed by**
John Landis

**Writing credits**
Harold Ramis (written by) &
Douglas Kenney (written by) ...
(more)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** It was the Deltas against the rules... the rules lost! (more)

**Plot Outline:** At a 1962 College, Dean Vernon Wormer is determined to expel the Delta House Fraternity, but those roughhousers have other plans for him. (more) (view trailer)

**User Comments:** The First and Best National Lampoon Movie. (more)

**User Rating:** ★★★★★★★ 7.6/10 (18,418 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| John Belushi | .... John 'Bluto' Blutarsky |
| Tim Matheson | .... Eric 'Otter' Stratton |
| John Vernon | .... Dean Vernon Wormer |
| Verna Bloom | .... Marion Wormer |
| Tom Hulce | .... Larry 'Pinto' Kroger (as Thomas Hulce) |
| Cesare Danova | .... Mayor Carmine DePasto |
| Peter Riegert | .... Donald 'Boon' Schoenstein |
| Mary Louise Weller | .... Mandy Pepperidge |
| Stephen Furst | .... Kent 'Flounder' Dorfman |
| James Daughton | .... Greg Marmalard |
| Bruce McGill | .... Daniel Simpson 'D-Day' Day |
| Mark Metcalf | .... Doug Neidermeyer |
| DeWayne Jessie | .... Otis Day |
| Karen Allen | .... Katy |
| James Widdoes | .... Robert Hoover |
| (more) | |

**Also Known As:**
National Lampoon's Animal House
**Runtime:** 109 min
**Country:** USA

Animal House (1978)

**Language:** English
**Color:** Color
**Sound Mix:** Mono
**Certification:** Australia:M / Canada:13+ *(Quebec)* / Canada:18A / Finland:K-15 *(re-rating)* / Finland:K-16 *(original rating)* / Iceland:L / Ireland:18 / Italy:VM14 / Netherlands:AL / New Zealand:R16 / Norway:16 / Singapore:NC-16 / Sweden:15 / UK:15 / USA:R / West Germany:12 *(re-rating)*

# Apocalypse Now (1979)



**Directed by**
John Milius

**Writing credits**
John Milius (screenplay) and
Francis Ford Coppola (screenplay) ...
(more)

📽 **Add to MyMovies** | 📷 **Photos** | **IMDbPro Professional Details**

**Genre:** Action / War (more)

**Plot Outline:** Based on Joseph Conrad's Heart Of Darkness, this is a controversial addition to the multitude of Vietnam war movies in existence. We follow Captain Willard on his mission into Cambodia to assassinate a renegade Green Beret who has set himself up as a God among a local tribe. Notes taken by Coppola's wife have recently been used to create "Hearts Of Darkness" - a fascinating and revealing account of the making of this movie. (more) (view trailer)

**User Comments:** Possibly the most ambitious film ever made... (more)

**User Rating:** ★★★★★★★★☆  **8.5/10** (67,832 votes) (Vote Here) top 250: #36

**Cast overview, first billed only:**

| | |
|---|---|
| Marlon Brando | .... Colonel Walter E. Kurtz |
| Martin Sheen | .... Captain Benjamin L. Willard |
| Robert Duvall | .... Lieutenant Colonel Bill Kilgore |
| Frederic Forrest | .... Jay 'Chef' Hicks |
| Sam Bottoms | .... Lance B. Johnson |
| Albert Hall | .... Chief Phillips |
| Laurence Fishburne | .... Tyrone 'Clean' Miller (as Larry Fishburne) |
| Dennis Hopper | .... Photojournalist |
| Harrison Ford | .... Colonel Lucas |
| G.D. Spradlin | .... General Corman |
| Jerry Ziesmer | .... Jerry, Civilian |
| Scott Glenn | .... Lieutenant Richard M. Colby |
| Bo Byers | .... MP Sergeant #1 |
| James Keane | .... Kilgore's Gunner |
| Kerry Rossall | .... Mike from San Diego |
| (more) | |

**Also Known As:**
Apocalypse Now Redux (International: English title) (longer version)
**MPAA:** Rated R for disturbing violent images, language, sexual content and some drug use. (2001

Apocalypse Now (1979)

director's cut)
**Runtime:** 153 min / USA:202 min (Redux version)
**Country:** <u>USA</u>
**Language:** <u>English</u> / <u>French</u> / <u>Vietnamese</u> / <u>Khmer</u>
**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>70 mm 6-Track</u> *(70 mm prints)* / <u>DTS</u> *(2001 re-release)* / <u>Dolby Digital</u> *(2001 re-release)* / <u>Dolby</u> *(35 mm prints) (original release)*
**Certification:** <u>Argentina:18</u> / <u>Australia:R</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:18A</u> *(video rating)* / <u>Chile:18</u> / <u>Finland:K-15</u> *(Redux version)* / <u>Finland:K-16</u> *(original rating)* / <u>France:-12</u> / <u>Germany:16</u> *(bw) (Redux version)* / <u>Iceland:16</u> / <u>Ireland:18</u> / <u>Israel:PG</u> / <u>Netherlands:16</u> / <u>New Zealand:R16</u> *(Redux version)* / <u>Norway:15</u> *(Redux version)* / <u>Norway:18</u> *(original rating)* / <u>Peru:18</u> / <u>Portugal:M/16</u> *(Redux version)* / <u>Singapore:M18</u> *(Redux version) (re-rating)* / <u>Singapore:R(A)</u> *(Redux version)* / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>Switzerland:16</u> *(canton of Geneva)* / <u>Switzerland:16</u> *(canton of Vaud)* / <u>UK:15</u> *(Redux version)* / <u>UK:18</u> *(re-rating) (1985)* / <u>UK:X</u> *(original rating)* / <u>USA:R</u> / <u>West Germany:16</u>

**Trivia:** The first film to use the 70mm Dolby Stereo surround sound system. <u>(more)</u>

**Goofs:** Continuity: After the massacre on the sampan, Mr. Clean is seen opening and closing the breech on the M-60 machine gun twice. <u>(more)</u>

**Quotes:**
*[Redux version]*
*[after Roxanne asks if Willard will go back to America after the war and he replies no]*
**<u>Roxanne</u>**: Then you are like us; your home is here.
<u>(more)</u>

**Awards:** Won 2 Oscars. Another 14 wins & 32 nominations <u>(more)</u>

# Invasions barbares, Les (2003)



**Directed by**
Denys Arcand

**Writing credits**
Denys Arcand

**IMDb** Add to MyMovies    **Photos**    **IMDbPro Professional Details**

**Genre:** Drama / Comedy (more)

**Tagline:** A provocative new comedy about sex, friendship, and all other things that invade our lives.

**Plot Summary:** Having a difficult time accepting the reality of death and feeling regretful of his past, a man dying... (more) (view trailer)

**User Comments:** The Barbarian Invasions (2003) (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★    **8.0/10** (5,236 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Rémy Girard | .... | Rémy |
| Stéphane Rousseau | .... | Sébastien |
| Dorothée Berryman | .... | Louise |
| Louise Portal | .... | Diane |
| Dominique Michel | .... | Dominique |
| Yves Jacques | .... | Claude |
| Pierre Curzi | .... | Pierre |
| Marie-Josée Croze | .... | Nathalie |
| Marina Hands | .... | Gaëlle |
| Toni Cecchinato | .... | Alessandro |
| Mitsou Gélinas | .... | Ghislaine |
| Sophie Lorain | .... | First Lover |
| Johanne-Marie Tremblay | .... | Sister Constance |
| Denis Bouchard | .... | Duhamel |
| Micheline Lanctôt | .... | Nurse Carole |
| (more) | | |

**Also Known As:**
The Barbarian Invasions (International: English title) (USA)
Invasion of the Barbarians (International: English title)
**MPAA:** Rated R for language, sexual dialogue and drug content.

Invasions barbares, Les (2003)                                                              Page 2 of 2

**Runtime:** 99 min / Canada:112 min (DVD version)
**Country:** Canada / France
**Language:** French / English
**Color:** Color
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:13 / Australia:MA / Brazil:16 / Canada:13+ *(Québec)* / Canada:14A /
Denmark:7 / Finland:K-11 / Germany:12 / Hong Kong:IIB / Italy:T / Netherlands:16 / New
Zealand:R16 / Norway:15 / Peru:14 / Portugal:M/16 / Switzerland:14 *(canton of Geneva)* /
Switzerland:14 *(canton of Vaud)* / UK:18 / USA:R / Spain:13

**Trivia: Director Cameo:** [**Denys Arcand**]the union representative whose jacket says "Directeur." (more)

**Goofs:** Continuity: The position of the cars outside the window changes when Sébastien first meets
Nathalie in the restaurant. (more)

**Quotes:**
**Hospital Patient Assistant**: Good morning, guys. Welcome to America.
**Rémy**: Praise the Lord.
**Sébastien**: Hallelujah.
(more)

**Awards:** Won Oscar. Another 33 wins & 16 nominations (more)

# BASEketball (1998)



**Directed by**
David Zucker

**Writing credits** (WGA)
David Zucker (written by) &
Robert LoCash (written by) ...
(more)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Comedy / Sport (more)

**Tagline:** From the director of the "Naked Gun" and starring the creators of "South Park" (more)

**Plot Outline:** Two childhood friends are pro athletes of a national sport called BASEketball, a hybrid of baseball and basketball, and must deal with a greedy businessman scheming against their team. (more) (view trailer)

**User Comments:** a funny movie (more)

**User Rating:** ☆☆☆☆☆        **6.2/10** (7,618 votes)  ( Vote Here )

**Cast overview, first billed only:**

| | |
|---|---|
| Trey Parker | .... Joe Cooper |
| Matt Stone | .... Doug Remer |
| Dian Bachar | .... Kenny 'Squeak' Scolari |
| Yasmine Bleeth | .... Jenna Reed |
| Jenny McCarthy | .... Yvette Denslow |
| Ernest Borgnine | .... Ted Denslow |
| Robert Vaughn | .... Baxter Cain |
| Trevor Einhorn | .... Joey Thomas |
| Bob Costas | .... Himself |
| Al Michaels | .... Himself |
| Reggie Jackson | .... Himself |
| Dan Patrick | .... Himself |
| Kenny Mayne | .... Himself |
| Tim McCarver | .... Himself |
| Pat O'Brien | .... Himself |
| (more) | |

**MPAA:** Rated R for strong language and crude sex-related humor.
**Runtime:** 103 min
**Country:** USA

BASEketball (1998)

**Language:** English
**Color:** Color *(DeLuxe)*
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Australia:M / Canada:13+ *(Quebec)* / Germany:12 / Portugal:M/12 *(video premiere)* / Singapore:PG / Spain:13 / Sweden:11 / UK:15 / USA:R *(certificate #36151)* / Canada:14A

# Being John Malkovich (1999)



**Directed by**
Spike Jonze

**Writing credits** (WGA)
Charlie Kaufman (written by)

---

🎬 **Add to MyMovies** | 📷 **Photos** | **IMDbPro Professional Details**

**Genre:** Comedy / Fantasy / Drama (more)

**Tagline:** Ever wanted to be someone else? Now you can. (more)

**Plot Outline:** A puppeteer discovers a portal that leads literally into the head of the movie star, John Malkovich. (more) (view trailer)

**User Comments:** A brilliantly original dark comedy. (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **7.9/10** (57,448 votes) (Vote Here) top 250: #241

**Cast overview, first billed only:**

| | | |
|---|---|---|
| John Cusack | .... | Craig Schwartz |
| Cameron Diaz | .... | Lotte Schwartz |
| Ned Bellamy | .... | Derek Mantini |
| Eric Weinstein | .... | Father at Puppet Show |
| Madison Lanc | .... | Daughter at Puppet Show |
| Octavia Spencer | .... | Woman in Elevator (as Octavia L. Spencer) |
| Mary Kay Place | .... | Floris |
| Orson Bean | .... | Dr. Lester |
| Catherine Keener | .... | Maxine Lund |
| K.K. Dodds | .... | Wendy |
| Reginald C. Hayes | .... | Don (as Reggie Hayes) |
| Byrne Piven | .... | Captain Mertin |
| Judith Wetzell | .... | Tiny Woman |
| John Malkovich | .... | John Horatio Malkovich |
| Kevin Carroll | .... | Cab Driver |

(more)

**Runtime:** 112 min / Canada:113 min
**Country:** USA
**Language:** English
**Color:** Color *(Technicolor)*

Being John Malkovich (1999)

**Sound Mix:** <u>Dolby Digital</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:MA</u> / <u>Belgium:KT</u> / <u>Canada:14A</u> / <u>Canada:G</u> *(Québec)* / <u>Chile:14</u> / <u>Finland:K-12</u> / <u>France:U</u> / <u>Germany:12</u> *(w)* / <u>Hong Kong:IIB</u> / <u>Ireland:15</u> / <u>Italy:T</u> / <u>Netherlands:AL</u> / <u>New Zealand:M</u> / <u>Singapore:M18</u> *(re-rating) (uncut)* / <u>Singapore:R(A)</u> *(original rating)* / <u>South Korea:18</u> / <u>Spain:13</u> / <u>Sweden:11</u> / <u>Switzerland:16</u> *(canton of Geneva)* / <u>Switzerland:16</u> *(canton of Vaud)* / <u>UK:15</u> / <u>USA:R</u> *(certificate #36965)* / <u>Norway:11</u>

**Trivia:** The 1990 Steppenwolf Theatre building in Chicago (Malkovich was one of the first members of Steppenwolf, and remains one today) includes a half-floor used for storage. <u>(more)</u>

**Goofs:** Boom mike visible: When Craig and Dr. Lester sit together on the office windowsill to have a conversation, the shadow of a boom mike is visible on the window frame between them. <u>(more)</u>

**Quotes:** **<u>Craig Schwartz</u>**: You see the world through John Malkovich's eyes. Then after about 15 minutes, you're spit out into a ditch on the side of the New Jersey Turnpike! <u>(more)</u>

**Awards:** Nominated for 3 Oscars. Another 45 wins & 44 nominations <u>(more)</u>

# **Birdy** (<u>1984</u>)



**Directed by**
<u>Alan Parker</u>

**Writing credits**
<u>Sandy Kroopf</u> (screenplay) and
<u>Jack Behr</u> (screenplay)
(<u>more</u>)

 **<u>Add to MyMovies</u>**    **<u>IMDbPro Professional Details</u>**

**Genre:** <u>Drama</u> / <u>War</u> (<u>more</u>)

**Plot Summary:** Two friends arrive back from Vietnam, scarred in different ways. One has physical injuries, the other... (<u>more</u>) (<u>view trailer</u>)

**User Comments:** Outstanding adaptation of a great book (<u>more</u>)

**User Rating:** ★ ★ ★ ★ ★ ★ ★    **7.3/10** (3,701 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| <u>Matthew Modine</u> | .... | Birdy |
| <u>Nicolas Cage</u> | .... | Sergeant Al Columbato |
| <u>John Harkins</u> | .... | Doctor Major Weiss |
| <u>Sandy Baron</u> | .... | Mr. Columbato |
| <u>Karen Young</u> | .... | Hannah Rourke |
| <u>Bruno Kirby</u> | .... | Renaldi |
| <u>Nancy Fish</u> | .... | Mrs. Prevost |
| <u>George Buck</u> | .... | Walt, Birdy's Father/School Janitor |
| <u>Dolores Sage</u> | .... | Birdy's mother |
| <u>Robert L. Ryan</u> | .... | Joe Sagessa |
| <u>James Santini</u> | .... | Mario Columbato |
| <u>Maud Winchester</u> | .... | Doris Robinson |
| <u>Marshall Bell</u> | .... | Ronsky |
| <u>Elizabeth Whitcraft</u> | .... | Rosanne |
| <u>Sandra Beall</u> | .... | Shirley |

(<u>more</u>)

**Runtime:** 120 min
**Country:** <u>USA</u>
**Language:** <u>English</u>
**Color:** <u>Color</u> *(Metrocolor)*
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Chile:18</u> / <u>Finland:K-16</u> / <u>France:-12</u> / <u>Norway:16</u> *(1985)* /

Birdy (1984)

South Korea:15 *(DVD rating)* / South Korea:18 *(VHS rating)* / Sweden:15 / UK:15 / USA:R / West Germany:12 / New Zealand:R

Black Hawk Down (2001)                                                                Page 1 of 2

# Black Hawk Down (2001)



**Directed by**
Ridley Scott

**Writing credits** (WGA)
Mark Bowden (book)
Ken Nolan (screenplay)

📼 **Add to MyMovies** | 📷 **Photos** | **IMDbPro Professional Details**

**Genre:** Action / Drama / History / War (more)

**Tagline:** Leave No Man Behind (more)

**Plot Outline:** 123 elite U.S. soldiers drop into Somalia to capture two top lieutenants of a renegade warlord and find themselves in a desperate battle with a large force of heavily-armed Somalis. (more) (view trailer)

**User Comments:** Code Name-"Irene" (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐  **7.6/10** (34,510 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Josh Hartnett | .... SSgt. Matt Eversmann |
| Ewan McGregor | .... Spec. John Grimes |
| Jason Isaacs | .... Capt. Mike Steele |
| Tom Sizemore | .... Lt. Col. Danny McKnight |
| William Fichtner | .... Sfc. Jeff Sanderson |
| Eric Bana | .... Sfc. Norm 'Hoot' Gibson |
| Sam Shepard | .... Maj. Gen. William F. Garrison |
| Ewen Bremner | .... Spec. Shawn Nelson |
| Tom Hardy | .... Spec. Lance Twombly (as Thomas Hardy) |
| Ron Eldard | .... CWO Michael Durant |
| Charlie Hofheimer | .... Cpl. James 'Jamie' Smith |
| Hugh Dancy | .... Sfc. Kurt Schmid |
| Tom Guiry | .... SSgt. Ed Yurek (as Thomas Guiry) |
| Brian Van Holt | .... SSgt. Jeff Struecker |
| Steven Ford | .... Lt. Col. Joe Cribbs |
| (more) | |

**MPAA:** Rated R for intense, realistic, graphic war violence, and for language.
**Runtime:** 144 min / Germany:142 min
**Country:** USA

**Language:** English / Somali
**Color:** Color *(Technicolor)*
**Sound Mix:** DTS / Dolby Digital / SDDS *(8 channels)*
**Certification:** Argentina:16 / Australia:MA *(re-rating on appeal)* / Australia:R *(original rating)* / Brazil:14 / Canada:18A / Finland:K-15 / France:-12 / Germany:16 / Hong Kong:IIB / Netherlands:16 / New Zealand:R16 / Norway:15 / Peru:14 / Philippines:PG-13 / Singapore:NC-16 / South Korea:15 / Spain:13 / Sweden:15 / Switzerland:16 *(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* / UK:15 / USA:R *(certificate #38095)*

**Trivia:** 40 of the actors who were portraying Rangers were sent to Fort Benning to attend a two week crash course in becoming Rangers, 15 of the actors portraying Delta Operators were sent to Ft. Bragg and were given a two week Commando Course by members of the 1st Special Warfare Training Group. Ron Eldard went to Fort Campbell and was given a lecture by several Little Bird and Black Hawk pilots about flying and Michael Durant. (more)

**Goofs:** Continuity: When Sgt. Sanderson was lying prone and ordering one of his Delta soldiers to draw fire from some Somalis on a vehicle, he was waving his left arm. But when the camera switches to behind him, he is waving his right arm. (more)

**Quotes:** **Pilot**: Mike Durant, we won't leave you behind. (more)

**Awards:** Won 2 Oscars. Another 4 wins & 27 nominations (more)

# The Blair Witch Project (1999)



**Directed by**
Daniel Myrick
Eduardo Sánchez

**Writing credits**
Daniel Myrick &
Eduardo Sánchez

 **Add to MyMovies** IMDb **IMDbPro Professional Details**

**Genre:** Horror / Thriller / Mystery (more)

**Tagline:** Scary as hell. (more)

**Plot Outline:** In October of 1994, three student film makers disappeared in the woods near Burkittesville, Maryland. One year later, their footage was found. (more) (view trailer)

**User Comments:** Original, yes, but WAY over-hyped (more)

**User Rating:** ★★★★★ **6.1/10** (41,152 votes) 

**Complete credited cast:**

| | |
|---|---|
| Heather Donahue | .... Heather Donahue |
| Joshua Leonard | .... Joshua 'Josh' Leonard |
| Michael C. Williams | .... Michael 'Mike' Williams (as Michael Williams) |
| Bob Griffin | .... Short Fisherman |
| Jim King | .... Interviewee |
| Sandra Sánchez | .... Waitress (as Sandra Sanchez) |
| Ed Swanson | .... Fisherman With Glasses |
| Patricia DeCou | .... Mary Brown |
| Mark Mason | .... Man in Yellow Hat |
| Jackie Hallex | .... Interviewee with Child |
| (more) | |

**MPAA:** Rated R for language.
**Runtime:** 86 min
**Country:** USA
**Language:** English
**Color:** Black and White / Color
**Sound Mix:** Dolby SR
**Certification:** Argentina:13 / Australia:MA *(original rating)* / Australia:M / Belgium:KNT / Canada:14A / Chile:14 / Denmark:15 / Finland:K-16 / France:-12 / Germany:12 / Hong Kong:IIB / Iceland:12 / Netherlands:16 / New Zealand:R13 / Norway:15 / Peru:14 / Portugal:M/12 / Singapore:NC-16 *(re-rating)* / Singapore:PG *(original rating)* / Spain:13 / Sweden:15 / Switzerland:16 *(canton of*

*Geneva)* / <u>Switzerland:16</u> *(canton of Vaud)* / <u>UK:15</u> / <u>USA:R</u> *(certificate #36716)* / <u>Philippines:PG-13</u>