# Blazing Saddles (1974)



**Directed by**
Mel Brooks

**Writing credits**
Andrew Bergman (story)
Mel Brooks (screenplay) ...
 (more)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Comedy / Western (more)

**Tagline:** Never give a saga an even break!

**Plot Outline:** To ruin a western town, a corrupt political boss appoints a black sheriff, who promptly becomes his most formidable adversary. (more) (view trailer)

**User Comments:** Trailblazing "Saddles" (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐   **7.7/10** (17,945 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Cleavon Little | .... Bart |
| Gene Wilder | .... Jim (The Waco Kid) |
| Slim Pickens | .... Taggart |
| David Huddleston | .... Olson Johnson |
| Liam Dunn | .... Rev. Johnson |
| Alex Karras | .... Mongo |
| John Hillerman | .... Howard Johnson |
| George Furth | .... Van Johnson |
| Jack Starrett | .... Gabby Johnson (as Claude Ennis Starrett Jr.) |
| Mel Brooks | .... Gov. William J. LePetomaine/Indian chief/World War I aviator in badmen lineup) |
| Harvey Korman | .... Hedley Lamarr |
| Madeline Kahn | .... Lili Von Shtupp |
| Carol DeLuise | .... Harriett Johnson (as Carol Arthur) |
| Richard Collier | .... Dr. Sam Johnson |
| Charles McGregor | .... Charlie |
|  (more) | |

**Also Known As:**
Black Bart (USA) (working title)
**Runtime:** 93 min

Blazing Saddles (1974)                                                    Page 2 of 2

**Country:** <u>USA</u>
**Language:** <u>English</u> / <u>Yiddish</u>
**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:Atp</u> / <u>Australia:M</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:14</u> *(Nova Scotia)* / <u>Canada:PG</u> *(Ontario)* / <u>Finland:K-12</u> / <u>Norway:16</u> / <u>Singapore:PG</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u> / <u>West Germany:12</u>

**Trivia:** On the marquee at Graumann's Chinese Theater, the flashing title "Blazing Saddles" is a matte lay-in, covering the film's original title, "Black Bart". The final title of the movie wasn't decided until after principal photography. <u>(more)</u>

**Goofs:** Continuity: In the church, the reverend is hunched over his podium after he says "We're going to need a new sheriff." When one of the many Johnsons says, "Let's wire the governor for a new sheriff," the reverend is standing straight. <u>(more)</u>

**Quotes:**
*[first lines]*
**Lyle**: Come on, boys! The way you're lollygaggin' around here with them picks and them shovels, you'd think it was a hundert an' twenty degree. Can't be more than a hundert an' fourteen.
<u>(more)</u>

**Awards:** Nominated for 3 Oscars. Another 1 win & 2 nominations <u>(more)</u>

# Blood Simple. (1984)



**Directed by**
Joel Coen
 (more)

**Writing credits**
Joel Coen (written by) &
Ethan Coen (written by)

**Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Drama / Thriller / Crime (more)

**Tagline:** Breaking up is hard (more)

**Plot Outline:** A rich but jealous man hires a private investigator to kill his cheating wife and her new man. But, when blood is involved, nothing is simple. (more)

**User Comments:** brilliant noir (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **7.7/10** (10,065 votes) (Vote Here)

**Complete credited cast:**

| | |
|---|---|
| John Getz | .... Ray |
| Frances McDormand | .... Abby |
| Dan Hedaya | .... Julian Marty |
| M. Emmet Walsh | .... Loren Visser (private detective) |
| Samm-Art Williams | .... Meurice |
| Deborah Neumann | .... Debra |
| Raquel Gavia | .... Landlady |
| Van Brooks | .... Man from Lubbock |
| Señor Marco | .... Mr. Garcia |
| William Creamer | .... Old cracker |
| Loren Bivens | .... Strip-bar exhorter |
| Bob McAdams | .... Strip-bar exhorter |
| Shannon Sedwick | .... Stripper |
| Nancy Finger | .... Girl on overlook |
| William Preston Robertson | .... Radio evangelist (voice) |

   (more)

**Runtime:** 99 min
**Country:** USA
**Language:** English
**Color:** Color

Blood Simple. (1984)

**Sound Mix:** Ultra Stereo
**Certification:** Argentina:18 / Finland:K-16 / France:-12 / Norway:16 / Singapore:PG / Sweden:15 / Switzerland:16 *(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* / UK:18 / USA:R / West Germany:18

# Blue Velvet (1986)



**Directed by**
David Lynch

**Writing credits**
David Lynch (screenplay)

**Add to MyMovies**     **IMDbPro Professional Details**

**Genre:** Crime / Drama / Mystery / Thriller (more)

**Tagline:** It's a strange world.

**Plot Outline:** An innocent young man discovers that a dark underworld exists beneath the surface of his seemingly quiet hometown. (more) (view trailer)

**User Comments:** Singing the Blues. (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **7.7/10** (19,643 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Isabella Rossellini | .... Dorothy Valens |
| Kyle MacLachlan | .... Jeffrey Beaumont |
| Dennis Hopper | .... Frank Booth |
| Laura Dern | .... Sandy Williams |
| Hope Lange | .... Mrs. Williams |
| Dean Stockwell | .... Ben |
| George Dickerson | .... Det. John Williams |
| Priscilla Pointer | .... Mrs. Beaumont |
| Frances Bay | .... Aunt Barbara |
| Jack Harvey | .... Mr. Tom Beaumont |
| Ken Stovitz | .... Mike |
| Brad Dourif | .... Raymond |
| Jack Nance | .... Paul |
| J. Michael Hunter | .... Hunter |
| Dick Green | .... Don Valens |
| (more) | |

**Runtime:** 120 min
**Country:** USA
**Language:** English
**Color:** Color

**Sound Mix:** Dolby

**Certification:** Argentina:18 / Australia:R / Canada:R / Chile:18 / Finland:K-15 *(re-rerating)* / Finland:K-18 *(original rating)* / France:-12 / Hong Kong:III / Ireland:18 / Italy:VM14 / Japan:R-15 / Netherlands:12 *(uncut version)* / Norway:18 / Portugal:M/16 / South Korea:18 / Spain:18 / Sweden:15 / Switzerland:16 / UK:18 / USA:R / West Germany:16

**Trivia:** Molly Ringwald was originally offered role of Sandy, but her mother objected to her starring in it, due to the graphic content of the film. (more)

**Goofs:** Continuity: Frank's beer appears to change in color and level during the scenes at Ben's house. (more)

**Quotes: Jeffrey Beaumont**: Do you see that house? I used to know a kid who lived there, he had the biggest tongue in the world. (more)

**Awards:** Nominated for Oscar. Another 17 wins & 10 nominations (more)

# Boiler Room (2000)



**Directed by**
Ben Younger

**Writing credits** (WGA)
Ben Younger (written by)

📀 **Add to MyMovies**   📷 **Photos**   🎬 **IMDbPro Professional Details**

**Genre:** Thriller / Drama / Crime (more)

**Tagline:** Where would you turn? How far would you go? How hard will you fall? (more)

**Plot Outline:** A college dropout gets a job as a broker for a suburban investment firm, which puts him on the fast track to success, but the job might not be as legitimate as it sounds. (more) (view trailer)

**User Comments:** brave view of modern morality (more)

**User Rating:** ★★★★★★☆☆ **6.8/10** (9,016 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Giovanni Ribisi | .... | Seth Davis |
| Vin Diesel | .... | Chris Varick |
| Nia Long | .... | Abbie Halpert |
| Nicky Katt | .... | Greg Weinstein |
| Scott Caan | .... | Richie O'Flaherty |
| Ron Rifkin | .... | Judge Marty Davis |
| Jamie Kennedy | .... | Adam |
| Taylor Nichols | .... | Harry Reynard |
| Bill Sage | .... | Agent David Drew |
| Tom Everett Scott | .... | Michael Brantley |
| Ben Affleck | .... | Jim Young |
| John Griesemer | .... | Concierge |
| David Younger | .... | Marc |
| Russel Harper | .... | Kid (as Russell Harper) |
| Mark Webber | .... | Kid |
| (more) | | |

**MPAA:** Rated R for strong language and some drug content.
**Runtime:** 118 min
**Country:** USA
**Language:** English

Boiler Room (2000)

**Color:** Color *(Technicolor)*
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:13 / Denmark:15 / France:U / Germany:12 / South Korea:15 *(original rating)* /
South Korea:18 *(DVD rating)* / UK:15 / USA:R *(certificate #36838)* / Finland:K-16

# The Bonfire of the Vanities (1990)



**Directed by**
Brian De Palma

**Writing credits** (WGA)
Tom Wolfe (novel)
Michael Cristofer (screenplay)

**Add to MyMovies    IMDbPro Professional Details**

**Genre:** Comedy / Drama (more)

**Tagline:** An Outrageous Story of Greed, Lust and Vanity in America (more)

**Plot Summary:** Financial "Master of the Universe" Sherman McCoy sees his life unravel when his mistress Maria Ruskin hits a black boy with his car... (more) (view trailer)

**User Comments:** This is what I call an honest movie. (more)

**User Rating:** ★★★★☆ 　　　　 **5.0/10** (4,322 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Tom Hanks | .... Sherman McCoy |
| Bruce Willis | .... Peter Fallow |
| Melanie Griffith | .... Maria Ruskin |
| Kim Cattrall | .... Judy McCoy |
| Saul Rubinek | .... Jed Kramer |
| Morgan Freeman | .... Judge Leonard White |
| John Hancock | .... Reverend Bacon |
| Kevin Dunn | .... Tom Killian |
| Clifton James | .... Albert Fox |
| Louis Giambalvo | .... Ray Andruitti |
| Barton Heyman | .... Detective Martin |
| Norman Parker | .... Detective Goldberg |
| Donald Moffat | .... Mr. McCoy |
| Alan King | .... Arthur Ruskin |
| Beth Broderick | .... Caroline Heftshank |
| (more) | |

**Runtime:** 125 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)

The Bonfire of the Vanities (1990)

**Sound Mix:** <u>70 mm 6-Track</u> *(70 mm prints)* / <u>Dolby</u> *(35 mm prints)*
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Chile:14</u> / <u>Finland:K-14</u> / <u>France:U</u> / <u>Sweden:11</u> *(video release)* / <u>Sweden:7</u> / <u>UK:15</u> / <u>USA:R</u>

# Boot, Das (1981)



**Directed by**
Wolfgang Petersen

**Writing credits**
Lothar G. Buchheim (novel)
Wolfgang Petersen
(more)

**Add to MyMovies**     **IMDbPro Professional Details**

**Genre:** Drama / War (more)

**Tagline:** Eine Reise ans Ende des Verstandes (more)

**Plot Outline:** The claustrophobic world of a WWII German U-boat; boredom, filth, and sheer terror.
(more) (view trailer)

**User Comments:** Recommended viewing (more)

**User Rating:** ★★★★★★★★★☆  **8.5/10** (30,077 votes)  (Vote Here)  top 250: #45

**Cast overview, first billed only:**

| | |
|---|---|
| Jürgen Prochnow | .... Der Alte/Capt.-Lt. Henrich Lehmann-Willenbrock |
| Herbert Grönemeyer | .... Lt. Werner/Correspondent |
| Klaus Wennemann | .... Der Leitende/Der LI/Chief Engineer/Fritz Grade |
| Hubertus Bengsch | .... 1st Lieutenant/Number One/1WO |
| Martin Semmelrogge | .... 2nd Lieutenant/2WO |
| Bernd Tauber | .... Kriechbaum/Chief Quartermaster/Navigator |
| Erwin Leder | .... Johann |
| Martin May | .... Ullman |
| Heinz Hoenig | .... Hinrich |
| Uwe Ochsenknecht | .... Chief Bosun |
| Claude-Oliver Rudolph | .... Ario |
| Jan Fedder | .... Pilgrim |
| Ralf Richter | .... Frenssen |
| Joachim Bernhard | .... Preacher |
| Oliver Stritzel | .... Schwalle |
| (more) | |

**Also Known As:**
The Boat (USA) (dubbed version)
**MPAA:** Rated R for some war violence and brief language. (director's cut)
**Runtime:** 149 min / Germany:216 min (director's cut)

Boot, Das (1981)

Page 2 of 2

**Country:** <u>West Germany</u>
**Language:** <u>German</u> / <u>English</u>
**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Dolby Digital</u> *(director's cut)* / <u>Dolby</u> *(original release)* / <u>SDDS</u> *(director's cut)*
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Chile:14</u> / <u>Finland:K-16</u> / <u>France:U</u> / <u>Ireland:15</u> /
<u>Netherlands:12</u> / <u>Netherlands:16</u> *(director's cut)* / <u>Norway:15</u> *(director's cut)* / <u>Norway:16</u> /
<u>Portugal:M/12</u> *(original rating)* / <u>Portugal:M/16</u> *(director's cut)* / <u>Singapore:PG</u> / <u>Spain:13</u> / <u>Sweden:15</u> /
<u>UK:12</u> *(dubbed directors cut)* / <u>UK:15</u> *(subtitled directors cut)* / <u>USA:R</u> / <u>USA:Unrated</u> *(original uncut
version)* / <u>West Germany:12</u> *(w)*

**Trivia:** The film, as well as the book by Lothar Gunther Buchheim on which it's based, are both loosely
adapted from the wartime career of the Type VIIC boat U-96, and its skipper, Heinrich Lehmann-
Willenbrock. Lehmann-Willenbrock ranked seventh among U-Boat skippers in terms of shipping
tonnage sunk during the war (183,223 tons on three boats, the U-5, the U-96, and the U-256). After
transferring to a new skipper, the U-96 was retired on 5 February 1943, one of the few U-boats to
actually survive its tour of duty in the Atlantic. (<u>more</u>)

**Goofs:** Continuity: When the captain issues an order for a torpedo to be fired at the burning ship, he
quotes a distance of 950m. Later he notes the distance as 650m in his log. (<u>more</u>)

**Quotes:**
**Heinrich**: Noooo! Second contact closing fast, bearing 076!
**Captain**: Damn them! Another one!
(<u>more</u>)

**Awards:** Nominated for 6 Oscars. Another 4 wins & 4 nominations (<u>more</u>)

# Born Into Brothels: Calcutta's Red Light Kids (2004)



**Directed by**
<u>Zana Briski</u>
<u>Ross Kauffman</u>

**Writing credits**
<u>Zana Briski</u>
<u>Ross Kauffman</u>

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** <u>Documentary</u> (more)

**Plot Outline:** Two documentary filmmakers chronicle their time in Sonagchi, Calcutta and the relationships they developed with children of prostitutes who work the city's notorious red light district. (more) (view trailer)

**User Comments:** Confusion and mis-interpretation due to poor editing (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ ☆ ☆ **8.0/10** (419 votes) (Vote Here)

**Also Known As:**
The Kids of Sonagachi (USA) (working title)
**MPAA:** Rated R for some sequences of strong language.
**Runtime:** Brazil:85 min / USA:85 min
**Country:** <u>India</u> / <u>USA</u>
**Language:** <u>Bengali</u> / <u>English</u>
**Color:** <u>Color</u>
**Certification:** <u>Canada:14A</u> *(Ontario)* / <u>USA:R</u>

**Awards:** Won Oscar. Another 12 wins & 3 nominations

# Bowling for Columbine (2002)



**Directed by**
Michael Moore

**Writing credits** (WGA)
Michael Moore (written by)

**IMDB** Add to MyMovies | **☉** Photos | **IMDb** IMDbPro Professional Details

**Genre:** Comedy / Documentary / Drama (more)

**Tagline:** Are we a nation of gun nuts or are we just nuts? (more)

**Plot Outline:** Filmmaker Michael Moore explores the roots of America's predilection for gun violence. (more) (view trailer)

**User Comments:** A guerrilla for non violence (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐⭐ **8.4/10** (38,573 votes) (Vote Here)

**Credited cast:**

| | |
|---|---|
| Jacobo Arbenz | .... Himself, President of Guatemala (archive footage) (as President Arbenz) |
| Mike Bradley | .... Himself, Mayor of Sarnia, Ontario, Canada |
| Arthur A. Busch | .... Himself, County prosecutor, Flint, Michigan (as Arthur Busch) |
| George Bush | .... Himself (archive footage) (as Bush) |
| George W. Bush | .... Himself, President of the United States (archive footage) |
| Michael Caldwell | .... Himself, police detective |
| Richard Castaldo | .... Himself, Columbine victim |
| Dick Clark | .... Himself, restaurant owner |
| Steve Davis | .... Himself, deputy sheriff (archive footage) |
| Byron Dorgan | .... Himself (archive footage) |
| Joe Farmer | .... Himself, superintendent of schools (archive footage) |
| Denny Fennell | .... Himself, home security consultant |
| Barry Glassner | .... Himself, author of "The Culture of Fear" (as Prof. Barry Glassner) |
| John Harris | .... Himself (voice) |
| Charlton Heston | .... Himself, actor/NRA president |
| Jeremy Hicks | .... Himself, suspended student for wearing kilts (archive footage) |
| Ernest F. Hollings | .... Himself (archive footage) (as Senator Fritz Hollings) |
| Jimmie Hughes | .... Herself, principal of Buell Elementary School |
| Dick Hurlin | .... Himself, former producer of "Cops" |

Bowling for Columbine (2002)                                                    Page 2 of 3

| | |
|---|---|
| Amanda Lamante | .... Herself, Columbine student |
| Mary Lorenz | .... Herself, K-Mart official |
| Marilyn Manson | .... Himself, entertainer |
| Tom Mauser | .... Himself, father of victim |
| Evan McCollum | .... Himself, Lockheed Martin public relations |
| Timothy McVeigh | .... Himself, Oklahoma City bomber (archive footage) |
| Carey McWilliams | .... Himself, blind gun owner (archive footage) |
| Gerald Miller | .... Himself, Welfare-to-Work creator (archive footage) |
| Michael Moore | .... Himself/Narrator |
| Mohammed Mossadegh | .... Himself, Prime Minister of Iran (archive footage) (as Prime Minister Mossadeq) |
| Dinh Diem Ngo | .... Himself, President of South Vietnam (archive footage) (as President Diem) |
| James Nichols | .... Himself, brother of Terry Nichols |
| Terry Nichols | .... Himself, Oklahoma City bombing accomplice (archive footage) |
| Manuel Noriega | .... Himself, President of Panama (archive footage) |
| Tamarla Owens | .... Herself, mother of boy who shot girl (archive footage) |
| Shah Mohammed Reza Pahlavi | .... Himself, Shah of Iran (archive footage) |
| Robert J. Pickell | .... Himself, sheriff of Flint, Michigan (as Sheriff Robert Pickell) |
| Augusto Pinochet | .... Himself, Chilean dictator (archive footage) |
| Jeff Rossen | .... Himself, FOX reporter (archive footage) |
| Dr. David Satcher | .... Himself (archive footage) |
| Nicole Schlief | .... Herself |
| David Smith | .... Himself, Sarah's husband (voice) (archive footage) |
| Susan Smith | .... Herself, child murderess (archive footage) |
| Matt Stone | .... Himself, former Columbine student |
| Mark Taylor | .... Himself, Columbine victim |
| (more) | |

**Also Known As:**
Bowling for Columbine (Germany)
**MPAA:** Rated R for some violent images and language.
**Runtime:** 120 min
**Country:** Canada / USA / Germany
**Language:** English
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:13 / Australia:M / Brazil:18 / Canada:14A / Denmark:11 / Finland:K-15 / France:U / Germany:12 / Hong Kong:IIB / Ireland:12 / Israel:PG / Netherlands:16 / New Zealand:M / Norway:11 / Peru:14 / Singapore:PG / South Korea:15 / Spain:T / Sweden:11 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / Switzerland:14 *(canton of Zurich)* / Switzerland:14 *(canton of the Grisons)* / UK:15 / USA:R *(certificate #39324)*

**Trivia:** Because the film didn't fit neatly into any established categories at Cannes, the Jury created a special 55th Anniversary Award just for the film. (more)

Bowling for Columbine (2002)

**Quotes:** <u>John Nichols</u>: I use the pen, because the pen is mightier than the sword. But you must always keep a sword handy for when the pen fails. <u>(more)</u>

**Awards:** Won Oscar. Another 26 wins & 5 nominations <u>(more)</u>

# Braveheart (1995)



**Directed by**
Mel Gibson

**Writing credits** (WGA)
Randall Wallace (written by)

[icons] **Add to MyMovies** | [icon] **Photos** | [icon] **IMDbPro Professional Details**

**Genre:** Action / Biography / Drama / War (more)

**Tagline:** What kind of man would defy a king? (more)

**Plot Outline:** William Wallace, a commoner, unites the 13th Century Scots in their battle to overthrow English rule. (more) (view trailer)

**User Comments:** A modern masterpiece. (more)

**User Rating:** ★★★★★★★★★ 8.3/10 (96,343 votes) (Vote Here) top 250: #91

**Cast overview, first billed only:**

| | |
|---|---|
| Mel Gibson | .... William Wallace |
| James Robinson | .... Young William Wallace |
| Sean Lawlor | .... Malcolm Wallace |
| Sandy Nelson | .... John Wallace |
| James Cosmo | .... Campbell |
| Sean McGinley | .... MacClannough |
| Alan Tall | .... Elder Stewart |
| Andrew Weir | .... Young Hamish Campbell |
| Gerda Stevenson | .... Mother MacClannough |
| Ralph Riach | .... Priest #1 |
| Mhairi Calvey | .... Young Murron MacClannough |
| Brian Cox | .... Argyle Wallace |
| Patrick McGoohan | .... Longshanks, King Edward I |
| Peter Hanly | .... Edward, Prince of Wales |
| Sophie Marceau | .... Princess Isabelle |
| (more) | |

**MPAA:** Rated R for brutal medieval warfare.
**Runtime:** 177 min
**Country:** USA
**Language:** English / French / Latin

Braveheart (1995)

**Color:** Color *(DeLuxe)*
**Sound Mix:** DTS / Dolby Digital
**Certification:** Argentina:16 / Australia:MA / Belgium:KT / Canada:18A *(DVD rating)* / Chile:14 /
Finland:K-16 / France:U / Germany:16 *(w)* / Hong Kong:IIB / Iceland:16 / Ireland:15 *(cut version)* /
Netherlands:16 / Norway:18 / Peru:14 / Portugal:M/12 / Singapore:M18 *(uncut version)* / Singapore:PG
*(cut version)* / South Korea:15 *(original rating)* / South Korea:18 *(DVD rating)* / Spain:18 / Sweden:15 /
UK:15 *(cut version)* / USA:R *(certificate #33700)* / Greece:K-13

**Trivia:** The film correctly depicts the father of Robert the Bruce suffering from leprosy in his later years;
Robert the Bruce himself would be overcome by the disease in the late 1320s. (more)

**Goofs:** Revealing mistakes: During the last battle, two soldiers just stop fighting and laugh at what is
going on. (more)

**Quotes:**
**Robert's Father**: Longshanks acquired Wallace. So did our nobles. That was the price of your crown.
**Robert the Bruce**: DIE. I want you to die.
(more)

**Awards:** Won 5 Oscars. Another 15 wins & 20 nominations (more)

# **Brazil** (<u>1985</u>)



**Directed by**
<u>Terry Gilliam</u>

**Writing credits**
<u>Terry Gilliam</u> (screenplay) &
<u>Tom Stoppard</u> (screenplay) ...
(<u>more</u>)

<u>**Add to MyMovies**</u>  |  <u>**Photos**</u>  |  <u>**IMDbPro Professional Details**</u>

**Genre:** <u>Comedy</u> / <u>Sci-Fi</u> / <u>Fantasy</u> (<u>more</u>)

**Tagline:** It's only a state of mind. (<u>more</u>)

**Plot Outline:** A bureaucrat in a retro-future world tries to correct an administrative error and himself becomes an enemy of the state. (<u>more</u>) (<u>view trailer</u>)

**User Comments:** Perhaps the greatest of all films (<u>more</u>)

**User Rating:** ☆☆☆☆☆☆☆☆☆☆  **8.0/10** (32,003 votes)  (Vote Here)  <u>top 250: #197</u>

**Cast overview, first billed only:**

| | | |
|---|---|---|
| <u>Jonathan Pryce</u> | .... | Sam Lowry |
| <u>Robert De Niro</u> | .... | Archibald 'Harry' Tuttle |
| <u>Katherine Helmond</u> | .... | Mrs. Ida Lowry |
| <u>Ian Holm</u> | .... | Mr. M. Kurtzmann |
| <u>Bob Hoskins</u> | .... | Spoor |
| <u>Michael Palin</u> | .... | Jack Lint |
| <u>Ian Richardson</u> | .... | Mr. Warrenn |
| <u>Peter Vaughan</u> | .... | Mr. Helpmann |
| <u>Kim Greist</u> | .... | Jill Layton |
| <u>Jim Broadbent</u> | .... | Dr. Jaffe |
| <u>Barbara Hicks</u> | .... | Mrs. Alma Terrain |
| <u>Charles McKeown</u> | .... | Harvey Lime |
| <u>Derrick O'Connor</u> | .... | Dowser |
| <u>Kathryn Pogson</u> | .... | Shirley |
| <u>Bryan Pringle</u> | .... | Spiro |

(<u>more</u>)

**Also Known As:**
1984 and 1/2 (UK) (working title)
1984½ (UK) (working title)
**Runtime:** 131 min / USA:142 min (director's cut) / USA:94 min (edited version)

Brazil (1985)                                                                                      Page 2 of 2

**Country:** <u>UK</u>
**Language:** <u>English</u>
**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Canada:14</u> *(Nova Scotia)* / <u>Canada:AA</u> *(Ontario)* / <u>Canada:G</u> *(Québec)* / <u>Canada:PA</u> *(Manitoba)* / <u>Chile:18</u> / <u>Finland:K-16</u> / <u>France:-12</u> / <u>New Zealand:R13</u> / <u>Norway:16</u> *(1985)* / <u>Singapore:PG</u> / <u>South Korea:15</u> *(DVD rating)* / <u>Spain:13</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u> / <u>West Germany:12</u> *(re-rating) (2003)* / <u>West Germany:18</u> *(1985-2003)*

**Trivia:** The technician who, right at the start of the film, swats the fly which falls into the printer causing the fatal misprint is <u>Ray Cooper</u>, the percussionist who, among other things, accompanied <u>Elton John</u> on his famous Russian concerts in 1979. (<u>more</u>)

**Goofs:** Revealing mistakes: When Sam is in Helpmann's office looking at the printer, pre-printed text can clearly be seen on the feeder roll. (<u>more</u>)

**Quotes:**
**<u>Sam Lowry</u>**: Excuse me, Dawson, can you put me through to Mr. Helpmann's office?
**Dawson**: I'm afraid I can't sir. You have to go through the proper channels.
**<u>Sam Lowry</u>**: And you can't tell me what the proper channels are, because that's classified information?
**Dawson**: I'm glad to see the Ministry's continuing its tradition of recruiting the brightest and best, sir.
**<u>Sam Lowry</u>**: Thank you, Dawson.
(<u>more</u>)

**Awards:** Nominated for 2 Oscars. Another 7 wins & 1 nomination (<u>more</u>)

# Breaking the Waves (1996)



**Directed by**
Lars von Trier

**Writing credits**
Lars von Trier (written by)
Peter Asmussen (co-written by)
(more)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama / Romance (more)

**Tagline:** Love is a mighty power.

**Plot Outline:** Oilman Jan is paralyzed in an accident. His wife, who prayed for his return, feels guilty; even more, when Jan urges her to have sex with another. (more) (view trailer)

**User Comments:** Outstanding film of complicated, unsettling ideas (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★    **7.7/10** (10,818 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Emily Watson | .... Bess McNeill |
| Stellan Skarsgård | .... Jan Nyman |
| Katrin Cartlidge | .... Dodo McNeill |
| Jean-Marc Barr | .... Terry |
| Adrian Rawlins | .... Dr. Richardson |
| Jonathan Hackett | .... Priest |
| Sandra Voe | .... Mother |
| Udo Kier | .... Sadistic Sailor |
| Mikkel Gaup | .... Pits |
| Roef Ragas | .... Pim |
| Phil McCall | .... Grandfather |
| Robert Robertson | .... Chairman |
| Desmond Reilly | .... An Elder |
| Sarah Gudgeon | .... Sybilla |
| Finlay Welsh | .... Coroner (as Finley Welsh) |
| (more) | |

**Also Known As:**
Amor omnie (Denmark) (working title)
Breaking the Waves (France)
**MPAA:** Rated R for strong graphic sexuality, nudity, language and some violence.

Breaking the Waves (1996)

**Runtime:** 159 min / USA:153 min (director's cut) / Argentina:158 min
**Country:** Denmark / Sweden / France / Netherlands / Norway / Iceland
**Language:** English
**Color:** Color *(Eastmancolor)*
**Sound Mix:** Dolby Digital
**Certification:** Australia:R / Canada:18A / Chile:18 / Denmark:12 / Finland:K-14 / France:-12 /
Germany:12 / Hong Kong:III / Hungary:16 / Italy:VM14 / Netherlands:16 / Norway:15 /
Portugal:M/16 / Singapore:R(A) / South Korea:18 / Spain:18 / Sweden:15 / UK:18 / USA:R /
Argentina:16 / Israel:18

**Trivia:** The first film in Lars von Trier's "Golden Heart" trilogy in which the heroines remain naïve
despite their actions. The two other parts are Idioterne (1998) and Dancer in the Dark (2000). (more)

**Quotes: The Minister**: I would say to you that if there is one of these commandments you do not love
and do not obey, you have no business at the Lord's table. (more)

**Awards:** Nominated for Oscar. Another 40 wins & 13 nominations (more)

# Broadcast News (1987)



**Directed by**
James L. Brooks

**Writing credits**
James L. Brooks

Add to MyMovies    IMDbPro Professional Details

**Genre:** Comedy / Drama / Romance (more)

**Tagline:** It's the story of their lives.

**Plot Outline:** Take two rival TV reporters: one handsome, one talented, both male. Add one producer, female. Mix well and watch the sparks fly. (more) (view trailer)

**User Comments:** Smart, Insightful, and Funny (more)

**User Rating:** ★★★★★★★ **7.0/10** (5,151 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| William Hurt | .... Tom Grunick |
| Albert Brooks | .... Aaron Altman |
| Holly Hunter | .... Jane Craig |
| Robert Prosky | .... Ernie Merriman |
| Lois Chiles | .... Jennifer Mack |
| Joan Cusack | .... Blair Litton (as Joan Cusak) |
| Peter Hackes | .... Paul Moore |
| Christian Clemenson | .... Bobby |
| Jack Nicholson | .... Bill Rorich |
| Robert Katims | .... Martin Klein |
| Ed Wheeler | .... George Wein |
| Stephen Mendillo | .... Gerald Grunick |
| Kimber Shoop | .... Young Tom |
| Dwayne Markee | .... Young Aaron |
| Gennie James | .... Young Jane |
| (more) | |

**Runtime:** 133 min
**Country:** USA
**Language:** English
**Color:** Color *(DeLuxe)*

Broadcast News (1987)

**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Chile:14</u> / <u>Finland:K-10</u> / <u>Netherlands:AL</u> / <u>Singapore:PG</u> /
<u>South Korea:18</u> / <u>Sweden:7</u> / <u>UK:15</u> / <u>USA:R</u> / <u>West Germany:12</u>

**Trivia:** <u>Debra Winger</u> was originally cast as Jane Craig. (<u>more</u>)

**Goofs:** Factual errors: When editing the mercenary footage, Bobby didn't dub the edited spot to video cassette before handing it off to be inserted into the broadcast feed. (<u>more</u>)

**Quotes:**
**<u>Jane Craig</u>**: No, no, no it wasn't just the speech, the same thing happened with this guy. I have passed some line, some place. I am beginning to repel people I'm trying to seduce.
**<u>Aaron Altman</u>**: He must've been great looking...
**<u>Jane Craig</u>**: Why do you say that?
**<u>Aaron Altman</u>**: Because nobody invites a *bad* looking idiot up to their bedroom.
(<u>more</u>)

**Awards:** Nominated for 7 Oscars. Another 13 wins & 10 nominations (<u>more</u>)

Bullets Over Broadway (1994)

# Bullets Over Broadway (1994)



**Directed by**
Woody Allen

**Writing credits** (WGA)
Woody Allen (written by) and
Douglas McGrath (written by)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Comedy / Romance / Crime (more)

**Tagline:** A killer comedy! (more)

**Plot Summary:** Set in 1920's New York City, this movie tells the story of idealistic young playwright David Shayne... (more)

**User Comments:** Rollicking, rib-tickling 'Roaring 20s' comedy gem -- a diamond among the Woodman's recent rough. (more)

**User Rating:** ★★★★★★★★ 7.4/10 (6,908 votes) ( Vote Here )

**Cast overview, first billed only:**

| | |
|---|---|
| John Cusack | .... David Shayne |
| Dianne Wiest | .... Helen Sinclair |
| Jennifer Tilly | .... Olive Neal |
| Chazz Palminteri | .... Cheech |
| Mary-Louise Parker | .... Ellen |
| Jack Warden | .... Julian Marx |
| Joe Viterelli | .... Nick Valenti |
| Rob Reiner | .... Sheldon Flender |
| Tracey Ullman | .... Eden Brent |
| Jim Broadbent | .... Warner Purcell |
| Harvey Fierstein | .... Sid Loomis |
| Stacy Nelkin | .... Rita |
| Malgorzata Zajaczkowska | .... Lili (as Margaret Sophie Stein) |
| Charles Cragin | .... Rifkin |
| Nina Sonja Peterson | .... Josette (as Nina Sonya Peterson) |
| (more) | |

**Runtime:** 98 min
**Country:** USA
**Language:** English

Bullets Over Broadway (1994)                                                                          Page 2 of 2

**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Chile:14</u> / <u>Finland:K-12</u> / <u>France:U</u> / <u>Germany:12</u> /
<u>Portugal:M/12</u> / <u>Singapore:PG</u> / <u>Spain:T</u> / <u>Sweden:11</u> / <u>UK:15</u> / <u>USA:R</u>

**Trivia:** <u>Dianne Wiest</u> said that she initially had trouble playing Helen Sinclair. She said she really
struggled saying her character's signature line. She then decided to lower her voice when she said the
line "Don't Speak" and that made all the difference. The lower she said it, the funnier it became. <u>(more)</u>

**Goofs:** Factual errors: When Helen gives David a gift on his birthday, she calls him a Scorpio, but two
scenes later it is only September 24th. The Sun does not enter the sign of Scorpio until the end of
October. David is a Virgo or a Libra. <u>(more)</u>

**Quotes:**
**<u>Cheech</u>**: Olive, I think you should know this: you're a horrible actress.
[*Cheech shoots Olive dead*]
<u>(more)</u>

**Awards:** Won Oscar. Another 15 wins & 12 nominations <u>(more)</u>

# Bulworth (1998)



**Directed by**
Warren Beatty

**Writing credits** (WGA)
Warren Beatty (story)
Warren Beatty (screenplay) ...
(more)

[DVD] **Add to MyMovies** | [icon] **Photos** | [IMDb] **IMDbPro Professional Details**

**Genre:** Comedy / Drama / Romance (more)

**Tagline:** Brace yourself. This politician is about to tell the truth!

**Plot Outline:** A suicidally disillusioned liberal politician puts a contract out on himself and takes the opportunity to be bluntly honest with his voters. (more) (view trailer)

**User Comments:** Not Just A Pretty Face (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ☆ ☆ ☆ **6.9/10** (8,532 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Kimberly Deauna Adams | .... | Denisha |
| Vinny Argiro | .... | Debate Director |
| Sean Astin | .... | Gary |
| Kirk Baltz | .... | Debate Producer |
| Ernie Lee Banks | .... | Leroy |
| Amiri Baraka | .... | Rastaman |
| Christine Baranski | .... | Constance Bulworth |
| Adilah Barnes | .... | Mrs. Brown |
| Warren Beatty | .... | Sen. Jay Billington Bulworth |
| Graham Beckel | .... | Man with Dark Glasses |
| Halle Berry | .... | Nina |
| Brandon N. Bowlin | .... | Bouncer #2 |
| Mongo Brownlee | .... | Henchman #3 |
| Thomas Jefferson Byrd | .... | Uncle Rafeeq |
| J. Kenneth Campbell | .... | Anthony |
| (more) | | |

**Also Known As:**
Tribulations (USA) (working title)
**Runtime:** 108 min
**Country:** USA

Bulworth (1998)

**Language:** English
**Color:** Color *(Technicolor)*
**Sound Mix:** Dolby Digital
**Certification:** Argentina:16 / Australia:MA / Canada:13+ *(Quebec)* / Canada:18A / Chile:18 / France:U / Germany:12 *(bw)* / Norway:11 / Portugal:M/12 / Singapore:R(A) / Spain:13 / Switzerland:16 *(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* / UK:18 / USA:R *(certificate #36031)*

# Lengua de las mariposas, La (1999)



**Directed by**
José Luis Cuerda

**Writing credits**
Rafael Azcona
José Luis Cuerda
(more)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** A magical tale about growing up in country growing apart. (more)

**Plot Summary:** For Moncho, it's an idyllic year: he starts school, he has a wonderful teacher, he makes a friend in Roque... (more)

**User Comments:** Sweepingly Beautiful and Poignant (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐  **7.4/10** (1,315 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Fernando Fernán Gómez | .... Don Gregorio |
| Manuel Lozano | .... Moncho |
| Uxía Blanco | .... Rosa |
| Gonzalo Uriarte | .... Ramón |
| Alexis de los Santos | .... Andrés |
| Jesús Castejón | .... D. Avelino |
| Guillermo Toledo | .... Otis |
| Elena Fernández | .... Carmina |
| Tamar Novas | .... Roque |
| Tatan | .... Roque Padre |
| Roberto Vidal Bolaño | .... Boal (as Roberto Vidal) |
| Celso Parada | .... Macias |
| Celso Bugallo | .... Cura |
| Antonio Lagares | .... Alcalde (as Tucho Lagares) |
| Milagros Jiménez | .... Nena |
| (more) | |

**Also Known As:**
Butterfly's Tongue (Philippines: English title) (UK)
A Lingua das bolboretas (Spain: Galician title)
Butterfly (DVD title)

Lengua de las mariposas, La (1999)

Butterfly Tongues (USA)
**MPAA:** Rated R for a strong sex scene.
**Runtime:** 96 min
**Country:** Spain
**Language:** Spanish / Latin
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:13 / Chile:14 / France:U / Hong Kong:IIB / Norway:11 / Spain:T / Sweden:7 / UK:15 / USA:R

# Caddyshack (1980)



**Directed by**
Harold Ramis

**Writing credits**
Brian Doyle-Murray (written by) &
Harold Ramis (written by) ...
 (more)

Add to MyMovies    IMDbPro Professional Details

**Genre:** Comedy / Sport (more)

**Tagline:** At last, a comedy that bites! (more)

**Plot Outline:** An exclusive golf course has to deal with a brash new member and a destructive dancing gopher. (more) (view trailer)

**User Comments:** CLASSIC (more)

**User Rating:** ★★★★★★★☆☆☆ **7.2/10** (14,044 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Chevy Chase | .... | Ty Webb |
| Rodney Dangerfield | .... | Al Czervik |
| Ted Knight | .... | Judge Elihu Smails |
| Michael O'Keefe | .... | Danny Noonan |
| Bill Murray | .... | Carl Spackler |
| Sarah Holcomb | .... | Maggie O'Hooligan |
| Scott Colomby | .... | Tony D'Annunzio |
| Cindy Morgan | .... | Lacey Underall |
| Dan Resin | .... | Dr. Beeper |
| Henry Wilcoxon | .... | The Bishop |
| Elaine Aiken | .... | Mrs. Noonan |
| Albert Salmi | .... | Mr. Noonan |
| Ann Ryerson | .... | Grace |
| Brian Doyle-Murray | .... | Lou Loomis |
| Hamilton Mitchell | .... | Motormouth |

 (more)

**Runtime:** 98 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)

**Sound Mix:** <u>Mono</u>
**Certification:** <u>Canada:14A</u> / <u>Finland:K-16</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u> / <u>West Germany:16</u> /
<u>Australia:M</u>

# Carrie (1976)



**Directed by**
Brian De Palma

**Writing credits**
Lawrence D. Cohen
Stephen King (novel)

Add to MyMovies  |  Photos  |  IMDbPro Professional Details

**Genre:** Drama / Fantasy / Horror / Thriller (more)

**Tagline:** If You've Got A Taste For Terror... Take Carrie To The Prom. (more)

**Plot Outline:** A mousy and abused girl with telekinetic powers gets pushed too far on one special night. (more) (view trailer)

**User Comments:** Film That Made King's Career (more)

**User Rating:** ★★★★★★    7.2/10 (12,355 votes)  (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Sissy Spacek | .... | Carrie White |
| Piper Laurie | .... | Margaret White |
| Amy Irving | .... | Sue Snell |
| William Katt | .... | Tommy Ross |
| Betty Buckley | .... | Miss Collins |
| Nancy Allen | .... | Chris Hargensen |
| John Travolta | .... | Billy Nolan |
| P.J. Soles | .... | Norma Watson |
| Priscilla Pointer | .... | Mrs. Snell |
| Sydney Lassick | .... | Mr. Fromm |
| Stefan Gierasch | .... | Mr. Morton |
| Michael Talbott | .... | Freddy |
| Doug Cox | .... | The Beak |
| Harry Gold | .... | George |
| Noelle North | .... | Freida |
| (more) | | |

**Runtime:** 98 min
**Country:** USA
**Language:** English
**Color:** Color (DeLuxe)

**Sound Mix:** Mono
**Certification:** Argentina:18 / Australia:R / Canada:13+ *(Quebec)* / Canada:18A *(Alberta) (2000)* / Canada:18 *(Nova Scotia)* / Canada:PA *(Manitoba)* / Canada:R *(Ontario)* / Chile:18 / Finland:(Banned) *(original rating)* / Finland:K-15 *(re-rating) (2005)* / Finland:K-18 *(re-rating)* / France:-16 / Iceland:16 / Netherlands:16 / Norway:15 *(2000)* / Norway:18 / Peru:18 / Singapore:M18 / Sweden:15 / UK:18 / USA:R *(certificate #24688)* / West Germany:16 / Ireland:18 / UK:X *(theatrical rating)*

**Trivia:** Sissy Spacek asked Brian de Palma how he wanted her to react when Carrie first realizes that she is bleeding in the showers at the start, de Plama told her "It's like you've been hit by a truck". Spacek talked to her husband, who as a child had been run over by a car when he was standing in the streets looking at Christmas lights a neighbor had put up, and used his description of the experience as a basis for the scene. (more)

**Goofs:** Revealing mistakes: The wire of the very last knife that stabs Carrie's mother is visible for a brief moment. (more)

**Quotes: Margaret White**: They're all gonna laugh at you. (more)

**Awards:** Nominated for 2 Oscars. Another 2 wins & 3 nominations (more)

# Catch-22 (1970)



**Directed by**
Mike Nichols

**Writing credits**
Joseph Heller (novel)
Buck Henry (screenplay)

**Add to MyMovies**  |  **Photos**  |  **IMDbPro Professional Details**

**Genre:** Comedy / War (more)

**Plot Outline:** A man is trying desperately to be certified insane during World War II, so he can stop flying missions. (more) (view trailer)

**User Comments:** We Hate This, That's the Catch (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ **7.0/10** (3,654 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Alan Arkin | .... Capt. John Yossarian, (bombardier) |
| Martin Balsam | .... Col. Cathcart (CO, 256th Squadron) |
| Richard Benjamin | .... Maj. Danby (Flight Operations Officer) |
| Art Garfunkel | .... Capt. Nately (as Arthur Garfunkel) |
| Jack Gilford | .... Dr. 'Doc' Daneeka |
| Buck Henry | .... Lt. Col. Korn (XO/Roman policeman) |
| Bob Newhart | .... Maj. Major Major Major |
| Anthony Perkins | .... Chaplain Capt. A.T. Tappman |
| Paula Prentiss | .... Nurse Duckett |
| Martin Sheen | .... 1st Lt. Dobbs |
| Jon Voight | .... 1st Lt. Milo Minderbinder |
| Orson Welles | .... Brig. Gen. Dreedle |
| Bob Balaban | .... Capt. Orr |
| Susanne Benton | .... Dreedle's WAC |
| Norman Fell | .... First Sgt. Towser |
| (more) | |

**Runtime:** 122 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)
**Sound Mix:** Mono
**Certification:** Australia:M / Finland:K-16 / Norway:16 (1971) / Portugal:(Banned) (1970-1974) / UK:15

Catch-22 (1970)

*(video release)* / <u>USA:R</u> / <u>Iceland:12</u>

Chinatown (1974)

# Chinatown (1974)



**Directed by**
Roman Polanski

**Writing credits**
Robert Towne (written by)
(more)

📀 **Add to MyMovies** | 📷 **Photos** | 🎬 **IMDbPro Professional Details**

**Genre:** Crime / Mystery / Drama (more)

**Plot Outline:** A private detective investigating an adultery case stumbles on to a scheme of murder that has something to do with water. (more) (view trailer)

**User Comments:** Capturing the True Spirit of Film-noir (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐⭐⭐⭐  **8.4/10** (26,974 votes) (Vote Here) top 250: #51

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Jack Nicholson | .... | Jake 'J.J.' Gittes |
| Faye Dunaway | .... | Evelyn Cross Mulwray |
| John Huston | .... | Noah Cross |
| Perry Lopez | .... | Lieutenant Lou Escobar |
| John Hillerman | .... | Russ Yelburton |
| Darrell Zwerling | .... | Hollis I. Mulwray |
| Diane Ladd | .... | Ida Sessions |
| Roy Jenson | .... | Claude Mulvihill |
| Roman Polanski | .... | Man with Knife |
| Richard Bakalyan | .... | Detective Loach (as Dick Bakalyan) |
| Joe Mantell | .... | Lawrence Walsh |
| Bruce Glover | .... | Duffy |
| Nandu Hinds | .... | Sophie |
| James O'Rear | .... | Lawyer |
| James Hong | .... | Kahn |
| (more) | | |

**Runtime:** 131 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)
**Sound Mix:** Mono
**Certification:** Australia:M / Canada:13+ (Quebec) / Canada:14 (Nova Scotia) / Canada:PG (Manitoba) /

Case 1:97-cv-00408-SJM-SPB     Document 72-16     Filed 07/21/2005     Page 38 of 46

Canada:R *(Ontario)* / Finland:K-16 / Netherlands:16 / New Zealand:R16 / Norway:15 / Spain:18 /
Sweden:15 / UK:15 / USA:R / West Germany:16 / UK:X *(theatrical rating)*

**Trivia:** Among the items in Ida Sessions' pocketbook, which Jake Gittes rummages through, are a $2 bill
and a Screen Actors Guild membership card. (more)

**Goofs:** Continuity: Gittes lights a cigarette while waiting to see Yelburton for the second time. Entering
his office, he still takes a puff. But when they shake hands, the cigarette is gone. (more)

**Quotes:**
**Evelyn Mulwray**: She's my daughter.
[*Gittes slaps Evelyn*]
**Jake Gittes**: I said I want the truth!
**Evelyn Mulwray**: She's my sister...
[*slap*]
**Evelyn Mulwray**: She's my daughter...
[*slap*]
**Evelyn Mulwray**: My sister, my daughter.
[*More slaps*]
**Jake Gittes**: I said I want the truth!
[...]
(more)

**Awards:** Won Oscar. Another 14 wins & 22 nominations (more)

# Cidade de Deus (2002)



**Directed by**
Fernando Meirelles
Kátia Lund (co-director)

**Writing credits**
Paulo Lins (novel)
Bráulio Mantovani (screenplay)

 **Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Crime / Drama / Thriller (more)

**Tagline:** Fight and you'll never survive..... Run and you'll never escape. (more)

**Plot Outline:** Two boys growing up in a violent neighborhood of Rio de Janeiro take different paths: one becomes a photographer, the other a drug dealer. (more)

**User Comments:** "One of the best films you'll ever see!"--Roger Ebert, does it live up to the hype? (more)

**User Rating:** ☆☆☆☆☆☆☆☆ **8.8/10** (29,064 votes) (Vote Here) top 250: #18

**Cast overview, first billed only:**

| | |
|---|---|
| Alexandre Rodrigues | .... Buscapé - Rocket |
| Leandro Firmino | .... Zé Pequeno - Li'l Zé (as Leandro Firmino da Hora) |
| Phellipe Haagensen | .... Bené (Benny) |
| Douglas Silva | .... Dadinho - Li'l Dice |
| Jonathan Haagensen | .... Cabeleira (Shaggy) |
| Matheus Nachtergaele | .... Sandro Cenoura (Carrot) |
| Seu Jorge | .... Mané Galinha (Knockout Ned) |
| Manuel Machado | .... Himself (archive footage) |
| Jefechander Suplino | .... Alicate - Clipper |
| Alice Braga | .... Angélica |
| Emerson Gomes | .... Barbantinho - Stringy |
| Edson Oliveira | .... Barbantinho Adulto - Older Stringy |
| Michel de Souza | .... Bené Criança - Young Benny (as Michel De Souza Gomes) |
| Roberta Rodrigues | .... Berenice |
| Luis Otávio | .... Buscapé Criança - Young Rocket |
| (more) | |

**Also Known As:**
City of God (International: English title) (UK)
Cité de Dieu, La (France)

God's Town (International: English title)
**MPAA:** Rated R for strong brutal violence, sexuality, drug content and language.
**Runtime:** 130 min / Canada:135 min (Toronto International Film Festival)
**Country:** Brazil / France / USA
**Language:** Portuguese
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:16 / Australia:R / Brazil:16 / Finland:K-18 / France:-16 / Germany:16 *(bw)* / Hong Kong:III / Italy:T / Japan:R-15 / Netherlands:16 / New Zealand:R18 / Norway:15 / Peru:18 / Philippines:R-18 / Portugal:M/16 / Singapore:M18 *(video rating) (cut)* / Singapore:R(A) *(original rating) (cut)* / Spain:18 / Sweden:15 / Switzerland:16 *(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* / UK:18 / USA:R / Singapore:R21 *(uncut version)*

**Trivia:** In the DVD commentary track, director Fernando Meirelles reveals that the shot in which we see Alicate, Cabeleira and Marreco through the bumper of the gas truck is a homage/spoof of the TV series "Charlie's Angels" (1976) (the three boys are seen holding their guns pointing to different ways). (more)

**Goofs:** Continuity: When Bené throws Neguinho out (after he, Neguinho, has killed his girl friend) the amount of blood on Bené's T-shirt changes (more)

**Quotes:** **Buscapé:** [*after Dadinho kills many people in a motel*] That night, Dadinho killed his dream of kill. (more)

**Awards:** Nominated for 4 Oscars. Another 47 wins & 13 nominations (more)

# Clerks. (1994)



**Directed by**
Kevin Smith

**Writing credits**
Kevin Smith (written by)

 **Add to MyMovies**  IMDbPro Professional Details

**Genre:** Comedy / Drama (more)

**Tagline:** Just because they serve you doesn't mean they Like you. (more)

**Plot Outline:** A day in the lives of two convenience clerks named Dante and Randal as they annoy customers, discuss movies, and play hockey on the store roof. (more)

**User Comments:** Life-savior (more)

**User Rating:** ★★★★★★★★  **7.9/10** (41,393 votes)  [Vote Here]

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Brian O'Halloran | .... | Dante Hicks |
| Jeff Anderson | .... | Randal Graves |
| Marilyn Ghigliotti | .... | Veronica Loughran |
| Lisa Spoonhauer | .... | Caitlin Bree |
| Jason Mewes | .... | Jay |
| Kevin Smith | .... | Silent Bob |
| Scott Mosier | .... | Willam Black/Angry Hockey Playing Customer/Angry Mourner |
| Walter Flanagan | .... | Woolen Cap Smoker/Egg Man/Offended Customer/Cat Admiring Bitter Customer (as Walt Flanagan) |
| Scott Schiaffo | .... | Chewlie's Rep |
| Al Berkowitz | .... | Old Man |
| David Klein | .... | Hunting Cap Smoking Boy/Low I.Q. Video Customer/Hubcap Searching Customer/Angry Mourner/Angry Crowd at Door |
| Ed Hapstak | .... | Sanford/Angry Mourner |
| Pattijean Csik | .... | Coroner |
| Ernest O'Donnell | .... | Rick Derris (Trainer) |
| Kimberly Loughran | .... | Heather Jones (Alyssa's sister) |

Clerks. (1994)

(more)

**Also Known As:**
Clerks (USA) (alternative spelling)
Clerks X (USA) (DVD box title)
cLeRKs (USA) (poster title)
**MPAA:** Rated R on appeal for extensive use of extremely explicit sex-related dialogue.
**Runtime:** 92 min
**Country:** USA
**Language:** English
**Color:** Black and White
**Sound Mix:** Dolby / Mono *(original Sundance cut)*
**Certification:** Australia:R / Canada:16+ *(Quebec)* / Canada:18A / Finland:K-12 / Germany:12 / Hong Kong:III / Israel:16 / New Zealand:R16 / South Korea:18 / Spain:18 / Sweden:Btl / UK:18 / USA:NC-17 *(original rating)* / USA:R *(re-rating after appeal)* / UK:15 *(2005 re-rating)*

# **Cobb** (<u>1994</u>)



**Directed by**
<u>Ron Shelton</u>

**Writing credits** (<u>WGA</u>)
<u>Al Stump</u> (article)
<u>Al Stump</u> (book)
 (<u>more</u>)

<u>**Add to MyMovies**</u>  <u>**IMDbPro Professional Details**</u>

**Genre:** <u>Biography</u> / <u>Drama</u> / <u>Sport</u> (<u>more</u>)

**Tagline:** Everyone hated this baseball legend. And he loved it.

**Plot Outline:** A reporter hired to write the 'official' biography of Ty Cobb discovers just how dark the baseball legend's real story is. (<u>more</u>) (<u>view trailer</u>)

**User Comments:** Not a baseball movie, and not appreciated. (<u>more</u>)

**User Rating:** ★ ★ ★ ★ ★ ★ ☆ ☆ ☆ ☆  **6.2/10** (1,542 votes) (<u>Vote Here</u>)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| <u>Tommy Lee Jones</u> | .... | Ty Cobb |
| <u>Robert Wuhl</u> | .... | Al Stump |
| <u>Lolita Davidovich</u> | .... | Ramona |
| <u>Ned Bellamy</u> | .... | Ray |
| <u>Scott Burkholder</u> | .... | Jimmy |
| <u>Allan Malamud</u> | .... | Mud |
| <u>Bill Caplan</u> | .... | Bill |
| <u>Jeff Fellenzer</u> | .... | Sportswriter |
| <u>Doug Krikorian</u> | .... | Sportswriter |
| <u>Gavin Smith</u> | .... | Sportsman's Lounge Bartender |
| <u>Lou Myers</u> | .... | Willie |
| <u>William Utay</u> | .... | Jameson |
| <u>J. Kenneth Campbell</u> | .... | Prof. Cobb |
| <u>Rhoda Griffis</u> | .... | Ty's Mother |
| <u>Tyler Logan Cobb</u> | .... | Young Ty |

 (<u>more</u>)

**Runtime:** 128 min
**Country:** <u>USA</u>
**Language:** <u>English</u>
**Color:** <u>Black and White</u> / <u>Color</u> *(Technicolor)*

**Sound Mix:** <u>Dolby Digital</u>
**Certification:** <u>Germany:12</u> *(w)* / <u>Spain:18</u> / <u>UK:18</u> / <u>USA:R</u>

# Coming Home <u>(1978)</u>



**Directed by**
<u>Hal Ashby</u>

**Writing credits**
<u>Nancy Dowd</u> (story)
<u>Robert C. Jones</u>
(more)

 **Add to MyMovies**     **IMDbPro Professional Details**

**Genre:** <u>Drama</u> / <u>War</u> <u>(more)</u>

**Tagline:** A man who believed in war! A man who believed in nothing! And a woman who believed in both of them!

**Plot Outline:** A woman whose husband is fighting in Vietnam falls in love with another man who suffered a paralyzing combat injury there. (more) (view trailer)

**User Comments:** Up Close And Personal (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ☆ ☆ ☆ **7.2/10** (1,645 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| <u>Jane Fonda</u> | .... Sally Hyde |
| <u>Jon Voight</u> | .... Luke Martin |
| <u>Bruce Dern</u> | .... Capt. Bob Hyde |
| <u>Penelope Milford</u> | .... Vi Munson |
| <u>Robert Carradine</u> | .... Bill Munson |
| <u>Robert Ginty</u> | .... Sgt. Dink Mobley |
| <u>Mary Gregory</u> | .... Martha Vickery |
| <u>Kathleen Miller</u> | .... Kathy Delise |
| <u>Beeson Carroll</u> | .... Capt. Earl Delise |
| <u>Willie Tyler</u> | .... Virgil |
| <u>Louis Carello</u> | .... Bozo |
| <u>Charles Cyphers</u> | .... Pee Wee |
| <u>Olivia Cole</u> | .... Corrine |
| <u>Tresa Hughes</u> | .... Nurse Digroot |
| <u>Bruce French</u> | .... Dr. Lincoln |
| (more) | |

**Also Known As:**
Hemkomsten
**Runtime:** 126 min

Case 1:97-cv-00408-SJM-SPB    Document 72-16    Filed 07/21/2005    Page 46 of 46

**Country:** <u>USA</u>
**Language:** <u>English</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:18</u> / <u>Australia:MA</u> / <u>Finland:K-18</u> / <u>Singapore:M18</u> / <u>Sweden:15</u> / <u>UK:18</u> / <u>USA:R</u>

**Trivia:** <u>Sylvester Stallone</u>' Jack Nicholson' and <u>Al Pacino</u> declined the role that went to <u>Jon Voight</u> <u>(more)</u>

**Quotes:** **Luke Martin**: I have killed for my country, or whatever, and I don't feel good about it. Coz there's not enough reason, man, to feel a person die in your hands, or to see your best buddy get blown away. <u>(more)</u>

**Awards:** Won 3 Oscars. Another 10 wins & 11 nominations <u>(more)</u>