# The Cotton Club (1984)



**Directed by**
Francis Ford Coppola

**Writing credits**
William Kennedy (story) &
Francis Ford Coppola (story) ...
(more)

[IMDb] **Add to MyMovies**   [IMDbpro] **IMDbPro Professional Details**

**Genre:** Crime / Drama / Music (more)

**Tagline:** Where crime lords rub elbows with the rich and famous! (more)

**Plot Summary:** The Cotton Club was a famous night club in Harlem. The story follows the people that visited the club... (more) (view trailer)

**User Comments:** Fascinating picturesque and passionate drama (more)

**User Rating:** ★ ★ ★ ★ ★ ☆ ☆ ☆ ☆ ☆  **6.2/10** (2,791 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Richard Gere | .... Michael 'Dixie' Dwyer |
| Gregory Hines | .... Sandman Williams |
| Diane Lane | .... Vera Cicero |
| Lonette McKee | .... Lila Rose Oliver |
| Bob Hoskins | .... Owney Madden |
| James Remar | .... Dutch Schultz |
| Nicolas Cage | .... Vincent Dwyer |
| Allen Garfield | .... Abbadabba Berman |
| Fred Gwynne | .... Frenchy Demange |
| Gwen Verdon | .... Tish Dwyer |
| Lisa Jane Persky | .... Frances Flegenheimer |
| Maurice Hines | .... Clay Williams |
| Julian Beck | .... Sol Weinstein |
| Novella Nelson | .... Madame St. Clair |
| Laurence Fishburne | .... Bumpy Rhodes (as Larry Fishburne) |
| (more) | |

**Runtime:** 127 min / Germany:123 min (video version)
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)

**Sound Mix:** <u>70 mm 6-Track</u> *(70 mm prints)* / <u>Dolby</u> *(35 mm prints)*
**Certification:** <u>Argentina:18</u> / <u>Chile:18</u> / <u>Finland:K-16</u> / <u>France:U</u> / <u>Norway:16</u> *(1985)* / <u>Sweden:15</u> /
<u>UK:15</u> / <u>USA:R</u> / <u>West Germany:16</u>

**Trivia:** The relationship in the film between the characters played by <u>Gregory Hines</u> and <u>Maurice Hines</u>
was partly based on their real lives. <u>(more)</u>

**Quotes:** <u>**Owney**</u>: Someone oughta take out your brain and pickle it! <u>(more)</u>

**Awards:** Nominated for 2 Oscars. Another 1 win & 6 nominations <u>(more)</u>

# The Crossing Guard (1995)



**Directed by**
Sean Penn

**Writing credits** (WGA)
Sean Penn (written by)

📼 **Add to MyMovies**  |  📷 **Photos**  |  IMDb **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** Some lives cross, others collide.

**Plot Outline:** Freddie Gale is a seedy jeweler who has sworn to kill the drunk driver who killed his little girl. (more)

**User Comments:** A powerful and compelling story, filmed well and with some great performances. (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐    **6.3/10** (2,377 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Jack Nicholson | .... Freddy Gale |
| David Morse | .... John Booth |
| Anjelica Huston | .... Mary |
| Robin Wright Penn | .... Jojo (as Robin Wright) |
| Piper Laurie | .... Helen Booth |
| Richard Bradford | .... Stuart Booth |
| Priscilla Barnes | .... Verna |
| David Baerwald | .... Peter |
| Robbie Robertson | .... Roger |
| John Savage | .... Bobby |
| Kari Wuhrer | .... Mia |
| Jennifer Leigh Warren | .... Jennifer |
| Kellita Smith | .... Tanya |
| Richard C. Sarafian | .... Sunny Ventura (as Richard Sarafian) |
| Bobby Cooper | .... Coop |
| (more) | |

**MPAA:** Rated R for sexuality and strong language.
**Runtime:** 111 min
**Country:** USA

Case 1:97-cv-00408-SJM-SPB    Document 72-17    Filed 07/21/2005    Page 4 of 46

**Language:** <u>English</u>
**Color:** <u>Color</u>
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Australia:M</u> / <u>Finland:K-12</u> / <u>Netherlands:16</u> / <u>Norway:15</u> / <u>Portugal:M/16</u> / <u>Spain:13</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u> / <u>Argentina:13</u>

# The Deer Hunter (1978)



**Directed by**
Michael Cimino

**Writing credits**
Michael Cimino (story) &
Deric Washburn (story) ...
 (more)

**Add to MyMovies     IMDbPro Professional Details**

**Genre:** Drama / War (more)

**Plot Outline:** An in-depth examination of the way that the Vietnam war affects the lives of people in a small industrial town in the USA. (more) (view trailer)

**User Comments:** It's been given a fairly bad reputation over the years - undeservedly so, too. One of the greatest films ever made. (more)

**User Rating:** ★★★★★★★★     **8.1/10** (29,670 votes) (Vote Here) top 250: #132

**Cast overview, first billed only:**

| | |
|---|---|
| Robert De Niro | .... Michael Vronsky |
| John Cazale | .... Stanley 'Stosh' |
| John Savage | .... Steven |
| Christopher Walken | .... Nick |
| Meryl Streep | .... Linda |
| George Dzundza | .... John |
| Chuck Aspegren | .... Axel |
| Shirley Stoler | .... Steven's mother |
| Rutanya Alda | .... Angela |
| Pierre Segui | .... Julien Grinda |
| Mady Kaplan | .... Axel's girl |
| Amy Wright | .... Bridesmaid |
| Mary Ann Haenel | .... Stan's girl |
| Richard Kuss | .... Linda's father |
| Joe Grifasi | .... Bandleader |
| (more) | |

**Runtime:** 182 min
**Country:** USA
**Language:** English / Russian / Vietnamese / French
**Color:** Color
**Sound Mix:** 70 mm 6-Track *(70 mm prints)* / Dolby *(35 mm prints)*

**Certification:** <u>Argentina:18</u> / <u>Australia:MA</u> *(cable rating)* / <u>Australia:R</u> *(original rating)* / <u>Canada:R</u> / <u>Chile:18</u> / <u>Finland:K-15</u> *(re-rating) (2001)* / <u>Finland:K-16</u> *(re-rating) (1989)* / <u>Finland:K-18</u> *(original rating)* / <u>France:-12</u> / <u>Netherlands:16</u> / <u>New Zealand:R16</u> *(video rating)* / <u>New Zealand:R18</u> *(DVD rating)* / <u>Norway:18</u> / <u>Singapore:M18</u> / <u>Sweden:15</u> / <u>UK:18</u> *(video rating) (1987)* / <u>UK:X</u> *(original rating)* / <u>USA:R</u> / <u>West Germany:16</u>

**Trivia:** The scene where Nick spits in Michael's face was improvised by <u>Christopher Walken</u>. Director <u>Michael Cimino</u> convinced Walken to do this, and <u>Robert De Niro</u> was completely surprised by it, as evidence by his reaction. In fact, De Niro was so furious about it he nearly left the set. Cimino later said of Walken: "He's got courage!" <u>(more)</u>

**Goofs:** Continuity: Nick puts on his sweater twice when they first go hunting and change out of their tuxedos. <u>(more)</u>

**Quotes:**
<u>Nick</u>: I don't think about that much with one shot anymore, Mike.
**Michael**: You have to think about one shot. One shot is what it's all about. A deer's gotta be taken with one shot.
<u>(more)</u>

**Awards:** Won 5 Oscars. Another 16 wins & 19 nominations <u>(more)</u>

Deliverance (1972)

# Deliverance (1972)



**Directed by**
John Boorman

**Writing credits**
James Dickey (novel)
James Dickey (screenplay)

 **Add to MyMovies** **IMDbPro Professional Details**

**Genre:** Adventure / Thriller / Drama (more)

**Tagline:** This is the weekend they didn't play golf. (more)

**Plot Outline:** Intent on seeing the Cahulawassee River before it's turned into one huge lake, outdoor fanatic Lewis Medlock takes his friends on a river-rafting trip they'll never forget into the dangerous American back-country. (more)

**User Comments:** One of the most disturbing films of all time (more)

**User Rating:** ★★★★★★★★  **7.8/10** (14,986 votes) 

**Cast overview, first billed only:**

| | |
|---|---|
| Jon Voight | .... Ed Gentry |
| Burt Reynolds | .... Lewis Medlock |
| Ned Beatty | .... Bobby Trippe |
| Ronny Cox | .... Drew Ballinger |
| Ed Ramey | .... Old Man |
| Billy Redden | .... Lonny |
| Seamon Glass | .... First Griner |
| Randall Deal | .... Second Griner |
| Bill McKinney | .... Mountain Man |
| Herbert 'Cowboy' Coward | .... Toothless Man |
| Lewis Crone | .... First Deputy |
| Ken Keener | .... Second Deputy |
| Johnny Popwell | .... Ambulance Driver |
| John Fowler | .... Doctor |
| Kathy Rickman | .... Nurse Lilley |
| (more) | |

**Runtime:** 109 min
**Country:** USA
**Language:** English

Deliverance (1972)

**Color:** Color *(Technicolor)*
**Sound Mix:** Mono
**Certification:** Australia:R / Canada:18A / Finland:K-18 / France:-12 / Ireland:18 / Netherlands:12 *(video release)* / Norway:18 *(1973)* / South Korea:18 / Sweden:15 / UK:18 / USA:R / West Germany:16

**Trivia:** "Dueling Banjos" hit #70 on the Billboard chart for 1973. (more)

**Goofs:** Audio/visual unsynchronized: During the "Dueling Banjos" scene, Drew and the banjo boy are just randomly plucking strings. Drew's fretboard fingers go up the frets toward the nut of the guitar (close to the tuning end and furthest from the plucking hand) during a high pitched note in the actual song; the action would have produced a low pitched note. (more)

**Quotes:**
**Lewis**: Can that chubby boy handle himself?
**Ed**: Bobby? He's rather well thought of in his field, Lewis.
**Lewis**: Insurance? I never been insured in my life. There's no risk.
(more)

**Awards:** Nominated for 3 Oscars. Another 10 nominations (more)

Die Hard (1988)    Page 1 of 2

# Die Hard (1988)



**Directed by**
John McTiernan

**Writing credits** (WGA)
Roderick Thorp (novel)
Jeb Stuart (screenplay) ...
(more)

**Add to MyMovies**  |  **Photos**  |  **IMDbPro Professional Details**

**Genre:** Action / Crime / Thriller (more)

**Tagline:** 40 Stories Of Sheer Adventure! (more)

**Plot Outline:** New York cop John McClane gives terrorists a dose of their own medicine as they hold hostages in an LA office building. (more) (view trailer)

**User Comments:** The Perfect Modern Action Film (more)

**User Rating:** ★★★★★★★ 　 **8.0/10** (61,497 votes) (Vote Here) top 250: #170

**Cast overview, first billed only:**

| | |
|---|---|
| Bruce Willis | .... John McClane |
| Bonnie Bedelia | .... Holly Gennero McClane |
| Reginald VelJohnson | .... Sgt. Al Powell (as Reginald Veljohnson) |
| Paul Gleason | .... Deputy Police Chief Dwayne T. Robinson |
| De'voreaux White | .... Argyle |
| William Atherton | .... Richard Thornburg |
| Hart Bochner | .... Harry Ellis |
| James Shigeta | .... Joseph Takagi |
| Alan Rickman | .... Hans Gruber |
| Alexander Godunov | .... Karl |
| Bruno Doyon | .... Franco |
| Andreas Wisniewski | .... Tony |
| Clarence Gilyard Jr. | .... Theo |
| Joey Plewa | .... Alexander |
| Lorenzo Caccialanza | .... Marco |
| (more) | |

**Runtime:** 131 min
**Country:** USA
**Language:** English / German / Italian
**Color:** Color (DeLuxe)

Case 1:97-cv-00408-SJM-SPB     Document 72-17     Filed 07/21/2005     Page 10 of 46

**Sound Mix:** 70 mm 6-Track *(70 mm prints)* / Dolby *(35 mm prints)*
**Certification:** Australia:M / Canada:R / Finland:K-18 / Ireland:18 / Netherlands:16 / Norway:15 / Norway:18 *(cinema release)* / Singapore:M18 / South Korea:18 / Sweden:15 / UK:18 / USA:R / West Germany:16 *(re-rating)* / France:U / Hong Kong:IIB / Japan:PG-12 / Spain:18

**Trivia:** The odd looking gun that Karl uses in the film is a Steyr AUG, an Austrian made assault rifle. (more)

**Goofs:** Continuity: Early in the film, shortly after the terrorists have launched their assault, McClane glances out a window and sees a woman in the building across the street. However, previous and subsequent long shots of the building he's in show that there are no other buildings close by. (more)

**Quotes: Sergeant Al Powell**: I shot a kid. (more)

**Awards:** Nominated for 4 Oscars. Another 6 wins & 2 nominations (more)

# Die Hard 2 (1990)



**Directed by**
Renny Harlin

**Writing credits** (WGA)
Walter Wager (novel)
Steven E. de Souza (screenplay) ...
 (more)

**Add to MyMovies**  |  **Photos**  |  **IMDbPro Professional Details**

**Genre:** Action / Adventure / Comedy / Thriller (more)

**Tagline:** Die Harder. (more)

**Plot Outline:** John McClane is forced to battle mercenaries who sieze control of an airport's communications and threaten to cause plane crashes if their demands are not met. (more) (view trailer)

**User Comments:** You can't get too much of a good thing (more)

**User Rating:** ★★★★★★☆☆☆ **6.7/10** (24,105 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Bruce Willis | .... John McClane |
| Bonnie Bedelia | .... Holly McClane |
| William Atherton | .... Richard Thornburg |
| William Sadler | .... Col. Stuart |
| Reginald VelJohnson | .... Sgt. Al Powell |
| Franco Nero | .... Gen. Ramon Esperanza |
| John Amos | .... Maj. Grant |
| Dennis Franz | .... Capt. Carmine Lorenzo |
| Art Evans | .... Leslie Barnes |
| Fred Dalton Thompson | .... Trudeau |
| Tom Bower | .... Marvin |
| Sheila McCarthy | .... Samantha Coleman |
| Don Harvey | .... Garber |
| Tony Ganios | .... Baker |
| Peter Nelson | .... Thompson |
|  (more) | |

**Also Known As:**
Die Hard 2: Die Harder (USA) (video box title)
**Runtime:** 124 min
**Country:** USA

**Language:** <u>English</u> / <u>Spanish</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>70 mm 6-Track</u> *(70 mm prints)* / <u>Dolby</u> *(35 mm prints)*
**Certification:** <u>Australia:M</u> / <u>Canada:18A</u> / <u>Finland:K-16</u> / <u>France:U</u> / <u>Germany:16</u> *(re-rating)* / <u>Hong Kong:IIB</u> / <u>Ireland:15</u> / <u>Italy:VM14</u> / <u>Japan:PG-12</u> / <u>Netherlands:12</u> / <u>Norway:15</u> / <u>Singapore:M18</u> / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:15</u> *(original rating) (cut)* / <u>UK:15</u> *(video rating) (cut) (1990)* / <u>UK:18</u> *(video rating) (uncut) (1992)* / <u>USA:R</u>

# Die Hard: With a Vengeance (1995)



**Directed by**
John McTiernan

**Writing credits** (WGA)
Roderick Thorp (certain original characters)
Jonathan Hensleigh (written by)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Action / Comedy / Crime / Thriller (more)

**Tagline:** Think fast. Look alive. Die hard. (more)

**Plot Outline:** John McClane and a store owner must play a bomber's deadly game as they race around New York while trying to stop him. (more) (view trailer)

**User Comments:** McTiernan strikes gold (again) (more)

**User Rating:** ★★★★★★★ 　　　 **7.1/10** (26,501 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Bruce Willis | .... John McClane |
| Jeremy Irons | .... Simon Gruber |
| Samuel L. Jackson | .... Zeus Carver |
| Graham Greene | .... Joe Lambert |
| Colleen Camp | .... Connie Kowalski |
| Larry Bryggman | .... Insp. Walter Cobb |
| Anthony Peck | .... Ricky Walsh |
| Nicholas Wyman | .... Mathias Targo (as Nick Wyman) |
| Sam Phillips | .... Katya |
| Kevin Chamberlin | .... Charles Weiss |
| Sharon Washington | .... Officer Jane |
| Stephen Pearlman | .... Dr. Fred Schiller |
| Michael Alexander Jackson | .... Dexter |
| Aldis Hodge | .... Raymond |
| Mischa Hausserman | .... Mischa |
| (more) | |

**Also Known As:**
Die Hard 3
Simon Says (USA) (working title)
**MPAA:** Rated R for strong violence and pervasive strong language.
**Runtime:** 131 min

Case 1:97-cv-00408-SJM-SPB    Document 72-17    Filed 07/21/2005    Page 14 of 46

**Country:** <u>USA</u>
**Language:** <u>English</u> / <u>German</u>
**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>DTS</u> / <u>Dolby Digital</u> / <u>SDDS</u>
**Certification:** <u>Australia:M</u> / <u>Canada:18A</u> / <u>Finland:K-16</u> / <u>Germany:16</u> / <u>Iceland:16</u> / <u>Ireland:15</u> / <u>Netherlands:16</u> / <u>Norway:15</u> / <u>Portugal:M/12</u> / <u>Singapore:NC-16</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:15</u> *(cut version)* / <u>USA:R</u>

.

# Diner (1982)



**Directed by**
Barry Levinson

**Writing credits**
Barry Levinson (written by)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Comedy / Drama (more)

**Tagline:** Suddenly, life was more than french fries, gravy and girls. (more)

**Plot Outline:** A group of college-age buddies struggle with their imminent passage into adulthood in 1959 Baltimore. (more) (view trailer)

**User Comments:** Strong dialogue and believable characters taking precedence over stupid action and obnoxious caricatures. (more)

**User Rating:** ★★★★★★ 7.2/10 (3,384 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Steve Guttenberg | .... | Edward 'Eddie' Simmons |
| Daniel Stern | .... | Laurence 'Shrevie' Schreiber |
| Mickey Rourke | .... | Robert 'Boogie' Sheftell |
| Kevin Bacon | .... | Timothy Fenwick, Jr. |
| Timothy Daly | .... | William 'Billy' Howard |
| Ellen Barkin | .... | Beth Schreiber |
| Paul Reiser | .... | Modell |
| Kathryn Dowling | .... | Barbara |
| Michael Tucker | .... | Bagel |
| Jessica James | .... | Mrs. Simmons |
| Colette Blonigan | .... | Carol Heathrow |
| Kelle Kipp | .... | Diane |
| John Aquino | .... | Tank |
| Richard Pierson | .... | David Frazer |
| Claudia Cron | .... | Jane Chisholm |

(more)

**Runtime:** 110 min
**Country:** USA
**Language:** English
**Color:** Color (Metrocolor)
**Sound Mix:** Mono

Case 1:97-cv-00408-SJM-SPB     Document 72-17     Filed 07/21/2005     Page 16 of 46

**Certification:** <u>Argentina:13</u> / <u>Chile:14</u> / <u>Sweden:11</u> / <u>UK:15</u> / <u>USA:R</u> / <u>Australia:M</u> / <u>Singapore:PG</u>

**Trivia:** Elyse's face is hidden through the entire movie. (<u>more</u>)

**Goofs:** Continuity: The grip Mrs. Simmons has on the knife when she is chasing Eddie around the kitchen table. (<u>more</u>)

**Quotes:** <u>**Modell**</u>: You know what word I'm not comfortable with? Nuance. It's not a real word. Like gesture. Gesture's a real word. With gesture you know where you stand. But nuance? I don't know. Maybe I'm wrong. (<u>more</u>)

**Awards:** Nominated for Oscar. Another 3 wins & 2 nominations (<u>more</u>)

# Dogma (1999)



**Directed by**
Kevin Smith

**Writing credits** (WGA)
Kevin Smith (written by)

🎬 **Add to MyMovies**   📷 **Photos**   **IMDbPro Professional Details**

**Genre:** Comedy / Fantasy / Adventure (more)

**Tagline:** Get 'touched' by an angel. (more)

**Plot Outline:** The last known descendant of Christ is called upon to save the existence of humanity from being negated by two renegade angels trying to exploit a loophole. (more) (view trailer)

**User Comments:** A Religious Comedy (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **7.3/10** (45,255 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Bud Cort | .... | John Doe Jersey |
| Barret Hackney | .... | Stygian Triplet |
| Jared Pfennigwerth | .... | Stygian Triplet |
| Kitao Sakurai | .... | Stygian Triplet |
| George Carlin | .... | Cardinal Ignatius Glick |
| Betty Aberlin | .... | Nun |
| Matt Damon | .... | Loki |
| Ben Affleck | .... | Bartleby |
| Dan Etheridge | .... | St. Stephen's Priest |
| Linda Fiorentino | .... | Bethany Sloane |
| Derek Milosavljevic | .... | Kissing Man |
| Lesley Braden | .... | Kissing Woman |
| Marie Elena O'Brien | .... | Clinic Girl (scenes deleted) |
| Brian O'Halloran | .... | Grant Hicks (as Brian Christopher O'Halloran) |
| Janeane Garofalo | .... | Liz |

(more)

**Also Known As:**
Bearclaw (USA) (fake working title)
God (USA) (working title)
**MPAA:** Rated R for strong language including sex-related dialogue, violence, crude humor and some

drug content.
**Runtime:** 130 min
**Country:** USA
**Language:** English
**Color:** Color *(DeLuxe)*
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Australia:MA / Canada:13+ *(Quebec)* / Canada:18A / Finland:K-16 / France:U / Germany:16 *(nf)* / Hong Kong:IIB / Israel:16 / Malaysia:(Banned) / Norway:15 / South Korea:18 / Sweden:15 / UK:15 / USA:R

# Dogville (2003)



**Directed by**
Lars von Trier

**Writing credits**
Lars von Trier (written by)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Drama / Thriller / Mystery (more)

**Tagline:** A quiet little town not far from here.

**Plot Outline:** A woman on the run from the mob is reluctantly accepted in a small Colorado town. In exchange she agrees to work for them. As a search visits town, she finds her their support has a price. Yet her dangerous secret is never far away... (more) (view trailer)

**User Comments:** Anti-American? Maybe... But audacious, compelling, brilliantly acted, and all other elements expected from Lars von Trier... (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★    **8.0/10** (15,913 votes) (Vote Here) top 250: #230

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Nicole Kidman | .... | Grace Margaret Mulligan |
| Harriet Andersson | .... | Gloria |
| Lauren Bacall | .... | Ma Ginger |
| Jean-Marc Barr | .... | The Man with the Big Hat |
| Paul Bettany | .... | Tom Edison |
| Blair Brown | .... | Mrs. Henson |
| James Caan | .... | The Big Man |
| Patricia Clarkson | .... | Vera |
| Jeremy Davies | .... | Bill Henson |
| Ben Gazzara | .... | Jack McKay |
| Philip Baker Hall | .... | Tom Edison Sr. |
| Thom Hoffman | .... | Gangster |
| Siobhan Fallon | .... | Martha (as Siobhan Fallon Hogan) |
| John Hurt | .... | Narrator (voice) |
| Zeljko Ivanek | .... | Ben |
| (more) | | |

**Also Known As:**
Dogville (France)

Dogville (2003)                                                    Page 2 of 2

**U - Der Film 'Dogville' erzählt in neun Kapiteln und einem Prolog. (Germany)**
**MPAA:** Rated R for violence and sexual content.
**Runtime:** 178 min / Australia:138 min / Italy:135 min
**Country:** Denmark / Sweden / France / Norway / Netherlands / Finland / Germany / USA / UK
**Language:** English
**Color:** Color
**Sound Mix:** DTS / Dolby Digital
**Certification:** Argentina:16 / Australia:MA / Brazil:14 / Canada:13+ *(Quebec)* / Canada:14A *(Ontario)* / Canada:18A *(Alberta/British Columbia)* / Denmark:11 / Finland:K-15 / France:-12 / Germany:12 / Hong Kong:IIB / Ireland:15 / Italy:VM14 / Japan:R-15 / Netherlands:12 / New Zealand:R13 / Norway:15 / Portugal:M/16 / Singapore:R(A) / South Korea:18 / Spain:18 / Sweden:15 / Switzerland:14 *(canton of Geneva)* / Switzerland:14 *(canton of Vaud)* / UK:15 / USA:R

# Donnie Darko (2001)

**Directed by**
Richard Kelly

**Writing credits**
Richard Kelly (written by)



**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Drama / Mystery / Sci-Fi / Thriller (more)

**Tagline:** You can never go too far. (more)

**Plot Outline:** High schooler Donnie is plagued by visions of a giant, evil rabbit who orders him to commit acts of violence and predicts the impending end of the world. (more) (view trailer)

**User Comments:** Great movie (more)

**User Rating:** ★★★★★★★★★★ **8.4/10** (56,552 votes) (Vote Here) top 250: #94

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Jake Gyllenhaal | .... | Donnie Darko |
| Holmes Osborne | .... | Eddie Darko |
| Maggie Gyllenhaal | .... | Elizabeth Darko |
| Daveigh Chase | .... | Samantha Darko |
| Mary McDonnell | .... | Mrs. Rose Darko |
| James Duval | .... | Frank |
| Arthur Taxier | .... | Dr. Fisher |
| Patrick Swayze | .... | Jim Cunningham |
| Mark Hoffman | .... | Police Officer |
| David St. James | .... | Bob Garland |
| Tom Tangen | .... | Man in Red Jogging Suit |
| Jazzie Mahannah | .... | Joanie James |
| Jolene Purdy | .... | Cherita Chen |
| Stuart Stone | .... | Ronald Fisher |
| Gary Lundy | .... | Sean Smith |

(more)

**Also Known As:**
Donnie Darko: The Director's Cut (USA) (director's cut)
**MPAA:** Rated R for language, some drug use and violence.
**Runtime:** 113 min / 133 min (director's cut)

**Country:** <u>USA</u>
**Language:** <u>English</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Dolby Digital</u>
**Certification:** <u>Australia:M</u> / <u>Canada:14A</u> / <u>Canada:G</u> *(Quebec)* / <u>Czech Republic:15</u> / <u>Finland:K-16</u> / <u>France:U</u> / <u>Germany:16</u> / <u>Hong Kong:IIB</u> / <u>Ireland:15</u> / <u>Italy:T</u> / <u>Japan:PG-12</u> / <u>Netherlands:12</u> / <u>New Zealand:R16</u> / <u>Norway:15</u> / <u>Portugal:M/16</u> / <u>Singapore:NC-16</u> / <u>South Korea:15</u> / <u>Spain:18</u> / <u>UK:15</u> / <u>USA:R</u>

# Untergang, Der (2004)



**Directed by**
Oliver Hirschbiegel

**Writing credits**
Joachim Fest (book)
Traudl Junge (book) ...
(more)

---

 **Add to MyMovies** |  **Photos** |  **IMDbPro Professional Details**

**Genre:** Drama / History / War (more)

**Tagline:** April 1945, a nation awaits its...

**Plot Outline:** Traudl Junge (Lara), the final stenographer for Adolf Hitler (Ganz), tells of the Nazi dictator's final days in his Berlin bunker at the end of WWII. (more) (view trailer)

**User Comments:** this is the best.... (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ ★   **8.5/10** (10,384 votes)   (Vote Here) top 250: #84

**Cast overview, first billed only:**

| | |
|---|---|
| Bruno Ganz | .... Adolf Hitler |
| Alexandra Maria Lara | .... Traudl Junge |
| Corinna Harfouch | .... Magda Goebbels |
| Ulrich Matthes | .... Joseph Goebbels |
| Juliane Köhler | .... Eva Braun |
| Heino Ferch | .... Albert Speer |
| Christian Berkel | .... Prof. Dr. Ernst-Günter Schenck |
| Matthias Habich | .... Prof. Dr. Werner Haase |
| Thomas Kretschmann | .... SS-Gruppenführer Hermann Fegelein |
| Michael Mendl | .... General der Artillerie Helmuth Weidling |
| André Hennicke | .... SS-Brigadeführer Wilhelm Mohnke |
| Ulrich Noethen | .... Reichsführer SS Heinrich Himmler |
| Birgit Minichmayr | .... Gerda Christian |
| Rolf Kanies | .... General der Infanterie Hans Krebs |
| Justus von Dohnanyi | .... General der Infanterie Wilhelm Burgdorf |
| (more) | |

**Also Known As:**
Caduta - Gli ultimi giorni di Hitler, La (Italy)
Declino, Il (Italy)
Downfall (International: English title)

The Downfall: Hitler and the End of the Third Reich (USA)
Untergang - Hitler und das Ende des 3. Reichs, Der (Germany) (working title)
**MPAA**: Rated R for strong violence, disturbing images and some nudity.
**Runtime:** 156 min
**Country:** Germany / Italy / Austria
**Language:** German / Russian
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:16 / Australia:MA *(re-rating)* / Australia:M *(original rating)* / Brazil:16 /
Finland:K-15 / Germany:12 *(bw)* / Hong Kong:IIB / Ireland:15A / Netherlands:16 / New Zealand:R13 /
Norway:15 / Portugal:M/16 / Singapore:NC-16 / Spain:18 / Switzerland:14 *(canton of Geneva)* /
Switzerland:14 *(canton of Vaud)* / UK:15 / USA:R

**Trivia:** Bruno Ganz practiced Hitler's unusual accent with the help of a young actor from Hitler's area.
(more)

**Goofs:** Revealing mistakes: As the "corpses" of Eva Braun and Adolf Hitler are paced in their grave
outside the bunker in preparation for cremation, the bodies clearly move their legs in an attempt to lie
flat in the hole. (more)

**Quotes:**
[*first lines*]
**Traudl Junge**: I've got the feeling that I should be angry with this child, this young and oblivious girl.
Or that I'm not allowed to forgive her for not seeing the nature of that monster. That she didn't realise
what she was doing. And mostly because I've gone so obliviously...
(more)

**Awards:** Nominated for Oscar. Another 5 wins & 5 nominations (more)

# Easy Rider (1969)



**Directed by**
Dennis Hopper

**Writing credits**
Peter Fonda &
Dennis Hopper ...
(more)

 **Add to MyMovies**  | **Photos**  **IMDbPro Professional Details**

**Genre:** Adventure / Drama / Action / Crime (more)

**Tagline:** A man went looking for America and couldn't find it anywhere!

**Plot Outline:** Two counterculture bikers travel from Los Angeles to New Orleans in search of America. (more) (view trailer)

**User Comments:** Still Relevant (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ **7.2/10** (10,805 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Peter Fonda | .... | Wyatt |
| Dennis Hopper | .... | Billy |
| Antonio Mendoza | .... | Jesus |
| Phil Spector | .... | Connection |
| Mac Mashourian | .... | Bodyguard |
| Warren Finnerty | .... | Rancher |
| Tita Colorado | .... | Rancher's wife |
| Luke Askew | .... | Stranger on highway |
| Luana Anders | .... | Lisa |
| Sabrina Scharf | .... | Sarah |
| Robert Walker Jr. | .... | Jack (as Robert Walker) |
| Sandy Brown Wyeth | .... | Joanne (as Sandy Wyeth) |
| Robert Ball | .... | Mime #1 |
| Carmen Phillips | .... | Mime #2 |
| Ellie Wood Walker | .... | Mime #3 (as Ellie Walker) |
| (more) | | |

**Also Known As:**
The Loners (USA) (working title)
**Runtime:** 94 min
**Country:** USA

**Language:** <u>English</u> / <u>Spanish</u>
**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Mono</u> *(Western Electric Sound System)*
**Certification:** <u>Australia:M</u> / <u>Finland:K-16</u> / <u>Norway:15</u> / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:18</u> / <u>USA:R</u> / <u>West Germany:16</u> / <u>Canada:R</u> *(Nova Scotia)* / <u>Canada:PG</u> *(Manitoba)* / <u>Canada:AA</u> *(Ontario)* / <u>Canada:18+</u> *(Quebec) (original rating)* / <u>Canada:13+</u> *(Quebec) (re-rating) (2003)*

**Trivia:** <u>Stephen Stills</u> wrote the song "Find the Cost of Freedom" at <u>Dennis Hopper</u>'s request, for use with the final scene (when the camera pans up into the sky). Hopper ended up not using it, and the song was eventually released as the B-side to Crosby, Stills, Nash, & Young's single "Ohio". CSN&Y often used it to close their concerts. (<u>more</u>)

**Goofs:** Crew or equipment visible: In the commune Billy walks in front of one of the tents and the bright sunlight of the reflector moves with him on the tent. As he walks back the it follows him back. (<u>more</u>)

**Quotes:** **<u>George Hanson</u>**: They'll talk to ya and talk to ya and talk to ya about individual freedom. But they see a free individual, it's gonna scare 'em. (<u>more</u>)

**Awards:** Nominated for 2 Oscars. Another 9 wins & 10 nominations (<u>more</u>)

# Ed Wood (1994)



**Directed by**
Tim Burton

**Writing credits** (WGA)
Rudolph Grey (book)
Scott Alexander (written by) ...
(more)

🎬 **Add to MyMovies** ▣ **Photos** 🎞 **IMDbPro Professional Details**

**Genre:** Biography / Comedy / Drama (more)

**Tagline:** Movies were his passion. Women were his inspiration. Angora sweaters were his weakness.
(more)

**Plot Outline:** The mostly true story of the legendary director of awful movies and his strange group of friends and actors. (more) (view trailer)

**User Comments:** Burton's grand masterpiece, too bad so few have noticed (more)

**User Rating:** ★★★★★★★★ 8.0/10 (23,927 votes) (Vote Here) top 250: #185

**Cast overview, first billed only:**

| | |
|---|---|
| Johnny Depp | .... Ed Wood |
| Martin Landau | .... Bela Lugosi |
| Sarah Jessica Parker | .... Dolores Fuller |
| Patricia Arquette | .... Kathy O'Hara |
| Jeffrey Jones | .... Criswell |
| G.D. Spradlin | .... Reverend Lemon |
| Vincent D'Onofrio | .... Orson Welles |
| Bill Murray | .... Bunny Breckinridge |
| Mike Starr | .... Georgie Weiss |
| Max Casella | .... Paul Marco |
| Brent Hinkley | .... Conrad Brooks |
| Lisa Marie | .... Vampira |
| George 'The Animal' Steele | .... Tor Johnson |
| Juliet Landau | .... Loretta King |
| Clive Rosengren | .... Ed Reynolds |
| (more) | |

**MPAA:** Rated R for some strong language.
**Runtime:** 127 min
**Country:** USA

**Language:** English
**Color:** Black and White
**Sound Mix:** Dolby Digital
**Certification:** Argentina:13 / Australia:M / Canada:14A / Chile:14 / Finland:K-12 / France:U / Germany:12 *(w)* / Israel:PG / Netherlands:MG6 / Peru:14 / Portugal:M/12 / Spain:7 / Sweden:11 / UK:15 / USA:R / Norway:11

**Trivia:** Johnny Depp's (Ed Wood) Hollywood home overlooking his nightclub "The Viper Room" was previously owned by Bela Lugosi. (more)

**Goofs:** Factual errors: Bela says he hasn't "worked in four years" when in fact he had made two films, Mother Riley Meets the Vampire (1952) and Bela Lugosi Meets a Brooklyn Gorilla (1952). (more)

**Quotes:**
[*Finds Bela ailing*]
**Bela Lugosi**: This happens all the time.
**Edward D. Wood, Jr.**: Is there anything I can get for you? Water or a blanket?
**Bela Lugosi**: Goulash.
**Edward D. Wood, Jr.**: I don't know how to make goulash.
[*See the track marks on Bela's arm*]
**Edward D. Wood, Jr.**: Bela, what's in the needle?
**Bela Lugosi**: Morphine. With a demerol chaser.
(more)

**Awards:** Won 2 Oscars. Another 18 wins & 11 nominations (more)

# The End of the Affair (1999)



**Directed by**
Neil Jordan

**Writing credits** (WGA)
Graham Greene (novel)
Neil Jordan (screenplay)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Drama / Romance / War (more)

**Tagline:** The end was just the beginning.

**Plot Summary:** On a rainy London night in 1946, novelist Maurice Bendrix (Ralph Fiennes) has a chance meeting with Henry Miles (Stephen Rea)... (more) (view trailer)

**User Comments:** Great performance by Julianne Moore lifts this film to brilliance. (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ ☆ ☆ ☆ **7.1/10** (4,994 votes) (Vote Here)

**Complete credited cast:**

| | |
|---|---|
| Ralph Fiennes | .... Maurice Bendrix |
| Stephen Rea | .... Henry Miles |
| Julianne Moore | .... Sarah Miles |
| Heather-Jay Jones | .... Henry's Maid |
| James Bolam | .... Mr. Savage |
| Ian Hart | .... Mr. Parkis |
| Sam Bould | .... Lance Parkis (as Samuel Bould) |
| Cyril Shaps | .... Waiter |
| Penny Morrell | .... Bendrix's Landlady |
| Simon Fisher-Turner | .... Doctor Gilbert (as Dr. Simon Turner) |
| Jason Isaacs | .... Father Richard Smythe |
| Deborah Findlay | .... Miss Smythe |
| Nicholas Hewetson | .... Chief Warden |
| Jack McKenzie | .... Chief Engineer |
| (more) | |

**MPAA:** Rated R for scenes of strong sexuality.
**Runtime:** 102 min
**Country:** UK / USA
**Language:** English
**Color:** Color (Technicolor)

Case 1:97-cv-00408-SJM-SPB      Document 72-17      Filed 07/21/2005      Page 30 of 46

**Sound Mix:** <u>Dolby Digital</u> / <u>SDDS</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:MA</u> / <u>Chile:14</u> / <u>Finland:K-12</u> / <u>France:U</u> / <u>Germany:12</u> / <u>Japan:R-15</u> / <u>New Zealand:M</u> / <u>Peru:14</u> / <u>Portugal:M/12</u> / <u>Singapore:R(A)</u> / <u>South Korea:18</u> / <u>Sweden:11</u> / <u>Switzerland:12</u> *(canton of Geneva)* / <u>Switzerland:12</u> *(canton of Vaud)* / <u>UK:18</u> / <u>USA:R</u> / <u>Philippines:R-18</u>

**Trivia:** <u>Neil Jordan</u> wanted his longtime collaborator, composer <u>Elliot Goldenthal</u> to do the film, but Goldenthal was committed to score <u>Titus</u> (1999) for his companion, <u>Julie Taymor</u>. <u>John Barry</u> was considered, and he wrote a demo theme for the film, which ended up on his 2001 solo album "Eternal Echoes," but Jordan eventually settled on Michael Nyman. <u>(more)</u>

**Quotes:** <u>**sarah**</u>: love doesn't end just because we don't see each other. <u>(more)</u>

**Awards:** Nominated for 2 Oscars. Another 2 wins & 21 nominations <u>(more)</u>

# The English Patient (1996)



**Directed by**
Anthony Minghella

**Writing credits** (WGA)
Michael Ondaatje (novel)
Anthony Minghella (screenplay)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Romance / Drama / War (more)

**Tagline:** In love, there are no boundaries. (more)

**Plot Outline:** At the close of WWII, a young nurse tends to a badly-burned plane crash victim. His past is shown in flashbacks, revealing an involvement in a fateful love affair. (more) (view trailer)

**User Comments:** Absolute Perfection! (more)

**User Rating:** ★★★★★★★☆☆☆    **7.1/10** (26,016 votes)    (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Ralph Fiennes | .... Almásy |
| Juliette Binoche | .... Hana |
| Willem Dafoe | .... Caravaggio |
| Kristin Scott Thomas | .... Katharine Clifton |
| Naveen Andrews | .... Kip |
| Colin Firth | .... Geoffrey Clifton |
| Julian Wadham | .... Madox |
| Jürgen Prochnow | .... Major Muller |
| Kevin Whately | .... Hardy |
| Clive Merrison | .... Fenelon-Barnes |
| Nino Castelnuovo | .... D'Agostino |
| Hichem Rostom | .... Fouad |
| Peter Rühring | .... Bermann |
| Geordie Johnson | .... Oliver |
| Torri Higginson | .... Mary |
| (more) | |

**MPAA:** Rated R for sexuality, some violence and language.
**Runtime:** 160 min
**Country:** USA
**Language:** English / German / Italian / Arabic

**Color:** <u>Color</u>
**Sound Mix:** <u>Dolby Digital</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Canada:14A</u> / <u>Chile:14</u> / <u>Finland:K-12</u> / <u>France:U</u> / <u>Germany:12</u> *(bw)* / <u>Hong Kong:IIB</u> / <u>Netherlands:12</u> / <u>Norway:15</u> / <u>Peru:14</u> / <u>Portugal:M/12</u> / <u>Singapore:M18</u> *(re-rating)* / <u>Singapore:R(A)</u> *(original rating)* / <u>Spain:13</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u>

**Trivia:** The character name, 'Kip', apparently was Michael Ondaatje's nickname at school. This was a reference to cooking oil stains on his exercise books which reminded the wags among his fellow pupils of kipper fish which were canned in such oil. <u>(more)</u>

**Goofs:** Factual errors: Extras in the Cairo market are wearing burnooses (hooded robes). These are worn in Tunisia (where the Egyptian scenes in the film were shot), but not in Egypt. <u>(more)</u>

**Quotes:** **<u>Almásy</u>**: I am a just a bit of toast, my friend. <u>(more)</u>

**Awards:** Won 9 Oscars. Another 40 wins & 37 nominations <u>(more)</u>

# Europa (1991)



**Directed by**
Lars von Trier

**Writing credits**
Lars von Trier &
Niels Vørsel

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Thriller / Drama (more)

**Plot Outline:** Just after WW2, an American takes a railway job in Germany, but finds his position politically sensitive with various people trying to use him. (more)

**User Comments:** Best when watched between 3 and 5 am (more)

**User Rating:** ★★★★★★★★ 7.5/10 (2,805 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Jean-Marc Barr | .... Leopold Kessler |
| Barbara Sukowa | .... Katharina Hartmann |
| Udo Kier | .... Lawrence Hartmann |
| Ernst-Hugo Järegård | .... Uncle Kessler |
| Erik Mørk | .... Pater |
| Jørgen Reenberg | .... Max Hartmann |
| Henning Jensen | .... Siggy |
| Eddie Constantine | .... Colonel Harris |
| Max von Sydow | .... Narrator (voice) |
| Benny Poulsen | .... Steleman |
| Erno Müller | .... Seifert |
| Dietrich Kuhlbrodt | .... Inspector |
| Michael Phillip Simpson | .... Robins |
| Holger Perfort | .... Mr. Ravenstein |
| Anne Werner Thomsen | .... Mrs. Ravenstein |
| (more) | |

**Also Known As:**
Europa (Sweden)
Zentropa
**Runtime:** 112 min
**Country:** Denmark / Sweden / France / Germany / Switzerland
**Language:** English / German

Europa (1991)

**Color:** <u>Black and White</u> / <u>Color</u> *(Pathécolor)*
**Sound Mix:** <u>Dolby SR</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Chile:18</u> / <u>Finland:K-16</u> / <u>Italy:T</u> / <u>Singapore:NC-16</u> / <u>South Korea:18</u> / <u>Spain:13</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u> / <u>Germany:16</u>

Europa Europa (1990)                                                                    Page 1 of 2

# Europa Europa (1990)



**Directed by**
Agnieszka Holland

**Writing credits**
Paul Hengge (additional material)
Agnieszka Holland
(more)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama / War (more)

**Plot Outline:** A boy in Nazi Germany, trying to conceal that he is Jewish, joins the Hitler Youth. (more)
(view trailer)

**User Comments:** Well made. (more)

**User Rating:** ★★★★★★★★☆☆  **7.7/10** (2,088 votes)  (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Marco Hofschneider | .... | Salomon 'Solly' 'Salek' Perel)/Josef 'Jupp' Peters |
| Julie Delpy | .... | Leni |
| René Hofschneider | .... | Isaak |
| Piotr Kozlowski | .... | David |
| André Wilms | .... | Soldier Robert Kellerman |
| Ashley Wanninger | .... | Gerd |
| Halina Labonarska | .... | Leni's Mother |
| Klaus Abramowsky | .... | Solomon's Father |
| Michèle Gleizer | .... | Solomon's Mother |
| Marta Sandrowicz | .... | Bertha |
| Nathalie Schmidt | .... | Berta |
| Delphine Forest | .... | Inna |
| Martin Maria Blau | .... | Ulmayer |
| Andrzej Mastalerz | .... | Zenek |
| Solomon Perel | .... | Himself |
| (more) | | |

**Also Known As:**
Europa Europe (USA)
Hitlerjunge Salomon (Germany)
**Runtime:** 112 min / 107 min
**Country:** Germany / France / Poland
**Language:** German / Russian / Polish / Hebrew

**Color:** <u>Color</u> *(Eastmancolor)*
**Sound Mix:** <u>Stereo</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Chile:14</u> / <u>Germany:12</u> / <u>Singapore:M18</u> / <u>South Korea:18</u> / <u>UK:15</u> / <u>USA:R</u>

**Trivia:** The film met with a lukewarm reception in its native Germany, with the local media being less than complementary about it and the German Oscar selection committee not even including it as a submission for that year's Best Foreign Language Film Oscar. Much embarrassment ensued when it went on to become one of the most successful German films ever released in the US, winning a Golden Globe and an Oscar nomination for Best Adapted Screenplay. (more)

**Goofs:** Anachronisms: At one point Salomon narrowly misses being killed in an air-raid. The film shows a bomber flying over but we see stock footage of a C-130 Hercules which was not built until many years after the war. (more)

**Awards:** Nominated for Oscar. Another 5 wins & 2 nominations (more)

# The Exorcist (1973)



**Directed by**
William Friedkin

**Writing credits**
William Peter Blatty (also novel)

---

📽 **Add to MyMovies**  📷  **Photos**  🎬 **IMDbPro Professional Details**

**Genre:** Drama / Horror / Thriller (more)

**Tagline:** Something beyond comprehension is happening to a little girl on this street, in this house. A man has been called for as a last resort to try and save her. That man is The Exorcist. (more)

**Plot Outline:** A 12 year old girl is possessed by the devil and her only hope is an exorcism. (more) (view trailer)

**User Comments:** The Exorcist....more than a mere horror film (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ ☆   **7.9/10** (35,875 votes) (Vote Here) top 250: #228

**Cast overview, first billed only:**

| | |
|---|---|
| Ellen Burstyn | .... Chris MacNeil |
| Max von Sydow | .... Father Lancaster Merrin |
| Jason Miller | .... Father Damien Karras |
| Lee J. Cobb | .... Lieutenant William Kinderman |
| Kitty Winn | .... Sharon Spencer |
| Jack MacGowran | .... Burke Dennings |
| Linda Blair | .... Regan Teresa MacNeil |
| Reverend William O'Malley | .... Father Dyer |
| Barton Heyman | .... Dr. Klein |
| Peter Masterson | .... Dr. Barringer, Clinic Director (as Pete Masterson) |
| Rudolf Schündler | .... Karl |
| Gina Petrushka | .... Willi |
| Robert Symonds | .... Dr. Taney |
| Arthur Storch | .... Psychiatrist |
| Reverend Thomas Bermingham | .... Tom, President of University |
| (more) | |

**Also Known As:**
The Exorcist: The Version You Haven't Seen Yet (USA) (recut version)
The Exorcist: The Version You've Never Seen (USA) (promotional title)

William Peter Blatty's The Exorcist (USA) (reissue title)
**Runtime:** 122 min / 132 min (director's cut)
**Country:** <u>USA</u>
**Language:** <u>English</u> / <u>Latin</u> / <u>Greek</u> / <u>French</u> / <u>German</u> / <u>Arabic</u>
**Color:** <u>Color</u> *(Metrocolor)*
**Sound Mix:** <u>70 mm 6-Track</u> *(1979 re-release)* / <u>DTS-ES</u> *(director's cut)* / <u>Dolby EX 6.1</u> *(director's cut)* / <u>Mono</u> *(original release)* / <u>SDDS</u> *(director's cut)*
**Certification:** <u>Argentina:16</u> / <u>Australia:R</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:14</u> *(Nova Scotia) (2000 re-release)* / <u>Canada:18A</u> *(Alberta/British Columbia) (2000 re-release)* / <u>Canada:18</u> *(Nova Scotia)* / <u>Canada:AA</u> *(Ontario) (2000 re-release)* / <u>Canada:R</u> *(Manitoba) (also 2000 version)* / <u>Canada:R</u> *(Ontario)* / <u>Chile:14</u> *(re-rating) (2000)* / <u>Chile:18</u> *(original rating)* / <u>Finland:K-18</u> / <u>France:-12</u> *(director's cut)* / <u>France:-16</u> *(original rating)* / <u>Germany:16</u> *(bw) (2001 re-release)* / <u>Hong Kong:IIB</u> / <u>Hungary:18</u> / <u>Iceland:16</u> / <u>Ireland:18</u> / <u>Israel:18</u> / <u>Italy:VM14</u> *(re-release)* / <u>Mexico:C</u> / <u>Netherlands:16</u> *(director's cut)* / <u>Netherlands:18</u> *(original rating)* / <u>New Zealand:R16</u> / <u>Norway:15</u> *(2000)* / <u>Norway:18</u> / <u>Singapore:M18</u> *(video rating) (cut)* / <u>Singapore:R(A)</u> *(original rating) (cut)* / <u>South Korea:15</u> *(The Version You've Never Seen)* / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:18</u> *(re-rating) (1990)* / <u>UK:X</u> *(original rating)* / <u>USA:R</u> / <u>West Germany:18</u> *(bw)*


**Trivia:** The "spider-walk" sequence, which was cut from the original version, was reworked for <u>Ruby</u> (1977) and other low-budget films. (<u>more</u>)


**Goofs:** Continuity: When Father Karras asks Regan/the demon his name, he gets the jumbled answer. However, when Father Karras plays the tape backwards, it's still in the order of "question" and "answer", instead of being "answer" before "question" (which it would be if it was played backwards). (<u>more</u>)


**Quotes:**
**Dr. Klein**: WellIt's a symptom of a type of desturbance in the chemico-electrical activity of the brain.In the case of your daughter in the temperal lobe,up here in the lateral part of the brain.It's rare, but it does cause bizarre hallucinations and usually just before a convulsion.
**Chris MacNeil**: Convulsion?
**Dr. Klein**: The shaking of the bed, that's doubtless due to musuclar spasms.
**Chris MacNeil**: Oh no, that was no spasm.I got on the bed,the whole bed was thumping and rising off the floor and shaking.The whole thing,with me on it!
**Dr. Klein**: Mrs. MacNeil,the problem with your daughter is not her bed,it's her brain.
**Chris MacNeil**: So,what causes this?
**Dr. Klein**: Lesion,Lesion in the temperal lobe.It's a kind of seizure disorder.
**Chris MacNeil**: Look doc,I really don't understand how her whole personality could change.
**Dr. Klein**: The temperal lobe is very common.Could last for days, even weeks.It isn't rare to find destructive or even criminal behaviour.
**Chris MacNeil**: Hey do me a favour will ya'.Tell me something good.
[...]
(<u>more</u>)


**Awards:** Won 2 Oscars. Another 12 wins & 14 nominations (<u>more</u>)

# Experiment, Das (2001)



**Directed by**
Oliver Hirschbiegel

**Writing credits**
Mario Giordano (novel)
Mario Giordano (screenplay) ...
(more)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Drama / Thriller (more)

**Tagline:** Bist du stark genug? (more)

**Plot Summary:** The movie is based on the infamous "Stanford Prison Experiment" conducted in 1971. A makeshift prison is set up in a research lab... (more) (view trailer)

**User Comments:** A Fascinating and Disturbing Film (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ **7.9/10** (7,089 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Moritz Bleibtreu | .... Tarek Fahd - Häftling Nr. 77/Prisoner #77 |
| Christian Berkel | .... Steinhoff - Häftling Nr. 38/Prisoner #38 |
| Oliver Stokowski | .... Schütte - Häftling Nr. 82/Prisoner #82 |
| Wotan Wilke Möhring | .... Joe - Häftling Nr. 69/Prisoner #69 |
| Stephan Szasz | .... Häftling Nr. 53/Prisoner #53 |
| Polat Dal | .... Häftling Nr. 40/Prisoner #40 |
| Danny Richter | .... Häftling Nr. 21/Prisoner #21 |
| Ralf Müller | .... Häftling Nr. 15/Prisoner #15 |
| Markus Rudolf | .... Häftling Nr. 74/Prisoner #74 |
| Peter Fieseler | .... Häftling Nr. 11/Prisoner #11 |
| Thorsten Dersch | .... Häftling Nr. 86/Prisoner #86 (as Thorsten J.H. Dersch) |
| Sven Grefer | .... Häftling Nr. 94/Prisoner #94 |
| Justus von Dohnanyi | .... Berus - Strafvollzugsbeamter/Guard (as Justus von Dohnànyi) |
| Nicki von Tempelhoff | .... Kamps - Strafvollzugsbeamter/Guard |
| Timo Dierkes | .... Eckert - Strafvollzugsbeamter/Guard |
| (more) | |

**Also Known As:**
Black Box (Germany) (working title)
The Experiment (International: English title)
**MPAA:** Rated R for strong violence, disturbing situations, language, sexuality and nudity.

**Runtime:** 119 min / Canada:114 min (DVD) / South Korea:109 min (cut version)
**Country:** Germany
**Language:** German
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:18 / Australia:MA / Brazil:18 / Denmark:15 / Finland:K-15 / France:-16 /
Germany:16 *(w)* / Italy:VM14 / Japan:PG-12 / Netherlands:16 / Norway:15 / Peru:18 / Portugal:M/12 /
Singapore:R(A) / South Korea:18 *(cut)* / Spain:18 / Switzerland:16 *(canton of Geneva)* / Switzerland:16
*(canton of Vaud)* / UK:18 / USA:R

# Fahrenheit 9/11 (2004)



**Directed by**
Michael Moore

**Writing credits** (WGA)
Michael Moore (written by)

[IMDb] **Add to MyMovies** | [◻] **Photos** | [IMDb pro] **IMDbPro Professional Details**

**Genre:** Documentary / History / War (more)

**Tagline:** The temperature where freedom burns! (more)

**Plot Outline:** Michael Moore's view on what happened to the United States after September 11; and how the Bush Administration allegedly used the tragic event to push forward its agenda for unjust wars in Afghanistan and Iraq. (more) (view trailer)

**User Comments:** Must see film (more)

**User Rating:** ★★★★★★★★☆☆   **7.9/10** (36,387 votes) (Vote Here)

**Credited cast:**

| | |
|---|---|
| Michael Moore | .... Himself |

rest of cast listed alphabetically:

| | |
|---|---|
| Khalil Bin Laden | .... Himself (archive footage) |
| Jenna Bush | .... Herself (archive footage) |
| Neil Cavuto | .... Himself (archive footage) |
| John Conyers | .... Himself (also archive footage) |
| Byron Dorgan | .... Himself |
| Al Gore | .... Himself (archive footage) |
| Thomas Hamill | .... Himself (archive footage) |
| Abdul Henderson | .... Himself |
| Lila Lipscomb | .... Herself |
| Jim McDermott | .... Himself |
| Rep. Patsy Mink | .... Herself (archive footage) |
| Helen Thomas | .... Herself (voice) |
| Craig Unger | .... Himself |

(more)

**Also Known As:**
Fahrenheit 911 (USA) (working title)
**MPAA:** Rated R for some violent and disturbing images, and for language.

Fahrenheit 9/11 (2004)                                                                                    Page 2 of 2

**Runtime:** 122 min
**Country:** USA
**Language:** English / Arabic
**Color:** Color
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:13 / Australia:MA *(DVD rating)* / Australia:M *(original rating)* / Brazil:12 / Canada:14A *(Ontario)* / Canada:G *(Quebec)* / Chile:14 / Czech Republic:12 / Denmark:11 / Finland:K-15 / France:U / Germany:12 / Ireland:15 / Kuwait:(Banned) / Netherlands:12 / Norway:11 / Peru:14 / Philippines:PG-13 / Portugal:M/12 *(theatrical)* / Singapore:NC-16 / South Korea:15 / Spain:13 / Sweden:11 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / UK:15 / USA:R

Fanny och Alexander (1982)                                                              Page 1 of 2

# Fanny och Alexander (1982)





SHOP
FANNY OCH...

Memorabilia
Books | All Products
amazon.com

**Directed by**
Ingmar Bergman

**Writing credits**
Ingmar Bergman

 **Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama / Fantasy / Mystery (more)

**Tagline:** En film av Ingmar Bergman

**Plot Summary:** The title characters are children in the exuberant and colorful Ekdahl household in a Swedish town early in the twentieth century... (more)

**User Comments:** Triumphant (more)

**User Rating:** ★★★★★★★★  **8.2/10** (4,636 votes) (Vote Here) top 250: #218

Cast overview, first billed only:

| | | |
|---|---|---|
| Kristina Adolphson | .... Ekdahlska huset - Siri |
| Börje Ahlstedt | .... Ekdahlska huset - Carl Ekdahl |
| Pernilla Allwin | .... Ekdahlska huset - Fanny Ekdahl |
| Kristian Almgren | .... Ekdahlska huset - Putte |
| Carl Billquist | .... Ekdahlska huset |
| Axel Düberg | .... Ekdahlska huset |
| Allan Edwall | .... Ekdahlska huset - Oscar Ekdahl |
| Siv Ericks | .... Ekdahlska huset - Alida |
| Ewa Fröling | .... Ekdahlska huset - Emilie Ekdahl |
| Patricia Gélin | .... Ekdahlska huset (as Patricia Gelin) |
| Majlis Granlund | .... Ekdahlska huset - Miss Vega |
| Maria Granlund | .... Ekdahlska huset - Petra |
| Bertil Guve | .... Ekdahlska huset - Alexander Ekdahl |
| Eva von Hanno | .... Ekdahlska huset - Berta |
| Sonya Hedenbratt | .... Ekdahlska huset - Aunt Emma |
| (more) | |

**Also Known As:**
Fanny and Alexander (USA)
Fanny et Alexandre (France)




shutterfly
share the love

GO

Fanny und Alexander (West Germany)
**Runtime:** 188 min / Sweden:312 min (TV version)
**Country:** Sweden / France / West Germany
**Language:** Swedish / German / Yiddish / English
**Color:** Color *(Eastmancolor)*
**Sound Mix:** Mono
**Certification:** Argentina:16 / Canada:14A / Canada:G *(Quebec)* / Chile:18 /
Finland:K-16 / Iceland:L / Singapore:M18 / Sweden:11 / UK:15 / USA:R / West
Germany:16 / Norway:16 *(original rating)*

**Trivia:** 'Max von Sydow' was originally offered the role of bishop Edvard Vergérus
(played by Jan Malmsjö) but was busy with other projects. (more)

**Goofs:** Anachronisms: As the bishop and his new wife leave the wedding walking
to their new home, a sticker from security company Securitas is visible in the lower
corner of a window. (more)

**Awards:** Won 4 Oscars. Another 18 wins & 7 nominations (more)

# Fast Times at Ridgemont High (1982)




**Directed by**
Amy Heckerling

**Writing credits**
Cameron Crowe (book)
Cameron Crowe (screenplay)

 **Add to MyMovies**  **Photos** 🎬 **IMDbPro Professional Details**

**Genre:** Comedy / Drama / Romance (more)

**Tagline:** It's Awesome! Totally Awesome! (more)

**Plot Outline:** A story of a group of California teenagers who enjoy malls, sex and rock n' roll. (more) (view trailer)

**User Comments:** "No Shirt , No Shoes , NO DICE" (more)

**User Rating:** ★★★★★★ **7.2/10** (10,855 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Sean Penn | .... Jeff Spicoli |
| Jennifer Jason Leigh | .... Stacy Hamilton |
| Judge Reinhold | .... Brad Hamilton |
| Robert Romanus | .... Mike Damone |
| Brian Backer | .... Mark 'Rat' Ratner |
| Phoebe Cates | .... Linda Barrett |
| Ray Walston | .... Mr. Hand |
| Scott Thomson | .... Arnold |
| Vincent Schiavelli | .... Mr. Vargas |
| Amanda Wyss | .... Lisa |
| D.W. Brown | .... Ron Johnson, stereo salesman |
| Forest Whitaker | .... Charles Jefferson |
| Zoe Kelli Simon | .... Cindy (as Kelli Maroney) |
| Tom Nolan | .... Dennis Taylor, burger manager |
| Blair Tefkin | .... Pat Bernardo (as Blair Ashleigh) |
| (more) | |

**Runtime:** 90 min
**Country:** USA
**Language:** English
**Color:** Color

Fast Times at Ridgemont High (1982)                                    Page 2 of 2

**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:18A</u> / <u>Finland:K-12</u> /
<u>Ireland:18</u> / <u>Norway:16</u> / <u>Singapore:M18</u> / <u>Sweden:11</u> / <u>UK:18</u> / <u>USA:R</u> / <u>West Germany:12</u>