# Festen (1998)



**Writing credits**
Thomas Vinterberg (idea)
Thomas Vinterberg (screenplay) ...
(more)

**Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** Every family has a secret. (more)

**Plot Outline:** At Helge's 60th birthday party, some unpleasant family truths are revealed. (more) (view trailer)

**User Comments:** God bless the Dogme 95! (more)

**User Rating:** ★★★★★★★  **8.2/10** (12,594 votes) (Vote Here) top 250: #166

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Ulrich Thomsen | .... | Christian Klingenfeldt |
| Henning Moritzen | .... | Faderen/Father Helge Klingenfeldt |
| Thomas Bo Larsen | .... | Michael |
| Paprika Steen | .... | Helene |
| Birthe Neumann | .... | Moderen/Mother |
| Trine Dyrholm | .... | Pia |
| Helle Dolleris | .... | Mette |
| Therese Glahn | .... | Michelle |
| Klaus Bondam | .... | Toastmasteren/Master of Ceremony |
| Bjarne Henriksen | .... | Kokken/Cook |
| Gbatokai Dakinah | .... | Gbatokai |
| Lasse Lunderskov | .... | Onklen/Uncle |
| Lars Brygmann | .... | Receptionisten/Receptionist |
| Lene Laub Oksen | .... | Søsteren/Sister |
| Linda Laursen | .... | Birthe |

(more)

**Also Known As:**
The Celebration (UK) (USA)
Dogme # 1 - Festen (Denmark) (series title)
Dogme 1 (Denmark)

**MPAA:** Rated R for strong sexual content and language, including references to sexual abuse.
**Runtime:** 105 min
**Country:** Denmark / Sweden
**Language:** Danish / German / English
**Color:** Color
**Sound Mix:** Dolby
**Certification:** Argentina:13 / Australia:MA / Chile:14 / Finland:K-14 / France:-12 / Germany:12 / Hong Kong:IIB / Italy:VM14 / Netherlands:12 / Norway:15 / Portugal:M/16 / Singapore:R(A) / South Korea:18 / Spain:18 / Sweden:15 / Switzerland:16 *(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* / UK:15 / USA:R

# Five Easy Pieces (1970)



**Directed by**
Bob Rafelson

**Writing credits**
Carole Eastman (also story)
Bob Rafelson (story)

📀 **Add to MyMovies**  📷 **Photos**  🎬 **IMDbPro Professional Details**

**Genre:** Drama / Music (more)

**Tagline:** He Rode The Fast Lane On The Road To Nowhere.

**Plot Outline:** A trashy oil rigger returns home to comfort his dying father, where he is confronted with the past he ran away from: A successful career as a classical pianist. (more) (view trailer)

**User Comments:** smart and cold character study (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐  **7.4/10** (4,115 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Jack Nicholson | .... Robert Eroica Dupea |
| Karen Black | .... Rayette Dipesto |
| Billy Green Bush | .... Elton (as Billy 'Green' Bush) |
| Fannie Flagg | .... Stoney |
| Sally Struthers | .... Betty (as Sally Ann Struthers) |
| Marlena MacGuire | .... Twinky |
| Richard Stahl | .... Recording Engineer |
| Lois Smith | .... Partita Dupea |
| Helena Kallianiotes | ... Palm Apodaca |
| Toni Basil | .... Terry Grouse |
| Lorna Thayer | .... Waitress |
| Susan Anspach | ... Catherine Van Oost |
| Ralph Waite | .... Carl Fidelio Dupea |
| William Challee | .... Nicholas Dupea |
| John P. Ryan | .... Spicer (as John Ryan) |
| (more) | |

**Runtime:** 96 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)

**Sound Mix:** Mono
**Certification:** Australia:M / Finland:K-16 / New Zealand:R16 / USA:R / UK:15 / UK:AA *(theatrical rating)*

**Trivia:** Carole Eastman's original ending had Dupea being killed in a car crash. (more)

**Goofs:** Errors in geography: Bobby is supposed to be in Texas at the beginning of the movie, yet in the piano-on-the-freeway scene, the exit sign clearly has a California state highway marker. (more)

**Quotes:**
**Betty**: When I was four, just four years old, I went to my mother and I said, "What's this hole in my chin?" -- I saw this dimple in my chin in the mirror, and didn't know what it was. And my mother said -- get what my mother says -- she says, "When you're born, you go on a assembly line past God, and if He likes you, He says,
[*grabs her cheeks with both her hands*]
**Betty**: "You cute little thing!" and you get dimples there. And if He doesn't like you, He goes,
[*presses one finger on her chin*]
**Betty**: "Go away." So about six months later, my mother found me saying my prayers, and I was going, [...]
(more)

**Awards:** Nominated for 4 Oscars. Another 15 wins & 6 nominations (more)

# The Fly (1986)



**Directed by**
David Cronenberg

**Writing credits**
David Cronenberg
George Langelaan (story)
 (more)

Add to MyMovies    IMDbPro Professional Details

**Genre:** Drama / Horror / Sci-Fi / Thriller (more)

**Tagline:** Be afraid. Be very afraid. (more)

**Plot Outline:** A brilliant but eccentric scientist begins to transform into a giant man/fly hybrid after one of his experiments goes horribly wrong. (more) (view trailer)

**User Comments:** Good Movie (more)

**User Rating:** ★★★★★★★      **7.0/10** (10,369 votes)  (Vote Here)

**Complete credited cast:**

| Jeff Goldblum | .... Seth Brundle |
| Geena Davis | .... Veronica Quaife |
| John Getz | .... Stathis Borans |
| Joy Boushel | .... Tawny |
| Leslie Carlson | .... Dr. Cheevers (as Les Carlson) |
| George Chuvalo | .... Marky |
| Michael Copeman | .... 2nd Man in Bar |
| David Cronenberg | .... Gynecologist |
| Carol Lazare | .... Nurse |
| Shawn Hewitt | .... Clerk |
| (more) | |

**Runtime:** 95 min / Germany:92 min (uncut version)
**Country:** USA
**Language:** English
**Color:** Color *(DeLuxe)*
**Sound Mix:** Dolby
**Certification:** Argentina:18 / Chile:18 / Finland:K-18 / France:-12 / Italy:VM14 / New Zealand:R16 / Norway:18 / Portugal:M/16 / Singapore:M18 / South Korea:18 / Spain:13 / Sweden:15 / UK:18 / USA:R / West Germany:18 / Australia:R *(DVD/VHS version)* / Australia:MA *(TV version)*

**Trivia:** After watching some of his early films, director Martin Scorsese asked to meet David

Case 1:97-cv-00408-SJM-SPB     Document 72-18     Filed 07/21/2005     Page 6 of 50

Cronenberg. After meeting him, Scorsese said he looked like a Beverly Hills plastic surgeon. That is why Cronenberg gives himself a cameo as a doctor in this film. (more)

**Goofs:** Continuity: After Brundlefly has bitten down of the pencil and some of his teeth have fallen out, he goes to the medicine cabinet to inspect his jaw. When he opens his mouth we can see a full row of intact teeth, whereas before we were shown gaps where the teeth had fallen out. (more)

**Quotes:**
**Seth Brundle**: I was not pure. The teleporter insists on inner pure. I was not pure.
**Ronnie**: I don't know what you mean.
**Seth Brundle**: A fly... got into the... transmitter pod that first time, when I was alone. The computer... got confused - there weren't supposed to be two separate genetic patterns - and it decided to... uhh... splice us together. It mated us, me and the fly. We hadn't even been properly introduced.
(more)

**Awards:** Won Oscar. Another 3 wins & 7 nominations (more)

Per qualche dollaro in più (1965)    Page 1 of 2

# Per qualche dollaro in più (1965)



**Directed by**
Sergio Leone

**Writing credits**
Sergio Leone (story) &
Fulvio Morsella (story) ...
 (more)

Add to MyMovies    IMDbPro Professional Details

**Genre:** Action / Western / Drama / Thriller (more)

**Tagline:** The man with no name is back... The man in black is waiting... a walking arsenal - he uncoils, strikes and kills! (more)

**Plot Outline:** Two bounty hunters with completely different intentions team up to track down a Western outlaw. (more) (view trailer)

**User Comments:** The Man With No Name Meets His Match (more)

**User Rating:** ★★★★★★★★    **8.1/10** (9,618 votes) (Vote Here) top 250: #208

**Cast overview, first billed only:**

| | |
|---|---|
| Clint Eastwood | .... Monco |
| Lee Van Cleef | .... Col. Douglas Mortimer |
| Gian Maria Volonté | .... El Indio |
| Mara Krupp | .... Mary (as Mara Krup) |
| Luigi Pistilli | .... Groggy |
| Klaus Kinski | .... Wild (the hunchback) |
| Joseph Egger | .... Old Prophet (as Josef Egger) |
| Panos Papadopulos | .... Sancho Perez (as Panos Papadopoulos) |
| Benito Stefanelli | .... Yuri |
| Roberto Camardiel | .... Station clerk (as Robert Camardiel) |
| Aldo Sambrell | .... Cuccillo |
| Luis Rodríguez | .... Guy Calloway (as Luis Rodriguez) |
| Tomás Blanco | .... Santa Cruz Telegrapher (as Tomas Blanco) |
| Lorenzo Robledo | .... Tomaso |
| Sergio Mendizábal | .... Tucumcari bank manager (as Sergio Mendizabal) |
| (more) | |

**Also Known As:**
For a Few Dollars More (UK) (USA)
Für ein paar Dollar mehr (West Germany)

For Some Dollars More (International: English title)
Muerte tenía un precio, La (Spain)
Por unos cuantos dólares más (Spain)
Por unos pocos dólares más (Spain)
**Runtime:** 130 min
**Country:** Italy / Spain / West Germany / Monaco
**Language:** Italian
**Color:** Color *(Technicolor)*
**Sound Mix:** Mono
**Certification:** UK:X *(original rating)* / Argentina:16 / Australia:M / Canada:G *(Nova Scotia)* / Canada:G
*(Quebec) (re-rating) (2003)* / Finland:K-16 / Ireland:15 / Norway:15 *(DVD rating) (2005)* / Norway:16
*(original rating)* / Singapore:PG / South Korea:12 / Spain:18 / Sweden:15 / UK:15 *(video rating)*
*(1986)* / USA:M *(original rating)* / USA:R *(re-rating) (1989)* / West Germany:16 / Canada:13+
*(Quebec) (original rating)* / Canada:PG *(Manitoba/Ontario)* / Iceland:16

# The French Connection (1971)



**Directed by**
William Friedkin

**Writing credits**
Robin Moore (novel)
Ernest Tidyman (screenplay)
(more)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Action / Thriller / Crime / Drama (more)

**Tagline:** Doyle is bad news - but a good cop. (more)

**Plot Outline:** A pair of NYC cops in the Narcotics Bureau stumble onto a drug smuggling job with a French connection. (more) (view trailer)

**User Comments:** Amazing Masterpiece From the 1970s (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **7.8/10** (12,336 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Gene Hackman | .... | Det. Jimmy 'Popeye' Doyle |
| Fernando Rey | .... | Alain Charnier |
| Roy Scheider | .... | Det. Buddy 'Cloudy' Russo |
| Tony Lo Bianco | .... | Salvatore 'Sal' Boca |
| Marcel Bozzuffi | .... | Pierre Nicoli, Hit Man |
| Frédéric de Pasquale | .... | Henri Devereaux |
| Bill Hickman | .... | Bill Mulderig |
| Ann Rebbot | .... | Mrs. Marie Charnier |
| Harold Gary | .... | Joel Weinstock |
| Arlene Farber | .... | Angie Boca |
| Eddie Egan | .... | Walt Simonson |
| André Ernotte | .... | La Valle |
| Sonny Grosso | .... | Bill Klein |
| Ben Marino | .... | Lou Boca (as Benny Marino) |
| Patrick McDermott | .... | Howard, Chemist (as Pat McDermott) |

(more)

**Runtime:** 104 min
**Country:** USA
**Language:** English / French
**Color:** Color (DeLuxe)

The French Connection (1971)

**Sound Mix:** <u>Mono</u> *(Westrex Recording System)*
**Certification:** <u>Argentina:18</u> / <u>Australia:M</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:14</u> *(Nova Scotia) (special edition)* / <u>Canada:AA</u> *(Ontario) (special edition)* / <u>Canada:PA</u> *(Manitoba)* / <u>Chile:18</u> / <u>Finland:K-16</u> / <u>France:-12</u> / <u>Ireland:18</u> / <u>Norway:16</u> *(1972)* / <u>Norway:18</u> / <u>Singapore:NC-16</u> / <u>Sweden:15</u> / <u>UK:18</u> *(video rating)* / <u>UK:X</u> *(original rating)* / <u>USA:R</u> / <u>West Germany:16</u> *(bw)* / <u>Canada:R</u> *(Nova Scotia/Ontario) (original rating)*

**Trivia:** Subway car 4572, the lead R-42 rail car in the chase scene has been renovated and is operating on the M and Z line, which runs from Jamaica, Queens to Lower Manhattan. (<u>more</u>)

**Goofs:** Continuity: When Popeye and Cloudy are beginning to stake out the Lincoln, there is a shot of Cloudy looking back through the back window of their car. In the next shot, he is in the same place, but he now has a cigarette in his mouth. (<u>more</u>)

**Quotes:** **<u>Buddy "Cloudy" Russo</u>**: Pay attention, we're gonna ask questions later! (<u>more</u>)

**Awards:** Won 5 Oscars. Another 13 wins & 8 nominations (<u>more</u>)

# Full Metal Jacket (1987)



**Directed by**
Stanley Kubrick

**Writing credits**
Gustav Hasford (novel)
Stanley Kubrick (screenplay) ...
(more)

Add to MyMovies    IMDbPro Professional Details

**Genre:** Drama / War (more)

**Tagline:** In Vietnam The Wind Doesn't Blow It Sucks (more)

**Plot Outline:** A group of soldiers develop dehumanized personalities in their training and it shows in their tour of duty in Vietnam. (more) (view trailer)

**User Comments:** Kubrick's version of Vietnam (more)

**User Rating:** ★★★★★★★★★★  **8.2/10** (50,235 votes) (Vote Here) top 250: #110

**Cast overview, first billed only:**

| | |
|---|---|
| Matthew Modine | .... Private Joker/J.T. Davis |
| Adam Baldwin | .... Animal Mother |
| Vincent D'Onofrio | .... Private Gomer Pyle/Leonard Lawrence |
| R. Lee Ermey | .... Gunnery Sergeant Hartman (as Lee Ermey) |
| Dorian Harewood | .... Eightball |
| Kevyn Major Howard | .... Rafterman |
| Arliss Howard | .... Private Cowboy |
| Ed O'Ross | .... Lieutenant Touchdown/Walter J. Schinoski |
| John Terry | .... Lieutenant Lockhart |
| Kieron Jecchinis | .... Crazy Earl |
| Kirk Taylor | .... Payback |
| Tim Colceri | .... Doorgunner |
| Jon Stafford | .... Doc Jay (as John Stafford) |
| Bruce Boa | .... Poge Colonel |
| Ian Tyler | .... Lieutenant Cleves |
| (more) | |

**Also Known As:**
Stanley Kubrick's Full Metal Jacket (USA) (poster title)
**Runtime:** 116 min
**Country:** USA

Full Metal Jacket (1987)                                                                                   Page 2 of 2

**Language:** <u>English</u> / <u>Vietnamese</u>
**Color:** <u>Color</u>
**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:18</u> / <u>Australia:R</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:18A</u> / <u>Finland:K-16</u> / <u>France:-12</u> *(original rating)* / <u>France:U</u> *(re-rating)* / <u>Hong Kong:III</u> / <u>Ireland:18</u> / <u>Israel:16</u> / <u>Italy:VM14</u> / <u>Japan:R-15</u> / <u>Netherlands:16</u> / <u>New Zealand:R16</u> / <u>Norway:18</u> / <u>Singapore:M18</u> / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:18</u> / <u>USA:R</u> / <u>Vietnam:(Banned)</u> / <u>West Germany:16</u>

**Trivia:** Stanley Kubrick was well known for having a very small crew on set. On one occasion, after the electrician finished lighting a set, Kubrick told him, "Okay, this is how I want the scene lit and I'm not going to change it." Kubrick then sent the man to fix some wiring in his house. (more)

**Goofs:** Crew or equipment visible: In some full screen video versions of the film, during a long tracking shot as we follow the troops into battle a crew member dressed in jeans can be seen lying in the rubble. (more)

**Quotes:**
[*Referring to Lee Harvey Oswald and mass murderer Charles Whitman*]
**Gunnery Sergeant Hartman**: Do any of you people know where these individuals learned how to shoot?... Private Joker.
**Private Joker**: Sir. In the Marines, Sir.
**Gunnery Sergeant Hartman**: In the Marines. Outstanding. Those individuals showed what one motivated Marine and his rifle can do. And before you ladies leave my Island, you will all be able to do the same thing.
(more)

**Awards:** Nominated for Oscar. Another 5 wins & 5 nominations (more)

The Full Monty (1997)                                                    Page 1 of 2

# The Full Monty (1997)



**Directed by**
Peter Cattaneo

**Writing credits**
Simon Beaufoy
 (more)

**Add to MyMovies**  |  **Photos**  |  **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** Six men. With nothing to lose. Who dare to go.... (more)

**Plot Outline:** Six unemployed steel workers form a male striptease act. The women cheer them on to go for "the full monty" - total nudity. (more) (view trailer)

**User Comments:** A Dark Comedy that comes out shining very bright (more)

**User Rating:** ★★★★★★★ **7.3/10** (22,714 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Robert Carlyle | .... Gaz |
| Mark Addy | .... Dave |
| William Snape | .... Nathan |
| Steve Huison | .... Lomper |
| Tom Wilkinson | .... Gerald |
| Paul Barber | .... Horse |
| Hugo Speer | .... Guy |
| Lesley Sharp | .... Jean |
| Emily Woof | .... Mandy |
| Deirdre Costello | .... Linda |
| Paul Butterworth | .... Barry |
| Dave Hill | .... Alan |
| Bruce Jones | .... Reg |
| Andrew Livingston | .... Terry (as Andrew Livingstone) |
| Vinny Dhillon | .... Sharon |
| (more) | |

**Also Known As:**
Eggs, Beans and Chippendales (UK) (working title)
No Man's Land (UK) (working title)
**MPAA:** Rated R for language and some nudity.

**Runtime:** 91 min
**Country:** UK
**Language:** English
**Color:** Color *(Metrocolor)*
**Sound Mix:** Dolby
**Certification:** Argentina:13 / Australia:M / Canada:14 *(Nova Scotia)* / Canada:AA *(Ontario)* / Canada:G *(Quebec)* / Canada:PA *(Manitoba)* / Chile:14 / Finland:S / Germany:12 *(bw)* / Mexico:B / Netherlands:AL / Peru:14 / Portugal:M/12 / Singapore:PG / South Korea:18 / Spain:13 / Sweden:Btl / UK:15

**Trivia:** They shot the scene with Horse in the telephone box three times: the first with an old woman outside overhearing the conversation, the second with a gang of girls on a night out overhearing, and when neither of them worked, they reshot it with no one listening. (more)

**Goofs:** Boom mike visible: Reflection of boom mike visible in the car window as Dave throws Lomper back into the car. (more)

**Quotes:**
**Dave**: The less I eat, the fatter I get.
**Lomper**: So stuff yourself and get thin!
(more)

**Awards:** Won Oscar. Another 33 wins & 23 nominations (more)

# Garden State (2004)



**Directed by**
Zach Braff

**Writing credits** (WGA)
Zach Braff (written by)

⬛ **Add to MyMovies** 📷 | **Photos** 🎬 **IMDbPro Professional Details**

**Genre:** Drama / Comedy / Romance (more)

**Plot Outline:** A young man returns home for his mother's funeral after being estranged from his family for a decade. (more) (view trailer)

**User Comments:** In Garden State, a young man (Zach Braff) returns to his hometown for his mother's funeral and finds love. (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ 　　**8.1/10** (28,317 votes) (Vote Here) top 250: #219

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Zach Braff | .... | Andrew Largeman |
| Kenneth Graymez | .... | Busboy |
| George C. Wolfe | .... | Restaurant Manager |
| Austin Lysy | .... | Waiter (as Austin Lusy) |
| Gary Gilbert | .... | Young Hollywood Guy |
| Jill Flint | .... | Obnoxious Girl |
| Ian Holm | .... | Gideon Largeman |
| Peter Sarsgaard | .... | Mark |
| Alex Burns | .... | Dave |
| Jackie Hoffman | .... | Aunt Sylvia Largeman |
| Michael Weston | .... | Kenny |
| Christopher Carley | .... | Gleason Party Drunk (as Chris Carley) |
| Armando Riesco | .... | Jesse |
| Amy Ferguson | .... | Dana |
| Trisha LaFache | .... | Kelly (as Trisha LaFrache) |
| (more) | | |

**Also Known As:**
Large (USA) (working title)
Large's Ark (USA) (working title)
**MPAA:** Rated R for language, drug use and a scene of sexuality.
**Runtime:** 102 min

**Country:** <u>USA</u>
**Language:** <u>English</u>
**Color:** <u>Color</u>
**Sound Mix:** <u>DTS</u> / <u>Dolby Digital</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:MA</u> / <u>Brazil:16</u> / <u>Canada:14A</u> *(Ontario)* / <u>Finland:K-15</u> /
<u>Germany:12</u> / <u>Ireland:18</u> / <u>Netherlands:12</u> / <u>Portugal:M/12</u> / <u>Singapore:M18</u> / <u>Spain:13</u> / <u>UK:15</u> /
<u>USA:R</u> / <u>Norway:15</u> / <u>Chile:14</u>

# Ghost World (2000)



**Directed by**
Terry Zwigoff

**Writing credits** (WGA)
Daniel Clowes (comic book)
Daniel Clowes (written by) ...
(more)

**IMDb** **Add to MyMovies**  | 💿  **Photos**  | **IMDbPro Professional Details**

**Genre:** Comedy / Drama (more)

**Tagline:** Accentuate the negative. (more)

**Plot Outline:** Enid and Rebecca are social outsiders who, after graduating from high school, play a mean prank on a middle-aged geek. (more) (view trailer)

**User Comments:** For those of us who tire of standard teen movies, here's the film to make our day. **** (out of four) (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐⭐☆☆ **7.8/10** (18,829 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Thora Birch | .... | Enid |
| Scarlett Johansson | .... | Rebecca |
| Steve Buscemi | .... | Seymour |
| Brad Renfro | .... | Josh |
| Illeana Douglas | .... | Roberta Allsworth |
| Bob Balaban | .... | Enid's Dad |
| Stacey Travis | .... | Dana |
| Charles C. Stevenson Jr. | .... | Norman |
| Dave Sheridan | .... | Doug |
| Tom McGowan | .... | Joe |
| Debra Azar | .... | Melora |
| Brian George | .... | Sidewinder Boss |
| Pat Healy | .... | John Ellis |
| Rini Bell | .... | Graduation Speaker |
| T.J. Thyne | .... | Todd |

(more)

**MPAA:** Rated R for strong language and some sexual content.
**Runtime:** 111 min
**Country:** USA / UK / Germany

Ghost World (2000)

**Language:** English
**Color:** Color
**Sound Mix:** DTS / Dolby Digital
**Certification:** Australia:M / Canada:14A / Canada:AA *(Ontario)* / Finland:K-7 / France:U / Germany:6 *(w)* / Ireland:15 / Netherlands:AL / Norway:11 / Portugal:M/12 / Spain:13 / Sweden:7 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / UK:15 / USA:R *(certificate #37596)*

**Trivia:** The colorful Mexican movie posters in Seymour's room are authentic, and are by artist Ernesto Cabral. (more)

**Goofs:** Continuity: When Enid and Rebecca are laughing at Seymour's name, Rebecca puts her hand over her mouth. In the next shot she has her arms crossed. (more)

**Quotes:**
[*on a comedian billed as the weirdest man in show biz*]
**Enid**: If he's so weird, why is he wearing Nikes?
(more)

**Awards:** Nominated for Oscar. Another 25 wins & 24 nominations (more)

# Gladiator (2000)



**Directed by**
Ridley Scott

**Writing credits** (WGA)
David Franzoni (story)
David Franzoni (screenplay) ...
(more)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Action / Drama (more)

**Tagline:** What We Do In Life Echoes In Eternity. (more)

**Plot Outline:** When a Roman general is betrayed and his family murdered by a corrupt prince, he comes to Rome as a gladiator to seek revenge. (more) (view trailer)

**User Comments:** A class act!! (more)

**User Rating:** ★★★★★★★ **8.1/10** (97,009 votes) (Vote Here) top 250: #176

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Russell Crowe | .... | Maximus |
| Joaquin Phoenix | .... | Commodus |
| Connie Nielsen | .... | Lucilla |
| Oliver Reed | .... | Proximo |
| Richard Harris | .... | Marcus Aurelius |
| Derek Jacobi | .... | Gracchus |
| Djimon Hounsou | .... | Juba |
| David Schofield | .... | Falco |
| John Shrapnel | .... | Gaius |
| Tomas Arana | .... | Quintus |
| Ralf Moeller | .... | Hagen |
| Spencer Treat Clark | .... | Lucius |
| David Hemmings | .... | Cassius |
| Tommy Flanagan | .... | Cicero |
| Sven-Ole Thorsen | .... | Tigris of Gaul |
| (more) | | |

**Also Known As:**
The Gladiators (USA) (working title)
**MPAA:** Rated R for intense, graphic combat.
**Runtime:** 155 min

Gladiator (2000)

**Country:** UK / USA
**Language:** English
**Color:** Color *(Technicolor)*
**Sound Mix:** DTS-ES / Dolby EX 6.1 / SDDS
**Certification:** Argentina:13 / Australia:M / Canada:14A / Chile:14 / Denmark:15 / Finland:K-16 / France:U / Germany:16 *(bw)* / Hong Kong:IIB / Israel:PG / Netherlands:16 / New Zealand:M / Norway:15 / Peru:14 / Portugal:M/12 / Singapore:PG / South Korea:15 / Spain:13 / Sweden:15 / Switzerland:14 *(canton of Geneva)* / Switzerland:14 *(canton of Vaud)* / UK:15 / USA:R / Philippines:PG-13 / Brazil:16

**Trivia:** Lou Ferrigno was original cast as Tigris of Gaul, but was replaced during production by Sven-Ole Thorsen who had been lobbying hard for the part. (more)

**Goofs:** Factual errors: Traditional Roman combat strategy of the era taught soldiers to lunge with their swords while under cover of their shields, instead of the hacking seen in the movie. (more)

**Quotes:** **Marcus Aurelius**: There was a dream that was Rome. You could only whisper it. Anything more than a whisper and it would vanish, it was so fragile. (more)

**Awards:** Won 5 Oscars. Another 44 wins & 73 nominations (more)

# Glengarry Glen Ross (1992)



**Directed by**
James Foley

**Writing credits** (WGA)
David Mamet (play)
David Mamet (screenplay)

🎬 **Add to MyMovies**    🎬 **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** A Story For Everyone Who Works For A Living. (more)

**Plot Outline:** An examination of the machinations behind the scenes at a real estate office. (more) (view trailer)

**User Comments:** Great acting. (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **7.8/10** (12,064 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Jack Lemmon | .... Shelley Levene |
| Al Pacino | .... Ricky Roma |
| Ed Harris | .... Dave Moss |
| Alan Arkin | .... George Aaronow |
| Kevin Spacey | .... John Williamson |
| Alec Baldwin | .... Blake |
| Jonathan Pryce | .... James Lingk |
| Bruce Altman | .... Mr. Spannel |
| Jude Ciccolella | .... Detective |
| Paul Butler | .... Policeman |
| Lori Tan Chinn | .... Coat check girl |
| Neal Jones | .... Man in donut shop |
| Barry Rossen | .... Assistant detective |
| Leigh French | .... Additional Voices |
| George Cheung | .... Additional Voices |
| (more) | |

**Runtime:** 100 min
**Country:** USA
**Language:** English
**Color:** Color

Glengarry Glen Ross (1992)                                          Page 2 of 2

**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Australia:M</u> / <u>Finland:K-10</u> / <u>Germany:12</u> / <u>Spain:13</u> / <u>Sweden:11</u> / <u>UK:15</u> / <u>USA:R</u>

# The Godfather: Part II (1974)



**Directed by**
Francis Ford Coppola

**Writing credits**
Mario Puzo (novel)
Francis Ford Coppola (screenplay) ...
(more)

Add to MyMovies | Photos | IMDbPro Professional Details

**Genre:** Crime / Drama (more)

**Plot Outline:** The early life & career of Vito Corleone is portrayed while his son expands and tightens his grip on his crime syndicate in the 1950's. (more) (view trailer)

**User Comments:** The greatest sequel ever made (more)

**User Rating:** ★★★★★★★★★★ **8.9/10** (75,486 votes) (Vote Here) top 250: #4

**Cast overview, first billed only:**

| | |
|---|---|
| Al Pacino | .... Don Michael Corleone |
| Robert Duvall | .... Tom Hagen |
| Diane Keaton | .... Kay Corleone |
| Robert De Niro | .... Vito Corleone |
| John Cazale | .... Fredo Corleone |
| Talia Shire | .... Connie Corleone |
| Lee Strasberg | .... Hyman Roth |
| Michael V. Gazzo | .... Frankie Pentangeli |
| G.D. Spradlin | .... Sen. Pat Geary |
| Richard Bright | .... Al Neri |
| Gastone Moschin | .... Don Fanucci (as Gaston Moschin) |
| Tom Rosqui | .... Rocco Lampone |
| Bruno Kirby | .... Young Clemenza (Peter) (as B. Kirby Jr.) |
| Frank Sivero | .... Genco Abbandando |
| Francesca De Sapio | .... Young Mama Corleone (as Francesca de Sapio) |
| (more) | |

**Also Known As:**
Mario Puzo's The Godfather: Part II (USA) (complete title)
**Runtime:** 200 min
**Country:** USA
**Language:** English / Italian / Spanish / Latin
**Color:** Color *(Technicolor)*

The Godfather: Part II (1974)

**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:18</u> / <u>Australia:M</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:14A</u> / <u>Chile:18</u> / <u>Denmark:15</u> / <u>Finland:K-16</u> *(re-rating)* / <u>Finland:K-18</u> *(original rating)* / <u>France:-12</u> / <u>Hong Kong:IIB</u> / <u>Ireland:18</u> / <u>Israel:PG</u> / <u>Japan:R-15</u> / <u>Netherlands:12</u> / <u>Norway:18</u> / <u>Peru:18</u> / <u>Singapore:PG</u> / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:18</u> *(video rating) (1987)* / <u>UK:X</u> *(original rating)* / <u>USA:R</u> / <u>West Germany:16</u> / <u>Poland:15</u>

**Trivia:** While the word "mafia" is never spoken in <u>The Godfather</u> (1972), it is heard twice in this film, both at the Senate Hearings. First by Geary saying "these hearings on the Mafia...", then by Michael Coleone saying that he is not a member of any crime organization "whether you call it Mafia, or Cosa Nostra, or whatever other name..." <u>(more)</u>

**Goofs:** Anachronisms: The American flags visible in the 1917 street carnival should have 48 stars, not 50. <u>(more)</u>

**Quotes:** **<u>Hyman Roth</u>**: I'm going to take a nap. When I wake up, if the money is on the table, I'll know I have a partner. If it isn't, I'll know I don't. <u>(more)</u>

**Awards:** Won 6 Oscars. Another 6 wins & 15 nominations <u>(more)</u>

# Buono, il brutto, il cattivo, Il (1966)



**Directed by**
Sergio Leone

**Writing credits**
Luciano Vincenzoni (story) &
Sergio Leone (story) ...
(more)

IMDb▼ **Add to MyMovies**  📷 **Photos**  IMDbPro **IMDbPro Professional Details**

**Genre:** Action / Drama / Western (more)

**Tagline:** For Three Men The Civil War Wasn't Hell. It Was Practice! (more)

**Plot Outline:** Three gunmen set out to find a hidden fortune. Who will walk away with the cash? (more)
(view trailer)

**User Comments:** Westerns don't get any better than this. (more)

**User Rating:** ★★★★★★★★★☆  **8.8/10** (32,707 votes) (Vote Here)  top 250: #12

**Cast overview, first billed only:**

| | |
|---|---|
| Clint Eastwood | .... Joe |
| Lee Van Cleef | .... Sentenza |
| Eli Wallach | .... Tuco |
| Aldo Giuffrè | .... Alcoholic Union captain (as Aldo Giuffre) |
| Luigi Pistilli | .... Father Pablo Ramirez |
| Rada Rassimov | .... Maria |
| Enzo Petito | .... Storekeeper |
| Claudio Scarchilli | .... Member of Angel Eyes' gang |
| John Bartha | .... Sheriff (as John Bartho) |
| Livio Lorenzon | .... Baker |
| Antonio Casale | .... Jackson/Bill Carson |
| Sandro Scarchilli | .... Member of Angel Eyes' gang |
| Benito Stefanelli | .... Member of Angel Eyes' gang |
| Angelo Novi | .... Monk |
| Antonio Casas | .... Stevens |
| (more) | |

**Also Known As:**
Bo, el lleig i el dolent, El (Spain: Catalan title)
Bueno, el feo y el malo, El (Spain)
Due magnifici straccioni, I (Italy) (working title)

The Good, the Bad and the Ugly (USA)
The Good, the Ugly, the Bad (USA) (literal English title)
**Runtime:** 161 min / France:186 min (dubbed version) / Spain:182 min / UK:180 min (re-release)
**Country:** Italy / Spain
**Language:** English / Italian
**Color:** Color *(Technicolor)*
**Sound Mix:** Mono
**Certification:** Argentina:16 / Australia:MA *(re-rating on appeal)* / Australia:M *(DVD rating)* / Australia:R *(original rating)* / Canada:13+ *(Quebec) (original rating)* / Canada:18 *(Nova Scotia)* / Canada:G *(Quebec) (re-rating) (2003)* / Canada:PG *(Manitoba/Ontario)* / Chile:18 / Finland:K-16 / France:-16 *(original rating)* / France:U *(re-rating)* / Iceland:16 / Ireland:15 *(re-rating)* / Ireland:18 *(original rating)* / New Zealand:M *(video rating)* / New Zealand:R13 *(Special Edition DVD)* / Norway:15 / Singapore:PG / South Korea:18 / Spain:18 / Sweden:15 / UK:18 *(video rating) (1986) (uncut)* / UK:X *(original rating) (cut)* / USA:Approved *(Suggested for Mature Audiences) (original rating)* / USA:M *(re-rating) (1969)* / USA:R *(re-rating) (1989)* / West Germany:16 / Netherlands:12 *(DVD rating)*

# The Grey Zone (2001)



**Directed by**
Tim Blake Nelson

**Writing credits**
Miklos Nyiszli (book)
Tim Blake Nelson (play)
(more)

🎞 Add to MyMovies | 📷 Photos | IMDbPro Professional Details

**Genre:** Drama (more)

**Tagline:** The Story You Haven't Seen

**Plot Outline:** A Nazi doctor, along with the Sonderkomando, Jews who are forced to work in the crematoria of Auschwitz against their fellow Jews, find themselves in a moral grey zone. (more) (view trailer)

**User Comments:** A must see film (more)

**User Rating:** ★★★★★★★★  **7.3/10** (1,675 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| David Arquette | .... Hoffman |
| Velizar Binev | .... Moll |
| David Chandler | .... Rosenthal |
| Michael Stuhlbarg | .... Cohen |
| George Zlatarev | .... Lowy (as Georgy Zlatarev) |
| Dimitar Ivanov | .... Old Man |
| Daniel Benzali | .... Schlermer |
| Allan Corduner | .... Doctor Miklos Nyiszli |
| Steve Buscemi | .... 'Hesch' Abramowics |
| Harvey Keitel | .... SS-Oberscharfuhrer Eric Muhsfeldt |
| Henry Stram | .... SS-Hauptsturmfuhrer Josef Mengele |
| Kamelia Grigorova | .... Girl |
| Lisa Benavides | .... Anja |
| Shirly Brener | .... Inmate |
| Mira Sorvino | .... Dina |

(more)

**MPAA:** Rated R for strong holocaust violence, nudity and language.
**Runtime:** 108 min
**Country:** USA

The Grey Zone (2001)

**Language:** <u>English</u> / <u>German</u>
**Color:** <u>Color</u>
**Sound Mix:** <u>Dolby Digital</u>
**Certification:** <u>Brazil:16</u> / <u>Japan:PG-12</u> / <u>Spain:18</u> / <u>USA:R</u> *(certificate #38234)* / <u>Norway:15</u> / <u>Australia:R</u> / <u>Germany:16</u>

# The Harder They Come (<u>1972</u>)



**Directed by**
<u>Perry Henzell</u>

**Writing credits**
<u>Perry Henzell</u>
<u>Trevor D. Rhone</u>

**<u>Add to MyMovies</u>**    **<u>IMDbPro Professional Details</u>**

**Genre:** <u>Action</u> / <u>Crime</u> / <u>Drama</u> (<u>more</u>)

**Tagline:** With a Piece in His Hand He Takes on the Man! (<u>more</u>)

**Plot Summary:** A poor Jamaican, a 1970s anti-hero, tries to make it with a hit record but finds that payola rules.... (<u>more</u>)

**User Comments:** Ahead of its time (<u>more</u>)

**User Rating:** ★ ★ ★ ★ ★ ★ ☆ ☆ ☆ **7.0/10** (603 votes) (<u>Vote Here</u>)

**Cast overview, first billed only:**

| | |
|---|---|
| <u>Jimmy Cliff</u> | .... Ivan Martin |
| <u>Janet Barkley</u> | .... Elsa |
| <u>Carl Bradshaw</u> | .... Jose |
| <u>Ras Daniel Hartman</u> | .... Pedro |
| <u>Basil Keane</u> | .... Preacher |
| <u>Bob Charlton</u> | .... Hilton |
| <u>Winston Stona</u> | .... Detective Ray Jones |
| <u>Lucia White</u> | .... Mother |
| <u>Volair Johnson</u> | .... Pushcart Boy |
| <u>Beverly Anderson</u> | .... Housewife |
| <u>Clover Lewis</u> | .... Market Woman |
| <u>Elijah Chambers</u> | .... Longa |
| <u>Prince Buster</u> | .... DJ at Dance |
| <u>Ed 'Bum' Lewis</u> | .... Photographer |
| <u>Bobby Loban</u> | .... Fitz |
| (<u>more</u>) | |

**Runtime:** USA:120 min
**Country:** <u>Jamaica</u>
**Language:** <u>English</u>
**Color:** <u>Color</u> *(Metrocolor)*

The Harder They Come (1972)

**Sound Mix:** <u>Mono</u>
**Certification:** <u>UK:15</u> / <u>USA:R</u>

# History of the World: Part I (1981)



**Directed by**
Mel Brooks

**Writing credits**
Mel Brooks (written by)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** a little something to offend everyone...

**Plot Summary:** From the dawn of man to the distant future, mankind's evolution (or lack thereof) is traced. Often ridiculous but never serious... (more)

**User Comments:** Mel Brook's best film, yet. (more)

**User Rating:** ★★★★★★★ 6.5/10 (5,891 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Mel Brooks | .... Moses/Comicus/Torquemada/Jacques/Louis XVI |
| Dom DeLuise | .... Emperor Caeser |
| Madeline Kahn | .... Empress Nympho |
| Harvey Korman | .... Count de Monet |
| Cloris Leachman | .... Madame DeFarge |
| Ron Carey | .... Swiftus |
| Gregory Hines | .... Josephus |
| Pamela Stephenson | .... Mademoiselle Rimbaud |
| Shecky Greene | .... Marcus Vindictus |
| Sid Caesar | .... Chief Caveman |
| Mary-Margaret Humes | .... Miriam |
| Orson Welles | .... Narrator (voice) |
| Rudy De Luca | .... Captain Mucus |
| Leigh French | .... Prehistoric Man |
| Richard Karron | .... Prehistoric Man |
| (more) | |

**Also Known As:**
Mel Brooks' History of the World: Part 1 (USA) (complete title)
**Runtime:** 92 min / Argentina:97 min
**Country:** USA

Case 1:97-cv-00408-SJM-SPB    Document 72-18    Filed 07/21/2005    Page 32 of 50

**Language:** <u>English</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Mono</u>
**Certification:** <u>Finland:K-12</u> / <u>Norway:16</u> / <u>Sweden:11</u> / <u>UK:15</u> / <u>USA:R</u> / <u>Argentina:16</u> / <u>France:U</u>

# Hotel Rwanda (2004)



**Directed by**
Terry George

**Writing credits** (WGA)
Keir Pearson (written by) &
Terry George (written by)

Add to MyMovies | Photos | IMDbPro Professional Details

**Genre:** Drama / History / War (more)

**Tagline:** When the world closed its eyes, he opened his arms.

**Plot Outline:** Don Cheadle stars in the true-life story of Paul Rusesabagina, a hotel manager who housed over a thousand Tutsis refugees during their struggle against the Hutu militia in Rwanda. (more) (view trailer)

**User Comments:** George has constructed a fine dramatic feature, and a good first step to educating the masses on this disturbing event.... (more)

**User Rating:** ☆☆☆☆☆☆☆☆☆☆    **8.6/10** (11,820 votes) (Vote Here) top 250: #59

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Xolani Mali | .... | Policeman |
| Don Cheadle | .... | Paul Rusesabagina |
| Desmond Dube | .... | Dube |
| Hakeem Kae-Kazim | .... | George Rutaganda |
| Tony Kgoroge | .... | Gregoire |
| Rosie Motene | .... | Receptionist |
| Neil McCarthy | .... | Jean Jacques |
| Mabutho 'Kid' Sithole | .... | Head Chef (as Kid Sithole) |
| Nick Nolte | .... | Colonel Oliver |
| Fana Mokoena | .... | General Bizimungu |
| Jeremiah Ndlovu | .... | Old Guard |
| Sophie Okonedo | .... | Tatiana Rusesabagina |
| Lebo Mashile | .... | Odette |
| Antonio David Lyons | .... | Thomas Mirama |
| Leleti Khumalo | .... | Fedens |
| (more) | | |

**MPAA:** Rated PG-13 on appeal for violence, disturbing images and brief strong language.
**Runtime:** 121 min

**Country:** <u>UK</u> / <u>Italy</u> / <u>South Africa</u>
**Language:** <u>English</u> / <u>French</u>
**Color:** <u>Color</u>
**Sound Mix:** <u>DTS</u> / <u>Dolby Digital</u>
**Certification:** <u>Australia:M</u> / <u>Canada:14A</u> *(Ontario)* / <u>Canada:G</u> *(Quebec)* / <u>Finland:K-15</u> / <u>Germany:12</u> / <u>Ireland:12A</u> / <u>Netherlands:16</u> / <u>Norway:15</u> / <u>Portugal:M/12</u> / <u>Singapore:PG</u> / <u>Switzerland:14</u> *(canton of Geneva)* / <u>Switzerland:14</u> *(canton of Vaud)* / <u>UK:12A</u> *(original rating)* / <u>UK:12</u> *(video rating) (2005)* / <u>USA:PG-13</u> *(re-rating on appeal)* / <u>USA:R</u> *(original rating)* / <u>New Zealand:M</u> / <u>Philippines:R-13</u>

**Trivia:** <u>Nick Nolte</u>'s character (Col. Oliver) is modeled in part on Lt. Gen. <u>Roméo Dallaire,</u> the Canadian commanding officer of the UN Peacekeeping mission in that country who attempted to interfere with the Rwandan Genocide despite his superiors' indifference to the atrocity. Dallaire was also the subject of Sundance audience award documentary <u>Shake Hands with the Devil: The Journey of Roméo Dallaire</u> (2004), and witnessed such horrible acts in Rwanda that he later suffered severe post-traumatic stress disorder. Despite these facts, this is the only fictional character (name and facts) depicted in the film. (more)

**Goofs:** Crew or equipment visible: Camera crew visible in the bus window at the beginning of the movie. (more)

**Quotes:**
[*first lines*]
**Radio voice**: [*voiceover*] When people ask me, good listeners, why do I hate all the Tutsi, I say, "Read our history." The Tutsi were collaborators for the Belgian colonists, they stole our Hutu land, they whipped us. Now they have come back, these Tutsi rebels. They are cockroaches... (more)

**Awards:** Nominated for 3 Oscars. Another 9 wins & 20 nominations (more)

Imagine: John Lennon (1988)                                                      Page 1 of 2

# Imagine: John Lennon (<u>1988</u>)



**Directed by**
<u>Andrew Solt</u>

**Writing credits** (<u>WGA</u>)
<u>Sam Egan</u> (written by) &
<u>Andrew Solt</u> (written by)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** <u>Documentary</u> / <u>Biography</u> / <u>Music</u> (<u>more</u>)

**Tagline:** Discover John...the angry youth, the musician, the radical, the husband, the father, the lover, the idealist...through his own words and personal collection of film and music.

**Plot Outline:** A biography of the rock music star. (<u>more</u>) (<u>view trailer</u>)

**User Comments:** Two Decades in the Life (<u>more</u>)

**User Rating:** ★★★★★★★★☆☆ **7.6/10** (641 votes) (Vote Here)

**Credited cast:**

| | |
|---|---|
| <u>John Lennon</u> | .... Himself/Narration (archive footage) |
| <u>Yoko Ono</u> | .... Herself (also archive footage) |
| <u>Paul McCartney</u> | .... Himself (archive footage) |
| <u>George Harrison</u> | .... Himself (archive footage) |
| <u>Ringo Starr</u> | .... Himself (archive footage) |
| <u>David Bowie</u> | .... Himself |
| <u>Phil Spector</u> | .... Himself (archive footage) |
| <u>Cynthia Lennon</u> | .... Herself - John Lennon's first wife (also archive footage) |
| <u>Julian Lennon</u> | .... Himself |
| <u>Sean Lennon</u> | .... Himself (also archive footage) |
| <u>Al Capp</u> | .... Himself (archive footage) |
| <u>May Pang</u> | .... Herself |

rest of cast listed alphabetically:

| | |
|---|---|
| <u>Salvador Dalí</u> | .... Himself (archive footage) |
| <u>Gloria Emerson</u> | .... Herself, New York Times reporter (archive footage) |
| <u>Brian Epstein</u> | .... Himself - Beatles' Manager (archive footage) |
| <u>Elton John</u> | .... Himself (archive footage) |
| <u>George Martin</u> | .... Himself - Beatles' producer |
| <u>Elliot Mintz</u> | .... Himself (also archive footage) |
| <u>Derek Taylor</u> | .... Himself - Beatles' Publicist (archive footage) |

<u>Allan Williams</u>   .... Himself - Beatles' Booking Agent
  <u>(more)</u>

**Runtime:** 100 min
**Country:** <u>USA</u>
**Language:** <u>English</u>
**Color:** <u>Color</u>
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Finland:S</u> / <u>Sweden:Btl</u> / <u>UK:15</u> / <u>USA:R</u> / <u>Australia:M</u>

Interview with the Vampire: The Vampire Chronicles (1994)    Page 1 of 2

# Interview with the Vampire: The Vampire Chronicles (1994)



**Directed by**
Neil Jordan

**Writing credits** (WGA)
Anne Rice (novel)
Anne Rice (screenplay)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama / Horror / Fantasy (more)

**Tagline:** Drink From Me And Live Forever

**Plot Outline:** A vampire tells his epic life story: love, betrayal, loneliness, and hunger. (more) (view trailer)

**User Comments:** Vampire essence (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐⭐ **7.2/10** (28,114 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Tom Cruise | .... Lestat de Lioncourt |
| Brad Pitt | .... Louis de Pointe du Lac |
| Kirsten Dunst | .... Claudia |
| Stephen Rea | .... Santiago |
| Antonio Banderas | .... Armand |
| Christian Slater | .... Daniel Malloy |
| Virginia McCollam | .... Whore on Waterfront |
| John McConnell | .... Gambler |
| Mike Seelig | .... Pimp |
| Bellina Logan | .... Tavern Girl |
| Thandie Newton | .... Yvette |
| Indra Ové | .... New Orleans Whore |
| Helen McCrory | .... Whore #2 |
| Lyla Hay Owen | .... Widow St. Clair |
| Lee E. Scharfstein | .... Widow's Lover (as Lee Emery) |
| (more) | |

**Also Known As:**
Interview with the Vampire (USA) (short title)
**Runtime:** 123 min

Interview with the Vampire: The Vampire Chronicles (1994)

**Country:** USA
**Language:** English
**Color:** Color *(Technicolor)*
**Sound Mix:** Dolby Digital / SDDS
**Certification:** Argentina:16 / Australia:MA / Canada:R / Chile:18 / Finland:K-16 / Germany:16 / Hong Kong:III / Malaysia:(Banned) / Netherlands:16 / Norway:18 / Peru:18 / Singapore:M18 *(re-rating)* / Singapore:R(A) *(original rating)* / South Korea:18 / Spain:18 / Sweden:15 / UK:18 / USA:R

**Trivia:** Evan Rachel Wood auditioned for the role of Claudia. (more)

**Goofs:** Crew or equipment visible: Blood tube visible under the woman's sleeve when Lestat drains her blood in New Orleans. (more)

**Quotes:** **Lestat**: Evildoers are easier, and they taste better. (more)

**Awards:** Nominated for 2 Oscars. Another 18 wins & 16 nominations (more)

# The Jerk (1979)



**Directed by**
Carl Reiner

**Writing credits**
Steve Martin (story) &
Carl Gottlieb (story) ...
(more)

Add to MyMovies    IMDbPro Professional Details

**Genre:** Comedy (more)

**Tagline:** A rags to riches to rags story (more)

**Plot Outline:** A complete imbecile struggles to make it through life on his own, until a strange invention makes him unbelievably wealthy. (more) (view trailer)

**User Comments:** The Jerk (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ **6.9/10** (6,981 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Steve Martin | .... Navin R. Johnson/Cat Juggler/Pig Eye Jackson/Engineer Fred (also as Pig Eye Jackson) |
| Bernadette Peters | .... Marie Kimble Johnson |
| Catlin Adams | .... Patty Bernstein |
| Mabel King | .... Mother |
| Richard Ward | .... Father |
| Dick Anthony Williams | .... Taj Jonson |
| Bill Macy | .... Stan Fox |
| M. Emmet Walsh | .... Madman |
| Dick O'Neill | .... Frosty, Navin's Boss |
| Maurice Evans | .... Hobart, Navin's Butler |
| Helena Carroll | .... Hester, Navin's Maid |
| Ren Woods | .... Elvira Jonson (as Ren Wood) |
| Pepe Serna | .... Punk #1 in Blue Chevy |
| Sonny Terry | .... Blues Singer |
| Brownie McGhee | .... Blues Singer (as Brownie McGee) |
| (more) | |

**Also Known As:**
Easy Money (USA) (working title)

Case 1:97-cv-00408-SJM-SPB     Document 72-18     Filed 07/21/2005     Page 40 of 50

**Runtime:** 94 min
**Country:** USA
**Language:** English
**Color:** Color *(Technicolor)*
**Sound Mix:** Mono
**Certification:** Australia:M / Finland:K-16 / Norway:12 / Sweden:15 / UK:15 / USA:R / West Germany:12 / Singapore:PG

# The Killing Fields (1984)



**Directed by**
Roland Joffé

**Writing credits**
Bruce Robinson (screenplay)

**Add to MyMovies    IMDbPro Professional Details**

**Genre:** Drama / History / War (more)

**Tagline:** Every so often, there is a film that is destined to be talked about and remembered for years to come.

**Plot Outline:** An American citizen is trapped in Cambodia during tyrant Pol Pot's bloody "Year Zero" ethnic cleansing campaign, which claimed the lives of two million "undesirable" civilians. (more) (view trailer)

**User Comments:** One of the most beautiful and moving films ever made. (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ ★    **7.9/10** (9,909 votes)  `Vote Here`

**Cast overview, first billed only:**

| | |
|---|---|
| Sam Waterston | .... Sydney Schanberg |
| Haing S. Ngor | .... Dith Pran (as Dr. Haing S Ngor) |
| John Malkovich | .... Alan 'Al' Rockoff, Photographer |
| Julian Sands | .... Jon Swain |
| Craig T. Nelson | .... Major Reeves, Military Attache |
| Spalding Gray | .... United States consul |
| Bill Paterson | .... Dr. MacEntire |
| Athol Fugard | .... Dr. Sundesval |
| Graham Kennedy | .... Dougal |
| Katherine Krapum Chey | .... Ser Moeum: Dith Pran's wife |
| Oliver Pierpaoli | .... Titony: Dith Pran's son |
| Edward Entero Chey | .... Sarun, Sydney's Driver |
| Tom Bird | .... US Military Advisor |
| Monirak Sisowath | .... Phat: Khmer Rouge leader: 2nd village |
| Lambool Dtangpaibool | .... Phat's son |
| (more) | |

**Runtime:** 141 min
**Country:** UK

Case 1:97-cy-00408-SJM-SPB    Document 72-18    Filed 07/21/2005    Page 42 of 50

**Language:** English / French / Khmer
**Color:** Color
**Sound Mix:** Dolby
**Certification:** Argentina:18 / Chile:18 / Finland:K-16 / Norway:15 / South Korea:15 / Sweden:15 / USA:R / West Germany:16 / Netherlands:12 / Netherlands:16 *(DVD rating)* / Singapore:PG / Portugal:M/16 / UK:15

**Trivia:** Supporting actor Spalding Gray wrote a monologue about his experiences filming this movie, which was later filmed as Swimming to Cambodia (1987). (more)

**Goofs:** Continuity: When Sydney is talking to Dith Pran in his room, Sydney's hairstyle changes between shots. It goes from neatly combed to hanging down over his forehead to neatly combed again. (more)

**Quotes:** **Dith Pran**: We must be like the ox, and have no thought, except for the Party. And have no love, but for the Angka. People starve, but we must not grow food. We must honor the comrade children, whose minds are not corrupted by the past. (more)

**Awards:** Won 3 Oscars. Another 23 wins & 18 nominations (more)

# The Last Temptation of Christ (1988)



**Directed by**
Martin Scorsese

**Writing credits** (WGA)
Nikos Kazantzakis (novel)
Paul Schrader (screenplay)

**Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Drama (more)

**Plot Outline:** At his execution, Jesus is tempted by an alluring image of a peaceful and pleasant life with Mary Magdelene to try to get him to refuse the sacrifice he must make. (more)

**User Comments:** not one of Scorsese's best works...but still a very good movie (more)

**User Rating:** ★★★★★★★★    **7.5/10** (8,460 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Willem Dafoe | .... Jesus |
| Harvey Keitel | .... Judas |
| Paul Greco | .... Zealot |
| Steve Shill | .... Centurian (as Steven Shill) |
| Verna Bloom | .... Mary, Mother of Jesus |
| Barbara Hershey | .... Mary Magdelene |
| Roberts Blossom | .... Aged Master |
| Barry Miller | .... Jerobeam |
| Gary Basaraba | .... Andrew, Apostle |
| Irvin Kershner | .... Zebedee |
| Victor Argo | .... Peter, Apostle |
| Michael Been | .... John, Apostle |
| Paul Herman | .... Phillip, Apostle |
| John Lurie | .... James, Apostle |
| Leo Burmester | .... Nathaniel, Apostle |
| (more) | |

**Also Known As:**
Passion (USA) (working title)
**Runtime:** 164 min
**Country:** USA
**Language:** English
**Color:** Color *(Technicolor)*

Case 1:97-cv-00408-SJM-SPB     Document 72-18     Filed 07/21/2005     Page 44 of 50

**Sound Mix:** <u>70 mm 6-Track</u> *(70 mm prints)* / <u>Dolby</u> *(35 mm prints)*

**Certification:** <u>Australia:M</u> / <u>Australia:R</u> *(original rating)* / <u>Chile:(Banned)</u> *(1989-2002)* / <u>Chile:18</u> *(re-rating) (2003)* / <u>Finland:K-16</u> / <u>Iceland:16</u> / <u>Ireland:18</u> / <u>Mexico:C</u> / <u>Norway:18</u> / <u>Portugal:M/16</u> / <u>South Africa:(Banned)</u> / <u>Sweden:15</u> / <u>UK:15</u> *(video re-rating) (2000)* / <u>UK:18</u> *(video rating) (1988)* / <u>UK:18</u> *(original rating)* / <u>USA:R</u> / <u>West Germany:16</u> / <u>Singapore:(Banned)</u>

**Trivia:** The voice of Satan was provided by the late <u>Leo Marks,</u> who wrote the screenplay for the <u>Michael Powell</u> classic <u>Peeping Tom</u> (1960). <u>Martin Scorsese</u> has acknowledged this film to be a major influence on his work. <u>(more)</u>

**Goofs:** Boom mike visible: In the market when Saul pulls Judas aside and asks "what are you doing with this magician?", the shadow of the boom mic is visible on the stone above Saul's head. <u>(more)</u>

**Quotes:** **<u>Saul</u>**: So Lazarus, how do you feel? <u>(more)</u>

**Awards:** Nominated for Oscar. Another 5 nominations <u>(more)</u>

# Léon (1994)



**Directed by**
Luc Besson

**Writing credits**
Luc Besson

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Crime / Drama / Thriller (more)

**Tagline:** A perfect assassin. An innocent girl. They have nothing left to lose except each other. He moves without sound. Kills without emotion. Disappears without trace. Only a 12 year old girl... knows his weakness. (more)

**Plot Outline:** Professional assassin Leon reluctantly takes care of 12-year-old Mathilda, a neighbor whose parents are killed, and teaches her his trade. (more) (view trailer)

**User Comments:** Visceral and intelligent - Besson's masterpiece (more)

**User Rating:** ★★★★★★★★ 8.5/10 (56,169 votes) (Vote Here) top 250: #50

**Cast overview, first billed only:**

| | |
|---|---|
| Jean Reno | .... Leon |
| Gary Oldman | .... Stansfield |
| Natalie Portman | .... Mathilda |
| Danny Aiello | .... Tony |
| Peter Appel | .... Malky |
| Willi One Blood | .... Stansfield Man #1 |
| Don Creech | .... Stansfield Man #2 |
| Keith A. Glascoe | .... Stansfield Man #3 |
| Randolph Scott | .... Stansfield Man #4 |
| Michael Badalucco | .... Mathilda's Father |
| Ellen Greene | .... Mathilda's Mother |
| Elizabeth Regen | .... Mathilda's Sister |
| Carl J. Matusovich | .... Mathilda's Brother |
| Frank Senger | .... Fatman |
| Lucius Wyatt Cherokee | .... Tonto (as Lucius Wyatt 'Cherokee') |
| (more) | |

**Also Known As:**
Leon (UK)

The Cleaner
The Professional (USA)
**Runtime:** 110 min / France:136 min (uncut version) / 133 min (International version)
**Country:** France / USA
**Language:** English
**Color:** Color *(Technicolor)*
**Sound Mix:** Dolby Digital / SDDS *(8 channels)*
**Certification:** Argentina:16 / Australia:R / Canada:18 *(Nova Scotia)* / Canada:R *(Manitoba/Ontario)* / Chile:18 / Finland:K-16 *(director's cut)* / Finland:K-18 / France:-12 *(original version)* / Germany:16 / Hong Kong:IIB *(director's cut)* / Israel:PG / Japan:R-15 / Netherlands:16 / New Zealand:R18 / Norway:18 / Portugal:M/16 / South Korea:18 *(director's cut/original rating)* / Spain:18 / Sweden:15 / UK:18 / USA:R *(original rating)* / USA:Unrated *(uncut version)* / Canada:16+ *(Quebec)*

# Life of Brian (1979)



**Directed by**
Terry Jones

**Writing credits**
Graham Chapman (written by) &
John Cleese (written by) ...
(more)

Add to MyMovies    IMDbPro Professional Details

**Genre:** Comedy (more)

**Tagline:** See the movie that's controversial, sacrilegious, and blasphemous. But if that's not playing, see The Life of Brian. (more)

**Plot Outline:** Brian is born on the original Christmas, in the stable next door. He spends his life being mistaken for a messiah. (more) (view trailer)

**User Comments:** Classic seamless comedy. (more)

**User Rating:** ★★★★★★★★☆☆    **8.1/10** (34,833 votes)    (Vote Here)    top 250: #155

**Cast overview, first billed only:**

| | |
|---|---|
| Graham Chapman | .... Wise Man #2/Brian Cohen/Biggus Dickus |
| John Cleese | .... Wise Man #1/Reg/Jewish Official/Centurion/Deadly Dirk/Arthur |
| Terry Gilliam | .... Man Even Further Forward/Revolutionary/Jailer/Blood & Thunder Prophet/Geoffrey/Audience Member/Crucifee |
| Eric Idle | .... Wiseguy/Stan (Loretta)/Harry the Haggler/Culprit Woman/Warris/Intensely Dull Youth/Jailer's Assistant/Otto/Lead Singer Crucifee |
| Terry Jones | .... Mandy Cohen/Colin/Simon the Holy Man/Bob Hoskins/Saintly Passer-by/Alarmed Crucifixion Assistant |
| Michael Palin | .... Wise Man #3/Mr. Big Nose/Francis/Mrs. A/Ex-Leper/Announcer/Ben/Pontius Pilate/Boring Prophet/Eddie/Shoe Follower/Nisus Wettus |
| Terence Bayler | .... Gregory |
| Carol Cleveland | .... Mrs. Gregory |
| Kenneth Colley | .... Jesus |
| Neil Innes | .... A weedy Samaritan |
| Charles McKeown | .... False Prophet/Blind Man/Giggling Guard/Stig |
| John Young | .... Matthias, Son of Deuteronomy of Gath |

Gwen Taylor    .... Mrs. Big Nose
Sue Jones-      .... Judith
Davies
Peter Brett
  (more)

**Also Known As:**
Brian of Nazareth (UK) (working title)
Jesus Christ: Lust for Glory (UK) (working title)
Monty Python's Life of Brian (UK) (complete title)
The Gospel According to St. Brian (UK) (working title)
**Runtime:** 94 min
**Country:** UK
**Language:** English
**Color:** Color *(Eastmancolor)*
**Sound Mix:** Dolby
**Certification:** Australia:M / Canada:G *(Quebec)* / Canada:R *(Ontario)* / Ireland:(Banned) *(1979-1987)* / Ireland:15 *(re-rating)* / New Zealand:R16 / Norway:11 *(re-rating) (2004)* / UK:15 *(video rating) (1988)* / UK:AA *(original rating)* / USA:R

# The Longest Yard (1974)



**Directed by**
Robert Aldrich

**Writing credits**
Albert S. Ruddy (story)
Tracy Keenan Wynn

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama / Sport (more)

**Tagline:** It's Survival of the Fiercest and Funniest (more)

**Plot Outline:** A sadistic warden asks a former pro quarterback, now serving time in his prison, to put together a team of inmates to take on (and get pummeled by) the guards. (more)

**User Comments:** Jokey jock-brutality (more)

**User Rating:** ★★★★★★★    **7.1/10** (2,270 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Burt Reynolds | .... Paul Crewe |
| Eddie Albert | .... Warden Hazen |
| Ed Lauter | .... Captain Knauer |
| Michael Conrad | .... Nate Scarboro |
| James Hampton | .... Caretaker (as Jim Hampton) |
| Harry Caesar | .... Granville |
| John Steadman | .... Pop |
| Charles Tyner | .... Unger |
| Mike Henry | .... Rassmeusen |
| Jim Nicholson | .... Ice Man |
| Bernadette Peters | .... Miss Toot, Warden's Secretary |
| Pervis Atkins | .... Mawabe |
| Tony Cacciotti | .... Rotka |
| Anitra Ford | .... Melissa Gaines |
| Michael Fox | .... Announcer |
| (more) | |

**Also Known As:**
The Mean Machine (UK)
**Runtime:** 121 min / Argentina:122 min
**Country:** USA

The Longest Yard (1974)

**Language:** English
**Color:** Color *(Technicolor)*
**Sound Mix:** Mono
**Certification:** Argentina:16 / Australia:M / Finland:K-16 / Norway:16 *(1975)* / Singapore:PG / Sweden:15 / UK:15 *(video rating) (1987)* / UK:X *(original rating)* / USA:R / West Germany:18 *(original rating)*

**Trivia:** The climactic football game takes up 47 minutes of running time. (more)

**Goofs:** Continuity: When Scarboro is brought into the medical center, his knee is wrapped up. When he is seen later celebrating his knee is no longer wrapped and he is wearing his uniform trousers. (more)

**Quotes:**
**Police Officer**: Why'd you drive her car into the bay?
**Paul Crewe**: Couldn't find a car wash.
(more)

**Awards:** Nominated for Oscar. Another 2 wins & 3 nominations (more)