# Lord of the Flies (1990)



**Directed by**
Harry Hook

**Writing credits** (WGA)
William Golding (novel)
Sara Schiff (screenplay)

⬛ **Add to MyMovies**    ⬛ **IMDbPro Professional Details**

**Genre:** Adventure / Drama / Thriller (more)

**Tagline:** No parents. No teachers. No rules... No mercy. (more)

**Plot Outline:** Stranded on an island, a group of schoolboys degenerate into savagery. (more) (view trailer)

**User Comments:** Should have worked much better second time around (more)

**User Rating:** ★ ★ ★ ★ ★ **5.9/10** (2,377 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Balthazar Getty | .... Ralph |
| Chris Furrh | .... Jack Merridew |
| Danuel Pipoly | .... Piggy |
| James Badge Dale | .... Simon (as Badgett Dale) |
| Andrew Taft | .... Sam, Twin #1 |
| Edward Taft | .... Eric, Twin #2 |
| Gary Rule | .... Roger |
| Terry Wells | .... Andy |
| Braden MacDonald | .... Larry |
| Angus Burgin | .... Greg |
| Martin Zentz | .... Sheraton |
| Brian Jacobs | .... Peter |
| Vincent Amabile | .... Patterson |
| David Weinstein | .... Mikey |
| Chuck Bell | .... Steve |
| (more) | |

**Runtime:** 90 min
**Country:** USA
**Language:** English
**Color:** Color (DeLuxe)

Lord of the Flies (1990)                                                      Page 2 of 2

**Sound Mix:** Dolby
**Certification:** Australia:M / Sweden:11 / UK:15 / USA:R / West Germany:12 / Singapore:PG

# MASH (1970)



**Directed by**
Robert Altman

**Writing credits**
Richard Hooker (novel)
Ring Lardner Jr. (screenplay)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Comedy / War / Drama (more)

**Tagline:** M*A*S*H Gives A D*A*M*N. (more)

**Plot Outline:** The staff of a Korean War field hospital use humor and hijinks to keep their sanity in the face of the horror of war. (more) (view trailer)

**User Comments:** M*A*S*H (1970) [Directed by Robert Altman] (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **7.8/10** (15,281 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Donald Sutherland | .... Capt. Benjamin Franklin 'Hawkeye' Pierce |
| Elliott Gould | .... Capt. John Francis Xavier 'Trapper John' McIntyre |
| Tom Skerritt | .... Capt. Augustus Bedford 'Duke' Forrest |
| Sally Kellerman | .... Maj. Margaret 'Hot Lips' O'Houlihan |
| Robert Duvall | .... Maj. Frank Burns |
| Roger Bowen | .... Lt. Col. Henry Braymore Blake |
| Rene Auberjonois | .... Father John Patrick 'Dago Red' Mulcahy |
| David Arkin | .... SSgt. Vollmer/PA Announcr |
| Jo Ann Pflug | .... Lt. Maria 'Dish' Schneider |
| Gary Burghoff | .... Cpl. Walter 'Radar' O'Reilly |
| Fred Williamson | .... Capt. Oliver Harmon 'Spearchucker' Jones |
| Michael Murphy | .... Capt. Ezekiel Bradbury 'Me Lay' Marston IV |
| Indus Arthur | .... Lt. Leslie |
| Ken Prymus | .... Pvt. Seidman |
| Bobby Troup | .... SSgt. Gorman |
| (more) | |

**Also Known As:**
M*A*S*H (USA) (alternative spelling)
**MPAA:** Rated R for sexual content. (edited version)
**Runtime:** 116 min / USA:112 min (PG version)

MASH (1970)

**Country:** <u>USA</u>
**Language:** <u>English</u> / <u>Japanese</u> / <u>Korean</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Mono</u> *(Westrex Recording System)*
**Certification:** <u>Argentina:18</u> / <u>Australia:M</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:18</u> *(Nova Scotia)* / <u>Canada:PA</u> *(Manitoba)* / <u>Canada:PG</u> *(Ontario)* / <u>Chile:18</u> / <u>Finland:K-16</u> / <u>Iceland:Unrated</u> / <u>Norway:16</u> / <u>Peru:18</u> / <u>Singapore:PG</u> / <u>UK:15</u> *(video rating) (1987)* / <u>UK:X</u> *(original rating) (cut)* / <u>USA:PG</u> *(cut version)* / <u>USA:R</u> *(uncut version)* / <u>West Germany:16</u>

**Trivia:** <u>Robert Altman</u> cast so many unknowns that after the few known actors (<u>Tom Skerritt</u>, <u>Elliott Gould</u>, etc.), the opening credits are entirely "Introducing...". (<u>more</u>)

**Goofs:** Continuity: During the first operating scene, before Trapper John arrives, he is seen at the back operating table and can be heard sayng, "Dish, let me have a long needle holder." (<u>more</u>)

**Quotes:**
**Duke Forrest**: Dammit, Henry, Frank Burns is a menace! Every time a patient croaks on him he says it's "God's will" or somebody else's fault.
**Hawkeye Pierce**: Yeah, and this time he blamed it on some kid who was stupid enough to belive him. (<u>more</u>)

**Awards:** Won Oscar. Another 12 wins & 19 nominations (<u>more</u>)

# Magnolia (1999)



**Directed by**
Paul Thomas Anderson

**Writing credits** (WGA)
Paul Thomas Anderson (written by)

[mby] **Add to MyMovies**   [📷] **Photos**   [IMDb pro] **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** Things fall down. People look up. And when it rains, it pours.

**Plot Outline:** A mixing and matching of friends in the San Fernando Valley. (more) (view trailer)

**User Comments:** Best film of 1999 (more)

**User Rating:** ★★★★★★★☆   **8.0/10** (48,189 votes)  (Vote Here)  top 250: #180

**Cast overview, first billed only:**

| | |
|---|---|
| Tom Cruise | .... Frank T.J. Mackey |
| Pat Healy | .... Sir Edmund William Godfrey/Young Pharmacy Kid |
| Julianne Moore | .... Linda Partridge |
| Genevieve Zweig | .... Mrs. Godfrey |
| Mark Flannagan | .... Joseph Green |
| William H. Macy | .... Quiz Kid Donnie Smith |
| Neil Flynn | .... Daniel Hill |
| Philip Seymour Hoffman | .... Phil Parma |
| Rod McLachlan | .... Stanley Berry |
| Allan Graf | .... Firefighter |
| Melora Walters | .... Claudia Wilson Gator |
| Philip Baker Hall | .... Jimmy Gator |
| Patton Oswalt | .... Delmer Darion |
| Jeremy Blackman | .... Stanley Spector |
| Raymond 'Big Guy' Gonzales | .... Reno Security Guard |
| (more) | |

**Also Known As:**
mag-no'li-a (USA) (promotional title)
**MPAA:** Rated R for strong language, drug use, sexuality and some violence.
**Runtime:** 188 min
**Country:** USA

**Language:** English / French
**Color:** Color *(DeLuxe)*
**Sound Mix:** Dolby Digital / SDDS
**Certification:** Argentina:18 / Australia:MA / Canada:18A / Chile:14 / Finland:K-12 / France:U / Germany:12 / Hong Kong:IIB / Ireland:18 / Mexico:B / Netherlands:16 / New Zealand:R16 / Portugal:M/16 / Singapore:R(A) / South Korea:18 / Spain:18 / Sweden:11 / Switzerland:16 *(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* - UK:18 / USA:R / Norway:15 / Philippines:R-18

**Trivia:** The show "What Do Kids Know?" is said to be "endorsed by the PTA", meaning the Parent Teacher Association. These are also the initials of the director, Paul Thomas Anderson. (more)

**Goofs:** Continuity: In the "Wise Up" sequence, Claudia is dressed for her date, she's wearing black and her hair is up. When she opens the door to Jim, she's wearing red, her hair is down. On the way to the car, she is again wearing black etc, and at the restaurant she is back wearing red. (more)

**Quotes:**
**Claudia Wilson Gator**: I'm really nervous that you're gonna hate me soon. You're gonna find stuff out about me and you're gonna hate me.
**Jim Kurring**: No. Like what? What do you mean?
**Claudia Wilson Gator**: You have so much - so many good things. And you seem so together. You're a police officer and you seem so straight and put together - without any problems.
**Jim Kurring**: I lost my gun today.
**Claudia Wilson Gator**: What?
**Jim Kurring**: I lost my gun today when I left you and I'm the laughingstock of a lot of people. I wanted to tell you. I wanted you to know and it's on my mind. And it makes me look like a fool. And I feel like a fool. And you asked that we should say things - that we should say what we're thinking and not lie about things...
[...]
(more)

**Awards:** Nominated for 3 Oscars. Another 18 wins & 33 nominations (more)

# Man on Fire (2004)



**Directed by**
Tony Scott

**Writing credits** (WGA)
A.J. Quinnell (novel)
Brian Helgeland (screenplay)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Action / Drama / Thriller / Crime (more)

**Tagline:** A Promise To Protect. A Vow To Avenge (more)

**Plot Outline:** In Mexico City, a former assassin swears vengeance on those who committed an unspeakable act against the family he was hired to protect. (more) (view trailer)

**User Comments:** Outstanding Movie (more)

**User Rating:** ★★★★★★★☆    **7.4/10** (16,683 votes)  ( Vote Here )

**Cast overview, first billed only:**

| | |
|---|---|
| Denzel Washington | .... Creasy |
| Dakota Fanning | .... Pita |
| Marc Anthony | .... Samuel |
| Radha Mitchell | .... Lisa |
| Christopher Walken | .... Rayburn |
| Giancarlo Giannini | .... Manzano |
| Rachel Ticotin | .... Mariana |
| Jesús Ochoa | .... Fuentes |
| Mickey Rourke | .... Jordan |
| Angelina Peláez | .... Sister Anna |
| Gustavo Sánchez Parra | .... Daniel Sanchez |
| Gero Camilo | .... Aurelio Sanchez |
| Rosa María Hernández | .... Maria |
| Heriberto Del Castillo | .... Bruno |
| Mario Zaragoza | .... Jorge Ramirez |
| (more) | |

**MPAA:** Rated R for language and strong violence.
**Runtime:** 146 min
**Country:** USA / UK / Mexico
**Language:** English / Spanish

Man on Fire (2004)

**Color:** Color
**Sound Mix:** DTS / Dolby Digital
**Certification:** Argentina:16 / Australia:MA / Brazil:16 / Canada:13+ *(Quebec)* / Canada:14A / Chile:14 / Czech Republic:12 / Finland:K-15 / France:U / Germany:16 *(cut)* / Hong Kong:IIB / Ireland:18 / Italy:T / Japan:R-15 / Netherlands:16 / New Zealand:R16 / Norway:15 / Peru:14 / Philippines:R-18 / Singapore:NC-16 / South Korea:15 / Spain:18 / UK:18 / USA:R / Germany:18

# Manhattan (1979)



**Directed by**
Woody Allen

**Writing credits**
Woody Allen (written by) and
Marshall Brickman (written by)

 **Add to MyMovies** **IMDbPro Professional Details**

**Genre:** Comedy / Drama / Romance (more)

**Plot Outline:** A divorced New Yorker currently dating a high-schooler brings himself to look for love in the mistress of his best friend instead. (more) (view trailer)

**User Comments:** Rhapsody in NYC (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★    **8.2/10** (12,960 votes) (Vote Here) top 250: #143

**Cast overview, first billed only:**

| | |
|---|---|
| Woody Allen | .... Isaac Davis |
| Diane Keaton | .... Mary Wilkie |
| Michael Murphy | .... Yale |
| Mariel Hemingway | .... Tracy |
| Meryl Streep | .... Jill |
| Anne Byrne Hoffman | .... Emily |
| Karen Ludwig | .... Connie |
| Michael O'Donoghue | .... Dennis |
| Victor Truro | .... Party Guest |
| Tisa Farrow | .... Party Guest |
| Helen Hanft | .... Party Guest |
| Bella Abzug | .... Guest of Honor |
| Gary Weis | .... Television Director |
| Kenny Vance | .... Television Producer |
| Charles Levin | .... Television Actor #1 |

(more)

**Runtime:** 96 min
**Country:** USA
**Language:** English
**Color:** Black and White
**Sound Mix:** Mono
**Certification:** Argentina:18 / Australia:M / Chile:18 / Finland:K-12 / France:U / Ireland:18 / Norway:16 *(original rating)* / Singapore:PG / Sweden:11 / UK:15 *(video rating) (1987)* / UK:AA *(original rating)* /

<u>USA:R</u> / <u>West Germany:12</u>

**Trivia:** <u>Woody Allen</u> disliked his work in this film so much he offered to direct another film for United Artists for free if they kept "Manhattan" on the shelf for good. <u>(more)</u>

**Goofs:** Crew or equipment visible: Camera and crew reflected on passing cars while following Isaac running down the street. <u>(more)</u>

**Quotes:** <u>**Isaac Davis**</u>: I had a mad impulse to throw you down on the lunar surface and commit interstellar perversion. <u>(more)</u>

**Awards:** Nominated for 2 Oscars. Another 13 wins & 15 nominations <u>(more)</u>

# Marathon Man (1976)



**Directed by**
John Schlesinger

**Writing credits**
William Goldman (screenplay)
William Goldman (novel)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Thriller (more)

**Tagline:** A thriller

**Plot Summary:** In New York City, the brother of an infamous Nazi war criminal is killed in a head on collision car accident... (more) (view trailer)

**User Comments:** One of my favorite WWII movies... (more)

**User Rating:** ★★★★★★★ **7.4/10** (6,220 votes)  (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Dustin Hoffman | .... | Thomas Babington Levy (Babe) |
| Laurence Olivier | .... | Dr. Christian 'The White Angel' Szell (Christopher Hess) |
| Roy Scheider | .... | Henry David Levy (Doc) |
| William Devane | .... | Peter Janeway |
| Marthe Keller | .... | Elsa Opel |
| Fritz Weaver | .... | Professor Biesenthal |
| Richard Bright | .... | Karl |
| Marc Lawrence | .... | Erhard |
| Allen Joseph | .... | Babe's Father |
| Tito Goya | .... | Melendez |
| Ben Dova | .... | Klaus Szell (Szell's Brother) |
| Lou Gilbert | .... | Rosenbaum |
| Jacques Marin | .... | LeClerc |
| James Wing Woo | .... | Chen |
| Nicole Deslauriers | .... | Nicole |

(more)

**Runtime:** 125 min
**Country:** USA
**Language:** English / German
**Color:** Color (Metrocolor)

Marathon Man (1976)                                                    Page 2 of 2

**Sound Mix:** Mono
**Certification:** Australia:M / Finland:K-15 *(re-rating) (2003) (uncut version)* / Finland:K-16 *(1988) (cut version)* / France:-16 / Ireland:18 / Italy:VM18 / Netherlands:16 / Norway:15 / Norway:16 *(1977)* / Spain:18 / UK:18 / USA:R / West Germany:16

**Trivia:** Outtakes reveal a couple of things: one, Laurence Olivier had trouble using the large switchblade made for his character, often, he would try to activate it and the blade would not come out; two, several actors enjoyed imitating the unique speech patterns of producer Robert Evans. Years later, Dustin Hoffman used that imitation for his performance in Wag the Dog (1997). (more)

**Goofs:** Continuity: When the professor asks the small class the Tenyson question quote, you can see Babe write the answer on his desk table. in the close-up, he is writing the answer on the back of his notebook. (more)

**Quotes:**
**Babe**: Listen, I want you to rob my apartment.
**Melendez**: [*laughs*] Why?
**Babe**: There are some guys out there after me, I got a gun in my desk drawer, and I want you to get me some clothes.
**Melendez**: What's in there for me, man?
**Babe**: I got a TV set, I got a hi-fi, you can take it all. Do it.
**Melendez**: What's the catch?
**Babe**: The catch is it's dangerous. Please do it.
**Melendez**: That ain't the catch. It's the fun.
(more)

**Awards:** Nominated for Oscar. Another 3 wins & 9 nominations (more)

# Maria Full of Grace (2004)



**Directed by**
Joshua Marston

**Writing credits** (WGA)
Joshua Marston (written by)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Drama / Thriller / Crime (more)

**Tagline:** These pellets contain heroin. Each weighs 10 grams. Each is 4.2 cm long and 1.4 cm wide. And they're on their way to New York in the stomach of a 17-year-old girl. (more)

**Plot Outline:** A pregnant Colombian teenager becomes a drug mule to make some desperately needed money for her family. (view trailer)

**User Comments:** Maria full of cocaine (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐⭐ **7.7/10** (4,810 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Catalina Sandino Moreno | .... | María Álvarez |
| Yenny Paola Vega | .... | Blanca |
| Virgina Ariza | .... | Juana |
| Johanna Andrea Mora | .... | Diana Álvarez |
| Wilson Guerrero | .... | Juan |
| John Álex Toro | .... | Franklin (as Jhon Alex Toro) |
| Guilied Lopez | .... | Lucy Díaz |
| Patricia Rae | .... | Carla Aristizábal |
| Orlando Tobon | .... | Don Fernando |
| Fernando Velasquez | .... | Pablo Aristizábal |
| Jaime Osorio Gómez | .... | Javier |
| Mateo Suarez | .... | Baby Pancho |
| Fabricio Suarez | .... | Baby Pancho |
| Juana Guarderas | .... | Female Pharmacist |
| Rodrigo Sánchez Borhorquez | .... | Supervisor |

(more)

**Also Known As:**
Maria Full of Grace (International: English title)
Maria, llena eres de gracia (Colombia)

**MPAA:** Rated R for drug content and language.
**Runtime:** 101 min
**Country:** USA / Colombia
**Language:** Spanish / English
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:13 / Australia:M / Brazil:14 / Chile:14 / Finland:K-11 / France:U / Germany:12 / Ireland:15A / Mexico:B15 / Netherlands:12 / Norway:11 / Portugal:M/16 / Singapore:NC-16 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / Switzerland:14 *(canton of Zurich)* / UK:15 / USA:R *(certificate #40648)*

**Trivia:** Catalina Sandino Moreno became the first actress ever to be nominated to Best Actress at the Oscars for a role that it is spoken entirely in Spanish. (more)

**Goofs:** Continuity: After Maria gives Don Fernando the money for Lucy's family, she takes her wallet out twice. (more)

**Awards:** Nominated for Oscar. Another 23 wins & 21 nominations (more)

# Memento (2000)



**Directed by**
Christopher Nolan

**Writing credits**
Jonathan Nolan (short story)
Christopher Nolan (screenplay)

▣ **Add to MyMovies**   ▣ **Photos**   ▣ **IMDbPro Professional Details**

**Genre:** Drama / Mystery / Thriller (more)

**Tagline:** Some memories are best forgotten

**Plot Outline:** A man, suffering from short-term memory loss, uses notes and tattoos to hunt down his wife's killer. (more) (view trailer)

**User Comments:** Its not a gimmick, its something new (more)

**User Rating:** ★★★★★★★★   **8.7/10** (95,377 votes)   (Vote Here)   top 250: #21

**Complete credited cast:**

| | |
|---|---|
| Guy Pearce | .... Leonard Shelby |
| Carrie-Anne Moss | .... Natalie |
| Joe Pantoliano | .... Teddy Gammell |
| Mark Boone Junior | .... Burt Hadley |
| Russ Fega | .... Waiter |
| Jorja Fox | .... Catherine Shelby |
| Stephen Tobolowsky | .... Sammy Jankis |
| Harriet Sansom Harris | .... Mrs. Jankis |
| Thomas Lennon | .... Doctor |
| Callum Keith Rennie | .... Dodd |
| Kimberly Campbell | .... Blonde Whore |
| Marianne Muellerleile | .... Emma the Tattooist |
| Larry Holden | .... Jimmy Grantz |
| (more) | |

**MPAA:** Rated R for violence, language and some drug content.
**Runtime:** 113 min
**Country:** USA
**Language:** English
**Color:** Black and White / Color
**Sound Mix:** Dolby Digital

Memento (2000)                                                           Page 2 of 2

**Certification:** Argentina:13 / Australia:MA / Brazil:16 / Canada:14A / Chile:14 / Finland:K-15 / France:U / Germany:16 / Hong Kong:IIB / Ireland:15 *(re-rating)* / Ireland:18 *(original rating)* / Japan:PG-12 / Mexico:B / Netherlands:16 / New Zealand:R16 / Norway:15 / Singapore:PG *(censored version)* / South Korea:15 / Spain:13 / Sweden:15 / Switzerland:14 *(canton of Geneva)* / Switzerland:14 *(canton of Vaud)* / UK:15 / USA:R / Singapore:NC-16 *(uncut)*

**Trivia:** The medical condition experienced by Leonard in this film is a real condition called Anterograde Amnesia - the inability to form new memories after damage to the hippocampus. During the 1950s, doctors treated some forms of epilepsy by removing parts of the temporal lobe, resulting in the same memory problems. (more)

**Goofs:** Continuity: The size of the tape pulled off the roll and applied to Dodd's face. (more)

**Quotes:**
[*talking on the phone about Sammy Jankis' attempts to learn through repitition*]
**Leonard Shelby**: Sammy had no drive, no reason to make it work.
[*listens and looks at his tattoo reading "John G. raped and murdered my wife"*]
**Leonard Shelby**: Me? Yeah, I got a reason.
(more)

**Awards:** Nominated for 2 Oscars. Another 40 wins & 26 nominations (more)

# The Merchant of Venice (2004)



**Directed by**
Michael Radford

**Writing credits**
William Shakespeare (play)
Michael Radford (screenplay)

**Add to MyMovies**   **Photos**   **IMDbPro Professional Details**

**Genre:** Drama / Comedy (more)

**Plot Outline:** In 16th century Venice, when a merchant must default on a large loan from an abused Jewish moneylender for a friend with romantic ambitions, the bitterly vengeful creditor demands a gruesome payment instead. (more) (view trailer)

**User Comments:** A great British movie (more)

**User Rating:** ⋆ ⋆ ⋆ ⋆ ⋆ ⋆ ⋆ ⋆  **7.3/10** (2,099 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Al Pacino | .... Shylock |
| Jeremy Irons | .... Antonio |
| Joseph Fiennes | .... Bassanio |
| Lynn Collins | .... Portia |
| Zuleikha Robinson | .... Jessica |
| Kris Marshall | .... Gratiano |
| Charlie Cox | .... Lorenzo |
| Heather Goldenhersh | .... Nerissa |
| Mackenzie Crook | .... Lancelot Gobbo |
| John Sessions | .... Salerio |
| Gregor Fisher | .... Solanio |
| Ron Cook | .... Old Gobbo |
| Allan Corduner | .... Tubal |
| Anton Rodgers | .... The Duke |
| David Harewood | .... Prince of Morocco |
| (more) | |

**Also Known As:**
Mercante di Venezia, Il (Italy)
William Shakespeare's The Merchant of Venice (USA) (complete title)
**MPAA:** Rated R for some nudity.
**Runtime:** 138 min

The Merchant of Venice (2004)                                                Page 2 of 2

**Country:** USA / Italy / Luxembourg / UK
**Language:** English
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Canada:G *(Quebec)* / Finland:K-7 / Germany:12 / Hong Kong:IIB / Ireland:12 / Singapore:NC-16 / Sweden:7 / Switzerland:10 *(canton of Geneva)* / Switzerland:10 *(canton of Vaud)* / UK:PG / USA:R

Midnight Cowboy (1969)

# Midnight Cowboy (1969)



**Directed by**
John Schlesinger

**Writing credits**
James Leo Herlihy (novel)
Waldo Salt (screenplay)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** For those who have never seen it and those who have never forgotten it. (1980 re-release)

**Plot Outline:** A naive male prostitute and his sickly friend struggle to survive on the streets of New York City. (more) (view trailer)

**User Comments:** Everybody's Talkin' at me, I can't hear a word they're saying (more)

**User Rating:** ★★★★★★★★☆☆  **7.9/10** (13,812 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Dustin Hoffman | .... Enrico Salvatore 'Ratso' Rizzo |
| Jon Voight | .... Joe Buck |
| Sylvia Miles | .... Cass |
| John McGiver | .... Mr. O'Daniel |
| Brenda Vaccaro | .... Shirley |
| Barnard Hughes | .... Towny |
| Ruth White | .... Sally Buck |
| Jennifer Salt | .... Annie |
| Gilman Rankin | .... Woodsy Niles (as Gil Rankin) |
| Gary Owens | .... Little Joe |
| T. Tom Marlow | .... Little Joe |
| George Eppersen | .... Ralph, Cafeteria Cook |
| Al Scott | .... Cafeteria Manager |
| Linda Davis | .... Mother on Bus |
| J.T. Masters | .... Old Cowhand |
| (more) | |

**Runtime:** 113 min
**Country:** USA
**Language:** English / Italian
**Color:** Black and White / Color *(DeLuxe)*

Midnight Cowboy (1969)                                                          Page 2 of 2

**Sound Mix:** Stereo
**Certification:** Argentina:18 / Australia:M / Canada:18+ *(Quebec)* / Canada:18 *(Nova Scotia)* / Canada:PA *(Manitoba)* / Canada:R *(Ontario)* / Chile:18 / Finland:K-16 / France:-12 / Netherlands:12 *(re-rated)* / New Zealand:R16 / Norway:18 / Portugal:M/16 / Singapore:M18 / Spain:18 / Sweden:15 / UK:18 *(video rating) (1988)* / UK:X *(original rating)* / USA:R *(re-rating) (1971)* / USA:X *(original rating)* / West Germany:16

**Trivia:** Dustin Hoffman ad-libbed the famous line, "I'm walking here! I'm walking here!" as the cab driver almost hit him when he was walking across the street. The cab was a real one, not part of the production (the scene was filmed in actual city crowds). Hoffman improvised the line because he didn't want to ruin a difficult take. (more)

**Goofs:** Continuity: Ratso limps on both legs (not at the same time, obviously). (more)

**Quotes:**
[*first lines*]
**Joe Buck**: Whoopee-tee-yi-yo. Get along little dogies. It's your misfortune and none of my own.
(more)

**Awards:** Won 3 Oscars. Another 22 wins & 12 nominations (more)

# Midnight Express (1978)



**Directed by**
Alan Parker

**Writing credits**
Billy Hayes (book) and
William Hoffer (book) ...
(more)

**Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Crime / Drama / Thriller (more)

**Tagline:** Walk into the incredible true experience of Billy Hayes, and bring all the courage you can!

**Plot Outline:** Fictional story of a man who is caught smuggling drugs out of Turkey and thrown into a barbaric prison. (more) (view trailer)

**User Comments:** Unfair Depiction of Turkey (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **7.6/10** (7,927 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Brad Davis | .... Billy Hayes |
| Irene Miracle | .... Susan |
| Bo Hopkins | .... Tex |
| Paolo Bonacelli | .... Rifki |
| Paul L. Smith | .... Hamidou (as Paul Smith) |
| Randy Quaid | .... Jimmy Booth |
| Norbert Weisser | .... Erich |
| John Hurt | .... Max |
| Mike Kellin | .... Mr. Hayes |
| Franco Diogene | .... Yesil |
| Michael Ensign | .... Stanley Daniels |
| Gigi Ballista | .... Chief Judge |
| Kevork Malikyan | .... Prosecutor |
| Peter Jeffrey | .... Ahmet |
| Joe Zammit Cordina | |
| (more) | |

**Runtime:** 121 min
**Country:** UK / USA
**Language:** English / Turkish / Maltese / French
**Color:** Color (Eastmancolor)

Midnight Express (1978)                                                      Page 2 of 2

**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:18</u> / <u>Australia:R</u> / <u>Canada:18A</u> / <u>Chile:18</u> / <u>Finland:K-18</u> / <u>France:-16</u> /
<u>Norway:18</u> / <u>South Korea:18</u> / <u>Sweden:15</u> / <u>UK:18</u> *(video rating) (1986)* / <u>UK:X</u> *(original rating)* /
<u>USA:R</u> / <u>West Germany:16</u>

**Trivia:** Turkish government officials greatly resented the portrayal of their country in the movie, and
made this known to the media in general after the film's release. (<u>more</u>)

**Goofs:** Crew or equipment visible: Boom operator visible chasing[?] as he climbs a path by the prison
wall. (<u>more</u>)

**Quotes:** <u>**Ahmet**</u>: Where are you going? Why don't you walk the wheel with us? What is the matter my
American friend? What has upset you? Oh! I know. The bad machine doesn't know that he's a bad
machine. You still don't believe it. You still don't believe you're a bad machine? To know yourself is to
know God, my friend. The factory knows, that's why they put you here. You'll see... You'll find out... In
time, you'll know. (<u>more</u>)

**Awards:** Won 2 Oscars. Another 12 wins & 11 nominations (<u>more</u>)

# Miller's Crossing (1990)



**Directed by**
Joel Coen
(more)

**Writing credits**
Joel Coen (written by) &
Ethan Coen (written by)
(more)

Add to MyMovies    IMDbPro Professional Details

**Genre:** Crime / Drama / Thriller (more)

**Tagline:** Up is down, black is white, and nothing is what it seems. (more)

**Plot Outline:** Tom Reagan, an advisor to a Prohibition-era crime boss, tries to keep the peace between warring mobs but gets caught in divided loyalties. (more) (view trailer)

**User Comments:** this movie is splendid, magnificent, unique: don't miss it (more)

**User Rating:** ☆☆☆☆☆☆☆    **8.0/10** (15,366 votes) (Vote Here) top 250: #234

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Gabriel Byrne | .... | Tom Reagan |
| Marcia Gay Harden | .... | Verna |
| John Turturro | .... | Bernie Bernbaum |
| Jon Polito | .... | Johnny Caspar |
| J.E. Freeman | .... | Eddie Dane |
| Albert Finney | .... | Leo |
| Mike Starr | .... | Frankie |
| Al Mancini | .... | Tic-Tac |
| Richard Woods | .... | Mayor Dale Levander |
| Thomas Toner | .... | O'Doole |
| Steve Buscemi | .... | Mink |
| Mario Todisco | .... | Clarence "Drop" Johnson |
| Olek Krupa | .... | Tad |
| Michael Jeter | .... | Adolph |
| Lanny Flaherty | .... | Terry |
| (more) | | |

**Runtime:** 115 min
**Country:** USA
**Language:** English / Italian / Gaelic / Yiddish

Miller's Crossing (1990)                                                                                    Page 2 of 2

**Color:** Color
**Sound Mix:** Dolby SR
**Certification:** Argentina:16 / Australia:M / Finland:K-16 / Germany:18 *(video release)* / Netherlands:16 / New Zealand:R18 / Portugal:M/16 / Sweden:15 / UK:15 *(re-rating)* / UK:18 / USA:R *(certificate #30173)* / Canada:R *(DVD rating)*

# Misery (1990)



**Directed by**
Rob Reiner

**Writing credits** (WGA)
Stephen King (novel)
William Goldman (screenplay)

FILM   **Add to MyMovies**  □  **Photos**  IMDb **IMDbPro Professional Details**

**Genre:** Drama / Thriller / Horror (more)

**Tagline:** Paul Sheldon used to write for a living. Now, he's writing to stay alive.

**Plot Outline:** A famous novelist is "rescued" from a car crash by an obsessed fan. (more) (view trailer)

**User Comments:** One of the Best Movies Based on a Stephen King novel (more)

**User Rating:** ★★★★★★★ ★   **7.5/10** (13,664 votes) (Vote Here)

**Complete credited cast:**

| | | |
|---|---|---|
| James Caan | .... | Paul Sheldon |
| Kathy Bates | .... | Annie Wilkes |
| Richard Farnsworth | .... | Sheriff John T. 'Buster' McCain |
| Frances Sternhagen | .... | Virginia McCain |
| Lauren Bacall | .... | Marcia Sindell |
| Graham Jarvis | .... | Libby |
| Jerry Potter | .... | Pete |
| Thomas Brunelle | .... | Anchorman (as Tom Brunelle) |
| June Christopher | .... | Anchorwoman |
| Julie Payne | .... | Reporter #1 |
| Archie Hahn III | .... | Reporter #2 |
| Gregory Snegoff | .... | Reporter #3 |
| Wendy Bowers | .... | Waitress |
| (more) | | |

**Runtime:** 107 min
**Country:** USA
**Language:** English
**Color:** Color
**Sound Mix:** Dolby
**Certification:** Argentina:16 / Australia:M / Canada:14A / Chile:18 / Finland:K-16 / Germany:16 / Norway:15 / Peru:18 / Singapore:NC-16 / Spain:18 / Sweden:15 / UK:18 / USA:R

Case 1:97-cv-00408-SJM-SPB       Document 72-19       Filed 07/21/2005       Page 26 of 50

**Trivia:** <u>Jack Nicholson</u> was offered the role of Paul Sheldon but passed because he wasn't sure he wanted to do another movie based on one of <u>Stephen King</u>'s novels after what he had experienced with <u>Stanley Kubrick</u> on <u>The Shining</u> (1980). <u>(more)</u>

**Goofs:** Revealing mistakes: When Annie blows up at Paul for buying the wrong typing paper, she storms out of the room slamming the door behind her very hard causing the set to wobble. <u>(more)</u>

**Quotes:** **Annie Wilkes**: Oh forgive me Paul for prattling away and making everything all oogy. <u>(more)</u>

**Awards:** Won Oscar. Another 2 wins & 5 nominations <u>(more)</u>

# Monsoon Wedding (2001)



**Directed by**
Mira Nair

**Writing credits**
Sabrina Dhawan (writer)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Drama / Romance (more)

**Tagline:** The Rain is coming... and so is the Family.

**Plot Outline:** A stressed father, a bride-to-be with a secret, a smitten event planner, and relatives from around the world create much ado about the preparations for an arranged marriage in India. (more) (view trailer)

**User Comments:** one of the best films I have ever seen. (more)

**User Rating:** ★★★★★★★★☆☆  **7.4/10** (5,456 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Naseeruddin Shah | .... Lalit Verma |
| Lillete Dubey | .... Pimmi Verma |
| Shefali Shetty | .... Ria Verma |
| Vijay Raaz | .... Parabatlal Kanhaiyalal 'P.K.' Dube |
| Tilotama Shome | .... Alice |
| Vasundhara Das | .... Aditi Verma |
| Parvin Dabas | .... Hemant Rai |
| Kulbhushan Kharbanda | .... C.L.Chadha |
| Kamini Khanna | .... Shashi Chadha |
| Rajat Kapoor | .... Tej Puri |
| Neha Dubey | .... Ayesha Verma |
| Kemaya Kidwai | .... Aliya Verma |
| Ishaan Nair | .... Varun Verma |
| Randeep Hooda | .... Rahul Chadha |
| Roshan Seth | .... Mohan Rai |
| (more) | |

**Also Known As:**
Mariage des moussons, Le (France)
**MPAA:** Rated R for language, including some sex related dialogue.

Monsoon Wedding (2001)                                                    Page 2 of 2

**Runtime:** 114 min
**Country:** India / USA / France / Italy / Germany
**Language:** Hindi / Punjabi / English / Urdu
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:13 / Australia:M / Brazil:Livre / Canada:14A / France:U / Germany:o.Al. / Italy:T / Peru:14 / Singapore:NC-16 / Spain:13 / Sweden:7 / Switzerland:10 *(canton of Geneva)* / Switzerland:10 *(canton of Vaud)* / Switzerland:12 *(canton of the Grisons)* / UK:15 / USA:R

# Diarios de motocicleta (2004)



**Directed by**
Walter Salles

**Writing credits** (WGA)
Ernesto 'Che' Guevara (book)
Alberto Granado (book)
 (more)

**Add to MyMovies**   **Photos**   **IMDbPro Professional Details**

**Genre:** Adventure / Biography / Drama (more)

**Tagline:** Let the world change you... and you can change the world

**Plot Outline:** The dramatization of a motorcycle road trip Che Guevara went on in his youth that showed him his life's calling. (more) (view trailer)

**User Comments:** Bias is downfall of this movie (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐ **8.0/10** (10,306 votes) (Vote Here) top 250: #242

**Cast overview, first billed only:**

| | |
|---|---|
| Gael García Bernal | .... Ernesto Guevara de la Serna (Argentina) |
| Rodrigo De la Serna | .... Alberto Granado (Argentina) |
| Mercedes Morán | .... Celia de la Serna (Argentina) |
| Jean Pierre Noher | .... Ernesto Guevara Lynch (Argentina) (as Jean-Pierre Noher) |
| Lucas Oro | .... Roberto Guevara (Argentina) |
| Marina Glezer | .... Celita Guevara (Argentina) |
| Sofia Bertolotto | .... Ana María Guevara (Argentina) (as Sofía Bertolotto) |
| Franco Solazzi | .... Juan Martín Guevara (Argentina) |
| Ricardo Díaz Mourelle | .... Uncle Jorge (Argentina) (as Ricardo Diaz Mourelle) |
| Sergio Boris | .... Young Traveler (Argentina) |
| Daniel Cargieman | .... Young Traveler (Argentina) (as Daniel Kargieman) |
| Diego Giorzi | .... Rodolfo (Argentina) |
| Facundo Espinosa | .... Tomás Granado (Argentina) |
| Matias Gomez | .... Kid (Argentina) (as Matías Gómez) |
| Diego Treu | .... Kid (Argentina) |
| (more) | |

**Also Known As:**
Carnets de voyage (France)
Reise des jungen Che, Die (Germany)
The Motorcycle Diaries (USA)

Diarios de motocicleta (2004)                                                    Page 2 of 2

Voyage à motocyclette (France) (festival title)
**MPAA:** Rated R for language.
**Runtime:** 128 min
**Country:** USA / Germany / UK / Argentina / Chile / Peru / France
**Language:** Spanish
**Color:** Black and White / Color
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:Atp / Australia:M / Brazil:12 / Canada:14A *(Alberta/British Columbia/Ontario)* /
Canada:G *(Québec)* / Chile:TE / Finland:K-7 / Hong Kong:IIA / Netherlands:AL / Portugal:M/12 /
Singapore:NC-16 / Switzerland:7 *(canton of Geneva)* / Switzerland:7 *(canton of Vaud)* / UK:15 /
USA:R / Norway:11 / Germany:6

**Trivia:** "Al Otro Lado Del Rio", by Uruguayan composer Jorge Drexler became the first song in Spanish
to win an Oscar. (more)

**Goofs:** Anachronisms: At the end of the movie, when Che is at the airport, a yellow GMC pickup drives
by. The pickup has a 1-piece windshield; GMC did not introduce the 1-piece windshield until a few
years after 1952). (more)

**Quotes:** **Ernesto Guevara de la Serna**: How is it possible to feel nostalgia for a world I never knew?
(more)

**Awards:** Won Oscar. Another 15 wins & 34 nominations (more)

# Mulholland Dr. (2001)



**Directed by**
David Lynch

**Writing credits** (WGA)
David Lynch (written by)

📼 **Add to MyMovies**  📷 **Photos**  **IMDbPro Professional Details**

**Genre:** Drama / Mystery / Thriller (more)

**Tagline:** A Love Story In The City Of Dreams (more)

**Plot Outline:** A lost woman with amnesia is helped by a plucky ingenue new to L.A. But is everything what it seems to be? (more) (view trailer)

**User Comments:** Mulholland Drive? That's where I was going! (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐  **8.0/10** (37,630 votes) (Vote Here) top 250: #222

**Cast overview, first billed only:**

| | |
|---|---|
| Naomi Watts | .... Betty Elms/Diane Selwyn |
| Laura Harring | .... Rita/Camilla Rhodes (as Laura Elena Harring) |
| Ann Miller | .... Catherine 'Coco' Lenoix |
| Dan Hedaya | .... Vincenzo Castigliane |
| Justin Theroux | .... Adam Kesher |
| Brent Briscoe | .... Detective Neal Domgaard |
| Robert Forster | .... Detective Harry McKnight |
| Katharine Towne | .... Cynthia Jenzen |
| Lee Grant | .... Louise Bonner |
| Scott Coffey | .... Wilkins |
| Billy Ray Cyrus | .... Gene |
| Chad Everett | .... Jimmy Katz |
| Rita Taggart | .... Linney James |
| James Karen | .... Wally Brown |
| Lori Heuring | .... Lorraine Kesher |
| (more) | |

**Also Known As:**
Mulholland Drive (France) (USA) (closing credits title)
**MPAA:** Rated R for violence, language and some strong sexuality.
**Runtime:** 145 min / Norway:146 min / Spain:149 min / USA:147 min

**Country:** <u>France</u> / <u>USA</u>
**Language:** <u>English</u>
**Color:** <u>Color</u>
**Sound Mix:** <u>Dolby Digital</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:MA</u> / <u>Belgium:KNT</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:14A</u> *(Alberta)* / <u>Canada:14</u> *(Nova Scotia)* / <u>Canada:18A</u> *(British Columbia)* / <u>Canada:AA</u> *(Ontario)* / <u>Canada:PA</u> *(Manitoba)* / <u>Finland:K-15</u> / <u>France:U</u> / <u>Germany:16</u> / <u>Ireland:15</u> / <u>Israel:16</u> *(TV rating)* / <u>Netherlands:16</u> / <u>New Zealand:R16</u> / <u>Norway:15</u> / <u>Portugal:M/16</u> / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>Switzerland:14</u> *(canton of Geneva)* / <u>Switzerland:14</u> *(canton of Vaud)* / <u>Switzerland:16</u> *(canton of the Grisons)* / <u>UK:15</u> / <u>USA:R</u> *(certificate #37982)*

**Trivia:** **Cameo:** [**Cori Glazer**]the script supervisor is playing the blue-haired lady. (<u>more</u>)

**Goofs:** Continuity: At LA Airport, Betty waves at the old couple, while in the background the cab driver opens the trunk and starts to load in the bags. In the next shot, we see Betty turning to him the trunk is still closed and the driver holds the bags. (<u>more</u>)

**Quotes:**
[*first line*]
**Rita**: What are you doing? We don't stop here.
(<u>more</u>)

**Awards:** Nominated for Oscar. Another 31 wins & 28 nominations (<u>more</u>)

# Network (1976)



**Directed by**
Sidney Lumet

**Writing credits**
Paddy Chayefsky (written by)

Add to MyMovies    Photos    IMDbPro Professional Details

**Genre:** Drama (more)

**Tagline:** Television will never be the same! (more)

**Plot Outline:** A TV network cynically exploits a deranged ex-TV anchor's ravings and revelations about the media for their own profit. (more) (view trailer)

**User Comments:** Guess What?..Everything is a Commodity!! (more)

**User Rating:** ★★★★★★★ **8.0/10** (9,971 votes) (Vote Here) top 250: #227

**Cast overview, first billed only:**

| | |
|---|---|
| Faye Dunaway | .... Diana Christensen |
| William Holden | .... Max Schumacher |
| Peter Finch | .... Howard Beale |
| Robert Duvall | .... Frank Hackett |
| Wesley Addy | .... Nelson Chaney |
| Ned Beatty | .... Arthur Jensen |
| Arthur Burghardt | .... Great Ahmed Kahn |
| Bill Burrows | .... TV Director |
| John Carpenter | .... George Bosch |
| Jordan Charney | .... Harry Hunter |
| Kathy Cronkite | .... Mary Ann Gifford |
| Ed Crowley | .... Joe Donnelly |
| Jerome Dempsey | .... Walter C. Amundsen |
| Conchata Ferrell | .... Barbara Schlesinger |
| Gene Gross | .... Milton K. Steinman |

(more)

**Runtime:** 121 min
**Country:** USA
**Language:** English
**Color:** Color (Metrocolor)

Network (1976)                                                        Page 2 of 2

**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:18</u> *(Nova Scotia)* / <u>Canada:PG</u> *(Manitoba)* / <u>Canada:R</u> *(Ontario)* / <u>Finland:K-16</u> / <u>Norway:16</u> / <u>Singapore:M18</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u> / <u>West Germany:16</u>

**Trivia:** <u>Henry Fonda</u> turned down the role of Howard Beale, saying that it was "too hysterical." (<u>more</u>)

**Goofs:** Audio/visual unsynchronized: After Howard's first on-air meltdown, as Max and the other network executives sample the reaction from other networks, they watch the other newscasts from a bank of three sets, each tuned to a different channel. As Max says he is not surprised each of the other networks is leading with the Beale story, he lowers the volume of each set in turn. But the volume of each set drops off before Max's hand reaches their dials. (<u>more</u>)

**Quotes:** **<u>Howard Beale</u>**: You're beginning to believe the illusions we're spinning here, you're beginning to believe that the tube is reality and your own lives are unreal. You do. Why, whatever the tube tells you: you dress like the tube, you eat like the tube, you raise your children like the tube, you even think like the tube. This is mass madness, you maniacs. In God's name, you people are the real thing, WE are the illusion. (<u>more</u>)

**Awards:** Won 4 Oscars. Another 13 wins & 19 nominations (<u>more</u>)

# Night Shift (1982)



**Directed by**
Ron Howard

**Writing credits**
Lowell Ganz
Babaloo Mandel

**Add to MyMovies**     **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** Ever since two enterprising young men turned the City Morgue into a swinging business, people have been dying to get in. (more)

**Plot Summary:** A nebbish of a morgue attendant gets shunted back to the night shift where he is shackled with an obnoxious... (more) (view trailer)

**User Comments:** Too many good quotes to pick just one! (more)

**User Rating:** ★★★★★★★☆☆☆   **6.3/10** (2,767 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Henry Winkler | .... Chuck Lumley |
| Michael Keaton | .... Bill Blazejowski |
| Shelley Long | .... Belinda Keaton |
| Gina Hecht | .... Charlotte Koogle |
| Pat Corley | .... Edward Koogle |
| Bobby Di Cicco | .... Leonard (as Bobby DiCicco) |
| Nita Talbot | .... Vivian |
| Basil Hoffman | .... Drollhauser |
| Tim Rossovich | .... Luke |
| Clint Howard | .... Jefferey |
| Joe Spinell | .... Manetti |
| Cheryl Carter | .... Tanya |
| Becky Gonzalez | .... Lupe |
| Corki Corman | .... Sylvia |
| Jaid Barrymore | .... Joyce (as Ildiko Jaid) |
| (more) | |

**Runtime:** 105 min
**Country:** USA
**Language:** English

**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Canada:14A</u> / <u>Finland:K-16</u> / <u>Norway:16</u> / <u>UK:15</u> / <u>USA:R</u>

# Office Space (1999)



**Directed by**
Mike Judge

**Writing credits** (WGA)
Mike Judge (Milton animated shorts)
Mike Judge (screenplay)

MP3 &darr; **Add to MyMovies**    ☐ **Photos**    IMDb Pro **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** Work Sucks. (more)

**Plot Outline:** Comedic tale of company workers who hate their jobs and decide to rebel against their greedy boss. (more) (view trailer)

**User Comments:** As is sure to be the saying by now, anyone who has ever worked in an office should get a pretty good kick out of this one. (more)

**User Rating:** ★★★★★★★    **7.7/10** (27,672 votes)    (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Ron Livingston | .... Peter Gibbons |
| Jennifer Aniston | .... Joanna |
| Ajay Naidu | .... Samir Nagheenanajar |
| David Herman | .... Michael Bolton |
| Gary Cole | .... Bill Lumbergh |
| Stephen Root | .... Milton Waddams |
| Richard Riehle | .... Tom Smykowski |
| Alexandra Wentworth | .... Anne |
| Joe Bays | .... Dom Portwood |
| John C. McGinley | .... Bob Slydell |
| Diedrich Bader | .... Lawrence |
| Paul Willson | .... Bob Porter |
| Kinna McInroe | .... Nina |
| Todd Duffey | .... Brian, Chotchkie's Waiter |
| Greg Pitts | .... Drew |
| (more) | |

**Also Known As:**
Cubiculos de la oficina (USA: Spanish title)
**MPAA:** Rated R for language and brief sexuality.

**Runtime:** 89 min
**Country:** USA
**Language:** English
**Color:** Color *(DeLuxe)*
**Sound Mix:** Dolby Digital
**Certification:** Argentina:Atp / Australia:M / Canada:14A / Chile:TE / Finland:S / France:U /
Germany:12 / Ireland:15 / Netherlands:AL / Norway:7 / Peru:PT / Portugal:M/12 / Spain:T /
Sweden:Btl / UK:15 / USA:R

# An Officer and a Gentleman (1982)



**Directed by**
Taylor Hackford

**Writing credits**
Douglas Day Stewart (written by)

🎬 **Add to MyMovies**    🎬 **IMDbPro Professional Details**

**Genre:** Drama / Romance (more)

**Tagline:** Life gave him nothing, except the courage to win...and a woman to love.

**Plot Outline:** A young man must complete his work at a Navy Flight school to become an aviator, with the help of a tough gunnery sergeant and his new girlfriend. (more)

**User Comments:** excellent (more)

**User Rating:** ★ ★ ★ ★ ★ ☆    **6.8/10** (7,325 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Richard Gere | .... Zack Mayo |
| Debra Winger | .... Paula Pokrifki |
| David Keith | .... Sid Worley |
| Robert Loggia | .... Byron Mayo |
| Lisa Blount | .... Lynette Pomeroy |
| Lisa Eilbacher | .... Casey Seeger |
| Louis Gossett Jr. | .... Sgt. Emil Foley |
| Tony Plana | .... Emiliano Della Serra |
| Harold Sylvester | .... Perryman |
| David Caruso | .... Topper Daniels |
| Victor French | .... Joe Pokrifiki |
| Grace Zabriskie | .... Esther Pokrifiki |
| Tommy Petersen | .... Young Zack |
| Mara Scott-Wood | .... Bunny (as Mara Scott Wood) |
| David Greenfield | .... Schneider |

(more)

**Runtime:** 122 min
**Country:** USA
**Language:** English
**Color:** Color (Metrocolor)

**Sound Mix:** Mono

**Certification:** Argentina:16 / Australia:M / Canada:13+ (Quebec) / Canada:18 (Nova Scotia) / Canada:PA (Manitoba) / Canada:R (Ontario) / Chile:18 / Finland:K-16 / Ireland:15 / Netherlands:12 / Norway:15 / Singapore:M18 / Sweden:15 / UK:15 / USA:R / West Germany:16 (w)

**Trivia:** The motel scenes were filmed at the Tides Motel in Port Townsend, Washington. The room they used still has a wooden plaque on the door commemorating its use in the movie. (more)

**Goofs:** Continuity: Just before the fight seen between Mayo and Foley, Mayo has red marks on his back probably from previous takes. Then later on in the fight scene the red marks disappear. (more)

**Quotes:**
**Foley**: Mayo I want you D.O.R.
**Mayo**: No sir. You can kick me out, but I ain't quitting.
**Foley**: Get in to your fatigues Mayo cause by the end of weekend you'll quit.
(more)

**Awards:** Won 2 Oscars. Another 6 wins & 13 nominations (more)

# Oldboy (2003)



**Directed by**
Chan-wook Park

**Writing credits**
Jo-yun Hwang (screenplay)
Chun-hyeong Lim (screenplay)
 (more)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Action / Mystery / Thriller (more)

**Tagline:** End of confrontation, one must die. (more)

**Plot Outline:** After being kidnapped and imprisoned for 15 years, Oh Dae-Su is released, only to find that he must find his captor in 5 days. (more) (view trailer)

**User Comments:** An attempt to mask a weak, unconvincing story with over-styling. (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐⭐⭐⭐  **8.4/10** (11,214 votes)  (Vote Here)  top 250: #96

**Cast overview, first billed only:**

| | |
|---|---|
| Min-sik Choi | .... Dae-su Oh |
| Ji-tae Yu | .... Woo-jin Lee |
| Hye-jeong Kang | .... Mi-do |
| Dae-han Ji | .... No Joo-hwan |
| Dal-su Oh | .... Park Cheol-woong |
| Byeong-ok Kim | .... Mr. Han |
| Seung-Shin Lee | .... Yoo Hyung-ja |
| Jin-seo Yun | .... Lee Soo-ah |
| Dae-yeon Lee | .... Beggar |
| Kwang-rok Oh | .... Suicidal Man |
| Tae-kyung Oh | .... Young Dae-su |
| Yeon-suk Ahn | .... Young Woo-jin |
| Il-han Oo | .... Young Joo-hwan |
| Su-hyeon Kim | |
| Seung-jin Lee | |
|  (more) | |

**MPAA:** Rated R for strong violence including scenes of torture, sexuality and pervasive language.
**Runtime:** 120 min
**Country:** South Korea
**Language:** Korean

**Color:** <u>Color</u>
**Sound Mix:** <u>Dolby Digital</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:R</u> / <u>Brazil:16</u> / <u>Canada:16+</u> *(Quebec)* / <u>Canada:18A</u> *(Ontario)* / <u>Finland:K-15</u> / <u>France:-16</u> / <u>Germany:16</u> / <u>Hong Kong:III</u> / <u>Ireland:18</u> / <u>Italy:VM14</u> / <u>Japan:R-15</u> / <u>Netherlands:16</u> / <u>Norway:18</u> / <u>Singapore:R21</u> / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:18</u> / <u>USA:R</u>

# The Omen (1976)



**Directed by**
Richard Donner

**Writing credits**
David Seltzer (written by)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Horror / Mystery (more)

**Tagline:** Good morning. You are one day closer to the end of the world. You have been warned. (more)

**Plot Outline:** An American ambassador learns to his horror that his son is actually the literal Antichrist. (more) (view trailer)

**User Comments:** Kids Can Be Hell. (more)

**User Rating:** ★★★★★★★★  7.3/10 (8,276 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Gregory Peck | .... Robert Thorn |
| Lee Remick | .... Katherine Thorn |
| David Warner | .... Keith Jennings |
| Billie Whitelaw | .... Mrs. Baylock |
| Harvey Stephens | .... Damien |
| Patrick Troughton | .... Father Brennan |
| Martin Benson | .... Father Spiletto |
| Robert Rietty | .... Monk |
| Tommy Duggan | .... Priest |
| John Stride | .... The Psychiatrist |
| Anthony Nicholls | .... Dr. Becker |
| Holly Palance | .... Young nanny |
| Roy Boyd | .... Reporter |
| Freda Dowie | .... Nun |
| Sheila Raynor | .... Mrs. Horton |
| (more) | |

**Also Known As:**
Omen I (reissue title)
Omen I: The Antichrist (reissue title)
Omen I: The Birthmark (reissue title)

The Birthmark (USA) (working title)
**Runtime:** 111 min / Germany:107 min (cut version)
**Country:** UK
**Language:** English / Latin
**Color:** Color *(DeLuxe)*
**Sound Mix:** Mono
**Certification:** Australia:MA *(25th anniversary special edition)* / Australia:R *(original rating)* / Canada:R / Finland:K-18 / France:-12 / Norway:18 / Singapore:NC-16 / South Korea:18 *(DVD)* / UK:18 / USA:R *(certificate #24560)* / West Germany:16

**Trivia:** According to at least one biography of Gregory Peck, he took this role at a huge cut in salary (a mere $250,000) but was also guaranteed 10% of the film's box office gross. When it went on to gross more than $60 million in the U.S. alone, The Omen (1976) became the highest-paid performance of Peck's career. (more)

**Goofs:** Crew or equipment visible: When Thorne and the photographer are being chased through the graveyard by the Rotweillers, you can make out the dog handlers for a brief second behind some bushes. (more)

**Quotes:**
[*first lines*]
**Father Spiletto**: [*voiceover*] The child is dead. He breathed for a moment. Then he breathed no more. The child is dead. Dead. The child is dead.
(more)

**Awards:** Won Oscar. Another 2 wins & 8 nominations (more)

# Once Upon a Time in America (1984)



**Directed by**
Sergio Leone

**Writing credits**
Harry Grey (novel)
Leonardo Benvenuti ...
 (more)

 **Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Crime / Drama (more)

**Tagline:** As boys, they said they would die for each other. As men, they did. (more)

**Plot Outline:** A former Prohibition-era Jewish gangster returns to Brooklyn over 30 years later, where he once again must confront the ghosts and regrets of his old life. (more) (view trailer)

**User Comments:** A masterpiece and an atrocity! (more)

**User Rating:** ★★★★★★★ **8.2/10** (20,485 votes) (Vote Here) top 250: #120

**Cast overview, first billed only:**

| | |
|---|---|
| Robert De Niro | .... David 'Noodles' Aaronson |
| James Woods | .... Maximilian 'Max' Bercovicz |
| Elizabeth McGovern | .... Deborah Gelly |
| Treat Williams | .... James Conway O'Donnell |
| Tuesday Weld | .... Carol |
| Joe Pesci | .... Frankie Minaldi |
| Burt Young | .... Joe Minaldi |
| Danny Aiello | .... Police Chief Vincent Aiello |
| William Forsythe | .... Philip 'Cockeye' Stein |
| James Hayden | .... Patrick 'Patsy' Goldberg |
| Darlanne Fluegel | .... Eve (as Darlanne Fleugel) |
| Larry Rapp | .... 'Fat' Moe Gelly |
| Dutch Miller | .... Van Linden |
| Robert Harper | .... Sharkey |
| Richard Bright | .... Chicken Joe |
| (more) | |

**Also Known As:**
C'era una volta in America (Italy)
**MPAA:** Rated R for strong violence, sexual content, language and some drug use. (edited version)
**Runtime:** 139 min / 229 min (2003 restored director's cut) / Italy:238 min / Sweden:229 min / USA:227

Case 1:97-cv-00408-SJM-SRB

min (extended version)
**Country:** <u>Italy</u> / <u>USA</u>
**Language:** <u>English</u> / <u>Italian</u> / <u>French</u>
**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Mono</u>
**Certification:** <u>Australia:R</u> / <u>Brazil:14</u> / <u>Canada:R</u> *(Ontario)* / <u>Finland:K-18</u> / <u>France:-12</u> *(re-rating)* *(2003)* / <u>France:-16</u> *(original rating)* / <u>Hong Kong:III</u> / <u>Ireland:18</u> / <u>Italy:VM14</u> / <u>Japan:R-15</u> / <u>Netherlands:12</u> *(original rating)* / <u>Netherlands:16</u> *(re-rating)* / <u>New Zealand:R16</u> / <u>Norway:18</u> / <u>Singapore:M18</u> / <u>South Korea:18</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:18</u> / <u>USA:R</u> / <u>West Germany:16</u> *(re-rating)* *(2003)* / <u>West Germany:18</u> *(1984-2003)*

# Ordinary People (1980)



**Directed by**
Robert Redford

**Writing credits**
Judith Guest (novel)
Alvin Sargent (screenplay)
(more)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** some films you watch, others you feel. (more)

**Plot Outline:** The accidental death of the older son of an affluent family deeply strains the relationships among the bitter mother, the good-natured father, and the guilt-ridden younger son. (more) (view trailer)

**User Comments:** My brief review of the film (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐  **7.9/10** (7,080 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Donald Sutherland | .... Calvin Jarrett |
| Mary Tyler Moore | .... Beth Jarrett |
| Judd Hirsch | .... Dr. Tyrone C. Berger |
| Timothy Hutton | .... Conrad Jarrett |
| M. Emmet Walsh | .... Coach Salan |
| Elizabeth McGovern | .... Jeannine Pratt |
| Dinah Manoff | .... Karen |
| Fredric Lehne | .... Lazenby |
| James Sikking | .... Ray Hanley (as James B. Sikking) |
| Basil Hoffman | .... Sloan |
| Scott Doebler | .... Jordan 'Buck' Jarrett |
| Quinn K. Redeker | .... Ward (as Quinn Redeker) |
| Mariclare Costello | .... Audrey |
| Meg Mundy | .... Grandmother |
| Elizabeth Hubbard | .... Ruth |
| (more) | |

**Runtime:** 124 min
**Country:** USA
**Language:** English

**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:16</u> / <u>Chile:14</u> / <u>Finland:K-12</u> / <u>UK:15</u> / <u>USA:R</u> / <u>West Germany:12</u> / <u>Singapore:PG</u> / <u>Canada:14</u> *(Nova Scotia)* / <u>France:U</u>

**Trivia:** The high school used for filming was Lake Forest High School. It still looks the same today and is still used as a public school. The pool featured is that of one of the colleges in Lake Forest because the pool at Lake Forest High School was not large enough to move the filming equipment into the balcony and bleachers. <u>(more)</u>

**Goofs:** Continuity: The golf scene is set on the 18th hole of the golf course but they are seen leaving the practice green (multiple holes in the putting surface are visible). <u>(more)</u>

**Quotes:**
**<u>Dr. Berger</u>**: So what are you thinking now?
**<u>Conrad "Con" Jarrett</u>**: That I jack off a lot.
**<u>Dr. Berger</u>**: So what else is new? Does it help?
**<u>Conrad "Con" Jarrett</u>**: For a minute.
<u>(more)</u>

**Awards:** Won 4 Oscars. Another 12 wins & 7 nominations <u>(more)</u>

# Othello (1995)



**Directed by**
Oliver Parker

**Writing credits**
William Shakespeare (play)
Oliver Parker (adaptation)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** Envy, greed, jealousy and love.

**Plot Outline:** The evil Iago pretends to be friend of Othello in order to manipulate him to serve his own end in the film version of this Shakespears classic. (more) (view trailer)

**User Comments:** Good, but maybe too erotic. (more)

**User Rating:** ★★★★★★ 6.9/10 (1,929 votes) (Vote Here)

**Complete credited cast:**

| | |
|---|---|
| Laurence Fishburne | .... Othello |
| Irène Jacob | .... Desdemona |
| Kenneth Branagh | .... Iago |
| Nathaniel Parker | .... Cassio |
| Michael Maloney | .... Roderigo |
| Anna Patrick | .... Emilia |
| Nicholas Farrell | .... Montano |
| Indra Ové | .... Bianca |
| Michael Sheen | .... Lodovico |
| André Oumansky | .... Gratiano |
| Philip Locke | .... 1st Senator |
| John Savident | .... 2nd Senator |
| Gabriele Ferzetti | .... Duke of Venice |
| Pierre Vaneck | .... Brabantio |
| (more) | |

**MPAA:** Rated R for some sexuality.
**Runtime:** 123 min
**Country:** USA / UK
**Language:** English

Case 1:97-cv-00408-SJM-SPB     Document 72-19     Filed 07/21/2005     Page 50 of 50

**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Argentina:13</u> / <u>Denmark:16</u> / <u>Finland:K-12</u> / <u>Germany:12</u> *(bw)* / <u>Norway:15</u> / <u>Portugal:M/12</u> / <u>Spain:13</u> / <u>Sweden:15</u> / <u>UK:12</u> / <u>USA:R</u> / <u>Australia:M</u>