The Passion of the Christ (2004)

# The Passion of the Christ (2004)



**Directed by**
Mel Gibson

**Writing credits**
Benedict Fitzgerald (screenplay) and
Mel Gibson (screenplay)

**Add to MyMovies**   **Photos**   **IMDbPro Professional Details**

**Genre:** Drama (more)

**Plot Outline:** A film detailing the final hours and crucifixion of Jesus Christ. (more) (view trailer)

**User Comments:** Is this what Jesus died for? (more)

**User Rating:** ★★★★★★★   **7.4/10** (35,749 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| James Caviezel | .... Jesus |
| Maia Morgenstern | .... Mary |
| Hristo Jivkov | .... John |
| Francesco De Vito | .... Peter |
| Monica Bellucci | .... Magdalen |
| Mattia Sbragia | .... Caiphas |
| Toni Bertorelli | .... Annas |
| Luca Lionello | .... Judas |
| Hristo Shopov | .... Pontius Pilate (as Hristo Naumov Shopov) |
| Claudia Gerini | .... Claudia Procles |
| Fabio Sartor | .... Abenader |
| Giacinto Ferro | .... Joseph of Arimathea |
| Olek Mincer | .... Nicodemus |
| Sheila Mokhtari | .... Woman in Audience |
| Lucio Allocca | .... Old Temple Guard |
| (more) | |

**Also Known As:**
The Passion (USA) (working title)
The Passion Recut (International: English title) (cut version)
The Passion of Christ (USA) (working title)
**MPAA:** Rated R for sequences of graphic violence.
**Runtime:** 127 min / 120 min (Passion re-cut)
**Country:** USA

The Passion of the Christ (2004)

**Language:** <u>Aramaic</u> / <u>Latin</u> / <u>Hebrew</u>
**Color:** <u>Color</u>
**Sound Mix:** <u>DTS</u> / <u>Dolby Digital</u> / <u>SDDS</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:MA</u> / <u>Brazil:14</u> / <u>Canada:13+</u> *(Quebec) (edited version)* / <u>Canada:16+</u> *(Quebec)* / <u>Canada:18A</u> / <u>Chile:14</u> / <u>Denmark:15</u> / <u>Finland:K-18</u> / <u>France:-12</u> / <u>Germany:16</u> / <u>Hong Kong:III</u> / <u>Iceland:16</u> / <u>Ireland:15A</u> *(edited version)* / <u>Ireland:15PG</u> *(original rating)* / <u>Ireland:15</u> *(video rating)* / <u>Italy:T</u> / <u>Japan:R-15</u> / <u>Malaysia:(Banned)</u> *(except for Christians)* / <u>Mexico:C</u> / <u>Netherlands:16</u> / <u>New Zealand:R15</u> *(edited version)* / <u>New Zealand:R16</u> *(original rating)* / <u>Norway:15</u> / <u>Peru:14</u> / <u>Philippines:PG-13</u> / <u>Poland:15</u> / <u>Singapore:M18</u> / <u>South Korea:15</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:15</u> *(re-rating) (edited version)* / <u>UK:18</u> *(original rating)* / <u>USA:R</u> *(original rating) (certificate #40366)* / <u>USA:Unrated</u> *(edited version)*

# Patton (1970)



**Directed by**
Franklin J. Schaffner

**Writing credits**
Ladislas Farago (book)
Omar N. Bradley (book)
 (more)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Biography / Drama / History / War (more)

**Plot Outline:** The World War II phase of the controversial American general's career is depicted. (more) (view trailer)

**User Comments:** Outstanding work by George Scott (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐⭐ **8.2/10** (15,082 votes)  top 250: #127

**Cast overview, first billed only:**

| | |
|---|---|
| George C. Scott | .... Gen. George S. Patton Jr. |
| Karl Malden | .... Gen. Omar N. Bradley |
| Stephen Young | .... Capt. Chester B. Hansen |
| Michael Strong | .... Brig. Gen. Hobart Carver |
| Carey Loftin | .... Gen. Bradley's driver (as Cary Loftin) |
| Albert Dumortier | .... Moroccan Minister |
| Frank Latimore | .... Lt. Col. Henry Davenport |
| Morgan Paull | .... Capt. Richard N. Jenson |
| Karl Michael Vogler | .... Field Marshal Erwin Rommel |
| Bill Hickman | .... Gen. Patton's driver |
| Patrick J. Zurica | .... 1st Lt. Alexander Stiller |
| James Edwards | .... Sgt. William George Meeks |
| Lawrence Dobkin | .... Col. Gaston Bell |
| David Bauer | .... Lt. Gen. Harry Buford |
| John Barrie | .... Air Vice-Marshal Sir Arthur Coningham |
|  (more) | |

**Also Known As:**
Blood and Guts (UK)
Patton: A Salute to a Rebel
Patton: Lust for Glory (UK)
**Runtime:** 170 min / Sweden:172 min
**Country:** USA

**Language:** English / German / French / Russian / Arabic
**Color:** Color *(DeLuxe)*
**Sound Mix:** 70 mm 6-Track *(70 mm prints) (Westrex Sound System)*
**Certification:** Argentina:13 / Canada:14A / Finland:K-16 / Norway:16 *(original rating)* / Peru:14 / Singapore:PG / South Korea:12 / Sweden:15 / UK:PG / USA:M *(original rating)* / USA:PG *(re-rating) (1970)* / West Germany:16

**Trivia:** Rod Steiger, Lee Marvin, Robert Mitchum and Burt Lancaster all turned down the lead role. (more)

**Goofs:** Errors made by characters (possibly deliberate errors by the filmmakers): When General Bradley halts Patton's rapid advance across France he explains that there are B2 installations nearby that Churchill wishes destroyed. Correctly he should have said V2 bombs. (more)

**Quotes:**
**Col. Gen. Alfred Jodl**: In 15 minutes, we meet with the fuehrer. He will want to know how you will deal with Patton's forces.
**Field Marshal Erwin Rommel**: I will attack and annihilate him
*[long pause]*
**Field Marshal Erwin Rommel**: Before he does the same to me.
(more)

**Awards:** Won 7 Oscars. Another 16 wins & 7 nominations (more)

# The Pianist (2002)



**Directed by**
Roman Polanski

**Writing credits**
Wladyslaw Szpilman (book)
Ronald Harwood (screenplay)

 **Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Biography / Drama / Music / War (more)

**Tagline:** Music was his passion. Survival was his masterpiece.

**Plot Outline:** A Polish Jewish musician struggles to survive the destruction of the Warsaw ghetto of World War II. (more) (view trailer)

**User Comments:** "...10 minutes into the film, I was captivated." (more)

**User Rating:**  **8.5/10** (32,830 votes) Vote Here  top 250: #38

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Adrien Brody | .... | Wladyslaw Szpilman |
| Thomas Kretschmann | .... | Captain Wilm Hosenfeld |
| Frank Finlay | .... | Father |
| Maureen Lipman | .... | Mother |
| Emilia Fox | .... | Dorota |
| Ed Stoppard | .... | Henryk |
| Julia Rayner | .... | Regina |
| Jessica Kate Meyer | .... | Halina |
| Michal Zebrowski | .... | Jurek |
| Wanja Mues | .... | SS Slapping Father |
| Richard Ridings | .... | Mr. Lipa |
| Nomi Sharron | .... | Feather Woman |
| Anthony Milner | .... | Man Waiting to Cross |
| Lucy Skeaping | .... | Street Musician |
| Roddy Skeaping | .... | Street Musician |

(more)

**Also Known As:**
Pianist, Der (Germany)
Pianista (Poland)
Pianiste, Le (France)

Pianiste, Le (France)

**MPAA:** Rated R for violence and brief strong language.

**Runtime:** 150 min

**Country:** France / Germany / UK / Poland

**Language:** English / German / Russian

**Color:** Color

**Sound Mix:** DTS / Dolby Digital

**Certification:** Argentina:16 / Australia:MA / Brazil:14 / Canada:13+ *(Quebec)* / Chile:TE / Denmark:11 / Egypt:(Banned) / Finland:K-15 / France:U / Germany:12 *(bw)* / Hong Kong:IIA / Ireland:15 / Netherlands:12 *(re-rating)* / New Zealand:R15 / Norway:15 / Peru:PT / Singapore:PG / South Korea:12 / Spain:13 / Sweden:15 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / Switzerland:14 *(canton of the Grisons)* / UK:15 / USA:R / Canada:A

**Trivia:** Proceeds from the Amsterdam, Netherlands premiere were donated to the Anne Frank House. (more)

**Goofs:** Continuity: When Szpilman is forced to leave his first hiding place after breaking the dishes, he has significant stubble on his face. However, when he reached Dorota's apartment in the next scene, he's clean shaven. (more)

**Quotes:** **Mother**: I am sick of cooking potatoes, potatoes, potatoes. (more)

**Awards:** Won 3 Oscars. Another 41 wins & 40 nominations (more)

# **Platoon** (1986)



**Directed by**
Oliver Stone

**Writing credits**
Oliver Stone (written by)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Action / Drama / War (more)

**Tagline:** The first casualty of war is innocence.

**Plot Outline:** A young recruit in Vietnam faces a moral crisis when confronted with the horrors of war and the duality of man. (more) (view trailer)

**User Comments:** within Vietnam and beyond (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐    **8.1/10** (37,037 votes) (Vote Here) top 250: #147

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Tom Berenger | .... | SSgt. Bob Barnes |
| Willem Dafoe | .... | Sgt. Elias Grodin |
| Charlie Sheen | .... | Pvt. Chris Taylor |
| Forest Whitaker | .... | Big Harold |
| Francesco Quinn | .... | Rhah |
| John C. McGinley | .... | Sgt. Red O'Neill |
| Richard Edson | .... | Sal |
| Kevin Dillon | .... | Bunny |
| Reggie Johnson | .... | Junior Martin |
| Keith David | .... | King |
| Johnny Depp | .... | Pvt. Gator Lerner |
| David Neidorf | .... | Tex |
| Mark Moses | .... | Lt. Wolfe |
| Chris Pedersen | .... | Crawford |
| Tony Todd | .... | Sgt. Warren |
| (more) | | |

**Runtime:** 120 min
**Country:** USA
**Language:** English / Vietnamese
**Color:** Color

Case 1:97-cv-00408-SJM-SPB     Document 72-20     Filed 07/21/2005     Page 8 of 50

**Sound Mix:** Dolby

**Certification:** Argentina:18 / Australia:M / Australia:R *(original rating)* / Canada:13+ *(Quebec)* / Canada:R / Chile:18 / Finland:K-16 / France:-12 / Hong Kong:IIB / Ireland:15 / Israel:PG / Japan:PG-12 / Netherlands:16 / New Zealand:M *(DVD rating)* / New Zealand:R *(original rating)* / Norway:18 / Singapore:NC-16 *(uncut)* / South Korea:15 / Spain:18 / Sweden:15 / UK:15 / USA:R / Vietnam:(Banned) / West Germany:16

**Trivia:** Corey Glover was the singer for rock group Living Color. (more)

**Goofs:** Anachronisms: In the last battle, as well as in the patrol in the very beginning, Captain Harris was seen wearing the nylon Y-shaped suspenders, which was not issued until 1970s. (more)

**Quotes: Chris Taylor**: Day by day I struggle to maintain not only my strength but also my sanity. It's all a blur. I have no energy to write. I don't know what's right or wrong anymore. The morale of the men is low, a civil war in the platoon. Half the men with Elias, half with Barnes. There's a lot of suspicion and hate. I can't believe we're fighting each other, when we should be fighting them. (more)

**Awards:** Won 4 Oscars. Another 17 wins & 9 nominations (more)

# **Pollock** (2000)



**Directed by**
Ed Harris

**Writing credits** (WGA)
Steven Naifeh (book) and
Gregory White Smith (book) ...
(more)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Biography / Drama (more)

**Tagline:** A True Portrait of Life and Art.

**Plot Outline:** A film about the life and career of the American painter, Jackson Pollock. (more) (view trailer)

**User Comments:** Excellent bio with fine performances (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐ **7.2/10** (4,190 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Ed Harris | .... Jackson Pollock |
| Marcia Gay Harden | .... Lee Krasner |
| Tom Bower | .... Dan Miller |
| Jennifer Connelly | .... Ruth Kligman |
| Bud Cort | .... Howard Putzel |
| John Heard | .... Tony Smith |
| Val Kilmer | .... Willem DeKooning |
| Robert Knott | .... Sande Pollock |
| David Leary | .... Charles Pollock |
| Amy Madigan | .... Peggy Guggenheim |
| Sally Murphy | .... Edith Metzger |
| Molly Regan | .... Arloie Pollock |
| Stephanie Seymour | .... Helen Frankenthaler |
| Matthew Sussman | .... Reuben Kadish |
| Jeffrey Tambor | .... Clem Greenberg |
| (more) | |

**MPAA:** Rated R for language and brief sexuality.
**Runtime:** 122 min / Germany:132 min
**Country:** USA
**Language:** English

Pollock (2000)

**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Australia:MA / Finland:K-11 / Germany:12 / South Korea:15 *(original rating) (cut)* / South Korea:18 *(video rating) (uncut)* / Spain:13 / Sweden:7 / UK:18 / USA:R / Singapore:PG / Canada:AA *(Ontario)*

**Trivia:** Debbie Reynolds appears briefly as herself in several shots of 'Pollock'; that's her face on the cover of the August 8th, 1949 issue of 'Life' magazine seen in several scenes. The cover was Reynolds' first for 'Life'. For the filming of 'Pollock', the real cover of the 'Life' issue was used, but the pages of the Jackson Pollock article inside are reproductions of the original, with Ed Harris' image substituted for Pollock's. (more)

**Goofs:** Anachronisms: We see a post-1958 Chevrolet truck (with four headlights) when Pollock takes the sick dog to the veterinarian in 1956. (more)

**Awards:** Won Oscar. Another 2 wins & 5 nominations (more)

# Private Benjamin (1980)



**Directed by**
Howard Zieff

**Writing credits**
Nancy Meyers
Harvey Miller
 (more)

 **Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** The army was no laughing matter until Judy Benjamin joined it.

**Plot Outline:** A sheltered young high society woman joins the army on a whim and finds herself in a more difficult situation than she ever expected. (more) (view trailer)

**User Comments:** Comic Gem! (more)

**User Rating:** ★★★★★ 6.0/10 (4,054 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Goldie Hawn | .... Pvt. Judy Benjamin/Goodman |
| Eileen Brennan | .... Capt. Doreen Lewis |
| Armand Assante | .... Henri Alan Tremont |
| Robert Webber | .... Col. Clay Thornbush |
| Sam Wanamaker | .... Teddy Benjamin |
| Barbara Barrie | .... Harriet Benjamin |
| Mary Kay Place | .... Pvt. Mary Lou Glass |
| Harry Dean Stanton | .... 1st Sgt. Jim Ballard |
| Albert Brooks | .... Yale Goodman |
| Alan Oppenheimer | .... Rabbi |
| Estelle Marlov | .... Vocalist at wedding |
| Everett Covin | .... Bandleader |
| Robert Hanley | .... Arnie |
| Lee Wallace | .... Mr. Waxman |
| James Dybas | .... Photographer |
| (more) | |

**Runtime:** 109 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)

Private Benjamin (1980)                                                                    Page 2 of 2

**Sound Mix:** <u>Stereo</u>
**Certification:** <u>Argentina:13</u> / <u>Chile:14</u> / <u>Finland:K-12</u> / <u>Norway:12</u> / <u>Sweden:11</u> / <u>UK:15</u> / <u>USA:R</u> / <u>West Germany:16</u>

**Trivia:** Judy discovers another woman's jewelry in her bed and accuses her husband of cheating on her. The same thing happens to Goldie Hawn's character in "Shampoo" (<u>more</u>)

**Goofs:** Continuity: When Judy finishes cleaning the latrine with her toothbrush she walks out of the room barefoot and carrying her black high heeled shoes. In the next shot however, she is wearing red, knee-high rubber boots which subsequently disappear, leaving her barefoot again. (<u>more</u>)

**Quotes:** **<u>Judy Benjamin</u>**: Henri, you are a shmuck. (<u>more</u>)

**Awards:** Nominated for 3 Oscars. Another 1 win & 1 nomination (<u>more</u>)

# The Quiet American (2002)



**Directed by**
Phillip Noyce

**Writing credits** (WGA)
Graham Greene (novel)
Christopher Hampton (screenplay) ...
(more)

📥 **Add to MyMovies**    📷 **Photos**    IMDbPro **Professional Details**

**Genre:** Drama / Thriller / Romance / War (more)

**Tagline:** In war, the most powerful weapon is seduction.

**Plot Outline:** A British reporter, resentful of American colonialism in southeast Asia in the 1950s, vies against a young American for the affections of a Vietnamese beauty. (more) (view trailer)

**User Comments:** A lot to like but didn't quite come together (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ **7.4/10** (6,256 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Michael Caine | .... | Thomas Fowler |
| Brendan Fraser | .... | Alden Pyle |
| Do Thi Hai Yen | .... | Phuong |
| Rade Serbedzija | .... | Inspector Vigot |
| Tzi Ma | .... | Hinh |
| Robert Stanton | .... | Joe Tunney |
| Holmes Osborne | .... | Bill Granger |
| Quang Hai | .... | General Thé |
| Ferdinand Hoang | .... | Mr. Muoi |
| Pham Thi Mai Hoa | .... | Phuong's Sister |
| Mathias Mlekuz | .... | French Captain |
| Kevin Tran | .... | Watch Tower Soldier |
| Lap Phan | .... | Watch Tower Soldier |
| Tim Bennett | .... | American Photographer |
| Jeff Truman | .... | Dancing American |
| (more) | | |

**Also Known As:**
Stille Amerikaner, Der (Germany)
The Spy (Philippines: English title)
**MPAA:** Rated R for images of violence and some language.

http://www.imdb.com/title/tt0258068/                                        07/20/2005

**Runtime:** 101 min
**Country:** USA / Germany / Australia
**Language:** English / French / Vietnamese
**Color:** Color
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:13 / Australia:M / Brazil:14 / Canada:PG / Finland:K-15 / Germany:12 *(bw)* / Netherlands:12 / Norway:15 / Peru:14 / Philippines:PG-13 / Singapore:PG / Spain:13 / Sweden:15 / Switzerland:14 *(canton of Geneva)* / Switzerland:14 *(canton of Vaud)* / UK:15 / USA:R

**Goofs:** Errors made by characters (possibly deliberate errors by the filmmakers): Alden shows Phuong a picture of Fanueuil Hall in Boston and says, "This is Fanway Hall". Sounds like Fenway Hall. Bostonians say 'Fanyel" hall, or less often, 'Fan-you-well' hall. Fenway Park is where the Red Sox play, so named because is is near the Fens, a marshy area off the Charles river. Fenway has nothing to do with Faneuil. (more)

**Quotes:**
*[first lines]*
**Thomas Fowler**: *[voiceover]* I can't say what made me fall in love with Vietnam - that a woman's voice can drug you; that everything is so intense. The colors, the taste, even the rain. Nothing like the filthy rain in London. They say whatever you're looking for, you will find here...
(more)

**Awards:** Nominated for Oscar. Another 10 wins & 7 nominations (more)

# Quills (2000)



**Directed by**
Philip Kaufman

**Writing credits** (WGA)
Doug Wright (play)
Doug Wright (screenplay)

⊞ **Add to MyMovies** | ▣ **Photos** | **IMDbPro Professional Details**

**Genre:** Drama / Romance (more)

**Tagline:** There are no bad words... only bad deeds. (more)

**Plot Outline:** In a Napoleonic era insane asylum, an inmate, the irrepressible Marquis De Sade, fights a battle of wills against a tyrannically prudish doctor. (more) (view trailer)

**User Comments:** Not Everything is Black and White! (more)

**User Rating:** ★★★★★★★★☆☆  **7.4/10** (9,509 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Geoffrey Rush | .... The Marquis de Sade |
| Kate Winslet | .... Madeleine 'Maddy' LeClerc |
| Joaquin Phoenix | .... The Abbe du Coulmier |
| Michael Caine | .... Dr. Royer-Collard |
| Billie Whitelaw | .... Madame LeClerc |
| Patrick Malahide | .... Delbené |
| Amelia Warner | .... Simone |
| Jane Menelaus | .... Renee Pelagie |
| Stephen Moyer | .... Prouix, the Architect |
| Tony Pritchard | .... Valcour |
| Michael Jenn | .... Cleante |
| Danny Babington | .... Pitou |
| George Yiasoumi | .... Dauphin |
| Stephen Marcus | .... Bouchon |
| Elizabeth Berrington | .... Charlotte |
| (more) | |

**Also Known As:**

Quills - Macht der Besessenheit (Germany)
**MPAA:** Rated R for strong sexual content including dialogue, violence and language.
**Runtime:** 124 min

**Country:** USA / Germany / UK
**Language:** English
**Color:** Color *(DeLuxe)*
**Sound Mix:** Dolby Digital
**Certification:** Argentina:16 / Australia:MA / Canada:18A / Chile:18 / Denmark:15 / Finland:K-15 / France:-12 / Germany:16 *(w)* / Hong Kong:III / Japan:R-15 / Netherlands:16 / New Zealand:R16 / Norway:15 / Peru:18 / South Korea:18 / Spain:18 / Sweden:15 / Switzerland:16 *(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* / UK:18 / USA:R *(certificate #37355)* / Canada:R *(Ontario)*

**Trivia:** Geoffrey Rush's real-life wife, Jane Menelaus, plays 'de Sade' 's wife. (more)

**Goofs:** Anachronisms: In one of his early appearances, Dr. Royer-Collard's architect can be seen writing on a pad of paper with a modern pen. (more)

**Quotes:**
**Dr. Royer-Collard**: I won't sully my hands with him.
**Marquis de Sade**: Nor should you. That's the first rule of politics, isn't it? The man who orders the execution never drops the blade.
(more)

**Awards:** Nominated for 3 Oscars. Another 13 wins & 26 nominations (more)

# Raging Bull (1980)



**Directed by**
Martin Scorsese

**Writing credits**
Jake LaMotta (book) and
Joseph Carter (book) ...
 (more)

**Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Biography / Drama / Sport (more)

**Plot Outline:** A biographical film about the middleweight champ, the physically tough, but emotionally self-destructive Jake LaMotta. (more) (view trailer)

**User Comments:** Scorsese's Best? De Niro's Best? The 1980s' Best? Probably on All Three (more)

**User Rating:** ☆☆☆☆☆☆☆☆☆☆   **8.4/10** (28,396 votes) (Vote Here) top 250: #62

**Cast overview, first billed only:**

| | |
|---|---|
| Robert De Niro | .... Jake La Motta |
| Cathy Moriarty | .... Vickie La Motta |
| Joe Pesci | .... Joey La Motta |
| Frank Vincent | .... Salvy Batts |
| Nicholas Colasanto | .... Tommy Como |
| Theresa Saldana | .... Lenore La Motta |
| Mario Gallo | .... Mario |
| Frank Adonis | .... Patsy |
| Joseph Bono | .... Guido |
| Frank Topham | .... Toppy |
| Lori Anne Flax | .... Irma |
| Charles Scorsese | .... Charlie (man at table with Como) |
| Don Dunphy | .... Himself/Radio Announcer (Dauthuille Fight) |
| Bill Hanrahan | .... Eddie Eagan |
| Rita Bennett | .... Emma (Miss 48s) |
|  (more) | |

**Runtime:** 129 min
**Country:** USA
**Language:** English
**Color:** Black and White / Color
**Sound Mix:** Dolby
**Certification:** Argentina:18 / Australia:MA *(original rating)* / Australia:M *(DVD rating)* / Canada:13+

Case 1:97-cv-00408-SJM-SPB     Document 72-20     Filed 07/21/2005     Page 18 of 50

(Quebec) / Canada:14A / Chile:18 / Denmark:15 (DVD rating) / Finland:K-16 / France:U / Israel:16 / Italy:VM14 / Netherlands:16 / Norway:18 / Singapore:NC-16 / Spain:13 / Sweden:15 / UK:18 (re-rating) (2000) / UK:18 (video rating) (1986) / UK:X (original rating) / USA:R / West Germany:16 / Canada:18A (special edition DVD)

**Trivia:** Although only a few minutes of boxing appear in the movie, they were so precisely choreographed that they took six weeks to film. (more)

**Goofs:** Continuity: Early in the film when Jake is leaning out of a back window, shouting, he is leaning right out of the window when viewed from outside, but is hardly leaning out at all when viewed from inside. (more)

**Quotes:**
[*Sugar Ray Robinson has just battered Jake La Motta half to death, but Jake has stayed on his feet*]
**Jake La Motta**: You didn't get me down, Ray.
(more)

**Awards:** Won 2 Oscars. Another 18 wins & 15 nominations (more)

# Ran (1985)



**Directed by**
Akira Kurosawa

**Writing credits**
Akira Kurosawa (screenplay) and
Hideo Oguni (screenplay) ...
(more)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama / Action (more)

**Plot Outline:** An elderly lord abdicates to his three sons, and the two corrupt ones turn against him.
(more) (view trailer)

**User Comments:** Distance (more)

**User Rating:** ★★★★★☆☆☆☆  **8.4/10** (12,740 votes)  (Vote Here)  top 250: #77

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Tatsuya Nakadai | .... | Lord Hidetora Ichimonji |
| Akira Terao | .... | Taro Takatora Ichimonji |
| Jinpachi Nezu | .... | Jiro Masatora Ichimonji |
| Daisuke Ryu | .... | Saburo Naotora Ichimonji |
| Mieko Harada | .... | Lady Kaede |
| Yoshiko Miyazaki | .... | Lady Sué |
| Hisashi Igawa | .... | Shuri Kurogane |
| Peter | .... | Kyoami |
| Masayuki Yui | .... | Tango Hirayama |
| Kazuo Kato | .... | Kageyu Ikoma |
| Norio Matsui | .... | Shumenosuke Ogura |
| Toshiya Ito | .... | Mondo Naganuma |
| Kenji Kodama | .... | Samon Shirane |
| Takashi Watanabe | | |
| Mansai Nomura | .... | Tsurumaru (as Takeshi Nomura) |

(more)

**Also Known As:**
Chaos
Ran (USA)
**Runtime:** 160 min
**Country:** Japan / France
**Language:** Japanese

**Color:** <u>Color</u>
**Sound Mix:** <u>Dolby</u> *(35 mm prints)* / <u>70 mm 6-Track</u> *(70 mm prints)*
**Certification:** <u>Argentina:16</u> / <u>Australia:PG</u> / <u>Chile:18</u> / <u>Finland:K-16</u> / <u>France:U</u> / <u>Japan:R</u> / <u>Norway:16</u> *(1985)* / <u>Singapore:PG</u> / <u>Sweden:15</u> / <u>UK:12</u> *(video re-rating) (2004)* / <u>UK:15</u> *(original rating)* / <u>UK:15</u> *(video rating) (1986)* / <u>USA:R</u> / <u>West Germany:12</u> / <u>Canada:13+</u> *(Quebec)*


**Trivia:** The castle destroyed in the middle of the movie was specially constructed on the slopes of Mount Fuji for the film and then burned down. No miniatures were used for that segment, although an optical of another castle being burned at the end was used. <u>(more)</u>


**Quotes:**
<u>**Kyoami**</u>: A serpent's egg is white and pure. A bird's is speckled and soiled.
<u>**Hidetora**</u>: This is a castle... Here's a wall.
<u>**Kyoami**</u>: The bird left the speckled egg for the white.
<u>**Hidetora**</u>: Strange...
<u>**Kyoami**</u>: The egg cracks; out comes a snake.
<u>**Hidetora**</u>: Empty space above the wall. Why?
<u>**Kyoami**</u>: The bird is gobbled by the snake.
<u>**Hidetora**</u>: Where am I? Who am I?
<u>**Kyoami**</u>: Stupid bird!
<u>(more)</u>


**Awards:** Won Oscar. Another 25 wins & 15 nominations <u>(more)</u>

Revenge of the Nerds (1984)

# Revenge of the Nerds (1984)



**Directed by**
Jeff Kanew

**Writing credits**
Jeff Buhai
Tim Metcalfe (story)
 (more)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** They've been laughed at, picked on and put down. But now it's time for the odd to get even!
Their time has come! (more)

**Plot Outline:** At a big campus, a group of bullied outcasts and misfits resolve to fight back for their peace
and self respect. (more) (view trailer)

**User Comments:** A dream (more)

**User Rating:** ★ ★ ★ ★ ★  ☆ ☆ ☆ ☆ ☆   **6.1/10** (6,229 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Robert Carradine | .... | Louis Skolnick, Tri-Lam |
| Anthony Edwards | .... | Gilbert Lowell |
| Timothy Busfield | .... | Arnold Poindexter, Tri-Lam |
| Andrew Cassese | .... | Harold Wormser, Tri-Lam |
| Curtis Armstrong | .... | Dudley 'Booger' Dawson, Tri-Lam |
| Larry B. Scott | .... | Lamar Latrell, Tri-Lam |
| Brian Tochi | .... | Toshiro Takashi, Tri-Lam |
| Julia Montgomery | .... | Betty Childs, Pi-Delta-Pi (as Julie Montgomery) |
| Michelle Meyrink | .... | Judy, Gilbert's Nerd Girlfriend/Omega-Mu |
| Ted McGinley | .... | Stan Gable, Alpha Beta/President of Greek Council |
| Matt Salinger | .... | Danny Burke, Alpha Beta |
| Donald Gibb | .... | Fred "The Ogre" Palowakski, Alpha Beta |
| James Cromwell | .... | Mr. Skolnick (as Jamie Cromwell) |
| David Wohl | .... | Dean Ulich |
| John Goodman | .... | Coach Harris |
|  (more) | | |

**Runtime:** 90 min
**Country:** USA
**Language:** English

**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Stereo</u>
**Certification:** <u>Australia:M</u> / <u>Canada:14A</u> / <u>Sweden:15</u> / <u>UK:18</u> / <u>USA:R</u> / <u>Canada:13+</u> *(Quebec)* / <u>Argentina:13</u>

# The Rocky Horror Picture Show (1975)



**Directed by**
Jim Sharman

**Writing credits**
Richard O'Brien (play)
Jim Sharman ...
 (more)

🎬 **Add to MyMovies**    📷 **Photos**    📽 **IMDbPro Professional Details**

**Genre:** Comedy / Horror / Musical / Sci-Fi (more)

**Tagline:** Action-packed... lotsa larfs & sex... gorgeous gals... thrills & chills... Transylvanian parties... romance (more)

**Plot Outline:** A newly engaged couple have a breakdown in an isolated area and must pay a call to the bizarre residence of Dr. Frank-N-Furter. (more) (view trailer)

**User Comments:** sort of a part of history. (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐    **6.8/10** (17,427 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Tim Curry | .... | Dr. Frank-N-Furter |
| Susan Sarandon | .... | Janet Weiss |
| Barry Bostwick | .... | Brad Majors |
| Richard O'Brien | .... | Riff Raff |
| Patricia Quinn | .... | Magenta |
| Nell Campbell | .... | Columbia (as Little Nell) |
| Jonathan Adams | .... | Dr. Everett Von Scott (A Rival Scientist) |
| Peter Hinwood | .... | Rocky Horror |
| Meat Loaf | .... | Eddie (as Meatloaf) |
| Charles Gray | .... | The Criminologist |
| Jeremy Newson | .... | Ralph Hapschatt |
| Hilary Labow | .... | Betty Munroe Hapschatt |
| Perry Bedden | .... | The Transylvanians |
| Christopher Biggins | .... | The Transylvanians |
| Gaye Brown | .... | The Transylvanians |

 (more)

**Runtime:** 100 min / USA:98 min (edited version)
**Country:** UK / USA
**Language:** English

The Rocky Horror Picture Show (1975)

**Color:** Color *(Eastmancolor)*
**Sound Mix:** Chace Surround *(Remix for video release)* / Mono
**Certification:** Argentina:16 / Australia:M / Canada:18 *(Nova Scotia)* / Canada:AA *(Ontario)* / Canada:G *(Quebec)* / Canada:PG *(Manitoba)* / Finland:K-14 / France:-12 / India:A / Ireland:18 / Italy:VM14 / Japan:R / Portugal:M/12 / Singapore:(Banned) *(original rating)* / Singapore:M18 *(re-rating)* / Singapore:R(A) *(re-rating)* / Spain:13 / Sweden:15 / UK:15 *(video rating)* / UK:AA *(original rating)* / USA:R / West Germany:12

# Roger & Me (1989)



**Directed by**
Michael Moore

**Writing credits**
Michael Moore (written by)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Comedy / Documentary (more)

**Tagline:** The story of a rebel and his mike.

**Plot Outline:** Director Micheal Moore pursues GM CEO Roger Smith to confront him about the harm he did to Flint, Michigan with his massive downsizing. (more)

**User Comments:** A common look at life in corporate America. Thanks Michael Moore. (more)

**User Rating:** ★★★★★★★★ 7.7/10 (7,919 votes) (Vote Here)

**Credited cast:**

| | |
|---|---|
| Michael Moore | .... Himself |
| | rest of cast listed alphabetically: |
| James Blanchard | .... Himself |
| James Bond | .... Himself |
| Pat Boone | .... Himself |
| Rhonda Britton | .... Herself ('Pets or Meat') |
| Anita Bryant | .... Herself |
| Karen Edgely | .... Herself |
| Bob Eubanks | .... Himself |
| Ben Hamper | .... Himself |
| Dinona Jackson | .... Herself |
| Timothy Jackson | .... Himself |
| Tom Kay | .... Himself |
| Ted Koppel | .... Himself (archive footage) |
| Kaye Lani Rae Rafko | .... Herself (Miss America) |
| Dan Rather | .... Himself (archive footage) |
| Ronald Reagan | .... Himself (archive footage) |
| Fred Ross | .... Himself (eviction deputy) |
| Barbara Schroeder | .... Herself - Reporter |
| Robert Schuller | .... Himself (archive footage) |

George Sells          .... Himself (local TV news anchor)
Roger B. Smith        .... Himself
Guy Williams          .... Zorro (archive footage)
Steve Wilson          .... Himself
Sue Zelenko           .... Herself
    (more)

**Also Known As:**
A Humorous Look at How General Motors Destroy Flint, Michigan (USA) (subtitle)
**Runtime:** 91 min
**Country:** USA
**Language:** English
**Color:** Color
**Sound Mix:** Mono
**Certification:** Canada:14A / Finland:S / Norway:11 / Sweden:11 / UK:15 / USA:R / Singapore:PG

# Rosemary's Baby (1968)



**Directed by**
Roman Polanski

**Writing credits**
Ira Levin (novel)
Roman Polanski (screenplay)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Horror / Thriller / Drama (more)

**Tagline:** Pray for Rosemary's Baby

**Plot Outline:** A woman discovers that her pregnancy is actually part of a satanic ritual. (more) (view trailer)

**User Comments:** A scary slice of paranormal paranoia (more)

**User Rating:** ★★★★★★★    **7.9/10** (12,657 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Mia Farrow | .... Rosemary Woodhouse |
| John Cassavetes | .... Guy Woodhouse |
| Ruth Gordon | .... Minnie Castevet |
| Sidney Blackmer | .... Roman Castevet |
| Maurice Evans | .... Edward 'Hutch' Hutchins |
| Ralph Bellamy | .... Dr. Abraham Sapirstein |
| Victoria Vetri | .... Terry Gionoffrio (as Angela Dorian) |
| Patsy Kelly | .... Laura-Louise |
| Elisha Cook Jr. | .... Mr. Nicklas (as Elisha Cook) |
| Emmaline Henry | .... Elise Dunstan |
| Charles Grodin | .... Dr. C.C. Hill |
| Hanna Landy | .... Grace Cardiff |
| Phil Leeds | .... Dr. Shand (as Philip Leeds) |
| D'Urville Martin | .... Diego |
| Hope Summers | .... Mrs. Gilmore |

(more)

**Runtime:** 136 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)

**Sound Mix:** <u>Mono</u>
**Certification:** <u>Argentina:18</u> / <u>Australia:M</u> / <u>Canada:18A</u> / <u>Finland:K-16</u> / <u>Ireland:18</u> / <u>Netherlands:16</u> / <u>Norway:15</u> *(re-rating)* / <u>Norway:16</u> *(original rating)* / <u>Singapore:M18</u> / <u>Sweden:15</u> / <u>UK:18</u> *(video rating) (uncut)* / <u>UK:X</u> *(original rating) (cut)* / <u>USA:Approved</u> *(Suggested for Mature Audiences) (original rating)* / <u>USA:R</u> *(re-rating)* / <u>West Germany:16</u>

**Trivia:** <u>Sharon Tate</u> appears unbilled at the party Rosemary gives for her "young" friends. <u>(more)</u>

**Goofs:** Continuity: Rosemary's hair in the opening sequence from outside the building to inside the building. <u>(more)</u>

**Quotes:**
**<u>Rosemary Woodhouse</u>**: I thought you were Victoria Vetri, the actress.
**<u>Terry Gionoffrio</u>**: That's OK. Everybody thinks I'm Victoria. I don't see the resemblance, though. <u>(more)</u>

**Awards:** Won Oscar. Another 7 wins & 9 nominations <u>(more)</u>

# Ruby (1992)



**Directed by**
John Mackenzie

**Writing credits** (WGA)
Stephen Davis (play)
Stephen Davis (screenplay)

Add to MyMovies    IMDbPro Professional Details

**Genre:** Drama / History (more)

**Tagline:** The man who shot the man who shot J.F.K. was Ruby.

**Plot Summary:** An exploration of certain conspiracy theories surrounding the JFK assassination from Jack Ruby's perspective... (more) (view trailer)

**User Comments:** The mystery is not who shot JFK, but who shot this movie - and why? (more)

**User Rating:** ⭐⭐⭐⭐⭐    **5.3/10** (354 votes)    (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Frank Orsatti | .... Action Jackson |
| Sherilyn Fenn | .... Candy Cane |
| Jeffrey Nordling | .... Hank |
| Danny Aiello | .... Jack Ruby |
| Veronica Hart | .... Telephone Trixie |
| Maurice Benard | .... Diego |
| Joe Viterelli | .... Joseph Valachi |
| Robert S. Telford | .... Senator |
| John Roselius | .... Detective Smalls |
| Louis Eppolito | .... Detective Taylor |
| J. Marvin Campbell | .... Bus Counter Tender |
| David Duchovny | .... Officer Tippit |
| Richard C. Sarafian | .... Proby |
| Joseph Cortese | .... Louie Vitali |
| Marc Lawrence | .... Santos Alicante |
| (more) | |

**Runtime:** Spain:110 min / USA:111 min
**Country:** USA / Japan
**Language:** English
**Color:** Color (DeLuxe)

**Sound Mix:** Dolby
**Certification:** Germany:12 / Spain:13 / USA:R

# Lola rennt (1998)



**Directed by**
Tom Tykwer

**Writing credits**
Tom Tykwer

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Action / Crime / Drama / Romance / Thriller (more)

**Tagline:** Jeden Tag, jede Sekunde triffst Du eine Entscheidung, die Dein Leben verändern kann. (more)

**Plot Outline:** A young woman in Germany has twenty minutes to find and bring 100,000 Deutschmarks to her boyfriend before he robs a grocery store. (more) (view trailer)

**User Comments:** Lola Rennt (more)

**User Rating:** ★★★★★★★  **8.2/10** (34,303 votes) (Vote Here) top 250: #128

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Franka Potente | .... | Lola |
| Moritz Bleibtreu | .... | Manni |
| Herbert Knaup | .... | Vater |
| Nina Petri | .... | Frau Hansen |
| Armin Rohde | .... | Herr Schuster |
| Joachim Król | .... | Norbert von Au |
| Ludger Pistor | .... | Herr Meier |
| Suzanne von Borsody | .... | Frau Jäger |
| Sebastian Schipper | .... | Mike |
| Julia Lindig | .... | Doris |
| Lars Rudolph | .... | Herr Kruse |
| Andreas Petri | .... | Sanitäter |
| Klaus Müller | .... | Croupier |
| Utz Krause | .... | Casino-Manager |
| Beate Finckh | .... | Casino-Kassiererin |

(more)

**Also Known As:**
Run Lola Run (Australia) (USA)
Lola Runs (USA) (literal English title)
**MPAA:** Rated R for some violence and language.

Lola rennt (1998)

**Runtime:** 81 min / USA:80 min
**Country:** Germany
**Language:** German
**Color:** Black and White / Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:13 / Australia:M / Belgium:KT / Canada:14 *(Nova Scotia)* / Canada:PG
*(Ontario)* / Chile:14 / Finland:K-12 / France:U / Germany:12 *(bw)* / Netherlands:16 / New Zealand:M /
Norway:15 / Portugal:M/12 / Singapore:PG / South Korea:15 / Sweden:11 / Switzerland:12 *(canton of
Geneva)* / Switzerland:12 *(canton of Vaud)* / UK:15 / USA:R

# Saving Private Ryan (1998)



**Directed by**
Steven Spielberg

**Writing credits** (WGA)
Robert Rodat (written by)

⊞ Add to MyMovies | ▢ Photos | ⅢＤＢ IMDbPro Professional Details

**Genre:** Action / Drama / War (more)

**Tagline:** The mission is a man. (more)

**Plot Outline:** Based on a World War II drama. US soldiers try to save their comrade, paratrooper Private Ryan, who's stationed behind enemy lines. (more) (view trailer)

**User Comments:** Excellent despite some Spielberg slips into sentiment (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★ ★   **8.3/10** (104,859 votes) (Vote Here) top 250: #63

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Tom Hanks | .... | Captain Miller |
| Tom Sizemore | .... | Sergeant Horvath |
| Edward Burns | .... | Private Reiben |
| Barry Pepper | .... | Private Jackson |
| Adam Goldberg | .... | Private Mellish |
| Vin Diesel | .... | Private Caparzo |
| Giovanni Ribisi | .... | T-4 Medic Wade |
| Jeremy Davies | .... | Corporal Upham |
| Matt Damon | .... | Private Ryan |
| Ted Danson | .... | Captain Hamill |
| Paul Giamatti | .... | Sergeant Hill |
| Dennis Farina | .... | Lieutenant Colonel Anderson |
| Joerg Stadler | .... | Steamboat Willie |
| Max Martini | .... | Corporal Henderson (as Maximilian Martini) |
| Dylan Bruno | .... | Toynbe |
| (more) | | |

**MPAA:** Rated R for intense prolonged realistically graphic sequences of war violence, and for language.
**Runtime:** 170 min
**Country:** USA
**Language:** English / French / German / Czech

Saving Private Ryan (1998)

**Color:** Color *(Technicolor)*
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:16 / Australia:MA *(re-rating on appeal)* / Australia:R *(original rating)* /
Brazil:18 / Canada:13+ *(Quebec)* / Canada:14A *(Alberta/Ontario)* / Canada:14 *(Nova Scotia)* /
Canada:18A *(British Columbia)* / Canada:PA *(Manitoba)* / Canada:R *(original rating)* / Chile:14 /
Denmark:15 / Finland:K-14 *(re-rating)* / Finland:K-16 *(original rating)* / France:U / Germany:16 *(bw)* /
Hong Kong:IIB / Iceland:16 / Ireland:15 / Israel:PG / Italy:VM14 / Malaysia:(Banned) / Mexico:B /
Netherlands:16 / New Zealand:R15 / Norway:18 / Portugal:M/12 / Singapore:NC-16 *(re-rating on
appeal)* / Singapore:R(A) *(original rating)* / South Korea:15 / Spain:13 / Sweden:15 / Switzerland:16
*(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* / UK:15 / USA:R / Singapore:M18 *(DVD rating)*

**Trivia:** The siege in the village of Ramelle was filmed on a set created on a disused airfield in Hatfield,
England. The bridge so valiantly defended actually crosses a three foot deep canal created for the movie.
Earlier scenes in the village of Neuville-au-Plain used the same set carefully shot from different angles.
(more)

**Goofs:** Incorrectly regarded as goofs: General George Catlett Marshall is wearing General Staff lapel
insignia. This is correct; there are photographs of him wearing these insignia. (more)

**Quotes:** **Captain Miller**: It's like finding a needle in a stack of needles. (more)

**Awards:** Won 5 Oscars. Another 50 wins & 52 nominations (more)

# Schindler's List (1993)



**Directed by**
Steven Spielberg

**Writing credits** (WGA)
Thomas Keneally (book)
Steven Zaillian (screenplay)

Add to MyMovies | Photos | IMDbPro Professional Details

**Genre:** Biography / Drama / History / War (more)

**Tagline:** Whoever saves one life, saves the world entire. (more)

**Plot Outline:** Oskar Schindler uses Jews to start a factory in Poland during the war. He witnesses the horrors endured by the Jews, and starts to save them. (more) (view trailer)

**User Comments:** A work of art. (more)

**User Rating:** ★★★★★★★★★  **8.8/10** (102,204 votes) (Vote Here) top 250: #6

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Liam Neeson | .... | Oskar Schindler |
| Ben Kingsley | .... | Itzhak Stern |
| Ralph Fiennes | .... | Amon Goeth |
| Caroline Goodall | .... | Emilie Schindler |
| Jonathan Sagall | .... | Poldek Pfefferberg (as Jonathan Sagalle) |
| Embeth Davidtz | .... | Helen Hirsch |
| Malgoscha Gebel | .... | Victoria Klonowska |
| Shmulik Levy | .... | Wilek Chilowicz |
| Mark Ivanir | .... | Marcel Goldberg |
| Béatrice Macola | .... | Ingrid |
| Andrzej Seweryn | .... | Julian Scherner |
| Friedrich von Thun | .... | Rolf Czurda |
| Krzysztof Luft | .... | Herman Toffel |
| Harry Nehring | .... | Leo John |
| Norbert Weisser | .... | Albert Hujar |
| (more) | | |

**MPAA:** Rated R for language, some sexuality and actuality violence.
**Runtime:** 195 min
**Country:** USA
**Language:** English / Hebrew / German / Polish

**Color:** Black and White / Color *(DeLuxe)*
**Sound Mix:** DTS / Dolby
**Certification:** Argentina:13 / Australia:M / Canada:14A / Chile:TE / Denmark:15 / Finland:K-13 / France:U / Germany:12 / Hong Kong:IIB / Iceland:16 / Israel:PG / Italy:T / Malaysia:(Banned) / Netherlands:12 / Norway:15 / Peru:14 / Portugal:M/12 / Singapore:R(A) *(theatrical release)* / South Korea:15 / Spain:13 / Sweden:15 / UK:15 / USA:R / Singapore:M18 *(DVD rating)*

**Trivia:** **Director Trademark:** [**Steven Spielberg**] [father]Schindler tells his wife he can't commit to a family. (more)

**Goofs:** Crew or equipment visible: When Schindler is negotiating with the Jewish investors in their car, the camera and its operator are clearly reflected in the passenger window of the car. It appears to be Steven Spielberg in his famous "Class of '61" hat. (more)

**Quotes:** **Amon Goeth**: The truth, Helen, is always the right answer. (more)

**Awards:** Won 7 Oscars. Another 59 wins & 22 nominations (more)

# Serpico (1973)



**Directed by**
Sidney Lumet

**Writing credits**
Peter Maas (book)
Waldo Salt (screenplay) ...
 (more)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Crime / Drama (more)

**Tagline:** Many of his fellow officers considered him the most dangerous man alive - An honest cop.

**Plot Outline:** The true story about an honest New York cop who blew the whistle on rampant corruption in the force only to have his comrades turn against him. (more) (view trailer)

**User Comments:** Pacino's breakthrough is a timeless classic that shouldn't be missed (more)

**User Rating:** ★★★★★★★☆☆☆ **7.5/10** (6,721 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Al Pacino | .... Off. Frank 'Paco' Serpico |
| John Randolph | .... Chief Sidney Green |
| Jack Kehoe | .... Tom Keough |
| Biff McGuire | .... Capt. Insp. McClain |
| Barbara Eda-Young | .... Laurie |
| Cornelia Sharpe | .... Leslie Lane |
| Tony Roberts | .... Bob Blair |
| John Medici | .... Pasquale |
| Allan Rich | .... Dist. Atty. Herman Tauber |
| Norman Ornellas | .... Don Rubello |
| Edward Grover | .... Insp. Lombardo (as Ed Grover) |
| Albert Henderson | .... Peluce |
| Hank Garrett | .... Malone |
| Damien Leake | .... Joey |
| Joseph Bova | .... Potts (as Joe Bova) |
|  (more) | |

**Runtime:** 129 min
**Country:** Italy / USA
**Language:** English
**Color:** Color (Technicolor)

**Sound Mix:** Mono
**Certification:** Argentina:18 / Australia:M / Chile:18 / Finland:K-16 / Norway:18 / Singapore:NC-16 / Sweden:15 / UK:18 / USA:R / West Germany:18

**Trivia:** Playwright Sidney Kingsley loaned his apartment to Sidney Lumet for use to film the party scene. In 1935, Kingsley hired an 11-year-old Lumet to appear on Broadway in his play, "Dead End", and they had remained friends since then. (more)

**Goofs:** Audio/visual unsynchronized: Serpico and Lombardo rapidly descend a shaky metal fire escape system without making a sound or alerting the lookout man, who only notices them when they fall to the pavement beside him. (more)

**Quotes:**
[*Given a detective's gold badge*]
**Frank Serpico**: What's this for? For bein' an honest cop? Hmm? Or for being stupid enough to get shot in the face?
(more)

**Awards:** Nominated for 2 Oscars. Another 4 wins & 7 nominations (more)

# Shampoo (1975)



**Directed by**
Hal Ashby

**Writing credits**
Robert Towne (written by) and
Warren Beatty (written by)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Comedy / Romance (more)

**Tagline:** In a town where anything goes, everything does in this funny bedroom farce.

**Plot Outline:** Lovers undo a hairdresser from Beverly Hills around Election Eve in 1968. (more) (view trailer)

**User Comments:** The Country Wife (more)

**User Rating:** ★★★★★  6.2/10 (1,693 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Warren Beatty | .... George Roundy |
| Julie Christie | .... Jackie Shawn |
| Goldie Hawn | .... Jill |
| Lee Grant | .... Felicia |
| Jack Warden | .... Lester |
| Tony Bill | .... Johnny Pope |
| George Furth | .... Mr. Pettis |
| Jay Robinson | .... Norman |
| Ann Weldon | .... Mary |
| Luana Anders | .... Devra |
| Randy Scheer | .... Dennis |
| Susanna Moore | .... Gloria |
| Carrie Fisher | .... Lorna |
| Mike Olton | .... Ricci |
| Richard E. Kalk | .... Detective Younger |
| (more) | |

**Runtime:** 109 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)

Case 1:97-cv-00408-SJM-SPB     Document 72-20     Filed 07/21/2005     Page 40 of 50

**Sound Mix:** Mono
**Certification:** Finland:K-16 / Iceland:L / Netherlands:16 / Sweden:15 / USA:R

**Trivia:** Warren Beatty claims the idea to include the political convention in the story was his own. (more)

**Quotes:**
[*to George*]
**Jill**: You never stop moving! You never go anywhere!
(more)

**Awards:** Won Oscar. Another 2 wins & 9 nominations (more)

# The Shining (1980)



**Directed by**
Stanley Kubrick

**Writing credits**
Stephen King (novel)
Stanley Kubrick (screenplay) ...
 (more)

🎬 **Add to MyMovies**   📷 **Photos**   **IMDbPro Professional Details**

**Genre:** Horror / Thriller (more)

**Tagline:** A Masterpiece Of Modern Horror (more)

**Plot Outline:** A young boy and his parents become caretakers of an isolated and haunted hotel over the winter. (more) (view trailer)

**User Comments:** A truly brilliant and scary film from Stanley Kubrick. (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐⭐   **8.3/10** (53,551 votes) (Vote Here) top 250: #81

**Cast overview, first billed only:**

| | |
|---|---|
| Jack Nicholson | .... Jack Torrance |
| Shelley Duvall | .... Wendy Torrance |
| Danny Lloyd | .... Danny Torrance |
| Scatman Crothers | .... Dick Hallorann |
| Barry Nelson | .... Stuart Ullman |
| Philip Stone | .... Delbert Grady |
| Joe Turkel | .... Lloyd, Overlook bartender |
| Anne Jackson | .... Doctor |
| Tony Burton | .... Larry Durkin |
| Lia Beldam | .... Young woman in bath |
| Billie Gibson | .... Old woman in bath |
| Barry Dennen | .... Bill Watson |
| David Baxt | .... Forest Ranger #1 |
| Manning Redwood | .... Forest Ranger #2 |
| Lisa Burns | .... Grady daughter |
| (more) | |

**Also Known As:**
Stanley Kubrick's 'The Shining'
**Runtime:** 119 min / Japan:154 min (uncut version) / USA:146 min (original version)
**Country:** UK

The Shining (1980)

**Language:** English
**Color:** Color
**Sound Mix:** Mono
**Certification:** UK:18 *(video rating) (1986)* / Argentina:18 / Australia:MA *(uncut version)* / Australia:M / Canada:18+ *(Québec)* / Canada:18 *(Nova Scotia)* / Canada:R *(Manitoba/Ontario)* / Denmark:15 / Finland:K-18 / France:U / Hong Kong:III / Ireland:18 / Italy:VM14 / Japan:PG-12 / Netherlands:16 / New Zealand:R16 / Norway:18 / Singapore:M18 / South Korea:(Banned) *(original rating)* / South Korea:18 *(DVD rating) (2004) (uncut)* / Spain:18 / Sweden:15 / UK:X *(original rating)* / USA:R / West Germany:16

# Sideways (2004)



**Directed by**
Alexander Payne

**Writing credits** (WGA)
Rex Pickett (novel)
Alexander Payne (screenplay) ...
 (more)

 Add to MyMovies | Photos | IMDbPro Professional Details

**Genre:** Adventure / Comedy / Drama (more)

**Tagline:** In search of wine. In search of women. In search of themselves.

**Plot Outline:** Two men reaching middle age with not much to show but disappointment, embark on a week long road trip through California's wine country, just as one is about to take a trip down the aisle. (more) (view trailer)

**User Comments:** Acid Test (more)

**User Rating:** ★★★★★★★★★    **8.0/10** (21,268 votes) (Vote Here) top 250: #190

**Cast overview, first billed only:**

| | |
|---|---|
| Paul Giamatti | .... Miles Raymond |
| Thomas Haden Church | .... Jack |
| Virginia Madsen | .... Maya |
| Sandra Oh | .... Stephanie |
| Marylouise Burke | .... Miles' Mother |
| Jessica Hecht | .... Victoria |
| Missy Doty | .... Cammi |
| M.C. Gainey | .... Cammi's Husband |
| Alysia Reiner | .... Christine Erganian |
| Shake Tukhmanyan | .... Mrs. Erganian (as Shaké Toukhmanian) |
| Duke Moosekian | .... Mike Erganian |
| Robert Covarrubias | .... Mike's Building Manager |
| Patrick Gallagher | .... Gary the Bartender |
| Stephanie Faracy | .... Stephanie's Mother |
| Joe Marinelli | .... Frass Canyon Pourer |
|  (more) | |

**MPAA:** Rated R for language, some strong sexual content and nudity.
**Runtime:** 123 min
**Country:** USA

**Language:** English / Armenian
**Color:** Color
**Sound Mix:** Dolby
**Certification:** Argentina:13 / Australia:MA *(original rating)* / Australia:M *(re-rating on appeal)* / Brazil:16 / Canada:13+ *(Québec)* / Canada:18A *(Alberta/British Columbia/Ontario)* / Chile:TE / Czech Republic:12 / Finland:K-15 / Germany:6 / Hong Kong:III / Malaysia:(Banned) / Mexico:B15 / Netherlands:12 / Peru:PT / Philippines:R-18 / Singapore:M18 / South Korea:18 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / Switzerland:14 *(canton of Zurich)* / UK:15 / USA:R / Norway:11 / Canada:AA *(theatrical rating)* / Ireland:15

**Trivia:** The name of the character, sitting with his son, who tells Jack to tone down his language is Dr. Hendricks, the principal from Alexander Payne's Election (1999). (His name appears in the credits as "Vacationing Dr. Walt Hendricks" to explain his presence in California instead of Nebraska.) (more)

**Goofs:** Continuity: When Miles caresses the cluster of grapes, you can see that the yeast has already been removed from the outside of the grapes by the stroking of his thumb from a previous take. (more)

**Quotes:**
*[first lines]*
**Miles Raymond**: Fuck.
(more)

**Awards:** Won Oscar. Another 87 wins & 29 nominations (more)

# Sleeping with the Enemy (1991)



**Directed by**
Joseph Ruben

**Writing credits** (WGA)
Nancy Price (novel)
Ronald Bass (screenplay)

**Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Drama / Thriller (more)

**Tagline:** She is a stranger in a small town. She changed her name. Her looks. Her life. All to escape the most dangerous man she's ever met. Her husband.

**Plot Summary:** Laura and Martin have been married for four years. They seem to be the perfect, happiest and most successful couple... (more) (view trailer)

**User Comments:** good movie (more)

**User Rating:** ★★★★★     5.7/10 (5,959 votes)  Vote Here

**Complete credited cast:**

| | |
|---|---|
| Julia Roberts | .... Sara Waters/Laura Burney |
| Patrick Bergin | .... Martin Burney |
| Kevin Anderson | .... Ben Woodward |
| Elizabeth Lawrence | .... Chloe Williams |
| Kyle Secor | .... Fleishman |
| Claudette Nevins | .... Dr. Rissner |
| Tony Abatemarco | .... Locke |
| Marita Geraghty | .... Julie |
| Harley Venton | .... Garber |
| Nancy Fish | .... Woman on Bus |
| Sandi Shackelford | .... Edna |
| Bonnie Johnson | .... Mrs. Nepper (as Bonnie Cook) |
| Graham Harrington | .... Minister |
| John Ward | .... Theater Student |
| Sharon J. Robinson | .... Sharon (the Nurse) |
| (more) | |

**Runtime:** 99 min
**Country:** USA
**Language:** English

Sleeping with the Enemy (1991)

**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Chile:18</u> / <u>Finland:K-16</u> / <u>Germany:16</u> / <u>Norway:15</u> / <u>Peru:18</u> / <u>Singapore:M18</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u> / <u>Canada:14</u> *(Nova Scotia)*

# Sophie's Choice (1982)



**Directed by**
Alan J. Pakula

**Writing credits**
Alan J. Pakula
William Styron (novel)

[IMDb] **Add to MyMovies**   [IMDbpro] **IMDbPro Professional Details**

**Genre:** Drama / Romance (more)

**Plot Summary:** Sophie is the survivor of Nazi concentration camps, who has found a reason to live in Nathan, a sparkling... (more) (view trailer)

**User Comments:** The finest actress over the past 20 years in an overwhelming performance (more)

**User Rating:** ★★★★★★★★  **7.6/10** (4,174 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Meryl Streep | .... Sophie |
| Kevin Kline | .... Nathan Landau |
| Peter MacNicol | .... Stingo |
| Rita Karin | .... Yetta |
| Stephen D. Newman | .... Larry |
| Greta Turken | .... Leslie Lapidus |
| Josh Mostel | .... Morris Fink |
| Marcell Rosenblatt | .... Astrid Weinstein |
| Moishe Rosenfeld | .... Moishe Rosenblum |
| Robin Bartlett | .... Lillian Grossman |
| Eugene Lipinski | .... Polish Professor |
| John Rothman | .... Librarian |
| Joseph Leon | .... Dr. Blackstock |
| David Wohl | .... English Teacher |
| Nina Polan | .... Woman in English Class |
| (more) | |

**Runtime:** 150 min
**Country:** USA / Yugoslavia
**Language:** English / Polish / German
**Color:** Color *(Technicolor)*
**Sound Mix:** Stereo
**Certification:** Argentina:16 / Finland:K-16 / Sweden:15 / UK:15 / USA:R

**Trivia:** The quoted poem is "Ample make this Bed" (poem #829) by Emily Dickinson. (more)

**Awards:** Won Oscar. Another 11 wins & 10 nominations (more)

# Speed (1994)



**Directed by**
Jan de Bont

**Writing credits** (WGA)
Graham Yost (written by)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Action / Thriller (more)

**Tagline:** Get ready for rush hour.

**Plot Outline:** A young cop must save the passengers of a bus that has a bomb set to explode if the bus goes below 50 MPH. (more) (view trailer)

**User Comments:** a pure adrenaline rush (more)

**User Rating:** ★★★★★★★★ 7.1/10 (34,181 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Keanu Reeves | .... Officer Jack Traven |
| Dennis Hopper | .... Howard Payne |
| Sandra Bullock | .... Annie Porter |
| Joe Morton | .... Lt. Herb 'Mac' McMahon |
| Jeff Daniels | .... Det. Harold 'Harry' Temple |
| Alan Ruck | .... Stephens |
| Glenn Plummer | .... Maurice, Jaguar Owner |
| Richard Lineback | .... Norwood |
| Beth Grant | .... Helen |
| Hawthorne James | .... Sam |
| Carlos Carrasco | .... Ortiz |
| David Kriegel | .... Terry |
| Natsuko Ohama | .... Mrs. Kamino |
| Daniel Villarreal | .... Ray |
| Simone Gad | .... Bus Passenger #1 |
| (more) | |

**MPAA:** Rated R for violence and language.
**Runtime:** 116 min
**Country:** USA
**Language:** English

**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>DTS</u> / <u>Dolby Digital</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Canada:14</u> *(Nova Scotia)* / <u>Canada:AA</u> *(Ontario)* / <u>Canada:G</u> *(Quebec)* / <u>Canada:PA</u> *(Manitoba)* / <u>Finland:K-14</u> / <u>France:U</u> / <u>Germany:16</u> / <u>Ireland:15</u> / <u>Mexico:B</u> / <u>Netherlands:12</u> / <u>Norway:15</u> / <u>Portugal:M/12</u> / <u>Singapore:PG</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u>

**Trivia:** At various points in the movie's pre-production, the role of Jack is said to have been offered to: <u>Stephen Baldwin</u>, <u>William Baldwin</u>, <u>Johnny Depp</u>, 'Bruce Willis (I)' , <u>Tom Cruise</u> and <u>Tom Hanks</u> (more)

**Goofs:** Crew or equipment visible: Reflected in the bus door as Jack runs along side it. (more)

**Quotes:**
[*first lines*]
**security guard**: Hey, this area's restricted.
**Howard Payne**: Oh, hi. Yeah, I know. They called me down here. Some of this wiring got screwed up.
**security guard**: Nobody called it down to me. I'm going to have to see a work order.
**Howard Payne**: Yeah, just a second. There you are.
[*stabs security guard in the ear with a screwdriver*]
**Howard Payne**: Nothing personal.
(more)

**Awards:** Won 2 Oscars. Another 11 wins & 15 nominations (more)