# Stanley Kubrick: A Life in Pictures (2001)



**Directed by**
Jan Harlan

**Add to MyMovies** **IMDbPro Professional Details**

**Genre:** Documentary / Biography (more)

**Plot Outline:** The career and life of Stanley Kubrick is explored through pictures, clips from his films, his old home movies, comments from his colleagues and a narration by Tom Cruise.

**User Comments:** A fine tribute to a fine director. (more)

**User Rating:** ☆ ☆ ☆ ☆ ☆ ☆ ☆    **7.7/10** (1,640 votes) (Vote Here)

**Credited cast:**

| | |
|---|---|
| Tom Cruise | .... Himself (Narrator) (voice) |

rest of cast listed alphabetically:

| | |
|---|---|
| Ken Adam | .... Himself |
| Margaret Adams | .... Herself |
| Brian Aldiss | .... Himself |
| Woody Allen | .... Himself |
| Steven Berkoff | .... Himself |
| Louis C. Blau | .... Himsself |
| John Calley | .... Himself |
| Milena Canonero | .... Herself |
| Wendy Carlos | .... Herself |
| Arthur C. Clarke | .... Himself |
| Alex Cox | .... Himself |
| Allen Daviau | .... Himself |
| Ed Di Giulio | .... Himself |
| Keir Dullea | .... Himself |
| Shelley Duvall | .... Herself |
| Anthony Frewin | .... Himself |
| James B. Harris | .... Himself |
| Michael Herr | .... Himself |
| Mike Herrtage | .... Himself |
| Philip Hobbs | .... Himself |

Stanley Kubrick: A Life in Pictures (2001)                                    Page 2 of 2

| | |
|---|---|
| Irene Kane | .... Herself (as Chris Chase) |
| Nicole Kidman | .... Herself |
| Barbara Kroner | .... Herself |
| Anya Kubrick | .... Herself |
| Christiane Kubrick | .... Herself |
| Gert Kubrick | .... Herself (archive footage) |
| Katharina Kubrick | .... Herself (as Katharina Kubrick-Hobbs) |
| Paul Lashmar | .... Himself |
| György Ligeti | .... Himself |
| Steven Marcus | .... Himself (as Prof. Steven Marcus) |
| Paul Mazursky | .... Himself |
| Malcolm McDowell | .... Himself |
| Douglas Milsome | .... Himself (as Doug Milsome) |
| Matthew Modine | .... Himself |
| Jack Nicholson | .... Himself |
| Tony Palmer | .... Himself |
| Alan Parker | .... Himself |
| Sydney Pollack | .... Himself |
| Richard Schickel | .... Himself |
| Martin Scorsese | .... Himself |
| Terry Semel | .... Himself |
| Alexander Singer | .... Himself (as Alex Singer) |
| Steven Spielberg | .... Himself |
| Sybil Taylor | .... Herself |
| Douglas Trumbull | .... Himself (as Doug Trumbull) |
| Peter Ustinov | .... Himself (as Sir Peter Ustinov) |
| Marie Windsor | .... Herself |
| Alan Yentob | .... Himself |
| (more) | |

**Runtime:** 142 min
**Country:** USA
**Language:** English
**Color:** Black and White / Color
**Sound Mix:** Stereo
**Certification:** Australia:MA / Germany:12 / Spain:T / USA:R

# The Station Agent (2003)



**Directed by**
Thomas McCarthy

**Writing credits** (WGA)
Thomas McCarthy (written by)

 **Add to MyMovies**  📷 **Photos**  IMDb **IMDbPro Professional Details**

**Genre:** Drama (more)

**Plot Outline:** When his only friend dies, a man born with dwarfism moves to rural New Jersey to live a life of solitude, only to meet a chatty hot dog vendor and a woman dealing with her own personal loss. (more) (view trailer)

**User Comments:** beautiful character studies, unhurried but continuously captivating (more)

**User Rating:**      **8.1/10** (7,865 votes) (Vote Here) top 250: #226

**Cast overview, first billed only:**

| | |
|---|---|
| Peter Dinklage | .... Finbar McBride |
| Paul Benjamin | .... Henry Styles |
| Jase Blankfort | .... Store Customer |
| Paula Garcés | .... Cashier |
| Josh Pais | .... Carl |
| Richard Kind | .... Louis Tiboni |
| Bobby Cannavale | .... Joe Oramas |
| Patricia Clarkson | .... Olivia Harris |
| Lynn Cohen | .... Patty at the Good to Go |
| Raven Goodwin | .... Cleo |
| Marla Sucharetza | .... Janice |
| Michelle Williams | .... Emily |
| Jayce Bartok | .... Chris |
| Joe Lo Truglio | .... Danny |
| John Slattery | .... David |
| (more) | |

**MPAA:** Rated R for language and some drug content.
**Runtime:** 88 min
**Country:** USA
**Language:** English
**Color:** Color

Case 1:97-cv-00408-SJM-SPB     Document 72-21     Filed 07/21/2005     Page 4 of 50

**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Australia:M / Finland:S / Germany:o.Al. / Italy:T / Netherlands:AL / Portugal:M/12 /
Spain:7 / Sweden:Btl / Switzerland:10 *(canton of Geneva)* / Switzerland:10 *(canton of Vaud)* / UK:15 /
USA:R / Norway:7

# Stir Crazy (1980)



**Directed by**
Sidney Poitier

**Writing credits**
Bruce Jay Friedman

Add to MyMovies    IMDbPro Professional Details

**Genre:** Comedy (more)

**Tagline:** Two jailbirds who just want out of the cage. (more)

**Plot Summary:** Skip and Harry are framed for a bank robery and end up in a western prison. The two eastern boys are... (more) (view trailer)

**User Comments:** Pryor and Wilder Behind Bars (more)

**User Rating:** ★★★★★★ ☆ ☆ **6.3/10** (2,290 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Gene Wilder | .... Skip Donahue |
| Richard Pryor | .... Harry Monroe |
| Georg Stanford Brown | .... Rory Schultebrand |
| JoBeth Williams | .... Meredith |
| Miguel Ángel Suárez | .... Jesus Ramirez |
| Craig T. Nelson | .... Deputy Ward Wilson |
| Barry Corbin | .... Warden Walter Beatty |
| Charles Weldon | .... Blade |
| Nicolas Coster | .... Warden Henry Sampson |
| Joel Brooks | .... Len Garber |
| Jonathan Banks | .... Jack Graham |
| Erland van Lidth | .... Grossberger (as Erland van Lidth de Jeude) |
| Lewis Van Bergen | .... Guard #1 |
| Karmin Murcelo | .... Teresa Ramirez |
| Franklyn Ajaye | .... Young Man in Hospital |
| (more) | |

**Runtime:** 108 min
**Country:** USA
**Language:** English
**Color:** Color *(Metrocolor)*

**Sound Mix:** <u>Mono</u>
**Certification:** <u>Canada:14</u> *(Nova Scotia)* / <u>Finland:K-12</u> / <u>Norway:16</u> / <u>Singapore:NC-16</u> / <u>UK:15</u> / <u>USA:R</u>

# Hable con ella (2002)



**Directed by**
Pedro Almodóvar

**Writing credits**
Pedro Almodóvar

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Drama (more)

**Plot Outline:** Two men share an odd friendship while they care for their girlfriends who are both in deep comas. (more) (view trailer)

**User Comments:** Very beautiful and compelling, but perhaps not for every one. (more)

**User Rating:** ★★★★★★★    **8.1/10** (13,507 votes) (Vote Here) top 250: #154

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Javier Cámara | .... | Benigno Martín |
| Darío Grandinetti | .... | Marco Zuluaga |
| Leonor Watling | .... | Alicia |
| Rosario Flores | .... | Lydia González |
| Mariola Fuentes | .... | Rosa |
| Geraldine Chaplin | .... | Katerina Bilova |
| Pina Bausch | .... | La colaboracíon especial de/Dancer of 'Café Müller' |
| Caetano Veloso | .... | La colaboracíon especial de |
| Roberto Álvarez | .... | Doctor |
| Elena Anaya | .... | Ángela |
| Lola Dueñas | .... | Matilde |
| Adolfo Fernández | .... | Niño de Valencia |
| Ana Fernández | .... | Lydia's Sister |
| Chus Lampreave | .... | Concierge |
| Loles León | .... | Presentadora de TV |

(more)

**Also Known As:**
Talk to Her (International: English title)
**MPAA:** Rated R for nudity, sexual content and some language.
**Runtime:** 112 min
**Country:** Spain
**Language:** Spanish

**Color:** Black and White / Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:16 / Australia:MA / Austria:16 *(Steiermark)* / Canada:13+ *(Québec)* / Canada:14A *(Ontario)* / Canada:18A *(Alberta/British Columbia)* / Chile:14 / Finland:K-11 / France:U / Germany:16 / Hong Kong:III / Iceland:L / Ireland:18 / Netherlands:16 / New Zealand:R13 / Norway:11 / Peru:14 / Portugal:M/12 / Singapore:R(A) / South Korea:18 / Spain:13 / Sweden:11 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / Switzerland:16 *(canton of the Grisons)* / UK:15 / USA:R

**Trivia:** There is a Spanish translation of Michael Cunningham's "The Hours" on Marco's bedside table. (more)

**Quotes:** **Marco Zuluaga**: Love is the saddest thing when it goes away, as a song by Jobim goes. (more)

**Awards:** Won Oscar. Another 30 wins & 23 nominations (more)

Tears of the Sun (2003)

# Tears of the Sun (2003)



**Directed by**
Antoine Fuqua

**Writing credits** (WGA)
Alex Lasker (written by) &
Patrick Cirillo (written by)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Drama / Action / Thriller (more)

**Tagline:** He was trained to follow orders. He became a hero by defying them. (more)

**Plot Outline:** Bruce Willis plays a Special-Ops commander who leads his team into the jungle of Nigeria to rescue a doctor played by Monica Belluci who will only go with them if they agree to rescue 70 refugees too. (more) (view trailer)

**User Comments:** Tears of the son (more)

**User Rating:** ★★★★★★★ **6.3/10** (9,414 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Bruce Willis | .... Lieutenant A.K. Waters |
| Monica Bellucci | .... Dr. Lena Fiore Kendricks |
| Cole Hauser | .... James 'Red' Atkins |
| Eamonn Walker | .... Ellis 'Zee' Pettigrew |
| Johnny Messner | .... Kelly Lake |
| Nick Chinlund | .... Michael 'Slo' Slowenski |
| Charles Ingram | .... Demetrius 'Silk' Owens |
| Paul Francis | .... Danny 'Doc' Kelley |
| Chad Smith | .... Jason 'Flea' Mabry |
| Tom Skerritt | .... Captain Bill Rhodes |
| Malick Bowens | .... Colonel Idris Sadick |
| Awaovieyi Agie | .... Musa |
| Akosua Busia | .... Patience |
| Hadar Busia-Singleton | .... Amaka |
| Ida Onyango | .... Lasana |
| (more) | |

**Also Known As:**
Hostile Act (USA) (working title)
Hostile Rescue (USA) (working title)

Tears of the Sun (2003)
Case 1:97-cv-00408-SJM-SPB     Document 72-21     Filed 07/21/2005     Page 10 of 50
Page 2 of 2

Man of War (USA) (working title)
Rules of Engagement (USA) (original script title)
**MPAA**: Rated R for strong war violence, some brutality and language.
**Runtime:** 121 min / 142 min (director's cut)
**Country:** USA
**Language:** English
**Color:** Color
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:16 / Australia:MA / Brazil:14 / Denmark:15 / Finland:K-15 / Germany:16 / Hong Kong:IIB / Netherlands:16 / New Zealand:R16 / Norway:15 / Peru:14 / Philippines:PG-13 / Singapore:NC-16 *(uncut version)* / Singapore:PG *(cut version)* / South Korea:12 / Sweden:15 / UK:15 / USA:R

# The Terminator (<u>1984</u>)



**Directed by**
<u>James Cameron</u>

**Writing credits**
<u>James Cameron</u> &
<u>Gale Anne Hurd</u> ...
 (<u>more</u>)

<u>**Add to MyMovies**</u>    <u>**Photos**</u>    <u>**IMDbPro Professional Details**</u>

**Genre:** <u>Action</u> / <u>Sci-Fi</u> (<u>more</u>)

**Tagline:** In the Year of Darkness, 2029, the rulers of this planet devised the ultimate plan. They would reshape the Future by changing the Past. The plan required something that felt no pity. No pain. No fear. Something unstoppable. They created 'THE TERMINATOR' (<u>more</u>)

**Plot Outline:** A human-looking, apparently unstoppable cyborg is sent from the future to kill Sarah Connor; Kyle Reese is sent to stop it. (<u>more</u>) (<u>view trailer</u>)

**User Comments:** Read with me if you want to live... (<u>more</u>)

**User Rating:** ★★★★★★☆    **7.9/10** (62,472 votes) (Vote Here) <u>top 250: #231</u>

**Cast overview, first billed only:**

| | |
|---|---|
| <u>Arnold Schwarzenegger</u> | .... The Terminator |
| <u>Michael Biehn</u> | .... Kyle Reese |
| <u>Linda Hamilton</u> | .... Sarah Connor |
| <u>Paul Winfield</u> | .... Lieutenant Ed Traxler |
| <u>Lance Henriksen</u> | .... Detective Vukovich |
| <u>Bess Motta</u> | .... Ginger Ventura |
| <u>Earl Boen</u> | .... Dr. Peter Silberman |
| <u>Rick Rossovich</u> | .... Matt Buchanan |
| <u>Dick Miller</u> | .... Pawnshop Clerk |
| <u>Shawn Schepps</u> | .... Nancy |
| <u>Bruce M. Kerner</u> | .... Desk Sergeant |
| <u>Franco Columbu</u> | .... Future Terminator |
| <u>Bill Paxton</u> | .... Punk Leader |
| <u>Brad Rearden</u> | .... Punk |
| <u>Brian Thompson</u> | .... Punk |
|  (<u>more</u>) | |

**Also Known As:**
Terminator (USA) (trailer title)

The Terminator (1984)

**Runtime:** 108 min
**Country:** USA
**Language:** English / Spanish
**Color:** Color
**Sound Mix:** Mono
**Certification:** Argentina:16 / Australia:M / Canada:13+ *(Quebec)* / Canada:18A *(Alberta) (re-rating)* *(1999)* / Canada:18 *(Nova Scotia)* / Canada:R *(Manitoba/Ontario)* / Chile:18 / Finland:K-16 / France:U / Ireland:18 / Japan:R-15 / Norway:18 / Peru:18 / Poland:15 / Singapore:M18 / Spain:18 / Sweden:15 / UK:15 *(re-rating)* / UK:18 *(1984-2000)* / USA:R / West Germany:16 *(cut version)* / West Germany:18 *(uncut version) (JK/SPIO)*

Terms of Endearment (1983)                                                                  Page 1 of 2

# Terms of Endearment (1983)



**Directed by**
James L. Brooks

**Writing credits**
Larry McMurtry (novel)
James L. Brooks (screenplay)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Romance / Comedy / Drama (more)

**Tagline:** Come to Laugh, Come to Cry, Come to Care, Come to Terms.

**Plot Summary:** Aurora and Emma are mother and daughter who march to different drummers. Beginning with Emma's marriage... (more) (view trailer)

**User Comments:** Why? (more)

**User Rating:** ★★★★★★★ **7.3/10** (6,279 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Shirley MacLaine | .... Aurora Greenway |
| Debra Winger | .... Emma Greenway Horton |
| Jack Nicholson | .... Garrett Breedlove |
| Danny DeVito | .... Vernon Dahlart |
| Jeff Daniels | .... Flap Horton |
| John Lithgow | .... Sam Burns |
| Lisa Hart Carroll | .... Patsy Clark |
| Betty King | .... Rosie Dunlop (as Betty R. King) |
| Huckleberry Fox | .... Teddy Horton |
| Troy Bishop | .... Tommy Horton |
| Shane Serwin | .... Younger Tommy Horton |
| Megan Morris | .... Melanie Horton |
| Tara Yeakey | .... Baby Melanie Horton |
| Norman Bennett | .... Edward Johnson |
| Jennifer Josey | .... Young Emma Greenway |

(more)

**Runtime:** 132 min
**Country:** USA
**Language:** English
**Color:** Color (Metrocolor)

**Sound Mix:** Stereo
**Certification:** Argentina:13 / Australia:M / Chile:14 / Finland:K-12 / Norway:12 / Peru:14 / Sweden:7 /
UK:15 / USA:PG *(re-rating on appeal)* / USA:R *(original rating)* / West Germany:12 / Singapore:PG

**Trivia:** Jack Nicholson talked with a number of real astronauts while in Houston to prepare for his role.
(more)

**Goofs:** Continuity: When Aurora's skirt changes between shots after she comes back from the hospital
visiting Emma. As she walks up to the hotel desk, she has one skirt on, but when she walks through the
lobby into the pool area, where Tommy and Teddy threaten to get her wet, she has a different skirt on.
(more)

**Quotes:**
**Aurora Greenway**: I just didn't want you to think I was like one of your other girls.
**Garrett Breedlove**: Not much chance of that unless you curtsy on my face real soon.
(more)

**Awards:** Won 5 Oscars. Another 24 wins & 10 nominations (more)

# Thelma & Louise (1991)



**Directed by**
Ridley Scott

**Writing credits** (WGA)
Callie Khouri (written by)

**IMDb** **Add to MyMovies**   **IMDbPro** **IMDbPro Professional Details**

**Genre:** Action / Adventure / Crime / Thriller (more)

**Tagline:** Somebody said get a life... so they did.

**Plot Outline:** An Arkansas waitress and a housewife shoot a rapist and take off in a '66 Thunderbird. (more) (view trailer)

**User Comments:** car emptiness... (more)

**User Rating:** ★★★★★★★ **7.3/10** (18,825 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Susan Sarandon | .... | Louise |
| Geena Davis | .... | Thelma |
| Harvey Keitel | .... | Hal |
| Michael Madsen | .... | Jimmy |
| Christopher McDonald | .... | Darryl |
| Stephen Tobolowsky | .... | Max |
| Brad Pitt | .... | J.D. |
| Timothy Carhart | .... | Harlan |
| Lucinda Jenney | .... | Lena, Waitress |
| Jason Beghe | .... | State Trooper |
| Marco St. John | .... | Truck Driver |
| Sonny Carl Davis | .... | Albert |
| Ken Swofford | .... | Major |
| Shelly Desai | .... | East Indian Motel Clerk (as Shelly De Sai) |
| Carol Mansell | .... | Waitress |
| (more) | | |

**Also Known As:**
Thelma and Louise (USA) (alternative spelling)
**Runtime:** 129 min
**Country:** USA

Thelma & Louise (1991)                                                                     Page 2 of 2

**Language:** <u>English</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Dolby SR</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Chile:18</u> / <u>Finland:K-14</u> / <u>France:U</u> / <u>Germany:16</u> / <u>Netherlands:12</u> / <u>Norway:15</u> / <u>Peru:18</u> / <u>South Korea:18</u> / <u>Spain:13</u> / <u>Sweden:15</u> / <u>UK:15</u> / <u>USA:R</u> / <u>Portugal:M/16</u>

**Trivia:** It took producers so long to find someone for the role of Louise that <u>Geena Davis</u> had to sign a contract stating that the producers could cast her in either role if need be. <u>(more)</u>

**Goofs:** Continuity: Level of Coke in Thelma's glass in the bar. <u>(more)</u>

**Quotes:** <u>**Louise**</u>: Well, we're not in the middle of nowhere, but we can see it from here. <u>(more)</u>

**Awards:** Won Oscar. Another 12 wins & 21 nominations <u>(more)</u>

# There's Something About Mary (1998)



**Directed by**
Bobby Farrelly
Peter Farrelly

**Writing credits** (WGA)
Ed Decter (story) &
John J. Strauss (story) ...
(more)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** Warning: The guys who did 'Dumb & Dumber' and 'Kingpin' bring you a love story. (more)

**Plot Outline:** A man gets a chance to meet up with his dream girl from highschool, even though his date with her back then was a complete disaster. (more) (view trailer)

**User Comments:** From geek to lesser geek. Babe to Wow!!!!!! (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐    **7.2/10** (47,893 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Cameron Diaz | .... Mary Jensen |
| Matt Dillon | .... Pat Healy |
| Ben Stiller | .... Ted Stroehmann |
| Lee Evans | .... Tucker/Norman Phipps |
| Chris Elliott | .... Dom Woganowski |
| Lin Shaye | .... Magda |
| Jeffrey Tambor | .... Sully |
| Markie Post | .... Sheila Jensen |
| Keith David | .... Charlie Jensen |
| W. Earl Brown | .... Warren Jensen |
| Sarah Silverman | .... Brenda |
| Khandi Alexander | .... Joanie |
| Marnie Alexenburg | .... Lisa |
| Danny Murphy | .... Boss' Brother (as Dan Murphy) |
| Richard Tyson | .... Detective Krevoy (as Richard M. Tyson) |
| (more) | |

**Also Known As:**
There's Something More About Mary (USA) (DVD title)
**MPAA:** Rated R for strong comic sexual content and language.

There's Something About Mary (1998)    Page 2 of 2

**Runtime:** 119 min / USA:134 min (director's cut)
**Country:** USA
**Language:** English
**Color:** Color *(DeLuxe)*
**Sound Mix:** Dolby Digital
**Certification:** Argentina:13 / Australia:MA *(original rating)* / Australia:M *(TV rating)* / Brazil:12 / Canada:14A / Finland:K-12 / France:U / Germany:12 *(w)* / Mexico:B / Netherlands:AL / New Zealand:R16 / Portugal:M/12 / Singapore:NC-16 *(uncut version)* / Singapore:PG *(cut version)* / South Korea:18 / Spain:13 / Sweden:7 / Switzerland:12 *(canton of Geneva)* / Switzerland:12 *(canton of Vaud)* / UK:15 / USA:R

# The Thin Red Line (1998)



**Directed by**
Terrence Malick

**Writing credits** (WGA)
James Jones (novel)
Terrence Malick (screenplay)

**Add to MyMovies**   **Photos**   **IMDbPro Professional Details**

**Genre:** Action / Drama / War (more)

**Tagline:** Every man fights his own war.

**Plot Outline:** Director Terrence Malick's adaptation of James Jones' autobiographical 1962 novel, focusing on the conflict at Guadalcanal during the second World War. (more) (view trailer)

**User Comments:** The most influential film of the 1990s (more)

**User Rating:** ★★★★★★★ **7.2/10** (26,613 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Sean Penn | .... | First Sergeant Edward Welsh |
| Adrien Brody | .... | Corporal Fife |
| James Caviezel | .... | Private Witt (as Jim Caviezel) |
| Ben Chaplin | .... | Private Jack Bell |
| George Clooney | .... | Captain Charles Bosche |
| John Cusack | .... | Captain John Gaff |
| Woody Harrelson | .... | Sergeant Keck |
| Elias Koteas | .... | Captain James 'Bugger' Staros |
| Jared Leto | .... | Second Lieutenant Whyte |
| Dash Mihok | .... | Private First Class Doll |
| Tim Blake Nelson | .... | Private Tills |
| Nick Nolte | .... | Lieutenant Colonel Gordon Tall |
| John C. Reilly | .... | Sergeant Storm |
| Larry Romano | .... | Private Mazzi |
| John Savage | .... | Sergeant McCron |
| (more) | | |

**Also Known As:**
Mince ligne rouge, La (Canada: French title)
**MPAA:** Rated R for realistic war violence and language.
**Runtime:** 170 min

**Country:** <u>Canada</u> / <u>USA</u>
**Language:** <u>English</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Dolby Digital</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Belgium:KT</u> / <u>Finland:K-14</u> / <u>France:U</u> / <u>Germany:16</u> / <u>Hong Kong:IIB</u> / <u>Hungary:16</u> / <u>Netherlands:16</u> / <u>Norway:15</u> / <u>Portugal:M/16</u> / <u>Singapore:PG</u> / <u>South Korea:12</u> / <u>Spain:13</u> / <u>Sweden:15</u> / <u>Switzerland:16</u> *(canton of Geneva)* / <u>Switzerland:16</u> *(canton of Vaud)* / <u>UK:15</u> / <u>USA:R</u> / <u>Canada:14A</u>

**Trivia:** Prior to the film's release, Geisler and Roberdeau allegedly violated a confidentiality clause they had signed by giving an interview to Vanity Fair about their long involvement with Malick and the film. Malick was upset by this. Geisler and Roberdeau had to sign another agreement stating they would not attend the Oscars ceremony. If they violated that agreement, their names would be stripped from the film and video credits. (<u>more</u>)

**Goofs:** Incorrectly regarded as goofs: When Private Bell got his letter from his wife, she said she met an Air Force captain. While the Air Force as a separate unit wasn't created until 1947, it was known as the U.S. Army Air Forces beginning in 1941. (<u>more</u>)

**Quotes:** **First Sgt. Edward Welsh**: There's not some other world out there where everything's gonna be okay. There's just this one, just this rock. (<u>more</u>)

**Awards:** Nominated for 7 Oscars. Another 17 wins & 19 nominations (<u>more</u>)

# This Is Spinal Tap (1984)



**Directed by**
Rob Reiner

**Writing credits**
Christopher Guest (written by) &
Michael McKean (written by) ...
(more)

📥 **Add to MyMovies** | 📷 **Photos** | 🎬 **IMDbPro Professional Details**

**Genre:** Comedy / Music (more)

**Tagline:** Does for rock and roll what "The Sound of Music" did for hills

**Plot Outline:** Spinal Tap, the world's loudest band, is chronicled by hack documentarian Marti DeBergi on what proves to be a fateful tour. (more) (view trailer)

**User Comments:** A hilarious little spoof - wit rather than clumsy stuff (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐  **8.0/10** (21,632 votes) (Vote Here) top 250: #224

**Cast overview, first billed only:**

| | |
|---|---|
| Rob Reiner | .... Marty DiBergi |
| Kimberly Stringer | .... Heavy Metal Fan |
| Chazz Dominguez | .... Heavy Metal Fan |
| Shari Hall | .... Heavy Metal Fan |
| R.J. Parnell | .... Mick Shrimpton |
| David Kaff | .... Viv Savage |
| Tony Hendra | .... Ian Faith |
| Michael McKean | .... David St. Hubbins |
| Christopher Guest | .... Nigel Tufnel |
| Harry Shearer | .... Derek Smalls |
| Bruno Kirby | .... Tommy Pischedda |
| Jean Cromie | .... Ethereal Fan |
| Patrick Maher | .... New York M.C. |
| Ed Begley Jr. | .... John 'Stumpy' Pepys |
| Danny Kortchmar | .... Ronnie Pudding |

(more)

**Runtime:** 82 min
**Country:** USA
**Language:** English
**Color:** Color

This Is Spinal Tap (1984)

**Sound Mix:** Dolby

**Certification:** Australia:M / Canada:14A / Canada:G *(Quebec)* / Finland:K-7 *(DVD rating)* / Finland:K-8 *(original rating)* / France:U / Singapore:NC-16 / UK:15 / USA:R / West Germany:12

# Trois couleurs: Rouge (1994)



**Directed by**
Krzysztof Kieslowski

**Writing credits**
Krzysztof Kieslowski
Krzysztof Piesiewicz

**Add to MyMovies**  |  **Photos**  |  **IMDbPro Professional Details**

**Genre:** Drama (more)

**Plot Outline:** Final entry in a trilogy of films dealing with contemporary French society concerns a model who discovers her neighbour is keen on invading people's privacy. (more)

**User Comments:** The last and best in the trilogy (more)

**User Rating:** ★ ★ ★ ★ ★ ★ ★    **8.1/10** (10,870 votes) (Vote Here) top 250: #186

**Cast overview, first billed only:**

| | |
|---|---|
| Irène Jacob | .... Valentine Dussaut (as Irene Jacob) |
| Jean-Louis Trintignant | .... Le juge |
| Frédérique Feder | .... Karin (as Frederique Feder) |
| Jean-Pierre Lorit | .... Auguste Bruner |
| Samuel Le Bihan | .... Le photographe (Photographer) (as Samuel Lebihan) |
| Marion Stalens | .... Le Vétérinaire (Veterinary surgeon) |
| Teco Celio | .... Le barman (Barman) |
| Bernard Escalon | .... Le disquaire (Record dealer) |
| Jean Schlegel | .... Le voisin (Neighbour) |
| Elzbieta Jasinska | .... La femme (Woman) |
| Paul Vermeulen | .... L'ami de Karin (Karen's friend) |
| Jean-Marie Daunas | .... Le gardien du théâtre (Theatre manager) |
| Roland Carey | .... Le trafiquant (Drug dealer) |
| Brigitte Raul | |
| Leo Ramseyer | |
| (more) | |

**Also Known As:**
Three Colours: Red (Canada: English title) (UK)
Red (USA) (short title)
Three Colors: Red (USA)
Trzy kolory: Czerwony (Poland)
**Runtime:** 99 min

Case 1:97-cv-00408-SJM-SPB    Document 72-21    Filed 07/21/2005    Page 24 of 50

**Country:** <u>Poland</u> / <u>France</u> / <u>Switzerland</u>
**Language:** <u>French</u>
**Color:** <u>Color</u> *(Eastmancolor)*
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Chile:14</u> / <u>Finland:K-12</u> / <u>Germany:6</u> / <u>Hong Kong:IIA</u> / <u>Netherlands:AL</u> / <u>Norway:10</u> / <u>Singapore:M18</u> / <u>South Korea:18</u> / <u>Spain:T</u> / <u>Sweden:11</u> / <u>UK:15</u> / <u>USA:R</u>

**Trivia:** <u>Juliette Binoche</u> and <u>Benoît Régent</u>, the stars of Kieslowski's <u>Trois couleurs: Bleu</u> (1993), and <u>Julie Delpy</u> and <u>Zbigniew Zamachowski</u>, the stars of Kieslowski's <u>Trzy kolory: Bialy</u> (1994), make cameo appearances at the end of this film. (<u>more</u>)

**Quotes:**
**<u>The Judge</u>**: Leave. It's your destiny. You can't live your brother's life for him.
**<u>Valentine</u>**: I love him. If only I could help.
**<u>The Judge</u>**: You can. Be.
**<u>Valentine</u>**: What do you mean?
**<u>The Judge</u>**: That's all: be.
(<u>more</u>)

**Awards:** Nominated for 3 Oscars. Another 11 wins & 13 nominations (<u>more</u>)

# Total Recall (1990)



**Directed by**
Paul Verhoeven

**Writing credits** (WGA)
Philip K. Dick (short story We Can Remember It For You Wholesale) (inspiration)
Ronald Shusett (screen story) ...
 (more)

[IMDb] **Add to MyMovies**  [IMDbPro] **IMDbPro Professional Details**

**Genre:** Action / Adventure / Sci-Fi / Thriller / Horror (more)

**Tagline:** They stole his mind, now he wants it back. (more)

**Plot Outline:** When a man goes for virtual vacation memories of the planet Mars, an unexpected and harrowing series of events forces him to go to the planet for real, or does he? (more) (view trailer)

**User Comments:** A Darn Good Futuristic Thriller...Much Better Than "Minority Report"... (more)

**User Rating:** ★ ★ ★ ★ ★ **7.2/10** (27,679 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Arnold Schwarzenegger | .... Douglas Quaid/Hauser |
| Rachel Ticotin | .... Melina |
| Sharon Stone | .... Lori |
| Ronny Cox | .... Vilos Cohaagen |
| Michael Ironside | .... Richter |
| Marshall Bell | .... George/Kuato |
| Mel Johnson Jr. | .... Benny |
| Michael Champion | .... Helm |
| Roy Brocksmith | .... Dr. Edgemar |
| Ray Baker | .... Bob McClane |
| Rosemary Dunsmore | .... Dr. Lull |
| David Knell | .... Ernie |
| Alexia Robinson | .... Tiffany |
| Dean Norris | .... Tony |
| Mark Carlton | .... Bartender |
|  (more) | |

**Runtime:** 113 min
**Country:** USA
**Language:** English
**Color:** Color *(Technicolor)*

**Sound Mix:** <u>70 mm 6-Track</u> *(70 mm prints)* / <u>Dolby SR</u> *(35 mm prints)*
**Certification:** <u>Argentina:18</u> / <u>Australia:R</u> / <u>Canada:18+</u> *(Quebec)* / <u>Chile:18</u> / <u>Finland:K-18</u> / <u>France:-12</u> / <u>Netherlands:16</u> / <u>Norway:18</u> / <u>Singapore:M18</u> / <u>South Korea:18</u> / <u>Sweden:15</u> / <u>UK:18</u> / <u>USA:R</u> / <u>West Germany:18</u> / <u>Canada:R</u> *(Manitoba/Nova Scotia/Ontario)*

**Trivia:** The portable locator used by <u>Michael Champion</u> (Helm) was built by Casio. (<u>more</u>)

**Goofs:** Audio/visual unsynchronized: While Doug writes Melina's name on a piece of paper, the sound of the writing isn't in sync with the hand movement (<u>more</u>)

**Quotes:**
[*first lines*]
[*Doug awakens from a nightmare*]
**<u>Lori</u>**: Doug? Honey, are you all right?
**<u>Douglas Quaid</u>**: [*nods*]
**<u>Lori</u>**: You're dreaming. Doug? Was it about Mars?
**<u>Douglas Quaid</u>**: [*nods*]
**<u>Lori</u>**: [*kisses him*] Is that better?
**<u>Douglas Quaid</u>**: Hmm.
**<u>Lori</u>**: My poor baby. This is getting to be an obsession.
(<u>more</u>)

**Awards:** Nominated for 2 Oscars. Another 5 wins & 13 nominations (<u>more</u>)

# Trainspotting (1996)



**Directed by**
Danny Boyle

**Writing credits**
Irvine Welsh (novel)
John Hodge

 **Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** Choose life. Choose a job. Choose a starter home. Choose dental insurance, leisure wear and matching luggage. Choose your future. But why would anyone want to do a thing like that? (more)

**Plot Outline:** Renton, deeply immersed in the Edinburgh drug scene, tries to clean up and get out, despite the allure of the drugs and influence of friends. (more)

**User Comments:** Amazing (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐    **8.0/10** (54,392 votes) (Vote Here) top 250: #200

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Ewan McGregor | .... | Renton |
| Ewen Bremner | .... | Spud |
| Jonny Lee Miller | .... | Sick Boy |
| Kevin McKidd | .... | Tommy |
| Robert Carlyle | .... | Begbie |
| Kelly Macdonald | .... | Diane |
| Peter Mullan | .... | Swanney |
| James Cosmo | .... | Mr. Renton |
| Eileen Nicholas | .... | Mrs. Renton |
| Susan Vidler | .... | Allison |
| Pauline Lynch | .... | Lizzy |
| Shirley Henderson | .... | Gail |
| Stuart McQuarrie | .... | Gavin/US Tourist |
| Irvine Welsh | .... | Mikey Forrester |
| Dale Winton | .... | Game Show Host |

(more)

**MPAA:** Rated R for graphic heroin use and resulting depravity, strong language, sex, nudity and some violence.
**Runtime:** 94 min

**Country:** UK
**Language:** English
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Australia:R / Brazil:18 / Canada:16+ *(Quebec)* / Canada:18A *(DVD rating)* / Chile:18 / Finland:K-16 / France:-16 / Germany:16 *(bw)* / Hong Kong:III / Ireland:18 / Israel:18 / Italy:VM14 / Japan:R-15 *(cut)* / Netherlands:16 / New Zealand:R18 / Norway:15 / Portugal:M/18 / Singapore:R(A) / South Africa:18 / South Korea:18 / Spain:18 / Sweden:15 / UK:18 / USA:R

**Trivia:** Ewen Bremner (Spud) had previously played Renton in a stage adaptation of the novel. (more)

**Goofs:** Revealing mistakes: When Begbie strikes the seated man with the pool cue, he clearly hits the seat. The back of the chair is covered by the man's jacket and the cue hits the chair underneath the jacket. (more)

**Quotes:**

**Mark "Rent-boy" Renton**: [*narrating*] I wished that I'd gone down instead of Spud. Here I was surrounded by my family and my so-called mates and I've never felt so alone. Never in all my puff. Since I was on remand, they've had me on this program, this state sponsored addiction. Three sickly sweet doses of methadone a day instead of smack. But it's never enough. And at the moment it's nowhere near enough. I took all three this morning and now I've got eighteen hours to go until my next shot. I've got sweat on my back like a layer of frost. I need to visit the Mother Superior for one hit. One final hit to get us over this long, hard day.
[*to Mother Superior*]
**Mark "Rent-boy" Renton**: What's on the menu this evening, Sir?
**Mother Superior**: Your favorite dish.
**Mark "Rent-boy" Renton**: Excellent.
**Mother Superior**: Your usual table, Sir.
**Mark "Rent-boy" Renton**: Oh, why thank you.
**Mother Superior**: Would Sir care to pay for his bill in advance?
**Mark "Rent-boy" Renton**: No. Stick it on my tab.
**Mother Superior**: Ah, regret to inform, sir, credit limit was reached and breached quite some time ago.
[...]
(more)

**Awards:** Nominated for Oscar. Another 17 wins & 13 nominations (more)

# True Lies (1994)



**Directed by**
James Cameron

**Writing credits** (WGA)
Claude Zidi (screenplay) and
Simon Michaël (screenplay) ...
(more)

 IMDb  **Add to MyMovies**  🎞  **Photos**  IMDb pro  **IMDbPro Professional Details**

**Genre:** Action / Adventure / Comedy / Romance / Thriller (more)

**Tagline:** When he said I do, he didn't say what he did.

**Plot Outline:** When a secret agent learns of his wife's extra-marital affair, he pursues her and uses his intelligence resources in a job he kept secret from her. (more) (view trailer)

**User Comments:** Great fun, Arnold in action packed form (more)

**User Rating:** ★★★★★★★☆☆☆ **7.0/10** (32,185 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Arnold Schwarzenegger | .... Harry Tasker |
| Jamie Lee Curtis | .... Helen Tasker |
| Tom Arnold | .... Albert Gibson |
| Bill Paxton | .... Simon |
| Tia Carrere | .... Juno Skinner |
| Art Malik | .... Salim Abu Aziz |
| Eliza Dushku | .... Dana Tasker |
| Grant Heslov | .... Faisil |
| Marshall Manesh | .... Jamal Khaled |
| James Allen | .... Colonel |
| Dieter Rauter | .... Boathouse guard |
| Jane Morris | .... Janice |
| Katsy Chappell | .... Allison |
| Crystina Wyler | .... Charlene |
| Ofer Samra | .... Yusif |
| (more) | |

**Runtime:** 144 min / Canada:141 min
**Country:** USA
**Language:** English / Arabic / German
**Color:** Color

True Lies (1994)

**Sound Mix:** <u>70 mm 6-Track</u> *(70 mm prints)* / <u>DTS</u> / <u>Dolby Digital</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:14</u> *(Nova Scotia)* / <u>Canada:AA</u> *(Ontario)* / <u>Canada:PG</u> *(Manitoba)* / <u>Chile:14</u> / <u>Denmark:15</u> / <u>Finland:K-14</u> / <u>Germany:16</u> / <u>Netherlands:16</u> / <u>Norway:18</u> / <u>Peru:14</u> / <u>Singapore:PG</u> / <u>South Korea:15</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>USA:R</u> / <u>UK:15</u> *(cut)*

**Trivia:** <u>Jamie Lee Curtis</u> did the helicopter stunt on her birthday. <u>(more)</u>

**Goofs:** Revealing mistakes: The Taurus PT-series pistol the secretary is holding under the table when Harry and Gib ID themselves is cocked, but the safety is clearly on. <u>(more)</u>

**Quotes:** **<u>Simon</u>**: Let's face it. The 'Vette... gets 'em wet! <u>(more)</u>

**Awards:** Nominated for Oscar. Another 6 wins & 14 nominations <u>(more)</u>

Twelve Monkeys (1995)                                                                    Page 1 of 2

# Twelve Monkeys (1995)



**Directed by**
Terry Gilliam

**Writing credits** (WGA)
Chris Marker (film La Jetée)
David Webb Peoples (screenplay) ...
(more)

📀 **Add to MyMovies** | 🖼 **Photos** | **IMDbPro Professional Details**

**Genre:** Drama / Sci-Fi / Thriller (more)

**Tagline:** The future is history. (more)

**Plot Outline:** A convict, sent back in time to stop a devastating plague, is sent too far back and is hospitalized as insane. (more) (view trailer)

**User Comments:** A brilliant movie. One of the very best science fiction movies of the 1990s, and one or Terry Gilliam's greatest achievements. (more)

**User Rating:** ★★★★★★★★☆☆  **8.0/10** (65,000 votes) (Vote Here) top 250: #202

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Joseph Melito | .... | Young Cole |
| Bruce Willis | .... | James Cole |
| Jon Seda | .... | Jose |
| Michael Chance | .... | Scarface |
| Vernon Campbell | .... | Tiny |
| H. Michael Walls | .... | Botanist |
| Bob Adrian | .... | Geologist |
| Simon Jones | .... | Zoologist |
| Carol Florence | .... | Astrophysicist |
| Bill Raymond | .... | Microbiologist |
| Ernest Abuba | .... | Engineer |
| Irma St. Paule | .... | Poet |
| Madeleine Stowe | .... | Kathryn Railly |
| Joey Perillo | .... | Detective Franki |
| Bruce Kirkpatrick | .... | Policeman No.1 |

(more)

**Also Known As:**
12 Monkeys (USA) (alternative spelling)
**MPAA:** Rated R for violence and language.

http://www.imdb.com/title/tt0114746/                                    07/20/2005

Twelve Monkeys (1995)

**Runtime:** 129 min
**Country:** USA
**Language:** English
**Color:** Color *(Rankcolor)*
**Sound Mix:** DTS-Stereo / DTS
**Certification:** Argentina:13 / Australia:M / Canada:13+ *(Quebec)* / Canada:14A / Canada:14 *(Nova Scotia)* / Canada:AA *(Ontario)* / Canada:PA *(Manitoba)* / Chile:14 / Finland:K-16 / France:U / Germany:16 *(w)* / Netherlands:12 / Norway:15 / Portugal:M/12 / Singapore:PG / South Korea:15 / Spain:13 / Sweden:15 / UK:15 / USA:R *(certificate #34153)*

**Trivia:** The Airport scene at the end of the movie was filmed at the Philadelphia Convention Center. (more)

**Goofs:** Factual errors: When Cole is lying under the Land Rover outside the party for Dr. Goines, the front license plate is from Pennsylvania. Pennsylvania has not used front license plates in over 30-40 years. (more)

**Quotes:**
[*first lines*]
**Jose**: Jose - psst! Jose, what's going on?
**Jose**: Bad news, man
**James Cole**: Volunteers?
**Jose**: Yeah. And they said your name.
[*pause*]
**Jose**: Hey, maybe they'll give you a pardon, man.
**James Cole**: [*sarcastic*] Yeah, that's why none of the volunteers come back. They all get a pardon. (more)

**Awards:** Nominated for 2 Oscars. Another 10 wins & 7 nominations (more)

# The Unbearable Lightness of Being (1988)



**Directed by**
Philip Kaufman

**Writing credits** (WGA)
Milan Kundera (novel)
Jean-Claude Carrière (screenplay) ...
(more)

**Add to MyMovies**    **IMDbPro Professional Details**

**Genre:** Drama (more)

**Tagline:** A Lovers Story.

**Plot Outline:** In 1968, a Czech doctor with an active sex life meets a woman who wants monogamy, and then the Soviet invasion further disrupts their lives. (more) (view trailer)

**User Comments:** The superlative analysis of infidelity (more)

**User Rating:** ★★★★★★★☆ **7.4/10** (5,387 votes)  (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Daniel Day-Lewis | .... | Tomas |
| Juliette Binoche | .... | Tereza |
| Lena Olin | .... | Sabina |
| Derek de Lint | .... | Franz |
| Erland Josephson | .... | Ambassador |
| Pavel Landovský | .... | Pavel |
| Donald Moffat | .... | Chief Surgeon |
| Tomek Bork | .... | Jiri |
| Daniel Olbrychski | .... | Interior Ministry Official |
| Stellan Skarsgård | .... | The Engineer |
| Bruce Myers | .... | Czech Editor |
| Pavel Slaby | .... | Pavel's Nephew |
| Pascale Kalensky | .... | Nurse Katja |
| Jacques Ciron | .... | Swiss Restaurant Manager |
| Anne Lonnberg | .... | Swiss Photographer |

(more)

**Runtime:** 171 min
**Country:** USA
**Language:** English
**Color:** Color (Technicolor)

The Unbearable Lightness of Being (1988)                                              Page 2 of 2

**Sound Mix:** Stereo
**Certification:** Australia:M / Finland:K-16 / Hong Kong:III / Singapore:R21 / Spain:13 / Sweden:15 / UK:18 / USA:R / West Germany:16

**Trivia:** The house that Sabina is living in at the end when she's in America really belongs to film editor Walter Murch. (more)

**Goofs:** Continuity: In the bar, the drunken youth spills his change in coins all over the bar, in the next shot as he exits there is no coins to be seen. (more)

**Quotes:** **Sabina**: I've met another man. He's the best man I've ever met. He's bright, handsome and he's crazy about me. And, he's married. There's only one thing; he doesn't like my hat. (more)

**Awards:** Nominated for 2 Oscars. Another 4 wins & 5 nominations (more)

# Unfaithful (2002)



**Directed by**
Adrian Lyne

**Writing credits** (WGA)
Claude Chabrol (film "La Femme infidèle" written by)
Alvin Sargent (screenplay) ...
(more)

**Add to MyMovies**    **Photos**    **IMDbPro Professional Details**

**Genre:** Drama / Thriller (more)

**Plot Outline:** "Unfaithful" centers on Diane Lane and Richard Gere as a couple living in the New York city suburbs whose marriage goes dangerously awry when the wife (Lane) indulges in an adulterous fling. (more) (view trailer)

**User Comments:** Unwatchable (more)

**User Rating:** ★★★★★★★    **6.6/10** (9,120 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Diane Lane | .... Constance 'Connie'/'Con' Sumner |
| Erik Per Sullivan | .... Charlie Sumner |
| Richard Gere | .... Edward 'Ed' Sumner |
| Olivier Martinez | .... Paul Martel |
| Myra Lucretia Taylor | .... Gloria |
| Michelle Monaghan | .... Lindsay |
| Chad Lowe | .... Bill Stone |
| Joseph Badalucco Jr. | .... Train conductor |
| Erich Anderson | .... Bob Gaylord |
| Damon Gupton | .... Other businessman |
| Kate Burton | .... Tracy |
| Margaret Colin | .... Sally |
| Marc Forget | .... Café bartender |
| Larry Gleason | .... Tim |
| Dominic Chianese | .... Frank Wilson |
| (more) | |

**Also Known As:**
Infidèle (France)
Untreu (Germany)
**MPAA:** Rated R for sexuality, language and a scene of violence.
**Runtime:** 124 min / Spain:125 min

Unfaithful (2002)

**Country:** <u>USA</u> / <u>Germany</u> / <u>France</u>
**Language:** <u>English</u> / <u>French</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>DTS</u> / <u>Dolby Digital</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:MA</u> / <u>Brazil:16</u> / <u>Canada:14A</u> / <u>Finland:K-15</u> / <u>France:U</u> /
<u>Germany:16</u> / <u>Hong Kong:III</u> / <u>Netherlands:16</u> / <u>New Zealand:R16</u> / <u>Peru:14</u> / <u>Philippines:R-18</u> /
<u>Singapore:M18</u> *(re-rating)* / <u>Singapore:NC-16</u> *(edited for re-rating)* / <u>Singapore:R(A)</u> *(original rating)* /
<u>Spain:18</u> / <u>Sweden:11</u> / <u>Switzerland:14</u> *(canton of Geneva)* / <u>Switzerland:14</u> *(canton of Vaud)* /
<u>Switzerland:16</u> *(canton of the Grisons)* / <u>UK:15</u> / <u>USA:R</u>

**Trivia:** To prepare for the initial love scene between Paul and Connie, director <u>Adrian Lyne</u> had 'Diane
Lane' watch the film <u>Aimée & Jaguar</u> (1999). <u>(more)</u>

**Goofs:** Continuity: Connie leaves her white shopping bag at Paul's apartment on the windy day after she
cleans her knee and puts the Band-Aids on. She goes upstairs with the shopping bag and leaves with the
book he gave her - she never mentions the shopping bag again. <u>(more)</u>

**Quotes:** **<u>Paul</u>:** [*reading from a Braille book*] "My mother makes me chicken. Her chicken makes me
cough. I wish that when she made it, she at least took the feathers off." <u>(more)</u>

**Awards:** Nominated for Oscar. Another 3 wins & 7 nominations <u>(more)</u>

# Unforgiven (1992)



**Directed by**
Clint Eastwood

**Writing credits** (WGA)
David Webb Peoples (written by)

**Add to MyMovies    IMDbPro Professional Details**

**Genre:** Western / Drama (more)

**Plot Outline:** Retired Old West gunslinger William Munny reluctantly takes on one last job, with the help of his old partner and a young man. (more) (view trailer)

**User Comments:** The cause deserves attention. (more)

**User Rating:** ★★★★★★★ **8.1/10** (32,398 votes) Vote Here top 250: #131

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Clint Eastwood | .... | William 'Bill' Munny |
| Gene Hackman | .... | Little Bill Daggett |
| Morgan Freeman | .... | Ned Logan |
| Richard Harris | .... | English Bob |
| Jaimz Woolvett | .... | The Schofield Kid |
| Saul Rubinek | .... | W.W. Beauchamp |
| Frances Fisher | .... | Strawberry Alice |
| Anna Levine | .... | Delilah Fitzgerald (as Anna Thomson) |
| David Mucci | .... | Quick Mike |
| Rob Campbell | .... | Davey Bunting |
| Anthony James | .... | Skinny Dubois |
| Tara Frederick | .... | Little Sue (as Tara Dawn Frederick) |
| Beverley Elliott | .... | Silky |
| Liisa Repo-Martell | .... | Faith |
| Josie Smith | .... | Crow Creek Kate |
| (more) | | |

**Also Known As:**
The Cut Whore Killings (USA) (original script title)
The William Munny Killings (USA) (working title)
**Runtime:** 131 min
**Country:** USA
**Language:** English

**Color:** <u>Color</u> *(Technicolor)*
**Sound Mix:** <u>Dolby SR</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:M</u> / <u>Canada:14A</u> / <u>Chile:18</u> / <u>Finland:K-16</u> / <u>Germany:16</u> /
<u>Iceland:16</u> / <u>Israel:PG</u> / <u>Netherlands:12</u> / <u>Norway:15</u> / <u>Singapore:NC-16</u> / <u>Spain:13</u> / <u>UK:15</u> / <u>USA:R</u>

**Trivia:** The train sequences were filmed in Sonora, California, as there remained an operational 19th-century narrow-gauge railway track in the area. <u>(more)</u>

**Goofs:** Factual errors: Munny checks a Schofield revolver by swinging the magazine out the side, as with a many modern revolvers. A Schofield revolver, however, opens forward for reloading. <u>(more)</u>

**Quotes:**
[*first title card*]
**Title card:** She was a comely young woman and not without prospects. Therefore it was heartbreaking to her mother that she would enter into marriage with William Munny, a known thief and murderer, a man of notoriously vicious and intemperate disposition. When she died, it was not at his hands as her mother might have suspected, but of smallpox. That was 1878.
<u>(more)</u>

**Awards:** Won 4 Oscars. Another 26 wins & 15 nominations <u>(more)</u>

# Used Cars (1980)



**Directed by**
Robert Zemeckis

**Writing credits**
Bob Gale
Robert Zemeckis

 **Add to MyMovies**  **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** Estimated Laugh Count: 287 City, 410 Highway. Use these numbers only for comparison. Your actual laughs may vary depending on how you feel about used car salesmen, nude women, spectacular car stunts, and the President of the United States. (more)

**Plot Outline:** When the owner of a struggling used car lot is killed, it's up to the lot's hot-shot salesman to save the property from falling into the hands of the owner's ruthless brother and used-car rival. (more) (view trailer)

**User Comments:** Even the Dog is Funny (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐    **6.5/10** (2,246 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Kurt Russell | .... Rudolph 'Rudy' Russo |
| Jack Warden | .... Roy L. Fuchs/Luke Fuchs |
| Gerrit Graham | .... Jeff |
| Frank McRae | .... Jim, the Mechanic |
| Deborah Harmon | .... Barbara Jane Fuchs |
| Joe Flaherty | .... Sam Slaton (as Joseph P. Flaherty) |
| David L. Lander | .... Freddie Paris |
| Michael McKean | .... Eddie Winslow |
| Michael Talbott | .... Mickey |
| Harry Northup | .... Carmine |
| Alfonso Arau | .... Manuel |
| Al Lewis | .... Judge H. H. Harrison |
| Woodrow Parfrey | .... Mr. Chartner |
| Andrew Duncan | .... Charlie |
| Dub Taylor | .... Tucker |
| (more) | |

**Runtime:** 111 min / USA:113 min

Case 1:97-cv-00408-SJM-SPB     Document 72-21     Filed 07/21/2005     Page 40 of 50

**Country:** <u>USA</u>
**Language:** <u>English</u>
**Color:** <u>Color</u> *(Metrocolor)*
**Sound Mix:** <u>Mono</u>
**Certification:** <u>Norway:15</u> / <u>Spain:13</u> / <u>UK:15</u> / <u>USA:R</u> / <u>West Germany:12</u> / <u>Finland:S</u>

# Wag the Dog (1997)



**Directed by**
Barry Levinson

**Writing credits** (WGA)
Larry Beinhart (book)
Hilary Henkin (screenplay) ...
(more)

**Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Comedy (more)

**Tagline:** A Hollywood producer. A Washington spin-doctor. When they get together, they can make you believe anything. (more)

**Plot Outline:** Before elections, a spin-doctor and a Hollywood producer join efforts to "fabricate" a war in order to cover-up a presidential sex scandal. (more) (view trailer)

**User Comments:** Delicious Satire (more)

**User Rating:** ★★★★★★ 7.0/10 (17,018 votes) (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Dustin Hoffman | .... | Stanley Motss |
| Robert De Niro | .... | Conrad Brean |
| Anne Heche | .... | Winifred Ames |
| Denis Leary | .... | Fad King |
| Willie Nelson | .... | Johnny Dean |
| Andrea Martin | .... | Liz Butsky |
| Kirsten Dunst | .... | Tracy Lime |
| William H. Macy | .... | CIA Agent Charles Young |
| John Michael Higgins | .... | John Levy |
| Suzie Plakson | .... | Grace |
| Woody Harrelson | .... | Sergeant William Schumann |
| Michael Belson | .... | President |
| Suzanne Cryer | .... | Amy Cain |
| Jason Cottle | .... | A.D. |
| David Koechner | .... | Director |
| (more) | | |

**Also Known As:**
Bite the Bullet (USA) (working title)
**MPAA:** Rated R for language.

Wag the Dog (1997)                                                         Page 2 of 2

**Runtime:** 97 min
**Country:** USA
**Language:** English
**Color:** Color *(Technicolor)*
**Sound Mix:** DTS / Dolby Digital / SDDS
**Certification:** Argentina:13 / Belgium:KT / Canada:PG / Chile:14 / Finland:S / France:U / Germany:12
*(bw)* / Mexico:B / Netherlands:12 / Norway:7 / Portugal:M/12 / Spain:T / Sweden:7 / Switzerland:7
*(canton of Geneva)* / Switzerland:7 *(canton of Vaud)* / UK:15 / USA:R / Australia:M

**Trivia: Director Trademark: ['Barry Levinson'** ]Ralph Tabakin (Southern Man) has appeared in every
Levinson picture from Diner (1982) to Liberty Heights (1999). (more)

**Goofs:** Continuity: On the blackboard stating the days until the election, the number 8 is written twice.
(more)

**Quotes:**
**Stanley Motss**: What did television ever do to you?
**Winifred Ames**: It destroyed the electoral process.
(more)

**Awards:** Nominated for 2 Oscars. Another 2 wins & 12 nominations (more)

# Waking Life (2001)



**Directed by**
Richard Linklater

**Writing credits** (WGA)
Richard Linklater (written by)

📀 **Add to MyMovies** | 📷 **Photos** | 🎬 **IMDbPro Professional Details**

**Genre:** Animation / Fantasy / Drama (more)

**Plot Outline:** A man in a dream state encounters many characters who, one by one, talk about their views on the meaning, perception, and reality of human existence. (more) (view trailer)

**User Comments:** very good, creative, expansion of Slackers (more)

**User Rating:** ⭐⭐⭐⭐⭐⭐⭐  **7.6/10** (7,349 votes) 

**Cast overview, first billed only:**

| | |
|---|---|
| Trevor Jack Brooks | .... Young Boy Playing Paper Game (voice) |
| Lorelei Linklater | .... Young Girl Playing Paper Game (voice) |
| Wiley Wiggins | .... Main Character (voice) |
| Glover Gill | .... Accordion Player (voice) |
| Lara Hicks | .... Violin Player (voice) |
| Ames Asbell | .... Violin Player (voice) |
| Leigh Mahoney | .... Viola Player (voice) |
| Sara Nelson | .... Cello Player (voice) |
| Jeanine Attaway | .... Piano Player (voice) |
| Erik Grostic | .... Bass Player (voice) |
| Bill Wise | .... Boat Car Guy (voice) |
| Robert C. Solomon | .... Philosophy Professor (voice) |
| Kim Krizan | .... Herself (voice) |
| Eamonn Healy | .... Shape-Shifting Man (voice) |
| J.C. Shakespeare | .... Self-Burning Man (voice) |
| (more) | |

**MPAA:** Rated R for language and some violent images.
**Runtime:** 99 min / Argentina:100 min / Australia:101 min / Germany:100 min / Spain:101 min
**Country:** USA
**Language:** English
**Color:** Color
**Sound Mix:** Dolby Digital

Waking Life (2001)

**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Canada:14A</u> / <u>Finland:K-7</u> / <u>Germany:12</u> / <u>Portugal:M/12</u> / <u>Spain:13</u> / <u>Sweden:11</u> / <u>UK:15</u> / <u>USA:R</u>

# Wall Street (1987)



**Directed by**
Oliver Stone

**Writing credits**
Stanley Weiser &
Oliver Stone (written by)

📥 **Add to MyMovies**   📷 **Photos**   **IMDbPro Professional Details**

**Genre:** Crime / Drama (more)

**Tagline:** Every dream has a price.

**Plot Outline:** A young and impatient stockbroker is willing to do anything to get to the top, including trading on illegal inside information taken through a ruthless and greedy corporate raider whom takes the youth under his wing. (more) (view trailer)

**User Comments:** Oh That Wild and Crazy 1980s Yuppie Culture. (more)

**User Rating:** ⭐⭐⭐⭐⭐   **7.2**/10 (11,780 votes)   (Vote Here)

**Cast overview, first billed only:**

| | | |
|---|---|---|
| Charlie Sheen | .... | Bud Fox |
| Tamara Tunie | .... | Carolyn |
| Franklin Cover | .... | Dan |
| Chuck Pfeiffer | .... | Chuckie (as Chuck Pfeifer) |
| John C. McGinley | .... | Marvin |
| Hal Holbrook | .... | Lou Mannheim |
| James Karen | .... | Lynch |
| Leslie Lyles | .... | Natalie |
| Michael Douglas | .... | Gordon Gekko |
| Faith Geer | .... | Natalie's Assistant |
| Frank Adonis | .... | Charlie |
| John Capodice | .... | Dominick |
| Martin Sheen | .... | Carl Fox |
| Suzen Murakoshi | .... | Girl in Bed |
| Dani Klein | .... | Receptionist |

(more)

**Runtime:** 125 min
**Country:** USA
**Language:** English

Wall Street (1987)

**Color:** Color *(DeLuxe)*
**Sound Mix:** Dolby
**Certification:** Argentina:13 / Australia:M / Chile:14 / Finland:K-10 / Norway:15 / Singapore:NC-16 / Sweden:7 / UK:15 / USA:R / West Germany:12 / Canada:14A

**Trivia:** Hal Holbrook's fatherly character, Lou, is named for director 'Stone, Oliver' 's real father, Louis Stone, a Wall Street stockbroker who died a year before this film's release. (more)

**Goofs:** Boom mike visible: Reflection visible in the window of Bud's apartment when Gekko is giving a speech to Carl. (more)

**Quotes:** **Bud Fox**: If you step out that door, I'm changing the locks. (more)

**Awards:** Won Oscar. Another 5 wins & 1 nomination (more)

# We Were Soldiers (2002)



**Directed by**
Randall Wallace

**Writing credits** (WGA)
Harold G. Moore (book) and
Joseph L. Galloway (book) ...
(more)

**MOVES** **Add to MyMovies** | **Photos** | **IMDbPro Professional Details**

**Genre:** Action / Drama / History / War (more)

**Tagline:** Fathers, Brothers, Husbands & Sons. (more)

**Plot Outline:** The story of the first major battle of the American phase of the Vietnam War and the soldiers on both sides that fought it. (more) (view trailer)

**User Comments:** Among the best war films in recent memory (more)

**User Rating:** ★★★★★★☆☆☆ **7.1/10** (15,729 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Mel Gibson | .... Lt. Col. Hal Moore |
| Madeleine Stowe | .... Julie Moore |
| Greg Kinnear | .... Maj. Bruce 'Snake' Crandall |
| Sam Elliott | .... Sgt. Maj. Basil Plumley |
| Chris Klein | .... 2nd Lt. Jack Geoghegan |
| Keri Russell | .... Barbara Geoghegan |
| Barry Pepper | .... Joe Galloway |
| Don Duong | .... Lt. Col. Nguyen Huu An |
| Ryan Hurst | .... Sgt. Ernie Savage |
| Robert Bagnell | .... 1st Lt. Charlie Hastings |
| Marc Blucas | .... 2nd Lt. Henry Herrick |
| Josh Daugherty | .... Sp4 Robert Ouellette |
| Jsu Garcia | .... Capt. Tony Nadal |
| Jon Hamm | .... Capt. Matt Dillon |
| Clark Gregg | .... Capt. Tom Metsker |
| (more) | |

**Also Known As:**
We Were Soldiers Once... and Young (USA) (working title)
Wir waren Helden (Germany)
**MPAA:** Rated R for sustained sequences of graphic war violence, and for language.

**Runtime:** 138 min / Argentina:140 min / Germany:126 min (cut) / Spain:143 min
**Country:** <u>USA</u> / <u>Germany</u>
**Language:** <u>English</u> / <u>Vietnamese</u> / <u>French</u>
**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>DTS</u> / <u>Dolby EX 6.1</u> / <u>SDDS</u>
**Certification:** <u>Argentina:16</u> / <u>Australia:MA</u> / <u>Canada:13+</u> *(Quebec)* / <u>Canada:14A</u> *(Alberta)* / <u>Canada:14</u> *(Nova Scotia) (appeal)* / <u>Canada:18A</u> *(British Columbia)* / <u>Canada:18</u> *(Nova Scotia) (original rating)* / <u>Canada:AA</u> *(Ontario)* / <u>Canada:PA</u> *(Manitoba)* / <u>Finland:K-15</u> / <u>France:-12</u> / <u>Germany:18</u> / <u>Hong Kong:IIB</u> / <u>Netherlands:16</u> / <u>New Zealand:R16</u> / <u>Norway:15</u> / <u>Peru:14</u> / <u>Philippines:PG-13</u> / <u>Singapore:PG</u> / <u>South Korea:15</u> / <u>Spain:18</u> / <u>Sweden:15</u> / <u>Switzerland:14</u> *(canton of Geneva)* / <u>Switzerland:14</u> *(canton of Vaud)* / <u>UK:15</u> / <u>USA:R</u>

# Working Girl (1988)



**Directed by**
Mike Nichols



**Writing credits** (WGA)
Kevin Wade (written by)

 **Add to MyMovies**   **IMDbPro Professional Details**

**Genre:** Comedy / Romance / Drama (more)

**Tagline:** For anyone who's ever won. For anyone who's ever lost. And for everyone who's still in there trying.

**Plot Outline:** When a secretary's idea is stolen by her boss, she seizes an opportunity to steal it back by pretending she has her boss's job. (more) (view trailer)

**User Comments:** Cinderella (more)

**User Rating:** ★★★★★★  **6.5/10** (9,216 votes) (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Harrison Ford | .... Jack Trainer |
| Sigourney Weaver | .... Katharine Parker |
| Melanie Griffith | .... Tess McGill |
| Alec Baldwin | .... Mick Dugan |
| Joan Cusack | .... Cyn |
| Philip Bosco | .... Oren Trask |
| Nora Dunn | .... Ginny |
| Oliver Platt | .... Lutz |
| James Lally | .... Turkel |
| Kevin Spacey | .... Bob Speck |
| Robert Easton | .... Armbrister |
| Olympia Dukakis | .... Personnel Director |
| Amy Aquino | .... Alice Baxter |
| Jeffrey Nordling | .... Tim Rourke |
| Elizabeth Whitcraft | .... Doreen DiMucci |
| (more) | |

**Runtime:** 115 min
**Country:** USA
**Language:** English

Working Girl (1988)

**Color:** <u>Color</u> *(DeLuxe)*
**Sound Mix:** <u>Dolby</u>
**Certification:** <u>Argentina:13</u> / <u>Australia:M</u> / <u>Chile:14</u> / <u>Finland:S</u> / <u>France:U</u> / <u>Peru:14</u> / <u>Singapore:NC-16</u> /
<u>Sweden:Btl</u> / <u>UK:15</u> / <u>USA:R</u> / <u>West Germany:12</u>

**Trivia:** When Catherine Parker (<u>Sigourney Weaver</u>) comes back to New York and gets out of the helicopter, she carries a big stuffed-toy gorilla. Weaver played the role of Dian Fossey in <u>Gorillas in the Mist: The Story of Dian Fossey</u> (1988) just a few months before. <u>(more)</u>

**Goofs:** Continuity: Color of Tess' pantyhose as she steps off the bus. <u>(more)</u>

**Quotes:**
**<u>Tess McGill</u>**: You know, maybe I just don't like you.
**<u>Jack Trainer</u>**: Me? Naaah!
<u>(more)</u>

**Awards:** Won Oscar. Another 6 wins & 13 nominations <u>(more)</u>