# The World According to Garp (1982)



**Directed by**
George Roy Hill

**Writing credits**
John Irving (novel)
Steve Tesich

Add to MyMovies    IMDbPro Professional Details

**Genre:** Comedy / Drama / Romance (more)

**Tagline:** Robin Williams is Garp. He's got a funny way of looking at life.

**Plot Summary:** Based on the John Irving novel, this film chronicles the life of T S Garp, and his mother, Jenny. Whilst Garp sees himself as a "serious" writer... (more) (view trailer)

**User Comments:** ABSORBING AND ORIGINAL (more)

**User Rating:** ★★★★★★★   7.1/10 (5,813 votes)  (Vote Here)

**Cast overview, first billed only:**

| | |
|---|---|
| Robin Williams | .... T. S. Garp |
| Mary Beth Hurt | .... Helen Holm |
| Glenn Close | .... Jenny Fields |
| John Lithgow | .... Roberta Muldoon |
| Hume Cronyn | .... Mr. Fields |
| Jessica Tandy | .... Mrs. Fields |
| Swoosie Kurtz | .... The Hooker |
| James McCall | .... Young Garp |
| Peter Michael Goetz | .... John Wolfe |
| George Ede | .... Dean Bodger |
| Mark Soper | .... Michael Milton |
| Nathan Babcock | .... Duncan |
| Ian MacGregor | .... Walt |
| Warren Berlinger | .... Stew Percy |
| Susan Browning | .... Midge Percy |

(more)

**Runtime:** 136 min
**Country:** USA
**Language:** English
**Color:** Color *(Technicolor)*

**Sound Mix:** Dolby
**Certification:** Canada:14A / Canada:G *(Quebec)* / Finland:K-12 / Norway:16 / Sweden:11 / UK:15 / USA:R

**Trivia: Director Cameo:** [George Roy Hill]pilot that crashes into the house (more)

**Quotes:**
[*noticing scantily clad prostitutes*]
**Jenny Fields**: Is that the latest fashion?
**T. S. Garp**: No, Mom, that's the oldest profession.
(more)

**Awards:** Nominated for 2 Oscars. Another 4 wins & 1 nomination (more)

http://www.imdb.com/title/tt0084917/　　　　　　　　　　　　　　　　　　　　　　07/20/2005

# Y tu mamá también (2001)



**Directed by**
Alfonso Cuarón

**Writing credits**
Alfonso Cuarón
Carlos Cuarón

 Add to MyMovies    Photos   IMDbPro Professional Details

**Genre:** Adventure / Drama (more)

**Tagline:** La vida tiene sus maneras de enseñarnos. La vida tiene sus maneras de confundirnos. La vida tiene sus maneras de cambiarnos. La vida tiene sus maneras de asombrarnos. La vida tiene sus maneras de herirnos. La vida tiene sus maneras de curarnos. La vida tiene sus maneras de inspirarnos.

**Plot Outline:** In Mexico, two teenage boys and an attractive older woman embark on a road trip and learn a thing or two about life, friendship, sex, and each other. (more) (view trailer)

**User Comments:** A comment on economics and sexuality (more)

**User Rating:**    **7.8/10** (14,028 votes)  

**Cast overview, first billed only:**

| | |
|---|---|
| Ana López Mercado | .... Ana Morelos |
| Diego Luna | .... Tenoch Iturbide |
| Gael García Bernal | .... Julio Zapata |
| Nathan Grinberg | .... Manuel Huerta |
| Verónica Langer | .... María Eugenia Calles de Huerta |
| María Aura | .... Cecilia Huerta |
| Giselle Audirac | .... Nicole Bazaine |
| Arturo Ríos | .... Esteban Morelos |
| Andrés Almeida | .... Diego 'Saba' Madero |
| Diana Bracho | .... Silvia Allende de Iturbide |
| Emilio Echevarría | .... Miguel Iturbide |
| Marta Aura | .... Enriqueta 'Queta' Allende |
| Maribel Verdú | .... Luisa Cortés |
| Juan Carlos Remolina | .... Alejandro 'Jano' Montes de Oca |
| Liboria Rodríguez | .... Leodegaria 'Leo' Victoria |

(more)

**Also Known As:**
And Your Mother Too (USA)

**MPAA:** Rated R for strong sexual content involving teens, drug use and language.
**Runtime:** 105 min / South Korea:102 min
**Country:** Mexico / USA
**Language:** Spanish
**Color:** Color
**Sound Mix:** Dolby Digital
**Certification:** Argentina:18 / Australia:R / Belgium:KNT / Brazil:18 / Canada:16+ *(Quebec)* / Canada:18A *(Alberta/British Columbia)* / Canada:18 *(Nova Scotia)* / Canada:R *(Manitoba/Ontario)* / Chile:14 *(uncut version)* / Colombia:18 / Denmark:15 / Finland:K-15 / France:-12 / Germany:16 / Hong Kong:III / Hungary:16 / Iceland:16 / Ireland:18 / Italy:VM18 / Japan:R-15 / Mexico:C *(cut)* / Netherlands:12 / New Zealand:R18 / Norway:15 / Peru:14 / Philippines:X / Poland:18 / Portugal:M/16 / Singapore:R(A) *(cut)* / South Korea:18 *(cut)* / Spain:13 / Sweden:15 / Switzerland:16 *(canton of Geneva)* / Switzerland:16 *(canton of Vaud)* / UK:18 / USA:NC-17 *(original rating)* / USA:R *(cut version)* / USA:Unrated *(uncut version)*

**Trivia:** The translation of the tagline is: "Life has its way of teaching us. Life has its way of confusing us. Life has its way of changing us. Life has its way of astonishing us. Life has its way of hurting us. Life has its way of curing us. Life has its way of inspiring us." (more)

**Quotes:**
**Silivia Allende de Iturbide**: Oh, Saba, I didn't know you were here
**Diego 'Saba' Madero**: [*on drugs*] Oh, here and everywhere
(more)

**Awards:** Nominated for Oscar. Another 31 wins & 26 nominations (more)

http://www.imdb.com/title/tt0245574/　　　　07/20/2005