November
11-92

| Date | Movie Title |
|------|-------------|
| 11-2 | God's Must Be Crazy |
| 11-3 | China Lake Murders |
| 11-4 | Casualties of War |
| 11-5 | By dawns Early light |
| 11-6-8 | Deep Cover, King of New York, K2 Perfect |
| 11-9 | Missing |
| 11-10-11 | Doc Hollywood, Grande Tour, Ex-Laden America |
| 11-12 | Uncle Buck |
| 11-13-15 | Egg and Fury, Good Heartha |
| 11-16 | Street Hassen, Tales From the Darkside 4, Tremors |
| 11-17 | Lord of the Flies |
| 11-18 | Life Force |
| 11-19 | Planes Trains and Automobiles |
| 11-20-22 | Cutting Edge, Sister Act |
| 11-23 | City of Joy, Article 97, Dirty Dozen |
| 11-24 | Stage Coach (old) |
| 11-25/26 (Holiday) | Beyond Darkness, ~~End~~ Encino Man, Bloodfist 4 |
| 11-27/29 | Aliens 3, Patriot Games, Fasthway), Shattered |

PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
12

1

December
12-92

Date

| 12-1 | Flight of the Black Angel |
| 12-2 | The Russia House |
| 12-3 | Pale Rider |
| 12/4-6 | Hear My Song ~~~~~~~~~ |
|  | ~~~~~~~~ Nation ~~~~~~~~ |
| 12-7 | Coming to America |
| 12-8 | Chinatown |
| 12-9 | The Doors |
| 12-10 | Scrooged |
| 12/11-13 | Universal Soldier, To Catch A Killer, Cape Fear |
|  | House sitter, Black magic, Killers |
|  | Lady Mobsters, clearcut, Hard knuckles |
| 12-14 | Kinder Garden Cop |
| 12-15 | Full Metal Jacket |
| 12-16 | The Horror |
| 12-17 | Prizzi's Honor |
| 12/18-20 | The Finishing Touch, Crazy in Love, Class Act, |
|  | Lady dragon Prelude to kiss |
| 12-21 | Always |
| 12-22 | Cobra |
| 12-23 | Ghost |
| 12/24,25,26,27 | Boomerang, Kafka, The Innocarcele, Mobsters |
|  | Buffey the Vampire slayer, City slickers, Silence Lamb |
| 12-28 | Harley Davidson and the Marboro Man |
| 12-29 | Black Rain |
| 12-30 | Mermaids |
| 12-31, 1-3-93 | |

NEXT PAGE

2

Jan. 93

| Date | Movie Title |
|---|---|
| 1-1,2,3 | Hitman, Leather Jackets, Beyond Justice, Ruby*, Company Business*, Autonalimb, Prototype X29A |
| 1-4 | Flight of the Intruder |
| 1-5 | JFK (2 tapes) |
| 1- | Silverado |
| 1-7 | A Fish Called Wanda |
| 1-8,9,10 | Poison Ivy*, Bullseye*, Night On Earth, Falling From Grace, Hangin' With the Homeboys |
| 1-11 | Maximum Overdrive - |
| 1-12 | Raging Bull |
| 1-13 | Casual Sex |
| 1-14 | Circle of Iron |
| 1-15,16,17,18 | Noises Off, Colors, Dogfight, Stranger Among Us, Two Moon Junction*, The 'burbs, The Night Stalker |
| 1-19 | One Good Cop |
| 1-20 | Star Trek 3 |
| 1-21 | Splash |
| 1-22,23,24 | Deadlock, Into the Sun, Blood & Concrete, Hit the Dutchman, School Daze |
| 1-25 | Beverly Hills Cop |
| 1-26 | Farewell to the King |
| 1-27 | The Butcher's Wife |
| 1-28 | Mystery Date |
| 1-29,30,31 | GoodFellas, Single White Female*, Hitz, Interceptor, Omen IV |

3

Feb '93

| Date | Movie Title |
|------|-------------|
| Mon. 2/1 | Young Guns |
| 2/2 | The Hunt For Red October |
| 2/3 | Enter the Dragon |
| 2/4 | Thief |
| 2/5, 6, 7 | The Abyss, Mo' Money, State of Grace, Mission of the Shark, Unlawful Entry |
| 2/8 | Outland |
| 2/9 | Crossroads |
| 2/10 | Juice |
| 2/11 | Misery |
| 2/12 - 2/15 | It, Death Becomes Her* Faith, Deadbolt, Terminator II, Drowning By Numbers, The Favor, the Watch & the Very big fish |
| 2/16 | Uncommon Valor |
| 2/17 | Taxi Driver |
| 2/18 | Jungle Fever |
| 2/19 - 2/21 | Raw (Eddie Murphy), Hostage, A League of Their Own, Hostage, Human Shield |
| 2/22 | Honey, I Blew Up The Kid |
| 2/23 | Double Impact * |
| 2/24 | Wise Guys |
| 2/25 | American Me * |
| 2/26 - 2/28 | Sneakers* Rapid Fire, Honeymoon in Vegas*, Twin Peaks: Firewalk With Me, The Bonfire of the Vanities |

4

March '93

| Date | Movie Title |
|------|-------------|
| 3/1 | Young Guns 2 |
| 3/2 | The Breakfast Club |
| 3/3 | American Ninja |
| 3/4 | Patriot Games |
| 3/5 – 3/7 | Cool World, Light Sleeper (sucks), Proof (sucks), Raising Cain, Whispers in the Dark * |
| 3/8 | A Kiss Before Dying |
| 3/9 | Willow |
| 3/10 | |
| 3/11 | Edward Scisserhands |
| 3/12 – 3/14 | BeBe's Kids, Storyville *, The Postman Always Rings Twice, Last of the Mohicans * * * *, Night of the Living … |
| 3/15 | Stone Cold |
| 3/16 | Bev. Hills Cop 2 |
| 3/17 | Sea of Love |
| 3/18 | They Live |
| 3/19 – 3/21 | Candyman, Singles, Deep Cover, the Grifters, Man Trouble |
| 3/22 | Cujo |
| 3/23 | Blazing Saddles |
| 3/24 | Mississippi Burning |
| 3/25 | Flashback |
| 3/26 – 3/28 | Mr. Saturday Night, Jumpin' at the boneyard, Mistress, Firestarter, Gun crazy |
| 3/29 | The Blues Brothers |
| 3/30 | Blue Velvet |
| 3/31 | Boyz-n-the Hood |

5

## April 1993

| Date | Movie Title |
|------|-------------|
| | Caddyshack |
| | Diggstown, Wild Orchid 2, The Player, |
| | Fatal Attraction, Jacob's Ladder |
| | Bonnie and Clyde |
| | Above the Law |
| | Sleeping With the Enemy |
| | True Grit |
| | Gas Food, Lodging (Food), Final Analysis, American Me, |
| | Ricochet, Consenting Adults |
| | Scarface |
| | Full Metal Jacket |
| 4/14 | Butch Cassidy and the Sundance Kid |
| 4/15 | Cape Fear |
| 4/16 - 4/18 | Reservoir Dogs, Consenting Adults, Hero, Passenger 57, The Public Eye |
| 4/19 | The Mechanic |
| 4/20 | In Cold Blood |
| 4/21 | New Jack City |
| 4/22 | Less Than Zero |
| 4/23 - 4/25 | South Central, Reservoir Dogs, Pure Country, |
| | Rapid Secretary II, Innocent Blood |
| 4/26 | Runaway Train |
| 4/27 | Batman Returns |
| 4/28 | White Men Can't Jump |
| 4/29 | Logan's Run |
| 4/30 - 5/2 | Bob Roberts, Sarafina, School Ties, |
| | Night and the City, Love Potion # 9 |

6

May 1993

| Date | Movie Title |
|---|---|
| 5/3 | Predator |
| 5/4 | Up In Smoke |
| 5/5 | Papillion |
| 5/6 | Problem Child |
| 5/7 - 5/9 | The Distinguished Gentleman, Leprechaun, Rambling Intent to Kill, The Pope of Greenwich Village |
| 5/10 | 48 Hours |
| 5/11 | Dirty Harry |
| 5/12 | Mortal Thoughts |
| 5/13 | The Serpent & The Rainbow |
| 5/14 - 5/16 | Dr. Giggles, Shootfighter, 9 1/2 Weeks, Past Midnight, Trespass |
| 5/17 | Animal House |
| 5/18 | The Sword & the Sorceror |
| 5/19 | Gladiator |
| 5/20 | Death Race 2000 |
| 5/21 - 5/23 | A River Runs Through It, Basic Instinct, Hellraiser III, Revenge of the Nerds 3, Glengarry Glen Ross |
| 5/24 | Mo Better Blues |
| 5/25 | The Sting |
| 5/26 | L.A. Story |
| 5/31 | Kickboxer |
| 5/22 - 5/31 | Hoffa, Used People, Henry and June, Talking Dirty After Dark, Frantic, Cat People Reversal of Fortune |

7

June 1993

| Date | Movie Title |
|---|---|
| 6/1 | Rollerball |
| 6/3 | Mo' Money |
| 6/? | Texas Chainsaw Massacre, part II |
| 6/4, 6/6 | The Hard Way, Showdown In Little Tokyo, Toys, Bebe's, Class Act |
| 6/7 | Rush |
| 6/8 | Universal Soldier |
| 6/9 | Thelma & Louise |
| 6/10 | To Live & Die In L.A. |
| 6/11, 6/13 | Mr. Destiny, Where the Day Takes You, Shadow of the Wolf, Forever Young, War of the Roses |
| | The Last of the Mohicans |
| | Apocolypse Now |
| 6/16 | Carnal Knowledge |
| 6/17 | Boomerang |
| 6/18, 6/20 | Q&A, Damage, Internal Affairs, The Lover, Body of Evidence |
| 6/21 | Rapid Fire |
| 6/22 | Total Recall |
| 6/23 | Sleepwalkers |
| 6/24 | Stick |
| 6/25-6/27 | Jennifer 8, Rampage, Best of the Best II, The Rain Man, and Short Time |
| 6/28/93 | Nice Dreams |
| 6/29 | My Cousin Vinny |
| 6/30/93 | No Mans Land |

8

# JULY 1993

| DATE | MOVIE TITLE |
|------|-------------|
| 7-1-93 | SILENCE OF THE LAMBS |
| 7-2 / 7-5 | DRACULA, A FEW GOOD MEN, MATINEE, LOVE CRIMES, JOHNNY S BLACK MOON RISING, AND UNDER SUSPICION |
| 7-6-93 | DANCES WITH WOLVES |
| 7-7-93 | THE ROOKIE |
| 7-8-93 | HOT SHOTS |
| 7-9 / 7-11 | THE CRYING GAME, THE UNFORGIVEN, LEAP OF FAITH, HALEM NIGHTS, AND |
| 7-12-93 | BLAZE |
| 7-13-93 | POINT BREAK |
| 7-14-93 | BLUE VELVET |
| 7-15-93 | THE FIRST POWER |
| 7-16 / 7-18 | BODY GUARD, HOWARDS END, SOUTH CENTRAL, LORENZO'S OIL, AND THE POWER |
| 7-19-93 | THE BABE |
| 7-20-93 | QUIGLEY DOWN UNDER |
| 7-21-93 | BACK DRAFT |
| 7-22-93 | THE MARRYING MAN |
| 7-23 / 7-25 | THE LAWNMOWER MAN 1492, CONQUEST OF PARADISE, AMOS AND ANDREW, NIGHT IN THE CITY, WHISPERS IN THE |
| 7-26-93 | THE LAST BOY SCOUT |
| 7-27-93 | BILLY BATHGATE |
| 7-28-93 | THE HAND THAT ROCKS THE CRADLE |
| 7-29-93 | THUNDERHEART |
| 7-30 / 8-1 | NO WHERE TO RUN HOME ALONE II, NO WHERE TO RUN, ANOTHER 48 HRS, SCENT OF A WOMAN, |

9

# AUGUST 1993

| DATE | MOVIE TITLE |
|------|-------------|
| 8/2 | Iron Eagle III |
| 8/3 | Above The Law |
| 8/4 | Easy Rider |
| 8/5 | Far + Away |
| 8/6 - 8/8 | |
| 8/9 | Body of Evidence |
| 8/10 | Pale Rider |
| 8/11 | Terminator II |
| 8/12 | Tequila Sunrise |
| 8/13 - 8/15 | DREAM DEMONS, FALLING DOWN, BENNY & JOON, THE VANISHING, HEAR NO EVIL |
| 8-16 | CROSSROADS |
| 8 17 | EXORCIST III |
| 8 -18 | LABAMBA |
| 8-19 | PLANES TRAINS & AUTOMOBILES |
| 8-20/8-22 | WARLORDS 3000, RELENTLESS THREE, ZEBRAHEAD, MANDROID, BAD LT. |
| 8-23 | DRAGON SLAYER |
| 8 24 | BASIC INSTINCT |
| 8-25 | JUICE |
| 8-26 | WEEKEND AT BERNIES |
| 8-27/8-29 | |
| 8-30 | BLIND FURY |
| 8-31 | HARD BODIES |

10

# SEPTEMBER 1993

| DATE | MOVIE TITLE |
|---|---|
| 9-9-93 | GREAT BALLS OF FIRE |
| 9-2-93 | 9 ½ WEEKS |
| 9-3/9-6 | ~~NO TITLE~~ TO POINT OF NO RETURN SUPERFLY, ALIVE, LETHAL WEAPON III, THE PRESIDENTS TARGET, THIS |
| 9-7-93 | PASSENGER 57 |
| 9-8-93 | EDDIE AND THE CRUISERS |
| 9-9-93 | NEXT OF KIN |
| 9-10/9312 | BOUNTY TRACKER, CRUSH, CHAPLIN, CB-4, NO WHERE TO M |
| 9-13 | MALCOM X |
| 9-14 | UNDER SIEGE |
| 9-15 | WHORE |
| 9-16 | A FEW DOLLARS MORE |
| 9-17/9-19 | CHILDREN OF CORN II, LOADED WEAPON I, FULL CONTACT, BEBES KIDS, RUNNIN |
| 9-20 | SISTER ACT |
| 9-21 | FIST OF FURY |
| 9-22 | COMMANDO |
| 9-23 | BIG TROUBLE IN LITTLE CHINA |
| 9-24/9-26 | THE LOVER, MOBSTERS, FIRE IN THE SKY, SPARKLE, SUMMERSBY |
| 9-27 | COMING TO AMERICA |
| 9-28 | REPO MAN |
| 9-29 | ONCE UPON A TIME IN AMERICA |
| 9-30 | THE PRINCIPLE |

11

# OCTOBER 1993

| DATE | MOVIE TITLE |
|---|---|
| 10-1 / 10-3 | TALONS OF THE EAGLE, SIDE KICKS, HIT LIST, AMITTY VILLE, NEXT GENERATION, THE ONSITE SEX |
| 10-4-93 | ENTER THE DRAGON |
| 10-5-93 | TRADING PLACES |
| 10-6-93 | WEST WORLD |
| 10-7-93 | BLACKULA |
| 10-8 / 10-10 | IN AMOMENT OF PASSION, HELL RAISER III, LOST BOYS, MOSQUITO |
| | COAST, THE DESPERATE HOURS, KRUSH GROOVE AND STRIPES |
| 10-12-93 | THE WILD BUNCH |
| 10-13-93 | MISSISSIPPI MASALA |
| 10-14-93 | TWINS |
| 10-15 / 10-17 | INDECENT PROPOSAL, CANDYMAN, EXCESSIVE FORCE, DUST DEVIL, AND RAW DEAL |
| 10-18-93 | THE ONION FIELD |
| 10-19-93 | ROAD WARRIOR |
| 10-20-93 | MAN HUNTER |
| 10-21-93 | THE GREAT OUTDOORS |
| 10-22 / 10-24 | DELIRIOUS, FADE TO BLACK, THE FLY III, THREE OF HEARTS, AND BLOWN AWAY |
| 10-25-93 | THE GRIFTERS |
| 10-26-93 | |
| 10-27-93 | HOMBRE |
| 10-28-93 | THE DEADLIST ART |
| 10-29 / 10-31 | BORN YESTERDAY, POSSE, THE DARK HALF, ACCUSED AND KILL ME AGAIN |

12

## NOVEMBER 1993

| DATE | MOVIE TITLE |
|---|---|
| 11/1 | IMPULSE |
| 11/2 | DEAD RINGERS |
| 11/3 | ALIENS |
| 11/4 | TAP |
| 11/5 - 11/7 | WHO'S THE MAN, FIFTY FIFTY, HIGHLANDER, THE GATHERING, WHO'S THE BOSS, & MISTE |
| 11/8 | RAMPAGE |
| 11/9 | EVE OF DISTRUCTION |
| 11/10 - 11/11 | FATAL CHARM, BODY OF EVIDENCE, DREAM DEMON, & CROSSING THE BRIDGE |
| 11/12 - 11/14 | THE KING OF NEW YORK, HERO, SLIVER, AND SWING KIDS |
| 11/15 | JOHNNY HANSOME |
| 11/16 | YOUNG GUNS |
| 11/17 | FRIDAY THE 13TH / FINAL CHAPTER |
| 11/18 | NO MERCY |
| 11/19 - 11/21 | THE PUBLIC EYE, TAINTED BLOOD, CLIFFHANGER, IN AMOMENT OF PASSION, DANGEROUS |
| 11/22 | WILD ORCHID |
| 11/23 | BLOOD SPORT |
| 11/24 | JUMP IN AT THE BONE YARD, CHILDS PLAY, A FAR OFF PLACE, & MAP OF THE HUMAN HEAR |
| 11/25 | |
| 11/26 - 11/28 | LIFEPOD, CAPONE, DO THE RIGHT THING, ARMY OF DARKNESS, & INDECENT BEHAVIO |
| 11/29 | REVENGE |
| 11/30 | IMMORTAL SINS |

13

# DECEMBER 1993

| DATE | TITLE |
|---|---|
| 12/1 | SHAKEDOWN |
| 12/2 | TIGER CLAWS |
| 12/3 - 12/5 | JOEY BREAKER, TURN OF THE SCREW, RISING SUN, MADE IN AMERICA, & BEST OF THE BEST II |
| 12/6 | BAD INFLUENCE |
| 12/7 | NUNS ON THE RUN |
| 12/8 | COMMANDO |
| 12/9 | THE THING |
| 12/10 - 12/12 | BLUE ICE, DRAGON, LOST IN YONKERS, PURE COUNTRY, AND SCAM |
| 12/13 | BREWSTERS MILLIONS |
| 12/14 | POPE OF GREENWICH VILLAGE |
| 12/15 | EMERALD FOREST |
| 12/16 | SILENT RAGE |
| 12/17 - 12/19 | VOYAGE, THE FIRM, SLEEPLESS IN SEATTLE, IMMORTAL SIN, & PRAYING MANTIS |
| 12/20 | WILD AT HEART |
| 12/21 | THE GUARDIAN |
| 12/22 | TWO MOON JUNCTION |
| 12/23 | ~~SECRETS~~ TALES FROM THE CRYPT |
| 12/24 - 12/26 | BLACK RAINBOW, A CRY IN THE DARK, NIGHTBREAKER, THE GUYVER, BARTON FINK, HUSBANDS & LOVERS |
| 12/27 | MARKED FOR DEATH |
| 12/28 | SCHMUCKS |
| 12/29 | HOUSE |
| 12/30 - 12/31 | LIVE FROM DEATH ROW, THE NIGHT WE NEVER MET, THE LOST CAPONE, EQUINOX, DAVE, GUILTY AS SIN, AND AMERICAN GIGOLO |

14

# JANUARY 1994

| DATE | TITLE |
|---|---|
| 1-3-94 | ROBO COP II |
| 1-4-94 | MORTAL THOUGHTS |
| 1-5-94 | UNIVERSAL SOLDIER |
| 1-6-94 | JUNGLE FEVER |
| 1-7 / 1-9 | IVORY HUNTERS, TRUE ROMANCE, ANOTHER WOMANS LIPSTICK, HOT SHOTS II, HO |
| 1-10-94 | BOOMERANG |
| 1-11 | SOUTHERN COMFORT |
| 1-12 | THE KEEP |
| 1-13 | THE SHOOTIST |
| 1-14 / 1-17 | PALE RIDER, HEART AND SOUL HOCUS POCUS, PAIR OF ACES, RAGE AND HONOR II, MENACE II SOCIETY, BULLE |
| 1-18 | BODY GUARD |
| 1-19 | TALKING DIRTY AFTER DARK |
| 1-20 | MO BETTER BLUES |
| 1-21/1-23 | THE CRAWLERS, ROBIN HOOD (MEN IN TIGHTS), TRESPASS, PASSION FISH, & UNTAMED HEA |
| 1-24 | REMO WILLIAMS, ADVENTURE BEGINS |
| 1-25 | MO MONEY |
| 1-26 | MIDNIGHT EXPRESS |
| 1-27 | THIEF OF HEART |
| 1-28/1-30 | DARKMAN, CONEHEADS, LAST ACTION HERO, HUMAN TARGET, JASON G |
| 1-31 | BAD LT. |

15

## FEBUARY 1994

| DATE | TITLE |
|------|-------|
| 2/1 | HOUSE PARTY II / PRESIDIO |
| 2/2 | SLIVER |
| 2/3 | GLEAMING THE |
|  | POETIC JUSTICE |
| 2/4 - 2/6 | TRANCERS 4, ROOKIE OF THE YEAR, HARD TARGET, PUPPET MASTER 4 |
| 2/7 | MITCH MICKERS GUIDE TO THE UNIVERSE |
| 2/8 | MISSISSIPPI MASALA , ALIEN III |
| 2/9 | THE OUTLAW JOSE WALES |
| 2/10 | MALCOM X |
| 2/11 - 2/13 | WEEKEND AT BERNIES II, RUBDOWN, LAUDERDALE, THE REAL MCCOY, THE LINE OF FIRE |
| 2/14 | BRAHM STROKERS , DRACULA |
| 2/15 | NEW JACK CITY / THAT LUCKY TOUCH |
| 2/16 | VIETNAM TEXAS |
| 2/17 | BOYZ - N - THE HOOD |
| 2/18 - 2/21 | THE PROGRAM, MY COUSIN VINNY, BEVERLY HILLS COP II |
|  | IN THE CELD OF THE NIGHT, ONLY THE STRONG, DAY- OF ATONEMENT, |
| 2/22 | MANDELA / FRIDAY THE 13TH NIGHTMARE ON ELM ST. |
| 2/23 | DEEP COVER |
| 2/24 | DIGS TOWN |
| 2/25 - 2/27 | BORN TO RUN, NEEDFUL THINGS, FORTRESS, FOR LOVE OR MONEY, THE MAN WITHOUT A FACE |
| 2/28 | NINJA SQUAD |

16

# MARCH 1994

| DATE | TITLE |
|------|-------|
| 3/1 | BLOOD IN, BLOOD OUT |
| 3/2 | CARRIE |
| 3/3 | DISORDERLIES |
| 3/4 - 3/6 | BENEFIT OF THE DOUT<br>CALENDAR GIRL, THIS THING CALLED LOVE, DEMOLITION MAN, BLOO... |
| 3/7 | J.F.K. |
| 3/8 | INTERNAL AFFAIRS |
| 3/9 | HENERY & JUNE |
| 3/10 | RED SHOE DIARIES |
| 3/11 - 3/13 | SON IN LAW, RED ROCK WEST, STRICKING DISTANCE, THE GOOD SON, B... |
| 3/14 | LOOSE SHOES |
| 3/15 | BUGSY |
| 3/16 | JO JO DANCER |
| 3/17 | MURDEROUS VISION |
| 3/18 - 3/20 | BOPHA, SNEAKERS, LINDA, UNDER COVER BLUES, THE FUCATIVE, |
| 3/21 | HANOI HILTON |
| 3/22 | DREAM SCAPE |
| 3/23 | HELTER SKELTER |
| 3/24 | SECRET ADMIRER |
| 3/25 - 3/27 | LAIR OF THE WHITE WORM<br>FATAL INSTINCT, WHATS LOVE GOT TO DO WITH IT, MR. WONDERFUL, JUDGEMENT NIG... |
| 3/28 | HOUSE PARTY |
| 3/29 | BASIC INFLUENCE |
| 3/30 | RAINMAN |
| 3/31 | BODY CHEMISTRY |

17

# APRIL    1994

| DATE | TITLE |
|---|---|
| 4/1 - 4/3 | MONEY FOR NOTHING, DAZED & CONFUSED, FATHER HOOD, WATCHERS, SHAUN PENTH SQUITO |
| 4/4 | RUNAWAY TRAIN |
| 4/5 | MONKEY SHINES |
| 4/6 | COTTON CLUB |
| 4/7 | MENACE II SOCIETY |
| 4/8 - 4/10 | MR. WONDERFUL, A BRONX TALE, COLD SWEAT, FEARLESS, AND SKEETERS |
| 4/11 | TEQUILA SUNRISE |
| 4/12 | GODFATHER III |
| 4/13 | IN THE COLD OF THE NIGHT |
| 4/14 | BLACK RAIN |
| 4/15 - 4/17 | THE JOY LUCK CLUB, CARLITO'S WAY, BALLAD OF LITTLE JO, MALICE & COOL RUNNINGS |
| 4/18 | THE HEAVENLY KID |
| 4/19 | PUPPET MASTER III |
| 4/20 | DICEMAN ~~CONFETTI~~ RULES |
| 4/21 | 8 MILLION WAYS TO DIE |
| 4/22 - 4/24 | MR. JONES, ARCADE, AUTO EROTICA, THE COVERGIRL MURDERS, MY GIRLFRIENDS BACK |
| 4/25 | NIGHT OF THE LIVING DEAD |
| 4/26 | HENRY AND JUNE |
| 4/27 | FLIGHT OF THE INTRUDER |
| 4/28 | POSSE |
| | ANOTHER STAKEOUT |
| 4/29 - 5/1 | KALIFORNIA, A MINUTE TO PRAY A SECOND TO DIE, FORTRESS, MRS DOUBTFIRE |

18

<u>MAY 1994</u>

| DATE | TITLE |
|------|-------|
| 5/2 | LAST RITES |
| 5/3 | CB-4 |
| 5/4 | BOILING POINT |
| 5/5 | PURE LUCK |
| 5/6 - 5/8 | A PERFECT WORLD, PURPLE RAIN, WILDER NAPA PRESUMED INNOCENT, AND UNBORN II |
| 5/9 | PREDATOR |
| 5/10 | QUEST FOR FIRE |
| 5/11 | DEAD BANG |
| 5/12 | MARATHON MAN |
| 5/13 - 5/15 | THE THREE MUSKETEERS, ADAMS FAMILY VALUES, JACK, MASCURADE, AND BODY HEAT |
| 5/16 | AMAZONS |
| 5/17 | PREDATOR II |
| 5/18 | THE DISTINGUISHED GENTLEMAN |
| 5/19 | THE GOOD, THE BAD, AND THE UGLY |
| 5/20 - 5/22 | A DANGEROUS WOMAN, LOOK WHO'S TALKING N ROBO COP III, BODY HEAT, AND AMERICA ME- |
| 5/23 | STONE COLD |
| 5/24 | HOUSE PARTY |
| 5/25 | NUTS |
| 5/26 | COOL WORLD |
| 5/27 - 5/30 | THE BEVERLY HILLBILLIES, GHOST IN THE MACHINE, SHOWDOWN, AND BORN TO RUN |
| 5/31 | SPARKLE |

19

# JUNE 1994

| DATE | TITLE |
|------|-------|
| 6/1 | AIR AMERICA |
| 6/2 | RESERVOIR DOGS |
| 6/3 - 6/5 | RETURN OF THE LIVING DEAD 3, DAHMER, THE PHILADELPHIA EXPERIMENT, CLUB FED, AND THE PIANO |
| 6/6 | GLORY |
| 6/7 | FX 2 |
| 6/8 | FULL CONTACT |
| 6/9 | DICEMAN COMMETH |
| 6/10 - 6/12 | WAYNE'S WORLD II, THE DARK, DECEPTION, MY LIFE, AND |
| 6/13 | HOWLING VI |
| 6/14 | CRIME OF PASSION |
| 6/15 | RIVER OF DEATH |
| 6/16 | LAST OF THE MOHICANS |
| 6/17 - 6/19 | ACE VENTURA, THE GETAWAY, DANGEROUS GAME, MANS BEST FRIEND, AND THE PELICAN BRIEF |
| 6/20 | RAISING ARIZONA |
| 6/21 | BODY CHEMISTRY II |
| 6/22 | OF MICE AND MEN |
| 6/23 | CRAZY PEOPLE |
| 6/24 - 6/26 | GERONIMO, 6 DEGREES OF SEPARATION, TOMBSTONE, GOOD FELLAS, AND ONE FLEW OVER THE CUCKOOS NEST. |
| 6/27 | DIE HARD |
| 6/28 | YEAR OF THE DRAGON |
| 6/29 | YOUNG GUNS II |
| 6/30 | THE DEER HUNTER |

20

JULY 1994

| DATE | TITLE |
|---|---|
| 5 | THREE OF HEARTS |
| 6 | BEBE'S KIDS |
| 7 | A RAGE IN HARLEM |
| 8 - 10 | GRUMPY OLD MEN, IRON WILL, HOUSE PARTY III, SUGAR HILL, AND JERICHO FEVER |
| 11 | BULLIT |
| 12 | GODFATHER I |
| 13 | GODFATHER II |
| 14 | LAST EXIT TO BROOKLYN |
| 15 - 17 | |
| 18 | MADE IN AMERICA |
| 19 | BLADE RUNNER |
| 20 | WILD ORCHID II |
| 21 | THOMAS CROWN AFFAIR |
| 22 - 24 | INNER SANCTUM, CAR 54, SEARCHING FOR BOBBY F?, DAWN OF THE DEAD, AND ON DEADLY GROUND |
| 25 | JOHNNY TAPT |
| 26 | UNDER SEIGE |
| 27 | THREE IN THE ATTIC |
| 28 | BLOOD IN, BLOOD OUT |
| 29 - 31 | THE HIDDEN 2, THE GREAT OUTDOORS, BY THE SWORD, BLOODLINK, AND |
| 1 - 4 | GUNMAN, IN THE NAME OF THE FATHER, APEX, THE BROOKEN CHAIN, THE AR UP THERE, PHILADEL?, AND DEATHWISH, FACE OF DEATH |

21

# AUGUST 1994

| DATE | TITLE |
|------|-------|
| 8/1 | WHITE SANDS |
| 2 | JAGGED EDGE |
| 3 | 9½ WEEKS |
| 4 | DEAD OF WINTER |
| 5-7 | PSYCHO COP 2, ANGIE, THE CHASE, SHOW BOY, AND "HEAVEN & EARTH" |
| 8 | THELMA & LOUISE |
| 9 | HEAVEN IS A PLAYGROUND |
| 10 | FROM THE HIP |
| 11 | SKI PER |
| 12-14 | BEETHOVEN II, INTERSECTION, THE REF, FAR NORTH SO CLOSE, AND LIGHTNING JACK |
| 15 | POINT OF NO RETURN, & HOUSE OF GAMES |
| 16 | WITHERING HEIGHTS & SOUTHERN COMFORT & THE SHINING |
| 17 | ENTER THE DRAGON |
| 18 | POETIC JUSTICE |
| 19-21 | SHADOW COP, MAJOR LEAGUE II, WHATS EATING GILBERT GRAPE, CYBER NINJA, AND CAGED HEAT 2 |
| 22 | HIT LIST |
| 23 | TRUE ROMANCE |
| 24 | ONCE UPON A TIME IN AMERICA |
| 25 | INDECENT PROPOSAL |
| 26-28 | BLUE CHIPS, LIKE WATER FOR CHOCOLATE, CHROME WARRIOR, NIGHT OF DEMONS II |
| 29 | THE FIRST POWER |
| 30 | THE KILLER |
| 31 | DEEP COVER |

**22**

"SEPTEMBER 1994"

| DATE | TITLE |
|---|---|
| 9/1 | KALIFORNIA |
| 9/2 - 9/5 | 8 SECONDS, GREEDY, HOUSE OF THE SPIRITS, HARD BO... LURKING FEAR, ROYCE, AND TWENTY ONE |
| 9/6 | SOLDIERS STORY |
| 9/7 | TWIN PEAKS, FIRE WALK WITH ME |
| 9/8 | DEAD ON |
| 9/9 - 9/11 | P.C.U., ANGEL 4. UNDERCOVER, I'LL DO ANYTHING, COLD SWEAT, AND THE REAL McCOY |
| 9/12 | WITCHBOARD |
| 9/13 | LORDS OF DISCIPLINE |
| 9/14 | GETAWAY |
| 9/15 | ONE FALSE MOVE |
| 9/16 - 9/18 | AT HOME WITH THE WEBBERS, AGAINST THE WALL, ROMEO IS B... GHOULIES IV, AND MOTHERS BOYS |
| 9/19 | PATRIOTS GAMES |
| 9/20 | SLEEPING WITH THE ENEMY |
| 9/21 | WHERE SLEEPING DOGS LIE |
| 9/22 | THE LOVER |
| 9/23 - 9/25 | EYES OF THE SERPENT, NAKED GUN 33½, THE CROW, THE... CHASERS, AND THE YOUNG AMERICANS |
| 9/26 | PRETTY WOMAN |
| 9/27 | BRONX TALES |
| 9/28 | MENACE TO SOCIETY |
| 9/29 | TWO MOON JUNCTION |
| 9/30 - 10/2 | CYBER TRACKER, SERIAL MOM, URBAN CROSSFIRE, DARK ANGEL, RECKLESS KELLY |

23

# "OCTOBER 1994"

| DATE | TITLE |
|------|-------|
| 10/3 | GRAYSTOKE   THE LEGEND OF TARZAN |
| 10/4 | TOMBSTONE |
| 10/5 | DEATH BECOMES HER |
| 10/6 | THE FUGITIVE |
| 10/7 - 10/10 | DARK ANGEL, THE ASCENT, JURASSIC PARK, URBAN CROSSFIRE, LEPRECHAUN 2, SERIAL MOM, ABOVE THE RIM, SURVIVING THE GAME. |
| 10/11 | CHILDREN OF THE CORN II |
| 10/12 | CARLITOS WAY |
| 10/13 | ABOUT LAST NIGHT |
| 10/14 - 10/16 | THE PAPER, BACKBEAT, THE INKWELL, THE RIVER FLOWS NORTH, AND FANTASM 3. |
| 10/17 | BLUE STEEL |
| 10/18 | MIAMI BLUES |
| 10/19 | MAD DOG & GLORY |
| 10/20 | PHANTASM |
| 10/21 - 10/23 | ARMY OF ONE, CLEAN SLATE, CROOKLYN, SIRENS, AND NO ESCAPE |
| 10/24 | DELICATESSEN |
| 10/25 | THE LEARNING TREE |
| 10/26 | SEA OF LOVE |
| 10/27 | BALTIMORE BULLET |
| 10/28 - 10/30 | CIRCUITRY MAN II, CHINA MOON, GOLDEN GATE, HUDSUCKER, AND JIMMY HOLLYWOOD |
| 10/31 | HALLOWEEN I |

24

"NOVEMBER 1994"

| DATE | TITLE |
|---|---|
| 11/1 | SHINDLER'S LIST (PART 1) |
| 11/2 | SHINDLER'S LIST (PART II) |
| 11/3 | BODY OF EVIDENCE |
| 11/4 - 11/6 | JUNGLE FEVER, THE COWBOY WAY, GUARDING TESS, WALK S AND OUT FOR JUSTICE. |
| 11/7 | THE FIVE HEART BEATS |
| 11/8 | THE CRUSH |
| 11/9 | LETHAL WEAPON III |
| 11/10 | THE PROGRAM |
| 11/11 - 11/13 | THE FLINTSTONES, CITY SLICKERS II, REPLIKATOR, BRAIN SCAN, MATCH, AND BETRAYAL OF THE DOVE |
| 11/14 | CAPE FEAR |
| 11/15 | JUICE |
| 11/16 | WHAT'S LOVE GOT TO DO WITH IT |
| 11/17 | CLIFF HANGER |
| 11/18 - 11/20 | LEATHAL WEAPON III, COPS AND ROBERSONS, SPEED, BEVERLY H. COP III, AND WHEN A MAN LOVES A WOMAN |
| 11/21 | THE FIRM |
| 11/22 | UP IN SMOKE |
| 11/23 | PRIZZI'S HONOR, BITTER MOON, CLIFFORD, WARLOCK ARMAGEDON, & STAR |
| 11/24 - 11/27 | NEON CITY, EXILE AMERICA, WITH HONORS, WATCHERS, GETTING WITH DAD, BIRDS II, |
| 11/28 | ROAD WARRIOR |
| 11/29 | THE PELICAN BRIEF |
| 11/30 | WAR OF THE ROSES |

25

## "DECEMBER 1994"

| DATE | TITLE |
|------|-------|
| 12/1 | TRUE ROMANCE |
| 12/2 - 12/4 | THREESOME, LITTLE BUDDA, SIOUX CITY, WATCHERS III, AND THE HARD TRUTH |
| 12/5 | WITCHS OF EASTWICK |
| 12/6 | ON THE WATER FRONT |
| 12/7 | MEANEST MEN IN THE WEST |
| 12/8 | TALKING DIRTY AFTER DARK |
| 12/9 - 12/11 | ~~THREESOME, LITTLE BUDDA, SIOUX CITY, THE HARD TRUTH, & WATCHERS 3~~ BADS DAY OUT, OBLIVION, BLOWN AWAY, I LOVE TROUBLE, PUNCH HEAD II, |
| 12/12 | THE GOOD SON |
| 12/13 | ENIMIES, A LOVE STORIES |
| 12/14 | JO JO DANCER |
| 12/15 | LADY MOBSTER |
| 12/16 - 12/18 | MAVERICK, THE DAY MY PARENTS RAN AWAY, FORTUNES OF WAR, WIDOWS PEAK & A CAPTIVE IN THE LAND |
| 12/19 | PASSENGER 57 |
| 12/20 | LAST TEMPTATION OF CHRIST |
| 12/21 | BATTLE FOR THE PLANET OF THE APES |
| 12/22 | THE GRIFTERS |
| 12/23 - 12/25 | WYATT EARP, DAZED AGAIN, MAN ON FIRE, STREETS, WIDOWS LAST, NIGHTMARE BEFORE CHRISTMAS ~~...~~ AND THE CLIENT |
| ~~...~~ | |
| 12/27 | RICHARD PRIOR |
| 12/28 | ~~WILD ORCHID~~ THE KEEP |
| 12/29 | ~~FEATHERS~~ HISTORY OF THE WORLD PART I |
| 12/30 - 1/1 | LUSH LIFE, ENDLESS SUMMER II, TOP GUN, THE TORMENTORS, GUN RUNNER, SLIPSTREAM, AND PRISONER OF HONOR |

26

"JANUARY 1995"

| DATE | TITLE |
|---|---|
| 1/2 | HOLIDAY MOVIES |
| 1/3 | ~~DESPERATE HOURS~~ JUICE |
| 1/4 | DESPERATE HOURS |
| 1/5 | TOMBSTONE |
| 1/6 - 1/8 | NORTH, THE DESPERATE TRAIL, AIMINO, DEATH RING, AND 976-EVIL |
| 1/9 | IN THE LINE OF FIRE |
| 1/10 | CITIZEN COHN |
| 1/11 | SLIVER |
| 1/12 | FLESH AND BONE |
| 1/13 - 1/16 | FEAR OF A BLACK HAT, TRUE LIES, DARK SIDE OF GENIUS, AIRHEAD, BRAINSCAN, MILLERS CROSSING, AND RENAISSANCE MAN. |
| 1/17 | STRICTLY BUSINESS |
| 1/18 | CHINESE CONNECTION |
| 1/19 | MILAGRO BEANFIELD WAR |
| 1/20 - 1/22 | NEXT DOOR, THE SHADOW, THE MASK, WOLF, AND SEDUCED BY EVIL |
| 1/23 | SILENCE OF THE LAMS |
| 1/24 | ABOVE THE RIM |
| 1/25 | OUTLAW JOSE WALES |
| 1/26 | CURLY SUE |
| 1/27 - 1/29 | FRESH, MERCOR MAN, GREEN MILE, THE CLUB, TWO RAINS, |
| 1/30 | WILD ORCHID |
| 1/31 | TIMELINE |

27

## "FEBRUARY"

| DATE | TITLE |
|---|---|
| 2/1 | THE LAST BOY SCOUT |
| 2/2 | THE INKWELL |
| 2/3 - 2/5 | LONE JUSTICE, YOU SO CRAZY, PAST TENSE, NEW EDEN, AND IT COULD HAPPEN TO YOU |
| 2/6 | CROOKLYN |
| 2/7 | SUPERFLY |
| 2/8 | HARLEY DAVIDSON & THE MARLBORO MAN |
| 2/9 | LADY SINGS THE BLUES |
| 2/10 - 2/12 | BLANK MAN, KILLING ZOE, CORINA CORINA, COLOR OF NIGHT, CLEAR AND PRESENT DANGER |
| 2/13 | DEEP COVER |
| 2/14 | THE HILLS HAVE EYES |
| 2/15 | CHINA GIRL |
| 2/16 | DREAM TEAM |
| 2/17 - 2/20 | IN THE ARMY NOW, SENSATIONS, NATURAL BORN KILLERS, THE SCOUT, AND STRIKING POINT. |
| 2/21 | SISTER ACT II |
| 2/22 | THE HITCHER |
| 2/23 | MOON 44 |
| 2/24 - 2/26 | POLICE ACADEMY, GUNS OF HONOR, TIME COP, CARNASAUR, & BACK IN ACTION |
| 2/27 | SUGAR HILL |
| 2/28 | COOLY HIGH |

28

# "MARCH" 1995

| DATE | TITLE |
|------|-------|
| 3/1 | THE KILLER |
| 3/2 | ACE VENTURA, PET DETECTIVE |
| 3/3 - 3/5 | |
| 3/6 | |
| 3/7 | TIGER CLAWS |
| 3/8 | THE LONG RIDERS |
| 3/9 | KING OF NEW YORK |
| 3/10 - 3/12 | STRICTLY BUSINESS |

NAKED IN NEW YORK, MY CRAZY LIFE, THE ENEMY WITHIN,
BLUE TIGER, AND WITNESS TO AN EXECUTION

| | |
|------|-------|
| 3/13 | BADDY'S DYING |
| 3/14 | BLUE CHIPS |
| 3/15 | RED ROCK WEST |
| 3/16 | PAT GARRETT AND BILLY KID |
| 3/17 - 3/19 | |

STAR GATE, MILK MONEY, RESCUE ME, RIVER WILD AN
LOVE CHEAT & STEAL

| | |
|------|-------|
| 3/20 | HARD TARGET |
| 3/21 | RUSH |
| 3/22 | PROPHECHY |
| 3/23 | COLOR OF NIGHT |
| 3/24 - 3/26 | |

THE BURNING SEASON, ONLY YOU, JASON'S LYRIC, FRESH, AND
THE PRESENCE

| | |
|------|-------|
| 3/27 | GLORY |
| 3/28 | PUPPET MASTER 4 |
| 3/29 | EDUCATING RITA |
| 3/30 | BACK DRAFT |
| 3/31 - 4/2 | |

SENSATION, THE NEW AGE, THE SPECIALIST, NEW NIGHTMARE,
AND EXIT TO EDEN

29

"APRIL 1995"

| DATE | TITLE |
|------|-------|
| 4/3 | MISERY |
| 4/4 | POINT BREAK |
| 4/5 | DELERIOUS |
| 4/6 | SILVERADO |
| 4/7 - 4/9 | SLEEP WITH ME, LOVE AFFAIR, HELLBOUND, SILENT FALL, AND A SIMPLE TWIST OF FATE |
| 4/10 | THE GETAWAY |
| 4/11 | MO BETTER BLUES |
| 4/12 | FIGHTING BLACK KINGS |
| 4/13 | COLD SWEAT |
| 4/14 - 4/16 | DROP SQUAD, ANGELS IN THE OUTFIELD, SHAWSHANK REDEMPTION, RED SUN RISING, AND MIDNIGHT MURDERS |
| 4/17 | EMERALD FOREST |
| 4/18 | BOOMERANG |
| 4/19 | JENNIFER 8 |
| 4/20 | OUT OF BOUNDS |
| 4/21 - 4/23 | ED WOOD, HARD BOUNTY, DON'T TALK TO STRANGERS, THE COMPANION, AND THE QUIZ SHOW |
| 4/24 | ~~BLOOD OF~~ BLOOD OF HEROS |
| 4/25 | POETIC JUSTICE |
| 4/26 | A PRAYER FOR THE DYING |
| 4/27 | HARD TO KILL |
| 4/28 - 4/30 | |

# "MAY 1995"

| DATE | TITLES |
|---|---|
| 5/1 | BORN IN EAST LA |
| 5/2 | RAIN MAN |
| 5/3 | FATAL ATTRACTION |
| 5/4 | THE EXORCIST |
| 5/5 - 5/7 | TRAPPED IN PARADISE, BALLISTIC, DISCRETION ASSURED, SPY WITHIN, AND FORREST GUMP |
| 5/8 | BOOMERANG |
| 5/9 | PATRIOT GAMES |
| 5/10 | THE LAST OF THE MOHICANS |
| 5/11 | GHOST |
| 5/12 - 5/14 | HIDDEN AGENDA, THE SNAPPER, DRAGON FURY, PLAYM, AND IMAGINARY CRIMES |
| 5/15 | RAW DEAL |
| 5/16 | TWINS |
| 5/17 | DIE HARD |
| 5/18 | THE SUPER |
| 5/19 - 5/21 | FRANKENSTIEN, THE PROFESSIONAL, SPEECHLESS, THE WAR, AN THE SKETCH ARTIST II. |
| 5/22 | PREDATOR |
| 5/22 | FORT APACHE, THE BRONX |
| 5/24 | CITY SLICKERS II |
| 5/25 | SOMMERSBY |
| 5/26 - 5/29 | CURSE OF THE STARLING CLASS, NO MERCY, A LOW DOWN DIRTY SHAME, HIGHLA ROAD TO WELLVILLE, BAD BLOOD, AND DEATH HUNT |
| 5/30 | RED SHOE DIARY |
| 5/31 | CODE OF SILENCE |

## "JUNE 1995"

| DATE | TITLES |
|------|--------|
| 6/1 | SNEAKERS |
| 6/2 - 6/4 | A Vow to Kill, Patomic Moon, Legends of the Fall, The Specialist, Warrior Spirit |
| 6/5 | Passenger 57 |
| 6/6 | Jurassic Park |
| 6/7 | Twins |
| 6/8 | Robin hood |
| 6/9 - 6/11 | Interview with the Vampire, Richie Rich, Junior, Safe Passage, Night of the Running Man |
| 6/12 | Batman Returns |
| 6/13 | Thelma & Louise |
| 6/14 | Bird on a Wire |
| 6/15 | Mans Best Friend |
| 6/16 - 6/18 | BULLETS OVER BROADWAY, LONE JUSTICE, RAPA NUI, DISCLOSURE, AND DROP ZONE |
| 6/19 | WHITE MEN CAN'T JUMP |
| 6/20 | PURE LUCK |
| 6/21 | WHISPERS IN THE DARK |
| 6/22 | RESERVIOR DOGS |
| 6/23 - 6/25 | HEAVENLY CREATURES, DUMB & DUMBER, STREET FIGHTER, TYSON, AND FATHERLAND |
| 6/26 | THE NUTTY PROFESSOR |
| 6/27 | TERMINATOR II |
| 6/28 | A FEW GOOD MEN |
| 6/29 | KINDERGARDEN COP |
| 6/30 - 7/1 | |

32

# "JULY 1995"

| | |
|---|---|
| 7/3 - 7/4 | COOL RUNNINGS, OLEANNA, RED ROCK WEST, DEAD AIR |
| 7/5 | FOREVER YOUNG |
| 7/6 | MENACE II SOCIETY |
| 7/7 - 7/9 | DEATH AND THE MAIDEN, READY TO WEAR, LOVE & A .45, AND HEATSEEKER. |
| 7/10 | ALIENS |
| 7/11 | HOFFA |
| 7/12 | SCENT OF A WOMAN |
| 7/13 | LEAP OF FAITH |
| 7/14 - 7/16 | BAD COMPANY, I.Q., THE F.B.I. MURDERS, LEPRECHAUN AND SENSATION |
| 7/17 | RED HEAT |
| 7/18 | GOOD MORNING VIETNAM |
| 7/19 | GERONIMO |
| 7/20 | DEMOLITION MAN |
| 7/21 - 7/23 | EVOLVER, HOUSEGUEST, STAR TREK-GENERATIONS, READY-WEAR, AND PRIMAL SCREAM. |
| 7/24 | USED PEOPLE |
| 7/25 | FAR AND AWAY |
| 7/26 | DRAGON |
| 7/27 | JASON'S LYRIC |
| 7/28 - 7/30 | BOYS ON THE SIDE, IN THE MOUTH OF MADNESS, THE WALKING DEAD, BEFORE SUNRISE, AND DEMON KNIGHT |
| 7/31 | LEPRECHAUN |

**33**

## "AUGUST 1995"

| | |
|---|---|
| 8/1 | DIGGSTOWN |
| 8/2 | FLYING LEATHER NECKS |
| 8/3 | ACTION JACKSON |
| 8/4 - 8/6 | BYE BYE LOVE, JUST CAUSE, HIGHER LEARNING, SHALLOW GRAVE AND ROCKY HORROR PICTURE SHOW. |
| 8/7 | WINCHESTER '73 |
| 8/8 | POPYE |
| 8/9 | THE BOYS FROM BRAZIL |
| 8/10 | COTTON COMES TO HARLEM |
| 8/11 - 8/13 | BILLY MADISON, DEAD AIR, OUTBREAK, REFLECTIONS, AND SUTURE |
| 8/14 | DAY OF THE JACKYL |
| 8/15 | CHAPLIN |
| 8/16 | DRACULA, LOVE NEVER DIES |
| 8/17 | REALITY BITES |
| 8/18 - 8/20 | TALL TALE, THE QUICK AND THE DEAD, TOP DOG, CIRCUMSTANCES UNKNOWN, AND THE SACKETTS |
| 8/21 | |
| 8/22 | EDDIE MURPHY, SATURDAY NIGHT LIVE |
| 8/23 | EXCALIBUR |
| 8/24 | IRON WILL |
| 8/25 - 8/27 | DIGGSTOWN, CAMILLA, JURASSIC PARK, CIRCLE OF FRIENDS, AND DILLINGER AND CAPONE |
| 8/28 | THE UNFORGIVEN |
| 8/29 | AMOS & ANDREW |
| 8/30 | PREDATOR 2 |
| 8/31 | INTERSECTION |

34

# SEPTEMBER 1995 "

... TO THE DECREASE IN IBF FUNDS
... RECREATION DEPARTMENT WILL SHOW
... ES ON THE WEEK END.

... NIGHTS, ILLEGAL IN BLUE, HIDEAWAY, THE
..., AND THE VANISHING

... S.N, LITTLE GIANTS, NO CONTEST, FURY,
... MAN

... A PERFECT WORLD, MAJOR PAYNE, PULP FI...
... HUNTED.

... HEATH, THE MADNESS OF KING GEORGE, DIE HAR...
... OF THE CORN, AND I LOVE TROUBLE

..., THE JERKY BOYS, NEW JERSE DRIVE,
... THE SKY, AND CHILDS PLAY III

35

# "OCTOBER 1995"

| DATE | TITLES |
|------|--------|
| | DUE TO REDUCED CONTRACT COVERAGE THE RECREATION DEPARTMENT WILL SHOW 2 MOVIES A WEEK ON WEEKENDS. |
| 10/6 - 10/8 | FRENCH KISS & |
| 10/13 - 10/15 | FRIDAY & ROB ROY |
| 10/20 - 22 | NEW YORK COP AND LITTLE ODESSA |
| 10/27 - 10/29 | NO MOVIES SHOWN DUE TO DISTURBANCE |

36

## "NOVEMBER 1995"

| DATE | TITLES |
|------|--------|
| 11/3 - 11/5 | NO MOVIES SHOWN DUE TO DISTURBANCE |
| 11/10 - 11/12 | NO MOVIES SHOWN DUE TO BUDGET AND |
| 11/17 - 11/19 | BAD BOYS<br>JURY DUTY |
| 11/24 - 11/26 | |

| DATE | DECEMBER 1995 |
|------|---------------|
| 12/1 - 12/3 | CRIMSON TIDE , JOHNNY MNEMONIC |
| 12/8 - 12/10 | MY FAMILY , AND SPECIES |
| 12/15 - 12/17 | JUDGE DREDD, AND SECRETS OF ROANINISH |
| 12/22 - 12/24 | DIE HARD; WITH A VENGEANCE , AND FIRST KNIGHT |
| 12/29 - 12/31 | BORN WILD , AND CLUELESS |

37

## "NOVEMBER 1995"

| DATE | TITLES |
|------|--------|
| 11/3 – 11/5 | NO MOVIES SHOWN DUE TO DISTURBANCE |
| 11/10 – 11/12 | NO MOVIES SHOWN DUE TO BUDGET AND C.A. |
| 11/17 – 11/19 | BAD BOYS<br>JURY DUTY |
| 11/24 – 11/26 | |

| DATE | DECEMBER 1995 |
|------|---------------|
| 12/1 – 12/3 | CRIMSON TIDE, JOHNNY MNEMONIC |
| 12/8 – 12/10 | MY FAMILY, AND SPECIES |
| 12/15 – 12/17 | JUDGE DREDD, AND SECRETS OF ROANINISH |
| 12/22 – 12/24 | DIE HARD; WITH A VENGEANCE, AND FIRST KNIGHT |
| 12/29 – 12/31 | BORN WILD, AND CLUELESS |

38

**UNITED STATES GOVERNMENT**
# M E M O R A N D U M
**FCI McKEAN**

**Date:** Janruary 5, 1996

**Reply to**
**Attn. of:** Dennis Flatt, Supervisor Of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for
the weekend of Jan. 5th to Jan. 7th: Mortal Combat, Basketball Diaries

**FRIDAY, JAN 5**

```
 5:00 pm  -----   MORTAL COMBAT
 7:00 pm  -----   BASKETBALL DIARIES
 9:00 pm  -----   MORTAL COMBAT
11:00 pm  -----   BASKETBALL DIARIES
```

**SATURDAY, JAN 6**

```
 8:00 am  -----   MORTAL COMBAT
10:00 am  -----   BASKETBALL DIARIES
12:00 pm  -----   MORTAL COMBAT
 2:00 pm  ----    BASKERBALL DIARIES
 5:00 pm  -----   MORTAL COMBAT
 7:00 pm  -----   BASKETBALL DIARIES
 9:00 pm  -----   MORTAL COMBAT
11:00 pm  -----   BASKETBALL DIARIES
```

**SUNDAY, JAN 7**

```
 8:00 am  -----   MORTAL COMBAT
10:00 am  -----   BASKETBALL DIARIES
12:00 pm  -----   MORTAL COMBAT
```

**TRIVIA;  What was the name of the movie in which**
**Richard Pryor was visually impaired?**

**39**

UNITED STATES GOVERNMENT

# M E M O R A N D U M
FCI McKEAN

**Date:** January 11, 1996

**Reply to**
**Attn. of:** Dennis Flatt, Supervisor Of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of January 12, 1996 to January 13, 1996: The Net and Kiss of Death

**FRIDAY, JANUARY 12**

| | | |
|---|---|---|
| 5:00 pm | ----- | THE NET |
| 7:00 pm | ----- | KISS OF DEATH |
| 9:00 pm | ----- | THE NET |
| 11:00 pm | ----- | KISS OF DEATH |

**SATURDAY, JANUARY 12**

| | | |
|---|---|---|
| 8:00 am | ----- | THE NET |
| 10:00 am | ----- | KISS OF DEATH |
| 12:00 pm | ----- | THE NET |
| 2:00 pm | ----- | KISS OF DEATH |
| 5:00 pm | ----- | THE NET |
| 7:00 pm | ----- | KISS OF DEATH |
| 9:00 pm | ----- | THE NET |
| 11:00 pm | ----- | KISS OF DEATH |

**SUNDAY, JANUARY 13**

| | | |
|---|---|---|
| 8:00 am | ----- | THE NET |
| 10:00 am | ----- | KISS OF DEATH |
| 12:00 pm | ----- | THE NET |

Trivia: Name the fictional town in the original "Jaws" movie.

NO ANSWER

40

UNITED STATES GOVERNMENT

# M E M O R A N D U M
## FCI McKEAN

Date: January 16, 1996

Reply to

Attn. of: Dennis Flatt, Supervisor Of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for the weekend of Jan. 19th to Jan. 21st:  Decoy and Lord Of Illusion.

### FRIDAY, JANUARY 19

| | | |
|---|---|---|
| 5:00 pm | ----- | Decoy - Action |
| 7:00 pm | ----- | Lord Of Illusion - Horror |
| 9:00 pm | ----- | Decoy |
| 11:00 pm | ----- | Lord Of Illusion |

### SATURDAY, JANUARY 20

| | | |
|---|---|---|
| 8:00 am | ----- | Lord Of Illusion |
| 10:00 am | ----- | Decoy |
| 12:00 pm | ----- | Lord Of Illusion |
| 2:00 pm | ----- | Decoy |
| 5:00 pm | ----- | Lord Of Illusion |
| 7:00 pm | ----- | Decoy |
| 9:00 pm | ----- | Lord Of Illusion |
| 11:00 pm | ----- | Decoy |

### SUNDAY, January 21

| | | |
|---|---|---|
| 8:00 am | ----- | Decoy |
| 10:00 am | ----- | Lord Of Illusion |
| 12:00 pm | ----- | Decoy |

TRIVIA:   What does the camera view through in the opening scene of Citizen Kane?

NO ANSWER

41

UNITED STATES GOVERNMENT
# M E M O R A N D U M
### FCI McKEAN

**Date:** January 16, 1996

**Reply to**
**Attn. of:** *TPerry*
Thomas Perry, Recreation Specialist

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of Jan. 26th to Jan. 28th:  Nine Months and Best of The Best 3

**FRIDAY, JANUARY 26**

| | | |
|---|---|---|
| 5:00 pm | ----- | Nine Months |
| 7:00 pm | ----- | Best of The Best 3 |
| 9:00 pm | ----- | Nine Months |
| 11:00 pm | ----- | Best of The Best 3 |

**SATURDAY, JANUARY 27**

| | | |
|---|---|---|
| 8:00 am | ----- | Nine Months |
| 10:00 am | ----- | Best of The Best 3 |
| 12:00 pm | ----- | Nine Months |
| 2:00 pm | ----- | Best of The Best 3 |
| 5:00 pm | ----- | Nine Months |
| 7:00 pm | ----- | Best of The Best 3 |
| 9:00 pm | ----- | Nine Months |
| 11:00 pm | ----- | Best of The Best 3 |

**SUNDAY, JANUARY 28**

| | | |
|---|---|---|
| 8:00 am | ----- | Best of The Best 3 |
| 10:00 am | ----- | Nine Months |
| 12:00 pm | ----- | Best of The Best 3 |

*No Question*

*42*

UNITED STATES GOVERNMENT

# M E M O R A N D U M
### FCI McKEAN

**Date:** February 2, 1996

**Reply to**

**Attn. of:** Dennis Flatt, Supervisor Of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of Feb. 2nd to Feb. 4th:  Waterworld and Last Man Standing

**FRIDAY, FEBRUARY 2**

| | | |
|---|---|---|
| 5:00 pm | ----- | Waterworld - Drama |
| 7:00 pm | ----- | Last Man Standing - Action |
| 9:00 pm | ----- | Waterworld |
| 11:00 pm | ----- | Last Man Standing |

**SATURDAY, FEBRUARY 3**

| | | |
|---|---|---|
| 8:00 am | ----- | Last Man Standing |
| 10:00 am | ----- | Waterworld |
| 12:00 pm | ----- | Last Man Standing |
| 2:00 pm | ----- | Waterworld |
| 5:00 pm | ----- | Last Man Standing |
| 7:00 pm | ----- | Waterworld |
| 9:00 pm | ----- | Last Man Standing |
| 11:00 pm | ----- | Waterworld |

**SUNDAY, FEBRUARY 4**

| | | |
|---|---|---|
| 8:00 am | ----- | Waterworld |
| 10:00 am | ----- | Last Man Standing |
| 12:00 pm | ----- | Waterworld |

**TRIVIA:**  Who were the two actors that played the tourists trapped in the high-tech amusement park in the movie WESTWORLD?

NO ANSWER

**43**

UNITED STATES GOVERNMENT

# M E M O R A N D U M

FCI McKEAN

**Date:** February 2, 1996

**Reply to** *D J Flatt*
**Attn. of:** Dennis Flatt, Supervisor Of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of February 9, 1996 to February 11, 1996: Jade and Desperado.

### FRIDAY, FEBRUARY 9

| | |
|---|---|
| 5:00 pm ----- | Jade |
| 7:00 pm ----- | Desperado |
| 9:00 pm ----- | Jade |
| 11:00 pm ----- | Desperado |

### SATURDAY, FEBRUARY 10

| | |
|---|---|
| 8:00 am ----- | Jade |
| 10:00 am ----- | Desperado |
| 12:00 pm ----- | Jade |
| 2:00 pm ----- | Desperado |
| 5:00 pm ----- | Jade |
| 7:00 pm ----- | Desperado |
| 9:00 pm ----- | Jade |
| 11:00 pm ----- | Desperado |

### SUNDAY, FEBRUARY 11

| | |
|---|---|
| 8:00 am ----- | Desperado |
| 10:00 am ----- | Jade |
| 12:00 pm ----- | Desperado |
| 6:00 pm ---------- | ESPN Sports Plays Reel |

**TRIVIA:** Name the movie in which Richard Pryor is refered to as the piano man.

44

UNITED STATES GOVERNMENT

# M E M O R A N D U M

FCI McKEAN

Date: February 14, 1996

Reply to
Attn. of: John Rimer, Recreation Specialist

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for
the weekend of Feb. 16nd to Feb. 18th:  Under Siege 2; Dark
Territory, and Sandking.

### FRIDAY, FEBRUARY 16

```
 5:00 pm  -----   Under Siege 2, Dark Territory
 7:00 pm  -----   Sandkings (sci-fi)
 9:00 pm  -----   Under Siege 2
11:00 pm  -----   Sandking
```

### SATURDAY, FEBRUARY 17

```
 8:00 am  -----   Sandkings
10:00 am  -----   Under Siege 2
12:00 pm  -----   Sandkings
 2:00 pm  -----   Under Siege 2
 5:00 pm  -----   Sandkings
 7:00 pm  -----   Under Siege 2
 9:00 pm  -----   Sandkings
11:00 pm  -----   Under Siege 2
```

### SUNDAY, FEBRUARY 18

```
 8:00 am  -----   Under Siege 2
10:00 am  -----   Sandkings
12:00 pm  -----   Under Siege 2
```

TRIVIA:  What is the name of the character played by
         Billy Dee Williams in The Empire Strikes Back?

45

UNITED STATES GOVERNMENT

# M E M O R A N D U M
## FCI McKEAN

**Date:** February 23, 1996

**Reply to**
**Attn. of:** Dennis J. Flatt, Supervisor of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of Feb. 23rd to the 25th:

1. To Wong Foo (COMEDY)
2. Dangerous Minds (ACTION)

---

FRIDAY, FEBRUARY 23

   Starting at 5:00pm & playing until lockdown: To Wong Foo

SATURDAY, FEBRUARY 24

   Starting at 8:00am & playing until lockdown: Dangerous Minds

SUNDAY, FEBRUARY 25

   8:00 am  -----  To Wong Foo
   10:00 am  -----  Dangerous Minds
   12:00 pm  -----  To Wong Foo

TRIVIA:   How much money did the cop win in the movie:
          "It Could Happen To You"?

*NO ANSWER*

**46**

C

UNITED STATES GOVERNMENT

# M E M O R A N D U M
### FCI McKEAN

**Date:** February 28, 1996

**Reply to**
**Attn. of:** D.O. Flatt
Dennis J. Flatt, Supervisor of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of March 1st thru March 3rd:

      1. Glass Sheild (action/suspense)
      2. Copy Cat (thriller)

---

**FRIDAY, MARCH 8**

Starting at 5:00pm & playing until lockdown: **COPY CAT**

**SATURDAY, MARCH 9**

Starting at 8:00am & playing until lockdown: **GLASS SHEILD**

**SUNDAY, MARCH 10**

  8:00 am   -----    **COPY CAT**
10:00 am   -----    **GLASS SHEILD**
12:00 pm   -----    **COPY CAT**

**TRIVIA:**    In what suspense/thriller does Cher play a public defender?

BARNES   14031-039
"SUSPECT"

**47**

# M E M O R A N D U M
### U N I T E D   S T A T E S   G O V E R N M E N T
FCI McKEAN, PA

DATE: 3/5/96

REPLT TO *(signature)*
ATTN. OF: D. FLATT, S.O.R.

SUBJECT: WEEKEND MOVIE SCHEDULE

TO: ALL CONCERNED

The Recreation Department will offer the following movies for
the weekend of Mar. 8 to Mar. 10 1996.

**FRIDAY, MARCH 8**

```
 5:00 pm  -----  COPY CAT
 7:00 pm  -----  GLASS SHIELD
 9:00 pm  -----  COPY CAT
11:00 pm  -----  GLASS SHIELD
```

**SATURDAY, MARCH 9**

```
 8:00 am  -----  COPY CAT
10:00 am  -----  GLASS SHIELD
12:00 pm  -----  COPY CAT
 2:00 pm  -----  GLASS SHIELD
 5:00 pm  -----  COPY CAT
 7:00 pm  -----  GLASS SHIELD
 9:00 pm  -----  COPY CAT
11:00 pm  -----  GLASS SHIELD
```

**SUNDAY, MARCH 10**

```
 8:00 am  -----  GLASS SHIELD
10:00 am  -----  COPY CAT
12:00 pm  -----  GLASS SHIELD
```

QUESTION:  In the movie "THE SONS OF KATTIE ELDER" how many
           sons were there ?

*48*

UNITED STATES GOVERNMENT

M E M O R A N D U M

FCI McKEAN

Date: March 14, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for the weekend of March 15th thru March 17th:

      1. Assassins (action)
      2. The Prophecy (suspense/thriller)

---

FRIDAY, MARCH 15

   Starting at 5:00pm & playing until lockdown:  ASSASSINS

SATURDAY, MARCH 16

   Starting at 8:00am & playing until lockdown:  THE PROPHECY

SUNDAY, MARCH 17

   8:00 am  -----   ASSASSINS
   10:00 am  -----   THE PROPHECY
   12:00 pm  -----   ASSASSINS

TRIVIA:   What was the name used by teenage resistance group
          in the movie Red Dawn, and what was it adopted from?

ANSWER;  WOLVERINES, FROM THE FOOTBALL TEAM.

ANSWERED BY GENTILE

49

UNITED STATES GOVERNMENT

# M E M O R A N D U M

FCI McKEAN

**Date:** March 21, 1996

**Reply to**

**Attn. of:** Dennis J. Flatt, Supervisor of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of March 22nd thru March 24th:

1. Clocker (action)
2. Nightscare (horror)

---

**FRIDAY, MARCH 22**

Starting at 5:00pm & playing until lockdown:  **NIGHTSCARE**

**SATURDAY, MARCH 23**

Starting at 8:00am & playing until lockdown: **CLOCKERS**

**SUNDAY, MARCH 17**

| | | |
|---|---|---|
| 8:00 am | ----- | **NIGHTSCARE** |
| 10:00 am | ----- | **CLOCKERS** |
| 12:00 pm | ----- | **NIGHTSCARE** |

TRIVIA:  In the movie Young Frankestein what did the Doctor recieve in trade for his brain?

ANSWER;  The Monsters Manhood.  (tally wacker)

50