UNITED STATES GOVERNMENT

# M E M O R A N D U M
### FCI McKEAN

**Date:** March 27, 1996

**Reply to**
**Attn. of:** Dennis J. Flatt, Supervisor of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of March 29 thru March 31:

1. Bravheart (action)
2. Seven (thriller)

---

**FRIDAY, MARCH 29**

Starting at 5:00pm & playing until lockdown:  **SEVEN**

**SATURDAY, MARCH 30**

Starting at 8:00am & playing until lockdown:  **BRAVEHEART**

**SUNDAY, MARCH 31**

| | | |
|---|---|---|
| 8:00 am | ----- | SEVEN |
| 10:00 am | ----- | BRAVEHEART |
| 12:00 pm | ----- | SEVEN |

**TRIVIA:**  What song does Arnold Schwarzenegger put into the tape player as he assulted the gravel pit in the movie Raw Deal?

**ANSWER;**  Satisfaction

*No Answer*

**51**

UNITED STATES GOVERNMENT
# M E M O R A N D U M
FCI McKEAN

Date: April 5, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for the weekend of April 5 thru April 7:

1. The Usual Suspects  (suspense)
2. Strange Days  (action/thriller)

FRIDAY, APRIL 5

Starting at 5:00pm & playing until lockdown:  **STRANGE DAYS**

SATURDAY, APRIL 6

Starting at 8:00am & playing until lockdown:
                                                **THE USUAL SUSPECTS**

SUNDAY, APRIL 7

8:00 am  -----  STRANGE DAYS
10:00 am  -----  THE USUAL SUSPECTS
12:00 PM  -----  STRANGE DAYS

TRIVIA:  What was the model number of the new and improved Terminator model in the movie TERMINATER 2?

ANSWER;  T 1000

NO ANSWER

52

UNITED STATES GOVERNMENT
# M E M O R A N D U M
FCI McKEAN

**Date:** April 10, 1996

**Reply to**
**Attn. of:** Dennis J. Flatt, Supervisor of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of April 12 thru April 14:

        1. To Die For  (suspense)
        2. Vampire In Brooklyn  (comedy)

---

FRIDAY, APRIL 12

   Starting at 5:00pm & playing until lockdown:  **To Die For**

SATURDAY, APRIL 12

   Starting at 8:00am & playing until lockdown:
                                    **A Vampire In Brooklyn**

SUNDAY, APRIL 13

   8:00 am  -----  To Die For
  10:00 am  -----  A Vampire In Brooklyn
  12:00 PM  -----  To Die For

TRIVIA:  What club slipped from Judge Smaills hands, In the movie Caddy Shack, breaking the table and window in the Club House?

ANSWER;  Putter

53

UNITED STATES GOVERNMENT
## M E M O R A N D U M
FCI McKEAN

Date: April 16, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned


The Recreation Department will offer the following movies for the weekend of April 19 thru April 21:

1. CUTTHROAT ISLAND  (action)
2. DEVIL IN A BLUE DRESS  (drama)

---

FRIDAY, APRIL 19

Starting at 5:00pm & playing until lockdown:
DEVIL IN A BLUE DRESS

SATURDAY, APRIL 20

Starting at 8:00am & playing until lockdown:
CUTTHROAT ISLAND

SUNDAY, APRIL 21

8:00 am   -----   DEVIL IN A BLUE DRESS
10:00 am  -----   CUTTHROAT ISLAND
12:00 PM  -----   DEVIL IN A BLUE DRESS


TRIVIA:  What movie does the following quote come from?

If it doesn't kill you it makes you stronger.


ANSWER:  Conan

54

# MEMORANDUM
## FCI McKEAN

Date: April 23, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for the weekend of April 26 thru April 28:

      1. FALL TIME (action)
      2. WAITING TO EXHALE  (drama)

---

### FRIDAY, APRIL 26

   Starting at 5:00pm & playing until lockdown:
                        **WAITING TO EXHALE**

### SATURDAY, APRIL 27

   Starting at 8:00am & playing until lockdown:
                        **FALL TIME**

### SUNDAY, APRIL 28

  8:00 am  -----   **WAITING TO EXHALE**
 10:00 am  -----   **FALL TIME**
 12:00 PM  -----   **WAITING TO EXHALE**

TRIVIA:  What Schwarzenegger movie opens in hot pursuit
           involving a jeep and a motorcycle?

**55**

UNITED STATES GOVERNMENT

# M E M O R A N D U M

### FCI McKEAN

Date: May 1, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for
the weekend of May 3 thru May 5:

> 1. Never Talk To Strangers
> 2. Money Train

---

**FRIDAY, MAY 3**

   Starting at 5:00pm & playing until lockdown:
                              NEVER TALK TO STRANGERS

**SATURDAY, MAY 4**

   Starting at 8:00am & playing until lockdown:
                              THE MONEY TRAIN

**SUNDAY, MAY 5**

    8:00 am   -----   NEVER TALK TO STRANGERS
   10:00 am   -----   THE MONEY TRAIN
   12:00 PM   -----   NEVER TALK TO STRANGERS

TRIVIA:  ?   In the original Rocky movie how many turtles did
             Rocky have, and what were their names.

ANSWER;  Two- Link and Cuff

56

UNITED STATES GOVERNMENT

# M E M O R A N D U M

FCI McKEAN

**Date:** May 7, 1996

**Reply to**
**Attn. of:** Dennis J. Flatt, Supervisor of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of May 10 thru May 12:

    1. DEAD PRESIDENTS
    2. BODY LANGUAGE

---

### FRIDAY, MAY 10

Starting at 5:00pm & playing until lockdown:
                              DEAD PRESIDENTS

### SATURDAY, MAY 11

Starting at 8:00am & playing until lockdown:
                              BODY LANGUAGE

### SUNDAY, MAY 12

    8:00 am   -----   DEAD PRESIDENTS
    10:00 am  -----   BODY LANGUAGE
    12:00 PM  -----   DEAD PRESIDENTS

TRIVIA:  What was the name of the first movie in which
         Chevy Chase appeared?

ANSWER;  The Groove Tube

NO ANSWER

**57**

UNITED STATES GOVERNMENT
M E M O R A N D U M
FCI McKEAN

Date: May 15, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned


The Recreation Department will offer the following movies for the weekend of May 17 thru May 19:

      1. The American President
      2. Fair Game

---

FRIDAY, MAY 17

    Starting at 5:00pm & playing until lockdown:
                    Fair Game

SATURDAY, MAY 18

    Starting at 8:00am & playing until lockdown:
                    The American President


SUNDAY, MAY 19

   8:00 am  -----   Fair Game
 10:00 am  -----   The American President
 12:00 PM  -----   Fair Game


TRIVIA:  What is the name of the location were the alian space craft reveils itself in the movie Encounters of The Third Kind?


ANSWER;  Devils Towers

**58**

UNITED STATES GOVERNMENT

# M E M O R A N D U M

FCI McKEAN

Date: May 23, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for the weekend of May 24 thru May 26:

1.  Mute Witness
2.  Above Suspicion

---

FRIDAY, MAY 24

Starting at 5:00pm & playing until lockdown:
Mute Witness

SATURDAY, MAY 25

Starting at 8:00am & playing until lockdown:
Above Suspicion

SUNDAY, MAY 26

8:00 am   -----   Mute Witness
10:00 am  -----   Above Suspicion
12:00 PM  -----   Mute Witness

TRIVIA:  What is the name of the character played by Christopher Lloyd in Back To The Future?

WINNER  HOMER  05512-05 2

ANSWER:  Dr. Emmett Brown

59

UNITED STATES GOVERNMENT

# M E M O R A N D U M

FCI McKEAN

Date: May 30, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for the weekend of May 31 thru June 2:

1. Jumanji
2. Natural Causes

---

FRIDAY, MAY 31

   Starting at 5:00pm & playing until lockdown:

Jumanji

SATURDAY, JUNE 1

   Starting at 8:00am & playing until lockdown:

Natural Causes

SUNDAY, JUNE 2

   8:00 am   -----   Jumanji
   10:00 am  -----   Natural Causes
   12:00 PM  -----   Jumanji

TRIVIA:   In what movie is an enduro motorcycle rider transported back in time?

ANSWER:

**60**

UNITED STATES GOVERNMENT

# M E M O R A N D U M

FCI McKEAN

Date: June 5, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for the weekend of June 7 thru June 9:

1.  Powder
2.  Golden Eye

---

FRIDAY, JUNE 7

Starting at 5:00pm & playing until lockdown:
Golden Eye

SATURDAY, JUNE 8

Starting at 8:00am & playing until lockdown:
Powder

SUNDAY, JUNE 9

8:00 am   -----   Golden Eye
10:00 am  -----   Powder
12:00 PM  -----   GoldenEye

TRIVIA:  What model of car do Lawrence and Smith chase in the final scene of Bad Boys ?

ANSWER: Ford Cobra

61

UNITED STATES GOVERNMENT

# M E M O R A N D U M
### FCI McKEAN

Date: June 12, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for
the weekend of June 14 thru June 16:

     1.  Get Shorty
     2.  Nick Of Time

---

### FRIDAY, JUNE 14

Starting at 5:00pm & playing until lockdown:
                    Nick Of Time

### SATURDAY, JUNE 15

Starting at 8:00am & playing until lockdown:
                    Get Shorty

### SUNDAY, JUNE 16

  8:00 am  -----  Nick Of Time
10:00 am  -----  Get Shorty
12:00 PM  -----  Nick Of Time

TRIVIA:  What is the name of the Doctor played by Tim
        Curry in Yhe Rocky Horror Picture Show ?

ANSWER:  Dr. Frank N. Furter.

**62**

UNITED STATES GOVERNMENT

# M E M O R A N D U M
FCI McKEAN

Date: June 12, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for
the weekend of June 21 thru June 23:

1. Heat
2. The Muskeegee Airmen

---

FRIDAY, JUNE 21

Starting at 5:00pm & playing until lockdown:
Heat

SATURDAY, JUNE 22

Starting at 8:00am & playing until lockdown:
The Muskeegee Airmen

SUNDAY, JUNE 23

8:00 am   -----   Heat
10:00 am  -----   The Muskeegee Airmen
12:00 PM  -----   Heat

TRIVIA:  What is the claim to fame of Dr. John Kellogg
in the movie The Road To Wellville ?

ANSWER:  The inventor of Corn Flakes.

Raymond Jones' 3A
26459-004

**63**

UNITED STATES GOVERNMENT

# M E M O R A N D U M
### FCI McKEAN

Date: June 26, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned


The Recreation Department will offer the following movies for
the weekend of June 28 thru June 30:

      1.  Casino
      2.  Sudden Death

---

FRIDAY, JUNE 28

   Starting at 5:00pm & playing until lockdown:
                                 Sudden Death


SATURDAY, JUNE 29

   Starting at 8:00am & playing until lockdown:
                                 Casino


SUNDAY, JUNE 30

   8:00 am  -----  Sudden Death
  10:00 am  -----  Casino
  12:00 PM  -----  Sudden Death


TRIVIA:  In what famous 1979 fact based movie did James
         Wood portray a psychopathic hood?


ANSWER:  The Onion Field

**64**

UNITED STATES GOVERNMENT

# M E M O R A N D U M

FCI McKEAN

**Date:** July 2, 1996

**Reply to**  *Don J. Flatt*
**Attn. of:** Dennis J. Flatt, Supervisor of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of July 5 thru July 7:

    1.  Broken Arrow
    2.  The Crossing Guard

---

### FRIDAY, JULY 5

Starting at 5:00pm & playing until lockdown:
          Broken Arrow

### SATURDAY, JULY 6

Starting at 8:00am & playing until lockdown:
          The Crossing Guard

### SUNDAY, JULY 7

  8:00 am  -----  Broken Arrow
10:00 am  -----  The Crossing Guard
12:00 PM  -----  Broken Arrow

TRIVIA:  Who is Richard Gere's hero in the movie
         Breathless?

ANSWER: The Silver Surfer

**65**

UNITED STATES GOVERNMENT

M E M O R A N D U M

FCI McKEAN

Date: July 12, 1996

Reply to  *Df stat*
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for
the weekend of July 12 thru July 14:

    1.  Leaving Las Vegas
    2.  12 Monkeys

---

FRIDAY, JULY 12

  Starting at 5:00pm & playing until lockdown:
                    Leaving Las Vegas

SATURDAY, JULY 13

  Starting at 8:00am & playing until lockdown:
                12 Monkeys

SUNDAY, JULY 14

  8:00 a.  -----  Leaving Las Vegas
  10:00 am  -----  12 Monkeys
  1:00 PM  -----  Leaving Las Vegas

TRIVIA:  What make and color was the car Micheal J.
        Fox drove in the movie Doc Holiday?

ANSWER:

**66**

UNITED STATES GOVERNMENT

# M E M O R A N D U M
FCI McKEAN

**Date:** July 17, 1996

**Reply to**
**Attn. of:** Dennis J. Flatt, Supervisor of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of July 19 thru July 21:

        1.  Deadman Walking
        2.  Rumble In The Bronx

---

**FRIDAY, JULY 19**
    Starting at 5:00pm & playing until lockdown:
                                    Deadman Walking

**SATURDAY, JULY 20**

    Starting at 8:00am & playing until lockdown:
                                    Rumble In The Bronx

**SUNDAY, JULY 21**

     8:00 am  -----   Deadman Walking
    10:00 am  -----   Rumble In The Bronx
    12:00 PM  -----   Deadman Walking

Trivia;  In what movie can you pick up women, fight, stop bank robberies, and gun fight and win until things went haywire?

67

UNITED STATES GOVERNMENT

# M E M O R A N D U M
### FCI McKEAN

**Date:** July 24, 1996

**Reply to**
**Attn. of:** Dennis J. Flatt, Supervisor of Recreation

**Subject:** Weekend Movie Schedule

**To:** All Concerned

The Recreation Department will offer the following movies for the weekend of July 26 thru July 28:

        1.  Eye For An Eye
        2.  The Addiction

---

**FRIDAY, JULY 26**
    Starting at 5:00pm & playing until lockdown:
                                    The Addiction

**SATURDAY, JULY 27**

    Starting at 8:00am & playing until lockdown:
                                    An Eye For An Eye

**SUNDAY, JULY 28**

    8:00 am   -----   The Addiction
    10:00 am  -----   An Eye For An Eye
    12:00 PM  -----   The Addiction

    TRIVIA:   In the movie "The pink Panther" what was inspector
              Clouseau's butlers name?

    ANSWER:

**68**

UNITED STATES GOVERNMENT

# M E M O R A N D U M

### FCI McKEAN

Date: July 31, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for the weekend of Aug 2 thru Aug 4:

    1.  The Juror
    2.  City Hall

---

FRIDAY, AUG 2
  Starting at 5:00pm & playing until lockdown:
                                                The Juror


SATURDAY, AUG 3

  Starting at 8:00am & playing until lockdown:
                                                City Hall


SUNDAY, AUG 4

   8:00 am   -----    The Juror
  10:00 am   -----    City Hall
  12:00 PM   -----    The Juror


TRIVIA:  Name the Al Pacino movie in which he played a race car
         driver.


ANSWER:  Bobby Deerfield

**69**

UNITED STATES GOVERNMENT

# M E M O R A N D U M

FCI McKEAN

Date: August 8, 1996

Reply to
Attn. of: Dennis J. Flatt, Supervisor of Recreation

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for the weekend of Aug 9 thru Aug 11:

1. **Dead Cold**
2. **Demolition Day**

---

FRIDAY, AUG 2
   Starting at 5:00pm & playing until lockdown:
                                        Dead Cold

SATURDAY, AUG  3

   Starting at 8:00am & playing until lockdown:
                                        **Demolition Day**

SUNDAY, AUG 4

   8:00 am  -----  **Dead Cold**
   10:00 am -----  **Demolition Day**
   12:00 PM -----  **Dead Cold**

TRIVIA:     Name the Michael Douglas movie where he was a judge
            frustrated at the number of low-lifes our judicial
            system lets free on mere technicalities?

ANSWER:  The Star Chamber      Gentile  8/9/96

70

UNITED STATES GOVERNMENT

# M E M O R A N D U M
Federal Correctional Institution
McKean, PA

Date: August 15, 1996

Reply to
Attn. of: Dennis Flatt, S.O.R.

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for
the weekend of August 16 thru August 18;

      1. Wild Bill
      2. Dusk Till Dawn

FRIDAY, AUGUST 16

    Starting at 5:00 pm & playing until lockdown:
               WILD BILL

SATURDAY, AUGUST 17

    Starting at 8:00 am & playing until lockdown:
               DUSK TILL DAWN

SUNDAY, AUGUST 18

    8:00 am ----- WILD BILL
    10:00 am ----- DUSK TILL DAWN
    12:00 pm ----- WILD BILL

TRIVIA: What was the cows name in the movie City Slickers?

71

UNITED STATES GOVERNMENT
# M E M O R A N D U M
Federal Correctional Institution
McKean, PA

Date: August 21, 1996

Reply to
Attn. of: Dennis Flatt, S.O.R.

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for
the weekend of August 23 thru August 25;

        1.  Executive Decision
        2.  Diabolique

---

FRIDAY, AUGUST 23

        Starting at 5:00 pm & playing until lockdown:
                                    Executive Decision

SATURDAY, AUGUST 24

        Starting at 8:00 am & playing until lockdown:
                                    Diabolique

SUNDAY, AUGUST 25

        8:00 am -----  Executive Decision
        10:00 am -----  Diabolique
        12:00 pm -----  Executive Decision

TRIVIA:  In what movie starring Marlon Brando does
         a Kamoto Dragon get loose and terrorize a
         mall?

Answered
Simeone

72

UNITED STATES GOVERNMENT

# M E M O R A N D U M
Federal Correctional Institution
McKean, PA

Date: August 30, 1996

Reply to    09 stt
Attn. of: Dennis Flatt, S.O.R.

Subject: Weekend Movie Schedule

To: All Concerned

The Recreation Department will offer the following movies for
the weekend of August 30 thru September 1;

        1.   Mary Reilly - Sci/Fi
        2.   The Substitute - Action

FRIDAY, AUGUST 30,

        Starting at 5:00 pm & playing until lockdown:
                                        Mary Reilly

SATURDAY, AUGUST 31,

        Starting at 8:00 am & playing until lockdown:
                                        The Substitute

SUNDAY, SEPTEMBER 1

        8:00 am ----- Mary Reilly
        10:00 am ----- The Substitute
        12:00 pm ----- Mary Reilly

    TRIVIA:  What noted character actress portrayed the
             mother of Citizen Kane in the Orson Wells
             classic film?

73

UNITED STATES GOVERNMENT
# M E M O R A N D U M
Federal Correctional Institution
McKean, PA

Date: September 6, 1996

Reply to
Attn. of: Dennis Flatt, S.O.R.

Subject: Weekend Movie Schedule

To: All Concerned


The Recreation Department will offer the following movies for
the weekend of September 6 thru September 8;

      1.  Things To Do In Denver
      2.  Girl 6

---

FRIDAY, SEPTEMBER 6,

    Starting at 5:00 pm & playing until lockdown:
                         **THINGS TO DO IN DENVER**


SATURDAY, SEPTEMBER 7,

    Starting at 8:00 am & playing until lockdown:
                         GIRL 6

SUNDAY, SEPTEMBER 8,

    8:00 am ----- THINGS TO DO IN DENVER
    10:00 am ----- GIRL 6
    12:00 pm ----- THINGS TO IN DENVER


TRIVIA:  What item does Bill Murry use to arouse the
          female MP in the movie Stripes?

          (the scene takes place in the kitchen.)

74