UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD JEWELL, et al, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALEZ, et al, <br><br> Defendants. | C.A.  97-408 Erie <br><br> Judge McLaughlin <br> Magistrate Judge Baxter |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

On the basis of the exhibits attached to plaintiffs' brief in opposition to defendants' motion for summary judgment, the undisputed material facts in the summary judgment record, and the legal arguments contained in the brief (all of which are incorporated herein by reference), the plaintiffs now move for summary judgment.

Dated:  August 1, 2005

/s/ Jere Krakoff
Jere Krakoff
PA ID No. 13701
1705 Allegheny Building
Pittsburgh, PA  15219
(412) 232-0276

*Attorney for Plaintiffs*