**CERTIFICATE OF SERVICE**

  I hereby certify that on August 1, 2005 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties listed below have access to this filing through the Court's System:

Marsha Edney, Esquire<br>
Civil Division<br>
U.S. Department of Justice<br>
901 E Street, NW, Room 938<br>
Washington, DC 20530<br>
marsha.edney@usdoj.gov

              /s/ Jere Krakoff
              Jere Krakoff