UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD JEWELL, et al,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERTO GONZALEZ, et al,<br><br>        Defendants. | C.A. 97-408 Erie<br><br>Judge McLaughlin<br>Magistrate Judge Baxter |

### RESPONSE TO DEFENDANTS' OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The plaintiffs incorporate by reference the brief and evidentiary record submitted in response to defendants' motion for summary judgment and in their cross-motion for summary judgment and, through those documents, reply to the objections interposed by the defendants.

Dated: September 28, 2005

/s/ Jere Krakoff
Jere Krakoff
PA ID No. 13701
1705 Allegheny Building
Pittsburgh, PA 15219
(412) 232-0276

*Attorney for Plaintiffs*