

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Office of the Director*                     *Washington, DC 20534*

**August 27, 1996**

MEMORANDUM FOR ALL REGIONAL DIRECTORS
                      ALL WARDENS

FROM:            Kathleen M. Hawk, Director
                       Federal Bureau of Prisons

SUBJECT:     Zimmer Amendment Questions-and-Answers

On November 15, 1995, I sent you a memorandum to outline an advance plan to implement the Zimmer Amendment. I appreciate your efforts in ensuring we follow the provisions and intent of this law. In order to encourage consistency in how we operate recreation programs within the provisions of the Zimmer Amendment, I am sending you the attached questions-and-answers. The questions were compiled from regional education administrators and field recreation staff. I hope this additional clarification will answer any questions or issues you may be facing in the institution.

Thank you for the frank but sensitive way you have communicated to your staff and the inmates regarding the Zimmer Amendment. If you have any additional questions, please contact Darlene A. Veltri, Education Administrator, at (202) 508-3916.

Attachment

SUPERVISOR OF RECREATION
MCKEAN FCI
Federal Correctional Institution
McKean, PO Box 5000
Route 59, Big Shanty Road
Bradford, PA 16701

PLAINTIFF'S
EXHIBIT

## Questions and Concerns
## Regarding the Implementation of the Zimmer Amendment

### A. Viewing of R, X, or NC-17 Rated Movies

1. Is it acceptable to "block out" R, X, or NC-17 rated movies on premium movie channels, e.g., HBO, Showtime or Cinemax? How is this done?

   **Yes, it is acceptable to "block out" the movies if the institution can ensure that these prohibited movies will not be shown accidentally. Depending on the sophistication of their equipment, some cable companies have the capability to block out movies. Smaller cable companies may not have this capability. If movies cannot be blocked at the cable company level, it may take too much staff time to block them at the institution level and it may allow for errors to occur.**

2. May R and NC-17 rated movies edited for profanity, sex, violence be shown, e.g., edited movies similar to those shown on airlines?

   **Institutions should not be contracting for these services at this time. The Central Office Education Branch is currently researching many issues relating to this idea, e.g., cost, revised rating, public perception, to be in compliance with intent of the Zimmer Amendment. Additional information will be forthcoming.**

3. Will trust funds be available for edited movie rentals?

   **The current trust fund manual allows for trust funds to be used to purchase a single premium cable television movie channel or a video license and video rentals. If edited movie rentals are endorsed (see question 2), trust funds would be the funding source.**

4. May we use two vendors for video agreements, but use only one at a time, i.e., use one vendor for six months and another vendor for the other six months to increase the number of movies to select from?

   **Yes, an institution may contract with one vendor for six months and a different vendor during the next months, e.g., a contract with Swank from October to March and Films Incorporated from April to September. An institution should not have more than one contract at the same time.**

1

5.  Basic cable and/or prime time public television often show R-rated movies. How do we handle this type of situation?

    **Movies shown on regular network stations are acceptable for inmate viewing.**

6.  Many Spanish movies are not rated. Should we show them?

    **The Central Office Education Branch is trying to determine the best method for evaluating if unrated Spanish videos are acceptable for inmate viewing.**

7.  What are the costs for renting edited versions of first-run movies?

    **Costs depend on the vendor, the type of movie requested, if the contract is negotiated on a local or national level. Films Incorporated has estimated rental costs for an edited movie at $45 for institutions having a video agreement.**

8.  Should we show unrated movies? Many older films are not rated.

    **Although these older films do not have ratings, the movie industry had stricter and more conservative standards. Common sense should be used, but most movies of this type are acceptable.**

9.  What constitutes basic cable service? Cable services are available at different pricing packages. Is it acceptable to pay for ESPN, MTV, etc., which require funds in addition to basic cable? If yes, should trust fund or S&E funds be used?

    **S&E funds should be used for acquiring basic cable services. Trust funds should be used for any additional cable services such as ESPN, MTV, Black Entertainment Television (BET), etc. Because trust fund profits may vary from year to year, institution staff must be careful not to create the expectation to the inmate population that extra cable services will always be provided. The Trust Fund Branch will issue a change notice to Program Statement, 4500.04, Trust Fund/Warehouse/Laundry Manual, Chapter 4504, Page 2, to modify the current policy language to allow trust fund profits to be used for other cable services. The institution will still be limited to one premium movie channel if the institution does not purchase a video license and rentals.**

2

10. **Some institutions get Univision (Spanish channel) as part of their basic cable. Other institutions have to pay extra in order to receive this service. Is it acceptable to pay for this service with trust funds or S&E funds?**

   **Univision, a Spanish channel, should be paid for with trust funds, if it is not included in the basic cable fee.**

11. Next year, may trust fund monies be utilized to purchase a public performance license and movie/video rentals? If yes, will trust fund monies be increased to offset the loss of inmate organization monies?

   **Yes, public performance licenses and movie/video rentals may be purchased with trust fund monies.**

   **Trust funds will be distributed to regional offices for distribution based on a formula of $2,500.00 x the number of institutions. Institutions may use their allotment for one premium movie channel or a video agreement/video rentals. If costs for one of the two exceed their allotment, they may use the additional trust fund profit sharing monies which will be distributed in January and may be used to cover the remaining costs for the rest of its fiscal year.**

12. If trust fund monies and/or inmate organization monies are currently funding a public performance license, are R-rated movies no longer permitted?

   **No R, X, NC-17 rated movies will be shown after September 30, 1996 regardless of funding source.**

13. If trust fund monies and/or inmate organization monies are currently funding a contract for a premium movie channel, which shows R-rated movies, may the contract continue through expiration?

   **Regardless of when the contract ends, institutions must ensure that no R, X, NC-17 movies are shown after September 30, 1996.**

14. May we use trust funds for pay-for-view sporting events?

   **Yes, trust funds may be used for pay-for-view sporting events.**

3

15. Is there an acceptable amount per year for pay-for-view sporting events?

    **Common sense and market prices should determine the amount to be used for pay-for-view sporting events.**

16. Our institution has a video library that the inmates utilize in the leisure center on individual video monitors and some of the movies in the library are R-rated. Commencing in Fiscal Year 1997, will these R-rated movies have to be removed from the library?

    **Yes, they must be removed.**

17. When inmate organizations were able to raise funds, profits were used to purchase videos. If we retain an appropriate public performance license, can the videos, which include R-rated movies, be donated to the institution and viewed by the population?

    **No, R-rated movies cannot be donated to the institution for viewing by the inmate population.**

18. How do we educate all departments in the institution about R-rated movies, movie copyright issues, and Zimmer in general?

    **Efforts should be made by the local institution management to familiarize all staff with these matters. Information on these subjects have been made available to institutions and should be used to train staff.**

4

**B.** **Instruction or Training for Boxing, Wrestling, Judo, Karate or Other Martial Arts or any Body Building or Weightlifting Equipment**

1. What items are allowed in replacing weightlifting equipment and are there any cost restrictions?

   a. Chin up bar

      **No. (Upper body conditioning)**

   b. Lift bar (lat pull bar)

      **No. (Upper body conditioning)**

   c. Partner facilitated resistant (isometric exercises)

      **No. (Even though this does not involve equipment, it does enhance upper body strength.)**

   d. Big thick rubber bands or bull workers

      **No. (Upper body conditioning)**

   e. Push up bar

      **No. (Upper body conditioning)**

   f. Trail fitness stations or Par fit courses

      **Yes. (Stations must not include equipment for upper body conditioning.)**

   g. Roman chair

      **Yes. (Works stomach muscles)**

   h. Health rider, exercise rider or equivalent

      **Yes.**

   i. Stair climber

      **Yes.**

   j. Rowers

      **Yes.**

k.   Exercise bicycles

**Yes.**

l.   Heavy bags/speed bags

**No. (Boxing related activity)**

m.   Ergo equipment

**No.**

n.   Exercise wheel or ab cruncher

**Yes.**

2.   How can we be supportive of "wellness" if all upper body development is prohibited?

**We will try to be as supportive of as many health promotion and disease prevention activities as possible without violating the intent of Zimmer.**

3.   How can the development of exercise prescriptions under the Health Promotion and Disease Prevention program statement be met under Zimmer?   (Policy conflict)

**See the answer to question 2.**

4.   a.   May cables be replaced on otherwise operational (and sometimes costly) weightlifting and related exercise equipment?

**No.**

b.   May we replace cables on weight machines for safety reasons?

**No.**

c.   May bushings to weight equipment be purchased and replaced?

**No.**

d.   May stock cable be used for repairs?

**No.**

6

5.    May protective covers for weight training machines be installed if it is identified as a safety concern?

Yes.

6.    a.    May weight benches be tacked (spot welded)?

No, minor repairs to weight benches are allowable provided the nature of the repair has been approved by the Safety Manager.

b.    May weight benches be recovered?

Yes.

7.    What is your definition of in-house repairs for weightlifting equipment?

Repairs to weightlifting equipment, regardless of how minimal are not allowed.  In-house minor repairs may be made to weightlifting benches, mats and weightlifting belts provided that the expenses are minimal and the repairs are performed only so as to ensure that the use of existing equipment is conducted in a manner which is safe and prevents injury.

8.    May replacement parts purchased prior to Fiscal Year 1996 be used to repair weightlifting equipment?

No, replacement parts purchased prior to Fiscal Year 1996 would still require the use of staff salaries for replacement and installation of parts; therefore, parts should be returned for credit or refund.

9.    If equipment cannot be repaired, what should the institution do with the otherwise usable equipment?

Institutions should follow property management procedures with property declared as excess.  The Central Office Education Branch will research if equipment requiring minor repairs may be donated to nonprofit organizations.

10.    a.    May exercise equipment with basic electronic displays (e.g., those that display calories burned, distance, time) be purchased?

Yes.

b.    Although equipment with more sophisticated computer components may not be used, may the equipment be used if the components are removed?

Yes.



c.   What other specific enhancements are allowed or
     disallowed?

     **Basic guidance was provided in the November 15,
     1995, Guidelines for Implementation of the Zimmer
     Amendment memorandum from Director Hawk.
     Institution staff should use good judgement in
     these matters.**

11.  Will traditionally held weightlifting competitions,
     such as the Northeast powerlifting competition, be
     allowed?

     **No.**

12.  May inmates buy weight belts?

     **Yes.**

13.  Will there be a consistent bureau-wide removal of
     weight equipment?

     **Not at this time.  Most institutions will slowly phase
     out weight equipment when it becomes inoperable.**

14.  Will there be any special funding available for
     alternative equipment?

     **Not at the present time.  Most institutions will use
     money formerly spent on weightlifting equipment.
     Institutions may use Trust Fund or ITS money.**

15.  a.   If inmates are breaking free weights and equipment
          at a steady rate, does an institution have the
          local discretion to remove the equipment and
          provide a replacement?

          **Inoperable equipment should be removed and
          replaced with alternate equipment.  Generally
          institutions should not remove equipment in good
          condition unless there are special circumstances,
          e.g., disturbance or incident where the equipment
          was used as a weapon.**

     b.   Are pool tables considered an appropriate
          replacement?

          **Yes, unless pool tables were removed after an
          incident where the pool cues were used as weapons.**

16.  If our equipment has already been removed and placed in
     rented storage, what established procedures are there

to donate the resources to the community?

**See the answer to question 9.**

17.  a.   Weight areas occupied a large number of inmates.
         To occupy equivalent numbers, may we return to the
         use of outside entertainment (competitions with
         community based teams, musical entertainment,
         etc.)?

         **Yes, if these activities will not pose a security
         issue or create public perception problems because
         of the costs or publicity involved.**

     b.   May we obligate funds to these efforts?

         **Yes.**

18.  How should we handle inmates who fabricate equipment to
     perform exercises?

     **If there is destruction of government property, an
     incident report should be written.**

19.  Often, basic cable (ESPN) and public television have
     programs which provide instruction in weightlifting
     and upper body development.  Are such programs
     considered restricted?  Should we limit inmate access
     to such programs?

     **It would be difficult to restrict such shows.  To try
     to restrict such programs is going beyond the intent of
     Zimmer.**

## C.  Electronic and Electric Instruments

1.  May inmates use their own money to buy electric or
    electronic instruments as personal property?

    **No.**

2.  a.  May recreation staff purchase or repair
        microphones and amplifiers?

        **Yes.**

    b.  May repairs be made to PA systems?

        **Yes.**

3.  Are electronic instruments limited to keyboards,
    electric guitars, etc., or do they include amplifiers,
    speakers, microphones, patch cords, tape players and
    record players?

    **Electronic and electric musical instruments are
    keyboards, electric guitars and any other electric
    instrument that produces music.**

    **Speakers, microphones, tape players and record players
    are not considered electric musical instruments and
    they may be repaired and purchased.**

4.  May recreation staff purchase acoustic guitars,
    percussion instruments, etc.?

    **Yes.**

5.  a.  May recreation staff purchase guitar strings for
        electric guitars?

        **No.**

    b.  May recreation use guitar strings that were
        already on hand prior to Fiscal Year 1996?

        **No.**

6.  May inmates purchase their own guitar strings?

    **Inmates may not purchase guitar strings for the
    institution's electric guitars.  If inmates have
    electric guitars as part of their personal property,
    they may purchase guitar strings, provided this meets
    policy requirements of the Program Statement on Inmate
    Personal Property and the Institutional Supplement.**

7.   When do we get rid of the electrical guitars?  When the body breaks or when the strings breaks?

**The guitar should be removed whenever the body or the guitar strings break.**

8.   What do we do with musical instruments that cannot be repaired (with appropriated funds)?

**The religious services departments are allowed to use electric musical instruments for their programs.  It is allowable to give the instruments to the religious services department.**

**We will research the possibility of donating musical instruments to nonprofit organizations; otherwise, staff should follow property management procedures for disposal of excess property.**

9.   Is it acceptable to purchase woodwinds and supplies (reeds, etc.)?

**Yes.**

10.  With the implementation of the Zimmer Amendment, do all musical instruments (electrical and nonelectrical) need to be eliminated?

**The Zimmer Amendment only applies to the use of appropriated funds for electric and electronic musical instruments.  Acoustic guitars, drums, horns, etc., are acceptable to purchase and maintain in the institution.**

11.  Are karaoke machines considered electrical musical instruments?

**Institutions should use or purchase basic karaoke machines without expensive visual components.**

12.  When does the new program statement on Inmate Personal Property require inmates to mail home their musical instruments?

**November 1, 1997, unless an institution implements Program Statement 5580.04 prior to November 1, 1997, and then at the date of implementation.**

11

## Recreation Amenity Issues

**A.    Recreation Activities and Equipment**

    1.    What are considered amenities?

        a.    All purpose courts?

            **No.**

        b.    Fly fish lure tieing in hobby craft?

            **No.**

        c.    Ice skating?

            **No.**

        d.    Pool tables and horseshoes?

            **No.**

        e.    Karaoke singing machines?

            **No.**

        f.    Outside entertainment?

            **No, but cost and potential for unfavorable publicity, public reaction or security concerns should be a consideration.**

**B.    Size of televisions**

    1.    What should the size of televisions be?

    **They should be less than 30".**

12



**U.S. Department of Justice**

**Federal Bureau of Prisons** ᴿᴰᴱᴺ'S OFFICE
FCI, MCKEAN, PA

1996 OCT -2  AM 10: 47

SUPERVISOR OF RECREATION                  *Washington, DC 20534*
MCKEAN FCI
Federal Correctional Institution          **September 23, 1996**
McKean, PO Box 5000
Route 59, Big Shanty Road
Bradford, PA              16701 0950

MEMORANDUM FOR ALL REGIONAL DIRECTORS
              ALL WARDENS

FROM:           Steve Schwalb, Assistant Director
                Industries, Vocational Training and Education

SUBJECT:        Follow-up to Zimmer Amendment Questions-and-Answers


On August 17, 1996, the Director sent you a memorandum with
attached question-and answers pertaining to the Zimmer Amendment.
There were some questions that required additional research. This
memorandum is intended to provide the responses to these
questions.

1.   May R and NC-17 rated movies edited for profanity, sex,
     violence be shown, e.g.; edited movies similar to those
     shown on airlines?

     Yes, institutions may show edited movies.  Some companies
     such as Swank Motion Pictures, Inc. and Films Incorporated
     have popular video titles available in special "edited"
     versions created especially for airline or television
     showings.  The edited versions have had profanity, graphic
     violence and nudity edited out so that the films are
     appropriate for general audience viewing.  Not all edited
     movies may be appropriate for the correctional setting; each
     institution must use caution in selecting movies as they
     have always done in the past.

     Care must be used at the institutional level in planning for
     movie entertainment.  Costs for edited movies vary from
     company to company, from title to title, and with the type
     of video agreement the institution elects to use.  With
     careful planning costs associated with using some edited
     movies to supplement the G and PG-13 movies may be very
     comparable or even less than what was spent in movie
     entertainment in previous years.

PLAINTIFF'S
EXHIBIT

2.    Many Spanish movies are not rated.  Should we show them?

Spanish movies that are not rated may be shown if they do
not include profanity, graphic violence and nudity.  Some
companies such as Swank Motion Pictures, Inc. and Films Inc.
have rated and edited movies available in a Spanish version.
Unrated movies must be screened by a staff member to ensure
that it is in compliance with the Zimmer Amendment.

3.    May recreation equipment requiring minor repairs be donated
to nonprofit organizations?

No, recreation equipment that is operational or in need of
minor repairs cannot be donated directly to nonprofit
organizations.  Institutions must follow property management
procedures with property declared as excess.

If you have additional questions or concerns regarding the Zimmer
Amendment, please call Darlene A. Veltri, Education
Administrator, at (202) 508-3916.

November
11-92

| Date | Movie Title |
|------|-------------|
| 11-2 | God's Must Be Crazy |
| 11-3 | China Lake Murders |
| 11-4 | Casualties of War |
| 11-5 | By dawns Early light |
| 11-6-8 | Deep Cover, King of New York, K2 Perfec |
| 11-9 | Moving |
| 11-10-11 | Doc Holliwood, Grande Tour, Exiled in America |
| 11-12 | Uncle Buck |
| 11-13-15 | Fear and Fury, Dead Certain, |
|  | Sweet Poison, Tales From the Darkside 4 |
| 11-16 | Tremors |
| -17 | Lord of the Flies |
| 11-18 | Life Force |
| 11-19 | Planes Trains and Automobiles |
| 11/20-22 | Cutting Edge, Sister Act |
|  | City of Joy, Article 97 |
| 11-23 | Dirty Dozen |
| 11-24 | Stage Coach (old) |
| 11-25/26 | Beyond Darkness, Encino man |
| (Holiday) | BloodFist 4 |
| 11-27/29 | Aliens 3, Patriot Games, Fastliway, Shattered |

PLAINTIFF'S
EXHIBIT
16

December
12-92

Date

| | |
|---|---|
| 12-1 | Flight of the Black Angel |
| 12-2 | The Russia House |
| 12-3 | Pale Rider |
| 12/4-6 | Hear My Song, |
| | In the Name of the Nation, |
| 12-7 | Comming to America |
| 12-8 | Chinatown |
| 12-9 | The Doors |
| 12-10 | Scrooged |
| 12/11-13 | Universal Soldier, To catch a killer, Cape Fear |
| | House sitter, Black magic, killers |
| | Lady mobsters, clearcut, Hard knuckles |
| 12-14 | Kinder Garden Cop |
| 12-15 | Full Metal Jacket |
| 12-16 | The Horror |
| 12-17 | Prizzi's Honor |
| 12/18-20 | The Finishing Touch, Crazy in Love, Class Act, |
| | Lady dragon Prelude to a kiss |
| 12-21 | Always |
| 12-22 | Cobra |
| 12-23 | Ghost |
| 12/24,25,26,27 | Boomerang, Kafka, The Innercircle, Mobsters, |
| | Buffey the Vampire slayer, City slickers, Silence of |
| 12-28 | Harley Davidson and the Marboro Man |
| 12-29 | Black Rain |
| 12-30 | Mermaids |
| 12-31 1-3-93 | |

NEXT PAGE

| Date | Movie Title |
|---|---|
| 1-1,2,3 | Hitman, Leather Jackets, Beyond Justice, Ruby* Company Business*, Automatic, Prototype x29A |
| 1-4 | Flight of the Intruder |
| 1-5 | JFK (2 tapes) |
| 1-6 | Silverado |
| 1-7 | A Fish Called Wanda |
| 1-8,9,10 | Poison Ivy, Bullseye, Night On Earth, Falling From Grace, Hangin' With the Homeboys |
| 1-11 | MAXIMUM OVERDRIVE - |
| 1-12 | RAGING BULL |
| 1-13 | Casual Sex |
| 1-14 | Circle of Iron |
| 1-15,16,17,18 | Noises Off, Colors, Dogfight, Stranger Among Us, Two Moon Junction*, The 'burbs, The Night Stalker |
| 1-19 | One Good Cop |
| 1-20 | Star Trek 3 |
| 1-21 | Splash |
| 1-22,23,24 | Deadlock, Into the Sun, Blood & Concrete, Hit the Dutchman, School Daze |
| 1-25 | Beverly Hills Cop |
| 1-26 | Farewell to the King |
| 1-27 | The Butcher's Wife |
| 1-28 | Mystery Date |
| 1-29,30,31 | GoodFellas, Single White Female*, Hitz, Interceptor, Omen IV |

# Feb '93

| Date | Movie Title |
|------|-------------|
| Mon. 2/1 | Young Guns |
| 2/2 | The Hunt For Red October |
| 2/3 | Enter the Dragon |
| 2/4 | Thief |
| 2/5,6,7 | The Abyss, Mo' Money, State of Grace, Mission of the Shark, Unlawful Entry |
| 2/8 | Outland |
| 2/9 | Crossroads |
| 2/10 | Juice |
| 2/11 | Misery |
| 2/12 - 2/15 | It, Death Becomes Her *, Faith, Deadbolt, 🎯 Terminator II, Drowning by Numbers, The Favor, the Watch & the Very Big Fish |
| 2/16 | Uncommon Valor |
| 2/17 | Taxi Driver |
| 2/18 | Jungle Fever |
| 2/19 - 2/21 | Raw (Eddie Murphy), Hostage, A League of Their Own, Hostage, Human Shield |
| 2/22 | Honey, I Blew Up the Kid |
| 2/23 | Double Impact * |
| 2/24 | Wise Guys |
| 2/25 | American Me * |
| 2/26 - 2/28 | Sneakers*, Rapid Fire*, Honeymoon in Vegas*, Twin Peaks: Firewalk With Me, The Bonfire of the Vanities |

March '93

| Date | Movie Title |
|------|-------------|
| 3/1 | Young Guns 2 |
| 3/2 | The Breakfast Club |
| 3/3 | American Ninja |
| 3/4 | Patriot Games |
| 3/5 - 3/7 | Cool World, Light Sleeper (sucks), Proof (sucks) Raising Cain, Whispers in the Dark * |
| 3/8 | A Kiss Before Dying |
| 3/9 | Willow |
| 3/10 | |
| 3/11 | Edward Scissorhands |
| 3/12 - 3/14 | BeBe's Kids, Storyville *, The Postman Always Rings Twice, Last of the Mohicans ****, Night of the Living ? |
| 3/15 | Stone Cold |
| 3/16 | Bev. Hills Cop 2 |
| 3/17 | Sea of Love |
| 3/18 | They Live |
| 3/19 - 3/21 | Candyman, Singles, Deep Cover, the Grifters, Man Trouble |
| 3/22 | Cujo |
| 3/23 | Blazing Saddles |
| 3/24 | Mississippi Burning |
| 3/25 | Flashback |
| 3/26 - 3/28 | Mr. Saturday Night, Jumpin' at the boneyard, Mistress, Firestarter, Buncrazy |
| 3/29 | The Blues Brothers |
| 3/30 | Blue Velvet |
| 3/31 | Boyz-n-the-Hood |

Ap. 1 1993

| Date | Movie Title |
|---|---|
| | Caddyshack |
| | Diggstown, Wild Orchid 2, the Player, Fatal Attraction, Jacob's Ladder |
| | Bonnie and Clyde |
| | Above the Law |
| | Sleeping With the Enemy |
| | True Grit |
| | Gas, Food, Lodging (?), Final Analysis, American Me, Ricochet, Consenting Adults |
| | Scarface |
| | Full Metal Jacket |
| 4/14 | Butch Cassidy and the Sundance Kid |
| 4/15 | Cape Fear |
| 4/16 - 4/18 | Reservoir Dogs, Consenting Adults*, Hero*, Passenger 57, The Public Eye* |
| 4/19 | The Mechanic |
| 4/20 | In Cold Blood |
| 4/21 | New Jack City |
| 4/22 | Less Than Zero |
| 4/23 - 4/25 | South Central, Reservoir Dogs, Pure Country, Pet Sematary II, Innocent Blood |
| 4/26 | Runaway Train |
| 4/27 | Batman Returns |
| 4/28 | White Men Can't Jump |
| 4/29 | Logan's Run |
| 4/30 - 5/2 | Bob Roberts, Sarafina, School Ties, Night and the City, Love Potion #9 |

## May 1993

| Date | Movie Title |
|---|---|
| 5/3 | Predator |
| 5/4 | Up In Smoke |
| 5/5 | Papillion |
| 5/6 | Problem Child |
| 5/7 - 5/9 | The Distinguished Gentleman, Leprechaun, Rambling Intent to Kill, The Pope of Greenwich Village |
| 5/10 | 48 Hours |
| 5/11 | Dirty Harry |
| 5/12 | Mortal Thoughts |
| 5/13 | The Serpent & The Rainbow |
| 5/14 - 5/16 | Dr. Giggles, Shootfighter, 9 1/2 Weeks, Past Midnight, Trespass |
| 5/17 | Animal House |
| 5/18 | The Sword & the Sorceror |
| 5/19 | Gladiator |
| 5/20 | Death Race 2000 |
| 5/21 - 5/23 | A River Runs Through It, Basic Instinct, Hellraiser III Revenge of the Nerds 3, Glengarry Glen Ross |
| 5/24 | Mo Betta Blues |
| 5/25 | The Sting |
| 5/26 | LA Story |
| 5/31 | Kickboxer |
| 5/28 - 5/31 | Hoffa, Used People, Henry and June, Talking Dirty After Dark Frantic, Cat People Reversal of Fortune |

June 1993

| Date | Movie Title |
|------|-------------|
| 6/1 | Rollerball |
| 6/2 | Mo' Money |
| 6/? | Texas Chainsaw Massacre, part II |
| 6/4-6/6 | The Hard Way, Showdown In Little Tokyo, Toys |
| | Below, Class Act |
| 6/7 | Rush |
| 6/8 | Universal Soldier |
| 6/9 | Thelma & Louise |
| 6/10 | To Live & Die In L.A. |
| 6/11-6/13 | Mr. Destiny, Where the Day Takes You, Shadow of the Wolf, |
| | Forever Young, War of the Roses |
| | The Last of the Mohicans |
| | Apocolypse Now |
| 6/16 | Carnal Knowledge |
| 6/17 | Boomerang |
| 6/18-6/20 | Q&A, Damage, Internal Affairs, The Lover, |
| | Body of Evidence |
| 6/21 | Rapid Fire |
| 6/22 | Total Recall |
| 6/23 | Sleepwalkers |
| 6/24 | Stick |
| 6/25-6/27 | JENNIFER 8, RAMPAGE, BEST OF THE BEST II, THE RAIN MAN, |
| | AND SHORT TIME |
| 6/28/93 | NICE DREAMS |
| 6/29 | MY COUSIN VINNY |
| 6/30/93 | NO MANS LAND |

# JULY 1993

| DATE | MOVIE TITLE |
|------|-------------|
| 7-1-93 | SILENCE OF THE LAMBS |
| 7.2 / 7.5 | DRACULA, A FEW GOOD MEN, MATINEE, LOVE CRIMES, JOHNNY S BLACK MOON RISING, AND UNDER SUSPICION |
| 7-6-93 | DANCES WITH WOLVES |
| 7-7-93 | THE ROOKIE |
| 7-8-93 | HOT SHOTS |
| 7-9 / 7-11 | THE CRYING GAME, THE UNFORGIVEN, LEAP OF FAITH, HALEM NIGHTS, AND |
| 7-12-93 | BLAZE |
| 7-13-93 | POINT BREAK |
| 7-14-93 | BLUE VELVET |
| 7-15-93 | THE FIRST POWER |
| 7-16 / 7-18 | BODY GUARD, HOWARDS END, SOUTH CENTRAL, LORENZE'S OIL, AND THE POWER |
| 7-19-93 | THE BABE |
| 7-20-93 | QUIGLEY DOWN UNDER |
| 7-21-93 | BACK DRAFT |
| 7-22-93 | THE MARRING MAN THE LAWNMOWER MAN |
| 7-23 / 7-25 | 1492, CONQUEST OF PARADISE, AMOS AND ANDREN, NIGHT IN THE CITY, WHISPERS IN THE |
| 7-26-93 | THE LAST BOY SCOUT |
| 7-27-93 | BILLY BATHGATE |
| 7-28-93 | THE HAND THAT ROCKS THE CRADLE |
| 7-25-93 | THUNDERHEART NO WHERE TO RUN |
| 7-3 / 8-1 | HOME ALONE II, NO WHERE TO RUN, ANOTHER 48 HRS, SCENT OF A WOMAN, |

# AUGUST 1993

| DATE | MOVIE TITLE |
|---|---|
| 8/2 | Iron Eagle III |
| 8/3 | Above the Law |
| 8/4 | Easy Rider |
| 8/5 | Far & Away |
| 8/6 - 8/8 | |
| 8/9 | Body of Evidence |
| 8/10 | Pale Rider |
| 8/11 | Terminator II |
| 8/12 | Tequila Sunrise |
| 8/13 - 8/15 | DREAM DEMONS, FALLING DOWN, BENNY & JOON, THE VANISHING, HEAR NO EVIL |
| 8-16 | CROSSROADS |
| 8-17 | EXORCIST III |
| 8-18 | LABAMBA |
| 8-19 | PLANES TRAINS & AUTOMOBILES |
| 8-20/8-22 | WARLORDS 3000, RELENTLESS THREE, ZEBRAHEAD, MANDROID, BAD LT. |
| 8-23 | DRAGON SLAYER |
| 8-24 | BASIC INSTINCT |
| 8-25 | JUICE |
| 8-26 | WEEKEND AT BERNIES |
| 8-27 / 8-29 | |
| 8-30 | BLIND FURY |
| 8-31 | HARD BODIES |

# SEPTEMBER 1993

| DATE | MOVIE TITLE |
|------|-------------|
| 9-9-93 | GREAT BALLS OF FIRE |
| 9-2-93 | 9½ WEEKS |
| 9-3/9-6 | ~~FINE TO~~ POINT OF NO RETURN<br>SUPERFLY, ALIVE, LETHAL WEAPON III, THE PRESIDENTS TARGET, THIS |
| 9-7-93 | PASSENGER 57 |
| 9-8-93 | EDDIE AND THE CRUISERS |
| 9-9-93 | NEXT OF KIN |
| 9-10/9312 | BOUNTY TRACKER, CRUSH, CHAPLIN, CB-4, NO WHERE TO H |
| 9-13 | MALCOM X |
| 9-14 | UNDER SIEGE |
| 9-15 | WHORE |
| 9-16 | A FEW DOLLARS MORE |
| 9-17/9-19 | CHILDREN OF CORN II, LOADED WEAPON I, FULL CONTACT, BEBES KIDS, RUNNIN |
| 9-20 | SISTER ACT |
| 9-21 | FIST OF FURY |
| 9-22 | COMMANDO |
| 9-23 | BIG TROUBLE IN LITTLE CHINA |
| 9-24/9-26 | THE TOWER, MOBSTERS, FIRE IN THE SKY, SPARKLE, SUMMERSBY |
| 9-27 | COMING TO AMERICA |
| 9-28 | REPO MAN |
| 9-29 | ONCE UPON A TIME IN AMERICA |
| 9-30 | THE PRINCIPLE |

# OCTOBER 1993

| DATE | MOVIE TITLE |
|---|---|
| 10-1 / 10-3 | TALONS OF THE EAGLE, SIDE KICKS, HIT LIST, AMITTY VILLE, NEXT GENERATION, THE ONSITE SEX |
| 10-4-93 | ENTER THE DRAGON |
| 10-5-93 | TRADING PLACES |
| 10-6-93 | WEST WORLD |
| 10-7-93 | BLACKULA |
| 10-8 / 10-10 | IN AMOMENT OF PASSION, HELL RAISER III, LOST BOYS, MOSQUITO COAST, THE DESPERATE HOURS, KRUSH GROOVE AND STRIPES |
| 10-12-93 | THE WILD BUNCH |
| 10-13-93 | MISSISSIPPI MASALA |
| 10-14-93 | TWINS |
| 10-15 / 10-17 | INDECENT PROPOSAL, CANDYMAN, EXCESSIVE FORCE, DUST DEVIL, AND RAW DEAL |
| 10-18-93 | THE ONION FIELD |
| 10-19-93 | ROAD WARRIOR |
| 10-20-93 | MAN HUNTER |
| 10-21-93 | THE GREAT OUTDOORS |
| 10-22 / 10-24 | DELIRIOUS, FADE TO BLACK, THE FLY II, THREE OF HEARTS, AND BLOWN AWAY |
| 10-25-93 | THE GRIFTERS |
| 10-26-93 | |
| 10-27-93 | HOMBRE |
| 10-28-93 | THE DEADLIST ART |
| 10-29 / 10-31 | BORN YESTERDAY, POSSE, THE DARK HALF, ACCUSED AND KILL ME AGAIN |

# NOVEMBER 1993

| DATE | MOVIE TITLE |
|------|-------------|
| 11/1 | IMPULSE |
| 11/2 | DEAD RINGERS |
| 11/3 | ALIENS |
| 11/4 | TAP |
| 11/5 - 11/7 | WHO'S THE MAN, FIFTY FIFTY, HIGHLANDER, THE GATHERING, WHO'S THE BOSS, & MISTE |
| 11/8 | RAMPAGE |
| 11/9 | EVE OF DISTRUCTION |
| 11/10 - 11/11 | FATAL CHARM, BODY OF EVIDENCE, DREAM DEMON, & CROSSING THE BRIDGE |
| 11/12 - 11/14 | THE KING OF NEW YORK, HERO, SLIVER, AND SWING KIDS |
| 11/15 | JOHNNY HANSOME |
| 11/16 | YOUNG GUNS |
| 11/17 | FRIDAY THE 13TH / FINAL CHAPTER |
| 11/18 | NO MERCY |
| 11/19 - 11/21 | THE PUBLIC EYE, TAINTED BLOOD, CLIFFHANGER, IN A MOMENT OF PASSION, DANGEROUS |
| 11/22 | WILD ORCHID |
| 11/23 | BLOOD SPORT |
| 11/24 11/25 } | JUMP IN AT THE BONE YARD, CHILDS PLAY, A FAR OFF PLACE, & MAP OF THE HUMAN HEAR |
| 11/26 - 11/28 | LIFEPOD, CAPONE, DO THE RIGHT THING, ARMY OF DARKNESS, & INDECENT BEHAVIO |
| 11/29 | REVENGE |
| 11/30 | IMMORTAL SINS |

# DECEMBER 1993

| DATE | TITLE |
|---|---|
| 12/1 | SHAKEDOWN |
| 12/2 | TIGER CLAWS |
| 12/3 - 12/5 | JOEY BREAKER, TURN OF THE SCREW, RISING SUN, MADE IN AMERICA, & BEST OF THE BEST II |
| 12/6 | BAD INFLUENCE |
| 12/7 | NUNS ON THE RUN |
| 12/8 | COMMANDO |
| 12/9 | THE THING |
| 12/10 - 12/12 | BLUE ICE, DRAGON, LOST IN YONKERS, PURE COUNTRY, AND SCAM |
| 12/13 | BREWSTERS MILLIONS |
| 12/14 | POPE OF GREENWICH VILLAGE |
| 12/15 | EMERALD FOREST |
| 12/16 | SILENT RAGE |
| 12/17 - 12/19 | VOYAGE, THE FIRM, SLEEPLESS IN SEATTLE, IMMORTAL SIN, & PRAYING MANTIS |
| 12/20 | WILD AT HEART |
| 12/21 | THE GUARDIAN |
| 12/22 | TWO MOON JUNCTION |
| 12/23 | TALES FROM THE CRYPT |
| 12/24 - 12/26 | BLACK RAINBOW, A CRY IN THE DARK, NIGHTBREAKER, THE GUYVER, BARTON FINK, HUSBANDS & LOVERS |
| 12/27 | MARKED FOR DEATH |
| 12/28 | SCANNERS |
| 12/29 | HOUSE |
| 12/30 - 12/31 | LIVE FROM DEATH ROW, THE NIGHT WE NEVER MET, THE LAST CAPONE, EQUINOX, DAVE, GUILTY AS SIN, AND AMERICAN GIGOLO |

## JANUARY   1994

| DATE | TITLE |
|------|-------|
| 1-3-94 | ROBO COP II |
| 1-4-94 | MORTAL THOUGHTS |
| 1-5-94 | UNIVERSAL SOLDIER |
| 1-6-94 | JUNGLE FEVER |
| 1-7 / 1-9 | IVORY HUNTERS, TRUE ROMANCE, ANOTHER WOMANS LIPSTICK, HOT SHOTS II, MO |
| 1-10-94 | BOOMERANG |
| 1-11 | SOUTHERN COMFORT |
| 1-12 | THE KEEP |
| 1-13 | THE SHOOTIST |
| 1-14 / 1-17 | PALE RIDER, HEART AND SOUL HOCUS POCUS, PAIR OF ACES, RAGE AND HONOR II, MENACE II SOCIETY, BULLE |
| 1-18 | BODY GUARD |
| 1-19 | TALKING DIRTY AFTER DARK |
| 1-20 | MO BETTER BLUES |
| 1-21/1-23 | THE CRAWLERS, ROBIN HOOD (MEN IN TIGHTS), TRESPASS, PASSION FISH, & UNTAMED HEA |
| 1-24 | REMO WILLIAMS, ADVENTURE BEGINS |
| 1-25 | MO MONEY |
| 1-26 | MIDNIGHT EXPRESS |
| 1-27 | THIEF OF HEART |
| 1-28/1-30 | DARKMAN, CONEHEADS, LAST ACTION HERO, HUMAN TARGET, JASON G |
| 1-31 | BAD LT. |

## FEBUARY 1994

| DATE | TITLE |
|---|---|
| 2/1 | HOUSE PARTY II / PRESIDIO |
| 2/2 | SLIVER |
| 2/3 | GLEAMING THE POETIC JUSTICE |
| 2/4 - 2/6 | TRANCERS 4, ROOKIE OF THE YEAR, HARD TARGET, PUPPET MASTER 4 |
| 2/7 | HITCH HICKERS GUIDE TO THE UNIVERSE |
| 2/8 | MISSISSIPPI MASALA , ALIEN III |
| 2/9 | THE OUTLAW JOSE WALES |
| 2/10 | MALCOM X |
| 2/11 - 2/13 | WEEKEND AT BERNIES II, RUBDOWN, LANDERDALE, THE REAL MCCOY, THE LINE OF FIRE |
| 2/14 | BRAHAM STROKERS , DRACULA |
| 2/15 | NEW JACK CITY / THAT LUCKY TOUCH |
| 2/16 | VIETNAM TEXAS |
| 2/17 | BOYZ - N - THE HOOD |
| 2/18 - 2/21 | THE PROGRAM, MY COUSIN VINNY, BEVERLY HILLS COP II IN THE COLD OF THE NIGHT, ONLY THE STRONG, DAY- OF ATONEMENT, |
| 2/22 | MANDELA / FRIDAY THE 13TH NIGHTMARE ON ELM ST. |
| 2/23 | DEEP COVER |
| 2/24 | DIGS TOWN |
| 2/25 - 2/27 | BORN TO RUN, NEEDFUL THINGS, FORTRESS, FOR LOVE OR MONEY, THE MAN WITHOUT A FACE |
| 2/28 | NINJA SQUAD |

# MARCH 1994

| DATE | TITLE |
|------|-------|
| 3/1 | Blood In, Blood Out |
| 3/2 | Carrie |
| 3/3 | Disorderlies |
| 3/4 - 3/6 | Benefit of the Dout<br>Calendar Girl, This Thing Called Love, Demolition Man, Blood... |
| 3/7 | J.F.K. |
| 3/8 | Internal Affairs |
| 3/9 | Henery & June |
| 3/10 | Red Shoe Diaries |
| 3/11 - 3/13 | Son In Law, Red Rock West, Stricking Distance, The Good Son, B... |
| 3/14 | Loose Shoes |
| 3/15 | Bugsy |
| 3/16 | Jo Jo Dancer |
| 3/17 | Murderous Vision |
| 3/18 - 3/20 | Bopha, Sneakers, Linda, Under Cover Blues, The Fucative, |
| 3/21 | Hanoi Hilton |
| 3/22 | Dream Scape |
| 3/23 | Helter Skelter |
| 3/24 | Secret Admirer |
| 3/25 - 3/27 | Lair of the White Worm<br>Fatal Instinct, Whats Love Got To Do With It, Mr. Wonderful, Judgement Nig... |
| 3/28 | House Party     3/29  Basic Influence |
| 3/30 | Rainman     3/31  Body Chemistry |

# APRIL 1994

| DATE | TITLE |
|---|---|
| 4/1 - 4/3 | MONEY FOR NOTHING, DAZED & CONFUSED, FATHER HOOD, WATCHERS, SHAUN PENTH SQUID |
| 4/4 | RUNAWAY TRAIN |
| 4/5 | MONKEY SHINES |
| 4/6 | COTTON CLUB |
| 4/7 | MENACE II SOCIETY |
| 4/8 - 4/10 | MR. WONDERFUL, A BRONX TALE, COLD SWEAT, FEARLESS, AND SKEETERS |
| 4/11 | TEQUILA SUNRISE |
| 4/12 | GODFATHER III |
| 4/13 | IN THE COLD OF THE NIGHT |
| 4/14 | BLACK RAIN |
| 4/15 - 4/17 | THE JOY LUCK CLUB, CARLITO'S WAY, BALLAD OF LITTLE JO, MALICE & COOL RUNNINGS |
| 4/18 | THE HEAVENLY KID |
| 4/19 | PUPPET MASTER III |
| 4/20 | DICEMAN ~~COMEDY~~ RULES |
| 4/21 | 8 MILLION WAYS TO DIE |
| 4/22 - 4/24 | MR. JONES, ARCADE, AUTO EROTICA, THE COVERGIRL MURDERS, MY BOYFRIENDS BACK |
| 4/25 | NIGHT OF THE LIVING DEAD |
| 4/26 | HENRY AND JUNE |
| 4/27 | FLIGHT OF THE INTRUDER |
| 4/28 | POSSE |
| 4/29 - 5/1 | ANOTHER STAKEOUT<br>KALIFORNIA, A MINUTE TO PRAY A SECOND TO DIE, FORTRESS, MRS DOUBTFIRE |

## MAY 1994

| DATE | TITLE |
|------|-------|
| 5/2 | LAST RITES |
| 5/3 | CB-4 |
| 5/4 | BOILING POINT |
| 5/5 | PURE LUCK |
| 5/6 - 5/8 | A PERFECT WORLD, PURPLE RAIN, WILDER NAPA PRESUMED INNOCENT, AND UNBORN II |
| 5/9 | PREDATOR |
| 5/10 | QUEST FOR FIRE |
| 5/11 | DEAD BANG |
| 5/12 | MARATHON MAN |
| 5/13-5/15 | THE THREE MUSKETEERS, ADAMS FAMILY VALUES, JACK, MASCURADE, AND BODY HEAT |
| 5/16 | AMAZONS |
| 5/17 | PREDATOR II |
| 5/18 | THE DISTINGUISHED GENTLEMAN |
| 5/19 | THE GOOD, THE BAD, AND THE UGLY |
| 5/20- 5/22 | A DANGEROUS WOMAN, LOOK WHO'S TALKING N ROBO COP III, BODY HEAT, AND AMERICA ME |
| 5/23 | STONE COLD |
| 5/24 | HOUSE PARTY |
| 5/25 | NUTS |
| 5/26 | COOL WORLD |
| 5/27 - 5/30 | THE BEVERLY HILLBILLIES, GHOST IN THE MACHINE, SHOWDOWN, AND BORN TO RUN |
| 5/31 | SPARKLE |

## JUNE 1994

| DATE | TITLE |
|------|-------|
| 6/1 | AIR AMERICA |
| 6/2 | RESERVOIR DOGS |
| 6/3 - 6/5 | RETURN OF THE LIVING DEAD 3, DAHMER, THE PHILADELPHIA EXPERIMENT, CLUB FED, AND THE PIANO |
| 6/6 | GLORY |
| 6/7 | FX 2 |
| 6/8 | FULL CONTACT |
| 6/9 | DICEMAN COMMETH |
| 6/10 - 6/12 | WAYNE'S WORLD II, THE DARK, DECEPTION, MY LIFE, AND |
| 6/13 | HOWLING VI |
| 6/14 | CRIME OF PASSION |
| 6/15 | RIVER OF DEATH |
| 6/16 | LAST OF THE MOHICANS |
| 6/17 - 6/19 | ACE VENTURA, THE GETAWAY, DANGEROUS GAME, MANS BEST FRIEND, AND THE PELICAN BRIEF |
| 6/20 | RAISING ARIZONA |
| 6/21 | BODY CHEMISTRY II |
| 6/22 | OF MICE AND MEN |
| 6/23 | CRAZY PEOPLE |
| 6/24 - 6/26 | GERONIMO, 6 DEGREES OF SEPARATION, TOMBSTONE, GOOD FELLAS, AND ONE FLEW OVER THE CUCKOOS NEST. |
| 6/27 | DIE HARD |
| 6/28 | YEAR OF THE DRAGON |
| 6/29 | YOUNG GUNS II |
| 6/30 | THE DEER HUNTER |

## JULY 1994

| DATE | TITLE |
|---|---|
| 5 | THREE OF HEARTS |
| 6 | BEBE'S KIDS |
| 7 | A RAGE IN HARLEM |
| 8 - 10 | GRUMPY OLD MEN, IRON WILL, HOUSE PARTY III, SUGAR HILL, AND JERICHO FEVER |
| 11 | BULLIT |
| 12 | GODFATHER I |
| 13 | GODFATHER II |
| 14 | LAST EXIT TO BROOKLYN |
| 15 - 17 | |
| 18 | MADE IN AMERICA |
| 19 | BLADE RUNNER |
| 20 | WILD ORCHID II |
| 21 | THOMAS CROWN AFFAIR |
| 22 - 24 | INNER SANCTUM, CAR 54, SEARCHING FOR BOBBY FI... DAWN OF THE DEAD, AND ON DEADLY GROUND |
| 25 | JOHNNY TAPT |
| 26 | UNDER SEIGE |
| 27 | THREE IN THE ATTIC |
| 28 | BLOOD IN, BLOOD OUT |
| 29 - 31 | THE HIDDEN 2, THE GREAT OUTDOORS, BY THE SWORD BLOODLINK, AND |
| 1 - 4 | GUNMAN, IN THE NAME OF THE FATHER, APEX, THE BROOKEN CHAIN, THE AIR UP THERE, PHILADEL... AND DEATHWISH, FACE OF DEATH |

## AUGUST 1994

| DATE | TITLE |
|------|-------|
| 8/1 | WHITE SANDS |
| 2 | JAGGED EDGE |
| 3 | 9½ WEEKS |
| 4 | DEAD OF WINTER |
| 5-7 | PSYCHO COP 2, ANGIE, THE CHASE, CABIN BOY, AND HEAVEN & EARTH |
| 8 | THELMA & LOUISE |
| 9 | HEAVEN IS A PLAYGROUND |
| 10 | FROM THE HIP |
| 11 | SIX PACK |
| 12-14 | BEETHOVEN II, INTERSECTION, THE REF, FAR AND SO CLOSE, AND LIGHTNING JACK |
| 15 | POINT OF NO RETURN, & HOUSE OF GAMES |
| 16 | ROMEO IS BLEEDING, & SOUTHERN COMFORT & THE SHINING |
| 17 | ENTER THE DRAGON |
| 18 | POETIC JUSTICE |
| 19-21 | SUGAR COP, MAJOR LEAGUE II, WHATS EATING GILBERT GRAPE, CYBER NINJA, AND CAGED HEAT 2 |
| 22 | HIT LIST |
| 23 | TRUE ROMANCE |
| 24 | ONCE UPON A TIME IN AMERICA |
| 25 | INDECENT PROPOSAL |
| 26-28 | BLUE CHIPS, LIKE WATER FOR CHOCOLATE, CHINESE WARRIOR, NIGHT OF DEMONS II |
| 29 | THE FIRST POWER |
| 30 | THE KILLER |
| 31 | DEEP COVER |

"SEPTEMBER 1994"

| DATE | TITLE |
|---|---|
| 9/1 | KALIFORNIA |
| 9/2 - 9/5 | 8 SECONDS, GREEDY, HOUSE OF THE SPIRITS, HARD BOI LURKING FEAR, ROYCE, AND TWENTY ONE |
| 9/6 | SOLDIERS STORY |
| 9/7 | TWIN PEAKS, FIRE WALK WITH ME |
| 9/8 | DEAD ON |
| 9/9 - 9/11 | P.C.U. , ANGEL 4: UNDERCOVER, I'LL DO ANYTHING, COLD SWEAT, AND THE REAL McCOY |
| 9/12 | WITCHBOARD |
| 9/13 | LORDS OF DISCIPLINE |
| 9/14 | GETAWAY |
| 9/15 | ONE FALSE MOVE |
| 9/16 - 9/18 | AT HOME WITH THE WEBBERS, AGAINST THE WALL, ROMEO IS B GHOULIES IV, AND MOTHERS BOYS |
| 9/19 | PATRIOTS GAMES |
| 9/20 | SLEEPING WITH THE ENEMY |
| 9/21 | WHERE SLEEPING DOGS LIE |
| 9/22 | THE LOVER |
| 9/23 - 9/25 | EYES OF THE SERPENT, NAKED GUN 33½, THE CROW, THE CHASERS, AND THE YOUNG AMERICANS |
| 9/26 | PRETTY WOMAN |
| 9/27 | BROX TALES |
| 9/28 | MENACE TO SOCIETY |
| 9/29 | TWO MOON JUNCTION |
| 9/30 - 10/2 | CYBER TRACKER, SERIAL MOM, URBAN CROSSFIRE, DARK ANGEL, RECKLESS KELLY |

## "OCTOBER 1994"

| DATE | TITLE |
| --- | --- |
| 10/3 | GRAYSTOKE THE LEGEND OF TARZAN |
| 10/4 | TOMBSTONE |
| 10/5 | DEATH BECOMES HER |
| 10/6 | THE FUGITIVE |
| 10/7 - 10/10 | DARK ANGEL, THE ASCENT, JURASSIC PARK, URBAN CROSSFIRE, LEPRECHAUN 2, SERIAL MOM, ABOVE THE RIM, SURVIVING THE GAME. |
| 10/11 | CHILDREN OF THE CORN II |
| 10/12 | CARLITOS WAY |
| 10/13 | ABOUT LAST NIGHT |
| 10/14 - 10/16 | THE PAPER, BACKBEAT, THE INKWELL, THE RIVER FLOWS NORTH, AND FANTASM 3. |
| 10/17 | BLUE STEEL |
| 10/18 | MIAMI BLUES |
| 10/19 | MAD DOG & GLORY |
| 10/20 | PHANTASM |
| 10/21 - 10/23 | ARMY OF ONE, CLEAN SLATE, CROOKLYN, SIRENS, AND NO ESCAPE |
| 10/24 | DELICATESSEN |
| 10/25 | THE LEARNING TREE |
| 10/26 | SEA OF LOVE |
| 10/27 | BALTIMORE BULLET |
| 10/28 - 10/30 | CIRCITRY MAN II, CHINA MOON, GOLDEN GATE, HUDSUCKER, AND JIMMY HOLLIWOOD |
| 10/31 | HALLOWEEN I |

## "NOVEMBER 1994"

| DATE | TITLE |
|---|---|
| 11/1 | SHINDLER'S LIST (PART 1) |
| 11/2 | SHINDLER'S LIST (PART II) |
| 11/3 | BODY OF EVIDENCE |
| 11/4 - 11/6 | JUNGLE FEVER, THE COWBOY WAY, GUARDING TESS, WALL ST AND OUT FOR JUSTICE. |
| 11/7 | THE FIVE HEART BEATS |
| 11/8 | THE CRUSH |
| 11/9 | LETHAL WEAPON III |
| 11/10 | THE PROGRAM |
| 11/11 - 11/13 | THE FLINTSTONES, CITY SLICKERS II, REPLIKATOR, BRAIN SCAN, MATCH, AND BETRAYAL OF THE DOVE |
| 11/14 | CAPE FEAR |
| 11/15 | JUICE |
| 11/16 | WHAT'S LOVE GOT TO DO WITH IT |
| 11/17 | CLIFF HANGER |
| 11/18 - 11/20 | LEATHAL WEAPON III, COPS AND ROBERSONS, SPEED, BEVERLY H. COP III, AND WHEN A MAN LOVES A WOMAN |
| 11/21 | THE FIRM |
| 11/22 | UP IN SMOKE |
| 11/23 | PRIZZI'S HONOR, BITTER MOON, CLIFFORD, WARLOCK ARMAGEDON, & STAR T |
| 11/24 - 11/27 | NEON CITY, EXILE AMERICA, WITH HONORS, WATCHERS, GETTING E WITH DAD, BIRDS II, |
| 11/28 | ROAD WARRIOR |
| 11/29 | THE PELICAN BRIEF |
| 11/30 | WAR OF THE ROSES |