"December 1994"

| DATE | TITLE |
|------|-------|
| 12/1 | TRUE ROMANCE |
| 12/2 - 12/4 | THREESOME, LITTLE BUDDA, SIOUX CITY, WATCHERS III, AND THE HARD TRUTH |
| 12/5 | WITCHS OF EASTWICK |
| 12/6 | ON THE WATER FRONT |
| 12/7 | MEANEST MEN IN THE WEST |
| 12/8 | TALKING DIRTY AFTER DARK |
| 12/9 - 12/11 | ~~THREESOME, LITTLE BUDDA, SIOUX CITY, THE HARD TRUTH, WATCHERS III~~ BABY'S DAY OUT, OBLIVION, BLOWN AWAY, I LOVE TROUBLE, PUNCH HEAD II, |
| 12/12 | THE GOOD SON |
| 12/13 | ENIMIES, A LOVE STORIES |
| 12/14 | JO JO DANCER |
| 12/15 | LADY MOBSTER |
| 12/16 - 12/18 | MAVERICK, THE DAY MY PARENTS RAN AWAY, FORTUNES OF WAR, WIDOWS PEAK & A CAPTIVE IN THE LAND |
| 12/19 | PASSENGER 57 |
| 12/20 | LAST TEMTATION OF CHRIST |
| 12/21 | BATTLE FOR THE PLANET OF THE APES |
| 12/22 | THE GRIFTERS |
| 12/23 - 12/25 | WYATT EARP, OATED AGAIN, MAN ON FIRE, STREETS, WIDOWS LAST, NIGHTMARE BEFORE CHRISTMAS ~~AND THE CLIENT~~ |
| ~~~~ | |
| 12/27 | RICHARD PRIOR |
| 12/28 | ~~WILD ORCHID~~ THE KEEP |
| 12/29 | ~~FEATHERS~~ HISTORY OF THE WORLD PART I |
| 12/30 - 1/1 | LUSH LIFE, ENDLESS SUMMER II, TOP GUN, THE TORMENTORS, GUN RUNNER, SLIPSTREAM, AND PRISONER OF HONOR |

"JANUARY 1995"

| DATE | TITLE |
|------|-------|
| 1/2 | HOLIDAY MOVIES |
| 1/3 | ~~DESPERATE HOURS~~ JUICE |
| 1/4 | DESPERATE HOURS |
| 1/5 | TOMBSTONE |
| 1/6 - 1/8 | NORTH, THE DESPERATE TRAIL, RUMINO, DEATH RING, AND 976-EVIL |
| 1/9 | IN THE LINE OF FIRE |
| 1/10 | CITIZEN COHN |
| 1/11 | SLIVER |
| 1/12 | FLESH AND BONE |
| 1/13 - 1/16 | FEAR OF A BLACK HAT, TRUE LIES, DARK SIDE OF GENIUS, AIRHE BRAINSCAN, MILLERS CROSSING, AND RENAISSANCE MAN. |
| 1/17 | STRICTLY BUSINESS |
| 1/18 | CHINESE CONNECTION |
| 1/19 | MILAGRO BEANFIELD WAR |
| 1/20 - 1/22 | NEXT DOOR, THE SHADOW, THE MASK, WOLF, AND SEDUCE BY EVIL |
| 1/23 | SILENCE OF THE LAMS |
| 1/24 | ABOVE THE RIM |
| 1/25 | OUTLAW JESSE JAMES |
| 1/26 | CURLY SUE |
| 1/27 - 1/29 | MONTANA, MERCOR MADNESS, 8 MILE, THE CLUB, TIED UP IN |
| 1/30 | WILD ORCHID |
| 1/31 | TIMELINE |

## " FEBRUARY "

| DATE | TITLE |
|------|-------|
| 2/1 | THE LAST BOY SCOUT |
| 2/2 | THE INKWELL |
| 2/3 - 2/5 | LONE JUSTICE, YOU SO CRAZY, PAST TENSE, NEW EDEN, AND IT COULD HAPPEN TO YOU |
| 2/6 | CROOKLYN |
| 2/7 | SUPERFLY |
| 2/8 | HARLEY DAVIDSON & THE MARLBORO MAN |
| 2/9 | LADY SINGS THE BLUES |
| 2/10 - 2/12 | BLANK MAN, KILLING ZOE, CORINA CORINA, COLOR OF NIGHT, CLEAR AND PRESENT DANGER |
| 2/13 | DEEP COVER |
| 2/14 | THE HILLS HAVE EYES |
| 2/15 | CHINA GIRL |
| 2/16 | DREAM TEAM |
| 2/17 - 2/20 | IN THE ARMY NOW, SENSATIONS, NATURAL BORN KILLERS, THE SCOUT, AND STRIKING POINT. |
| 2/21 | SISTER ACT II |
| 2/22 | THE HITCHER |
| 2/23 | MOON 44 |
| 2/24 - 2/26 | POLICE ACADEMY, GUNS OF HONOR, TIME COP, CARNASAUR, & BACK IN ACTION |
| 2/27 | SUGAR HILL |
| 2/28 | COOLY HIGH |

## "MARCH" 1995

| DATE | TITLE |
|------|-------|
| 3/1 | THE KILLER |
| 3/2 | ACE VENTURA, PET DETECTIVE |
| 3/3 - 3/5 | |
| 3/6 | TIGER CLAWS |
| 3/7 | THE LONG RIDERS |
| 3/8 | KING OF NEW YORK |
| 3/9 | STRICTLY BUSINESS |
| 3/10 - 3/12 | NAKED IN NEW YORK, MY CRAZY LIFE, THE ENEMY WITHIN, BLUE TIGER, AND WITNESS TO AN EXECUTION |
| 3/13 | BHODY'S DYING |
| 3/14 | BLUE CHIPS |
| 3/15 | RED ROCK WEST |
| 3/16 | PAT GARRETT AND BILLY KID |
| 3/17 - 3/19 | STAR GATE, MILK MONEY, RESCUE ME, RIVER WILD AND LOVE CHEAT & STEAL |
| 3/20 | HARD TARGET |
| 3/21 | RUSH |
| 3/22 | PROPHECHY |
| 3/23 | COLOR OF NIGHT |
| 3/24 - 3/26 | THE BURNING SEASON, ONLY YOU, JASON'S LYRIC, FRESH, AND THE PRESENCE |
| 3/27 | GLORY |
| 3/28 | PUPPET MASTER 4 |
| 3/29 | EDUCATING RITA |
| 3/30 | BACK DRAFT |
| 3/31 - 4/2 | SENSATION, THE NEW AGE, THE SPECIALIST, NEW NIGHTMARE, AND EXIT TO EDEN |

## "APRIL 1995"

| DATE | TITLE |
|---|---|
| 4/3 | MISERY |
| 4/4 | POINT BREAK |
| 4/5 | DELERIOUS |
| 4/6 | SILVERADO |
| 4/7 - 4/9 | SLEEP WITH ME, LOVE AFFAIR, HELLBOUND, SILENT FALL, AND A SIMPLE TWIST OF FATE |
| 4/10 | THE GETAWAY |
| 4/11 | MO BETTER BLUES |
| 4/12 | FIGHTING BLACK KINGS |
| 4/13 | COLD SWEAT |
| 4/14 - 4/16 | DROP SQUAD, ANGELS IN THE OUTFIELD, SHAWSHANK REDEMPTION, RED SUN RISING, AND MIDNIGHT MURDERS. |
| 4/17 | EMERALD FOREST |
| 4/18 | BOOMERANG |
| 4/19 | JENNIFER 8 |
| 4/20 | OUT OF BOUNDS |
| 4/21 - 4/23 | ED WOOD, HARD BOUNTY, DON'T TALK TO STRANGERS, THE COMPANION, AND THE QUIZ SHOW |
| 4/24 | ~~BLOOD OF~~ BLOOD OF HEROS |
| 4/25 | POETIC JUSTICE |
| 4/26 | A PRAYER FOR THE DYING |
| 4/27 | HARD TO KILL |
| 4/28 - 4/30 | |

## "MAY 1995"

| DATE | TITLES |
|------|--------|
| 5/1 | BORN IN EAST LA |
| 5/2 | RAIN MAN |
| 5/3 | FATAL ATTRACTION |
| 5/4 | THE EXORCIST |
| 5/5 - 5/7 | TRAPPED IN PARADISE, BALLISTIC, DISCRETION ASSURED, SPY WITHIN, AND FOREST GUMP |
| 5/8 | BOOMERANG |
| 5/9 | PATRIOT GAMES |
| 5/10 | THE LAST OF THE MOHICANS |
| 5/11 | GHOST |
| 5/12 - 5/14 | HIDDEN AGENDA, THE SNAPPER, DRAGON FURY, PLAYM..., AND IMAGINARY CRIMES |
| 5/15 | RAW DEAL |
| 5/16 | TWINS |
| 5/17 | DIE HARD |
| 5/18 | THE SUPER |
| 5/19 - 5/21 | FRANKENSTIEN, THE PROFESSIONAL, SPEECHLESS, THE WAR, AN... THE SKETCH ARTIST II. |
| 5/22 | PREDATOR |
| 5/22 | FORT APPACHE, THE BRONX |
| 5/24 | CITY SLICKERS II |
| 5/25 | SOMMERSBY |
| 5/26 - 5/29 | CURSE OF THE STARVING CLASS, NO MERCY, A LOW DOWN DIRTY SHAME, HIGHLA..., ROAD TO WELLVILLE, BAD BLOOD, AND DEATH HUNT |
| 5/30 | RED SHOE DIARY |
| 5/31 | CODE OF SILENCE |

# "JUNE 1995"

| DATE | TITLES |
|------|--------|
| 6/1 | SNEAKERS |
| 6/2 - 6/4 | A Vow to Kill, Patomic Moon, Legends of the Fall, The Specialist, Warrior Spirit |
| 6/5 | Passenger 57 |
| 6/6 | Jurassic Park |
| 6/7 | Twins |
| 6/8 | Robin hood |
| 6/9 - 6/11 | Interview with the Vampire, Richie Rich, Junior, Safe Passage, Night of the Running Man |
| 6/12 | Batman Returns |
| 6/13 | Thelma & Louise |
| 6/14 | Bird on a Wire |
| 6/15 | Mans Best Friend |
| 6/16 - 6/18 | BULLETS OVER BROADWAY, LOVE JUSTICE, RAPA NUI, DISCLASURE, AND DROP ZONE |
| 6/19 | WHITE MEN CAN'T JUMP |
| 6/20 | PURE LUCK |
| 6/21 | WHISPERS IN THE DARK |
| 6/22 | RESERVIOR DOGS |
| 6/23 - 6/25 | HEAVENLY CREATURES, DUMB & DUMBER, STREET FIGHTER, TYSON, AND FATHERLAND |
| 6/26 | THE NUTTY PROFESSOR |
| 6/27 | TERMINATOR II |
| 6/28 | A FEW GOOD MEN |
| 6/29 | KINDERGARDEN COP |
| 6/30 - 7/ | |

"JULY 1995"

| | |
|---|---|
| 7/3 - 7/4 | COOL RUNNINGS, OLEANNA, RED ROCK WEST, DEAD AIR |
| 7/5 | FOREVER YOUNG |
| 7/6 | MENACE II SOCIETY |
| 7/7 - 7/9 | DEATH AND THE MAIDEN, READY TO WEAR, LOVE & A .45, AND HEATSEEKER. |
| 7/10 | ALIENS |
| 7/11 | HOFFA |
| 7/12 | SCENT OF A WOMAN |
| 7/13 | LEAP OF FAITH |
| 7/14 - 7/16 | BAD COMPANY, I.Q., THE F.B.I. MURDERS, LEPRECHAUN AND SENSATION |
| 7/17 | RED HEAT |
| 7/18 | GOOD MORNING VIETNAM |
| 7/19 | GERANIMO |
| 7/20 | DEMOLITION MAN |
| 7/21 - 7/23 | EVOLVER, HOUSEGUEST, STAR TREK-GENERATIONS, READY |
| 7/21 - 7/23 | WEAR, AND PRIMAL SCREAM. |
| 7/24 | USED PEOPLE |
| 7/25 | FAR AND AWAY |
| 7/26 | DRAGON |
| 7/27 | JASON'S LYRIC |
| 7/28 - 7/30 | BOY'S ON THE SIDE, IN THE MOUTH OF MADNESS, THE WALK DEAD, BEFORE SUNRISE, AND DEMON KNIGHT |
| 7/31 | LEPRECHAUN |

"AUGUST 1995"

| | |
|---|---|
| 8/1 | DIGGSTOWN |
| 8/2 | FLYING LEATHER NECKS |
| 8/3 | ACTION JACKSON |
| 8/4 - 8/6 | BYE BYE LOVE, JUST CAUSE, HIGHER LEARNING, SHALLOW GRAVE AND ROCKY HORROR PICTURE SHOW. |
| 8/7 | WINCHESTER '73 |
| 8/8 | POPYE |
| 8/9 | THE BOYS FROM BRAZIL |
| 8/10 | COTTON COMES TO HARLEM |
| 8/11 - 8/13 | BILLY MADISON, DEAD AIR, OUTBREAK, REFLECTIONS, AND SUTURE |
| 8/14 | DAY OF THE JACKYL |
| 8/15 | CHAPLIN |
| 8/16 | DRACULA, LOVE NEVER DIES |
| 8/17 | REALITY BITES |
| 8/18 - 8/20 | TALL TALE, THE QUICK AND THE DEAD, TOP DOG, CIRCUMSTANCES UNKNOWN, AND THE SACKETTS |
| 8/21 | THE SACKETTS |
| 8/22 | EDDIE MURPHY, SATURDAY NIGHT LIVE |
| 8/23 | EXCALIBUR |
| 8/24 | IRON WILL |
| 8/25 - 8/27 | DIGGSTOWN, CAMILLA, JURASSIC PARK, CIRCLE OF FRIENDS, AND DILLINGER AND CAPONE |
| 8/28 | THE UNFORGIVEN |
| 8/29 | AMOS & ANDREW |
| 8/30 | PREDATOR 2 |
| 8/31 | INTERSECTION |

# SEPTEMBER 1995"

... TO THE DECREASE IN IBF FUNDS
... RECREATION DEPARTMENT WILL SHOW
... ES ON THE WEEK END.

... NIGHTS, ILLEGAL IN BLUE, HIDEHWAY, THE
..., AND THE VANISHING

... S.R, LITTLE GIANTS, NO CONTEST, FURY,
... M. MAN

... A PERFECT WORLD, MAJOR PAYNE, PULP FI...
... PRINTED.

... HEATH, THE MADNESS OF KING GEORGE, DIE HAR...
... N OF THE CORN, AND I LOVE TROUBLE

..., THE JERKY BOYS, NEW JERSE DRIVE,
... IN THE SKY, AND CHILDS PLAY III

## "OCTOBER 1995"

| DATE | TITLES |
|------|--------|
| | Due to reduced contract coverage the Recreation Department will show 2 movies a week on weekends. |
| 10/6 - 10/8 | French Kiss & |
| 10/13 - 10/15 | Friday & Rob Roy |
| 10/20 - 22 | New York Cop and Little Odessa |
| 10/27 - 10/29 | No movies shown due to disturbance |

# "NOVEMBER 1995"

| DATE | TITLES |
|---|---|
| 11/3 - 11/5 | NO MOVIES SHOWN DUE TO DISTURBANCE |
| 11/10 - 11/12 | NO MOVIES SHOWN DUE TO BUDGET AND |
| 11/17 - 11/19 | BAD BOYS<br>JURY DUTY |
| 11/24 - 11/26 | |

| DATE | DECEMBER 1995 |
|---|---|
| 12/1 - 12/3 | CRIMSON TIDE, JOHNNY MNEMONIC |
| 12/8 - 12/10 | MY FAMILY, AND SPECIES |
| 12/15 - 12/17 | JUDGE DREDD, AND SECRETS OF ROANINISH |
| 12/22 - 12/24 | DIE HARD; WITH A VENGEANCE, AND FIRST KNIGHT |
| 12/29 - 12/31 | BORN WILD, AND CLUELESS |



U.S. Department of Justice

**Federal Bureau of Prisons**

*Federal Correctional Institution*
*McKean*

*Bradford, Pennsylvania 16701-0950*

Number : MCK 5370.06

Date : May 15, 1990

Subject : **INMATE RECREATION PROGRAMS**

# Institution Supplement

1. **PURPOSE:** The Bureau encourages inmates to make constructive use of leisure time and offers movies, sports, social activities, arts and hobbycrafts at the Federal Correctional Institution, and Federal Prison Camp, McKean, Pennsylvania.

2. **DIRECTIVES REFERENCED:**

   P.S. 5370.06, Recreation Programs

3. **ACA STANDARDS REFERENCED:** 2-4452, 2-4456, 2-4457, and 2-4459.

4. **PROGRAM RESPONSIBILITY:** All Recreation Programs are under the immediate supervision of the Supervisor of Education and under the immediate supervision of the Supervisor of Recreation. The Recreation Supervisor will participate in the institution's Admission and Orientation Program as a means of providing guidelines and assistance for those inmates who demonstrate a need for a particular recreational activity program.

5. **DEFINITIONS:**

   a. <u>Leisure Activities:</u> A wide range of activities in which inmates may engage when not performing assigned duties. Leisure activities include organized and formal sports, table games, hobbycrafts, membership in social and cultural organizations, movies and stage shows.

   b. <u>Organized Activities:</u> These are activities for which there is an accounting by registration or roster of individual participation.

**DISTRIBUTION:**

Master File
Associate Wardens
Department Heads
NERO
Captain

AFGE Local
Correctional Services
Camp Administrator
Other:



PLAINTIFF'S EXHIBIT
11

MCK 5370.06
Page 2

c. **Art Work:** Art work includes all paintings and sketches rendered in any of the usual media (pastels, crayons, pencils, ink, charcoal)with the exception of printer's ink or india ink.

d. **Hobbycraft Articles:** Hobbycraft articles include leather work, models, mosaics, crocheting, knitting, sculptures, beadwork, ceramics and other forms dependent upon periodic interests.

6. **RECREATION/LEISURE TIME ACTIVITIES:** (General)

a. The Recreation Supervisor will prepare schedules of available recreational activities. Year-round activities will include the following:

**Year Round Activities:**

| | |
|---|---|
| Hobbycraft Program | Physical Fitness Program |
| Movies | Art Program |
| Cards and Table Games | Racquetball |
| Pool | Handball |
| Table Tennis | Jogging |
| Horseshoes | Weight Training |
| Television Viewing (Units) | |

**Seasonal Activities:**

| | |
|---|---|
| Flag Football | Track and Field |
| Softball | Basketball |
| Soccer | Volleyball |

b. **Tournament, League and Intramural:**

These activities will be scheduled throughout the year. Special tournaments and activities may be provided on holidays.  Outside groups will be invited to the institution throughout the year to provide special entertainment and activities.

c. Inmates utilizing the recreational areas must observe all rules and regulations that are posted, listed by policy, or issued by the Recreational Staff.

MCK 5370.06
Page 3

7.   **MUSICAL INSTRUMENT PROGRAM**:   Inmates may check out institution
     instruments for a period not to exceed two (2) hours.
     Procedures for this practice are set forth by the Recreation
     Supervisor. Individuals are permitted to check out one (1)
     instrument at a time.

8.   **MOVIES**:   The showing of movies will be limited to weekends,
     holidays, and special events.   X-rated movies will not be
     permitted.   If for any reason the movies selected are not
     available, the Recreation Department will make a comparable
     selection.   The movie selections will be solicited from the
     inmate population by BP-ADMIN-70 FORM (Inmate Request to Staff
     Member).

9.   **INMATE RECREATION AIDS PROGRAM**:

     a.   The Recreation Department will provide opportunities for
          trained inmate aides to assist in or conduct various
          departmental activities. The Recreation Supervisor, or his
          designee, will be responsible for selecting inmate
          recreation aides and will base their judgement primarily
          on the respective inmate's interest and personal skill
          level in the activities for which he is being considered.
          Trained inmate aides may be used in all recreational
          activities, provided a need exists for such assistance.

     b.   Inmates may serve as sporting officials through various
          clinics and workshops sponsored periodically by the
          Recreation Department. Upon the completion of each clinic
          workshop, a test will be administered to ensure proper
          training.   Additionally, inmate recreation aides must
          possess good judgement, be in good physical condition, and
          be able to interpret the rules and regulations.

10.  **ART AND HOBBYCRAFT PROGRAMS**:  These programs are intended for
     the personal enjoyment of an inmate and as an opportunity to
     learn a new leisure skill.  They are not for the mass production
     of art and hobbycraft items by artists or to   provide a means
     of supplementing an inmate's income. In the event an enrollee
     does not dispose of any hobbycraft item by mail within a period
     of 90 days, he will be removed from the program.  Inmates must
     arrange for disposal of completed hobbycraft work within thirty
     (30) days of completion. Inmates will be assigned lockers for
     the storage of hobbycraft items and staff will not assume
     responsibility for any hobbycraft items lost or damaged while
     in these lockers.  Where space and are limited and demand is
     high, a limit may be set on the amount of time an inmate may use
     a hobbycraft facility, i.e. limit an inmate's use of a ceramics

MCK 5370.06
Page 4

classroom to six months to make room for new students. An inmate may not give, lend, or sell any hobbycraft items to another inmate. The hobbycraft area will be open daily from 1:00 p.m. to 8:45 p.m. Sunday through Saturday and Holidays.

a. <u>Participation in Hobbycraft:</u> Participation in hobbycraft activities is through enrollment only. Requests will be submitted to the Hobbycraft Specialist via BP-ADMIN-70 form "Inmate Request to Staff Member", with the area of interest noted. An inmate can only be enrolled in one program at a time. Once enrolled in a given area, an inmate may not switch unless he is already on a waiting list for a new area requested and a position is open in the requested area. Enrollments will be restricted to available storage space or lockers. All enrollees will be given a hobbycraft permit for the program in which he is enrolled. Although enrollments are voluntary, assigned inmates are expected to attend on a regular basis. A set of rules and procedures governing the use of the hobbycraft shop will be posted in the Arts and Crafts rooms. There will be weekly inspections of all lockers. Failure to maintain the lockers neatly and orderly will result in the removal from the Hobbycraft Program. Inmates will be required to sign a copy of the rules upon enrollment indicating that they have read and understand them.

b. <u>Acquisition of Materials:</u> Arts and Crafts supplies may be obtained by an inmate solely via Form No. 22-CMS, "Special Purpose Order Request". No art or hobbycraft items will be permitted to be sent from an inmate's home, family, or friend. Catalogs for materials and special purpose forms will be maintained in the Indoor Recreation Center Office. Any item purchased through special purpose commissary orders, will be turned over to the Recreational Specialist upon the inmate signing for the material during his assigned commissary day. Under no circumstances will these items be given directly to the inmate. If there are items in the purchase order that would compromise the security of the institution, they will be mailed home at the expense of the inmate. An inmate is not permitted to order flammable, toxic, or caustic materials.

Only items listed may be ordered.

<u>Knitting/Crochet</u>                    <u>Leather Materials</u>

1 pkg crochet hooks(plastic)        Non-Toxic acrylic
2 pr knitting needles(plastic)         paints 4oz

MCK 5370.06
Page 5

10 skeins yarn

## Art/Drawing

48 color pastels
18"x 24" Drawing Pad
48 color pencil set
Acrylic Paints(water base
    non-toxic)
24 water colors

## Ceramic Materials

Color products
Ceramic Slip (10 gal.max.)
Brushes
Stencils
Literature
(Flammable, toxic or caustic
materials are not permitted)

## Bead Materials

15 string beads
Spool thread
1 pkg sewing needles

Tandy super sheen
    leather finish 4oz
Leather Balm with atom
    wax 4oz
Tan coat protective
    finish 4oz
Cova dye 4oz
Spectra shade blending
    dye 4oz
Vivid color marker
    (except gold or silver)
Hi-liter Finish 4oz
Leather glow 4oz
Tandy's antique
    leather stain 4oz
Carnauba cream 4oz
Fiebling's Hi-liter
    acrylic dyes and
    leather glow 4oz
Leather and leather
    kits
Patterns
Project accessories
(buckles, etc.)

c.  **Purchasing/Possession Limitations:** Special purpose orders
    must not exceed $150.00 per month. All requests for the
    purchase of hobbycraft supplies will be approved by the
    Recreation Supervisor or his designee. The Recreation
    Supervisor or his designee will forward all approved
    requests to the Controller. In the event that any order
    does not meet the price or quantity limitations, to the
    order will be voided and returned to the Recreation
    Supervisor. Inmates will be limited to one hobbycraft
    activity each 180 days. All hobbycraft projects must be
    logged in the Recreation Project Log book prior to
    initiating any hobbycraft activity. Possession of any
    hobbycraft without proper project documentation will result
    in the confiscation of that item.

d.  **Size and Number of Pictures:** Inmates are encouraged to
    paint small pictures to facilitate mailing and shipping
    requirements. In no case will an inmate paint a picture
    that is larger than 18" x 24". An inmate will be limited
    to three pictures in his possession at any given time; one
    completed, one drying, and one being worked on. No obscene
    or lewd paintings and drawings are permitted. Drawing or

MCK 5370.06
Page 6

sketch pads will be counted as only one article on the hobbycraft permit sheet as long as all drawings are retained in the pad.

e.   All art work is to be disposed of through the Recreation Department for accountability and control. This includes greeting cards and all work done in the housing unit.

f.   **Hobbycraft Programs**: Leather, acrylic painting and ceramic material may only be worked on in the hobbycraft area. Materials from other departments are not to be brought into the hobbycraft area unless approved by the Recreation Supervisor.  Items such as a knife or gun sheaves, model guns, power driven models or other similar items will be considered contraband and disciplinary action will be taken.

g.   **Restrictions**:

     (1)  An inmate will be limited to three (3) hobbycraft items in his possession, two completed, and one being worked on.  Ceramic items such as small vases, cups, mugs, etc., may be counted as one item.   They must have the appearance of a matching set.

     (2)  Each inmate shall identify art or hobbycraft materials by showing the inmate's name and registration number on the reverse side of the item.  The back of all art work must not be covered.

11.   **MATERIAL IN THE HOUSING UNITS**:

a.   In order to provide the inmate population with increased recreational opportunities, certain hobbycraft activities and items will be authorized in the inmate quarters. Permitted activities are as follows:

     **Knitting and Crocheting:** Plastic needles only. One project in progress.  Maximum size of loom 18" x 24".  No more than ten (10) skeins of yarn are allowed in an inmate's possession at any one time.  All knitting and crocheting supplies must be stored in the locker.

     **Sketching:**   Limited to one project in progress. Maximum drawing surface and tripod easel to be 18" x 24".   Chalks, sketching pencils and watercolors are permissible. All drawings or painting supplies will be stored in the locker.

**Leather Lacing:** One project in progress. All supplies will be stored in the locker.

Purchase of hobbycraft materials will occur through the Recreation Department and in accordance with policy. All hobbycraft materials will be randomly searched by staff. Safety and housekeeping concerns require all hobbycraft materials to be neatly stored and/or secured when not in use. Finished projects will not be allowed to accumulate and must be disposed of in accordance with policy.

Hobbycraft materials identified as a threat to security will be confiscated. Unit staff may directly dispose of hobbycraft materials if they become excessive or hazardous. Ceramic items are not allowed in the unit.

b.     **Release or Transfer:** When and inmate has been released or transferred, the inmate will be permitted to take any unfinished or finished project with him, provided proof of ownership has been established through the Recreation Supervisor or from the Inmate Personal Property Form 40.

c.     **Art Sales or Displays:** Hobbycraft items may also be disposed of through the Institution Art Sales or Displays. To dispose of completed projects, any items offered for sale will be submitted to the Hobbycraft Specialist for placement in the art show or display unit. All articles not sold within thirty (30) days of the date of entry for the display will be sent home at the expense of the inmate. An inmate may withdraw an article displayed for sale at any time. The Pricing Committee and the respective inmate will mutually agree on a price for each item entered for sale or display, however, the Pricing Committee will have the authority to return any article to the inmate which it deems not in good taste or poorly constructed. The committee will consist of the Supervisor of Recreation, Supervisor of Education and a Business Office representative. Items may be sold to visitors and/or employees of the institution. Employees will not be permitted to make any prior contact with the inmate for any hobbycraft item.

12.     **DISPOSITION:**

a.     **Mailing Hobbycraft Items:** All hobbycraft items must be disposed of within 30 days following completion. If the hobbycraft item is to be mailed, it must be delivered by the inmate to Recreation Staff. The inmate must provide

MCK 5370.06
Page 8

proof of ownership and completed Form 17, <u>Request
Authorization to Mail Inmate Package.</u>  Recreation Staff
will inspect, supervise wrapping, and weigh the package.
The inmate will affix the required amount of postage
stamps. (Form 24's are not permitted when mailing out
hobbycraft items.)   The package will be retained in the
Recreation storage room until delivery is made to the Mail
Room by Recreation Staff.

Hobbycraft items will be mailed only to those names on the
inmate's visiting list.  The names submitted by the inmate
will be verified by Recreation Staff prior to delivering
the package to the Mail Room.

13.    **OPI**: UNICOR

Dennis M. Luther, Warden



U.S. Department of Justice

## Federal Bureau of Prisons
*Federal Correctional Institution*
*McKean*

*Bradford, Pennsylvania 16701-0950*

Number : MCK        5370.06

Date    :    July 26, 1991

Subject :

**INMATE
RECREATION
PROGRAMS**

# Institution Supplement

1. **PURPOSE**:  The Bureau of Prisons encourages inmates to make constructive use of leisure time and offers movies, sports, social activities, arts and hobbycrafts at the Federal Correctional Institution, and Federal Prison Camp, McKean, Pennsylvania.

2. **DIRECTIVES AFFECTED**:

   Directives Referenced:

   P.S. 5370.06, Recreation Programs

   Institution Supplement 4553.1M, Special Purpose Orders

   Directives Rescinded:

   Institution Supplement 5370.06, Inmate Recreation Program, dated May 15, 1990

3. **ACA STANDARDS REFERENCED**:

4. **PROGRAM RESPONSIBILITY**:  All Recreation Programs are under the immediate supervision of the Supervisor of Education and under the immediate supervision of the Supervisor of Recreation. The Recreation Supervisor will participate in the Institution's Admission and Orientation Program as a means of providing guidelines and assistance for those inmates who demonstrate a need for a particular recreational activity program.

**DISTRIBUTION:**

Master File                    AFGE Local
Associate Wardens              Camp Administrator
Department Heads               Group Activities Coordinator


PLAINTIFF'S EXHIBIT 12

5.    **DEFINITIONS**:

a.    **Leisure Activities:**  There is a wide range of activities in which inmates may engage when not performing assigned duties. Leisure activities include organized and formal sports, table games, hobbycrafts, membership in social and cultural organizations, movies and stage shows.

b.    **Organized Activities:**  These are activities for which there is an accounting by registration or roster of individual participation.

c.    **Art Work:**  Art work includes all paintings and sketches rendered in any of the usual media (pastels, crayons, pencils, ink, charcoal) with the exception of printer's ink or india ink.

d.    **Hobbycraft Articles:**  Hobbycraft articles include leather work, models, mosaics, crocheting, knitting, sculptures, beadwork, ceramics and other forms dependent upon periodic interests.

6.    **RECREATION/LEISURE TIME ACTIVITIES:**  (General)

a.    The Recreation Supervisor will prepare schedules of available recreational activities. Year-round activities will include the following:

**Year Round Activities:**

| | |
|---|---|
| Hobbycraft Program | Physical Fitness Program |
| Movies | Art Program |
| Cards and Table Games | Racquetball |
| Pool | Handball |
| Table Tennis | Jogging |
| Weight Training | Television Viewing (Units) |

**Seasonal Activities:**

| | |
|---|---|
| Flag Football | Track and Field |
| Softball | Basketball |
| Soccer | Volleyball |
| Boccie Ball | |

MCK 5370.06
Page 3

b.   **Tournament, League and Intramural:**

These activities will be scheduled throughout the year. Special tournaments and activities may be provided on holidays. Outside groups will be invited to the Institution throughout the year to provide special entertainment and activities.

c.   Inmates using the recreation areas must observe all rules and regulations that are posted, listed by policy, or issued by the Recreation staff.

7.   **MUSICAL INSTRUMENT PROGRAM**: Inmates may check-out Institution musical instruments for a period not to exceed two (2) hours. Individuals are only permitted to check out one (1) instrument at a time. Procedures for checking-out instruments can be obtained from the Recreation Department.

In addition, small keyboards and acoustic guitars may be checked out between the hours of 8:45 p.m. to 8:00 a.m. Individuals using the equipment during this period must demonstrate knowledge and skill on the instrument to Recreation staff.

8.   **MOVIES**:   Movies are shown each week day, weekends, holidays, and special events. X-rated or NC-17 rated movies will not be permitted. The movie selections will be solicited from the inmate population by Form BP-148(70), Inmate Request to Staff Member.   If for any reason the movies selected are not available, the Recreation Department will make a comparable selection.

9.   **INMATE RECREATION AIDS PROGRAM**:

a.   The Recreation Department will provide opportunities for trained inmate aides to assist or conduct various departmental activities. The Recreation Supervisor, or designee, is responsible for selecting inmate recreation aides. The selection will be made based primarily on the respective inmate's interest and personal skill level in the activities for which he is being considered. Trained inmate aides may be used in all recreational activities, provided a need exists for such assistance. Training will be provided to the inmate aides to keep up with all rules and regulations from year to year.

b.   Inmates may serve as sporting officials through various clinics and workshops sponsored periodically by the Recreation Department. Upon completion of each clinic workshop, a test will be administered to ensure proper training. Additionally, inmate Recreation aides must possess good judgment, be in good physical condition, and be able to interpret the rules and regulations.

10. **ART AND HOBBYCRAFT PROGRAMS**: These programs are intended for the personal enjoyment of inmates and as an opportunity to learn a new leisure skill. The programs are not for the mass production of art and hobbycraft items by artists, or as a means of supplementing an inmate's income. In the event an enrollee does not dispose of any hobbycraft item by mail within a period of 90 days, he will be removed from the program. Inmates must arrange for disposal of completed hobbycraft work within thirty (30) days of completion. Inmates will be assigned lockers for the storage of hobbycraft items and staff will not assume responsibility for any hobbycraft items lost or damaged while in these lockers. Where space is limited and demand is high, a limit may be set on the amount of time an inmate may use a hobbycraft facility (e.g., limit an inmate's use of a ceramics classroom to six months to make room for new students). An inmate may not give, lend or sell any hobbycraft items to another inmate. The hobbycraft area is open daily from 5:00 p.m. to 8:45 p.m. Monday through Friday, and 1:00 p.m. to 8:45 p.m. on Saturday, Sunday and holidays.

a. **Participation in Hobbycraft**: Participation in hobbycraft activities is through enrollment only. Requests will be submitted to the Hobbycraft Specialist via form BP-148(70), "Inmate Request to Staff Member", with the area of interest noted. An inmate can only be enrolled in one program at a time. Once enrolled in a given area, an inmate may not switch unless he is already on a waiting list for a new area requested and a position is open in the requested area. Enrollments will be restricted to available storage space or lockers. All enrollees will be given a hobbycraft permit for the program in which he is enrolled. Although enrollments are voluntary, assigned inmates are expected to attend on a regular basis. A set of rules and procedures governing the use of the hobbycraft shop will be posted in the Arts and Crafts rooms. There will be weekly inspections of all lockers. Failure to maintain the lockers neatly and orderly will result in removal from the Hobbycraft Program. Inmates will be required to sign a copy of the rules upon enrollment indicating that they have read and understand them.

b. **Acquisition of Materials**: Arts and Crafts supplies may be obtained by an inmate solely as per Institution Supplement "Special Purpose Orders, MCK 4553.1M.

The items listed may be ordered:

| Knitting/Crochet | Leather Materials |
| --- | --- |
| 1 pkg crochet hooks(plastic) | Non-Toxic acrylic |
| 2 pr knitting needles(plastic) | paints 4 oz. |
| 10 skeins yarn | |

MCK 5370.06
Page 5

## Art/Drawing

wax 4 oz.

48 color pastels
18"x 24" Drawing Pad
48 color pencil set
Acrylic Paints(water base
non-toxic)
24 water colors

## Ceramic Materials

Color products
Ceramic Slip (10 gal.max.)
Brushes
Stencils
Literature
(Flammable, toxic or caustic
materials are not permitted)

## Bead Materials

15 string beads
Spool thread
1 pkg sewing needles

## Leather Materials (cont'd)

Tandy super sheen
leather finish 4 oz.
Leather Balm with atom

Tan coat protective
finish 4 oz.
Cova dye 4 oz.
Spectra shade blending
dye 4 oz.
Vivid color marker
(except gold or silver)
Hi-liter Finish 4 oz.
Leather glow 4 oz.
Tandy's antique
leather stain 4 oz.
Carnauba cream 4 oz.
Fiebling's Hi-liter
acrylic dyes and
leather glow 4 oz.
Leather and leather kits
Patterns
Project accessories
(Buckles, etc.)

c.    Purchasing/Possession Limitations: Special purpose orders must not exceed $250.00 per month. All requests for the purchase of hobbycraft supplies will be approved by the Group Activities Coordinator, consistent with Institution Supplement, MCK 4553.1M.

d.    Size and Number of Pictures: Inmates are encouraged to paint small pictures to facilitate mailing and shipping requirements. In no case will an inmate paint a picture that is larger than 18" x 24". An inmate will be limited to three pictures in his possession at any given time; one completed, one drying, and one being worked on. No obscene or lewd paintings and drawings are permitted. Drawing or sketch pads will be counted as only one article on the hobbycraft permit sheet as long as all drawings are retained in the pad.

MCK 5370.06
Page 6

e. <u>Disposal of Art Work</u>: All art work is to be disposed of through the Recreation Department for accountability and control. This includes greeting cards and all work done in the housing unit.

f. <u>Hobbycraft Programs</u>: Leather, acrylic painting and ceramic material may only be worked on in the hobbycraft area. Materials from other departments are not to be brought into the hobbycraft area unless approved by the Recreation Supervisor. Items such as a knife or gun sheaves, model guns, power driven models or other similar items will be considered contraband and disciplinary action will be taken.

g. <u>Restrictions</u>:

   (1) An inmate will be limited to three (3) hobbycraft items in his possession, two completed, and one being worked on. Ceramic items such as small vases, cups, mugs, etc., may be counted as one item. They must have the appearance of a matching set.

   (2) Each inmate shall identify art or hobbycraft materials by showing the inmate's name and registration number on the reverse side of the item. The back of all art work must not be covered.

## 11. <u>MATERIAL IN THE HOUSING UNITS</u>:

a. In order to provide the inmate population with increased recreational opportunities, certain hobbycraft activities and items will be authorized in the inmate quarters. Permitted activities are as follows:

   <u>Knitting and Crocheting</u>: Plastic needles only. One project in progress. Maximum size of loom 18" x 24". No more than ten (10) skeins of yarn are allowed in an inmate's possession at any one time. All knitting and crocheting supplies must be stored in the locker.

   <u>Sketching</u>: Limited to one project in progress. Maximum drawing surface and tripod easel to be 18" x 24". Chalks, sketching pencils and watercolors are permissible. All drawings or painting supplies will be stored in the locker.

MCK 5370.06
Page 7

<u>Leather Lacing:</u> One project in progress. All supplies will be stored in the locker.

Purchase of hobbycraft materials will occur through the Recreation Department and in accordance with policy. All hobbycraft materials will be randomly searched by staff. Safety and housekeeping concerns require all hobbycraft materials to be neatly stored and/or secured when not in use. Finished projects will not be allowed to accumulate and must be disposed of in accordance with policy.

Hobbycraft materials identified as a threat to security will be confiscated. Unit staff may directly dispose of hobbycraft materials if they become excessive or hazardous. <u>Ceramic items are not allowed in the unit.</u>

b.    <u>Release or Transfer:</u> When and inmate has been released or transferred, the inmate will be permitted to take any unfinished or finished project with him, provided proof of ownership has been established through the Recreation Supervisor or from the Inmate Personal Property Form 40.

c.    <u>Art Sales or Displays:</u> Hobbycraft items may also be disposed of through the Institution Art Sales or Displays. To dispose of completed projects, any items offered for sale will be submitted to the Hobbycraft Specialist for placement in the art show or display unit. All articles not sold within thirty (30) days of the date of entry for the display will be sent home at the expense of the inmate. An inmate may withdraw an article displayed for sale at any time. The Pricing Committee and the respective inmate will mutually agree on a price for each item entered for sale or display, however, the Pricing Committee will have the authority to return any article to the inmate which it deems not in good taste or poorly constructed. The committee will consist of the Supervisor of Recreation, Supervisor of Education and a Business Office representative. Items may be sold to visitors and/or employees of the Institution. Employees will not be permitted to make any prior contact with the inmate for any hobbycraft item.

MCK 5370.06
Page 8


12.   **DISPOSITION**:

   a.   **Mailing Hobbycraft Items:**  All hobbycraft items must be disposed of within 30 days following completion. If the hobbycraft item is to be mailed, it must be delivered by the inmate to Recreation Staff.  The inmate must provide proof of ownership and completed Form 17, Request Authorization to Mail Inmate Package. Recreation Staff will inspect, supervise wrapping, and weigh the package.  The inmate will affix the required amount of postage stamps. (Form 24's are not permitted when mailing out hobbycraft items.)   The package will be retained in the Recreation storage room until delivery is made to the Mail Room by Recreation Staff.

   Hobbycraft items will be mailed only to those names on the inmate's visiting list.  The names submitted by the inmate will be verified by Recreation Staff prior to delivering the package to the Mail Room.

13.   **OPI**:   Recreation




_____
Dennis M. Luther, Warden



U.S. Department of Justice

### Federal Bureau of Prisons
*Federal Correctional Institution*
*McKean*

*Bradford, Pennsylvania 16701-0950*

Number : MCK     5370.06

Date    :     March 10, 1993

Subject :     **INMATE RECREATION PROGRAMS**

# Institution Supplement

---

1. **PURPOSE**:  The Bureau of Prisons encourages inmates to make constructive use of leisure time and offers movies, sports, social activities, arts and hobbycrafts at the Federal Correctional Institution, and Federal Prison Camp, McKean, Pennsylvania.

2. **DIRECTIVES AFFECTED**:

   Directives Referenced:

   P.S. 5370.06, Recreation Programs

   Institution Supplement 4553.1M, Special Purpose Orders

   Directives Rescinded:

   Institution Supplement 5370.06, Inmate Recreation Program, dated July 26, 1991

3. **PROGRAM RESPONSIBILITY**:  All Recreation Programs are under the immediate supervision of the Supervisor of Education and under the immediate supervision of the Supervisor of Recreation. The Recreation Supervisor will participate in the Institution's Admission and Orientation Program as a means of providing guidelines and assistance for those inmates who demonstrate a need for a particular recreational activity program.

---

**DISTRIBUTION:**

| | |
|---|---|
| Master File | AFGE Local |
| Associate Wardens | Camp Administrator |
| Department Heads | Group Activities Coordinator |



PLAINTIFF'S EXHIBIT
13

4.    **RECREATION/LEISURE TIME ACTIVITIES:** (General)

a.    The Recreation Supervisor will prepare schedules of available recreational activities. Year-round activities will include the following:

### Year Round Activities:

| | |
|---|---|
| Art Program | Music Program |
| Billiards (Units) | Physical Fitness Program |
| Basketball | Racquetball |
| Cards and Table Games | Soccer |
| Handball | Television Viewing (Units) |
| Hobbycraft Program | Volleyball |
| Jogging | Weight Training |
| Movies (Units) | Wellness Program |

### Seasonal Activities:

| | |
|---|---|
| Boccie Ball | Softball |
| Flag Football | Track and Field |
| Horseshoes | |

b.    Tournament, League and Intramural:

These activities will be scheduled throughout the year. Special tournaments and activities will be provided on holidays. Outside groups will be invited to the Institution throughout the year to provide special entertainment and activities.

c.    Inmates using the recreation areas must observe all rules and regulations that are posted, listed by policy, or issued by the Recreation staff.

5.    **MUSIC PROGRAM:** Inmates may check-out Institution musical instruments for a period not to exceed two (2) hours. Individuals are only permitted to check out one (1) instrument at a time. Procedures for checking-out instruments can be obtained from the Recreation Department.

Individuals using the equipment must demonstrate knowledge and skill on the instrument to Recreation staff.

6.    **MOVIES:** Movies are shown each week day, weekends, holidays, and special events. X-rated or NC-17 rated movies will not be permitted. The movie selections

MCK 5370.06
Page 3

will be solicited from the inmate population by Form BP-148(70), Inmate Request to Staff Member. If for any reason the movies selected are not available, the Recreation Department will make a comparable selection.

### 7.  INMATE RECREATION ASSISTANT PROGRAM:

a. The Recreation Department will provide opportunities for trained inmate aides to assist or conduct various departmental activities. The Recreation Supervisor, or designee, is responsible for selecting inmate recreation assistants. The selection will be made based primarily on the respective inmate's interest and personal skill level in the activities for which he is being considered. Trained inmate assistants may be used in all recreational activities, provided a need exists for such assistance. Training will be provided to the inmate assistants to keep up with all rules and regulations from year to year.

b. Inmates may serve as sporting officials through various clinics and workshops sponsored periodically by the Recreation Department. Upon completion of each clinic workshop, a test will be administered to ensure proper training. Additionally, inmate Recreation assistants must possess good judgment, be in good physical condition, and be able to interpret the rules and regulations.

8. **ART AND HOBBYCRAFT PROGRAMS:** These programs are intended for the personal enjoyment of inmates and as an opportunity to learn a new leisure skill. The programs are not for the mass production of art and hobbycraft items by artists, or as a means of supplementing an inmate's income. Inmates must arrange for disposal of completed hobbycraft work within thirty (30) days of completion. Inmates will be assigned lockers for the storage of hobbycraft items and staff will not assume responsibility for any hobbycraft items lost or damaged while in these lockers. Where space is limited and demand is high, a limit may be set on the amount of time an inmate may use a hobbycraft facility (e.g., limit an inmate's use of a ceramics classroom to six months to make room for new students). An inmate may not give, lend or sell any hobbycraft items to another inmate. The hobbycraft area is open daily from 12:30 p.m. to 8:45 p.m. Monday through Friday, and 8:00 a.m. to 8:45 p.m. on Saturday, Sunday and holidays.

a. Participation in Hobbycraft: Participation in hobbycraft activities is through enrollment only. Requests will be submitted to the Hobbycraft Specialist via form BP-148(70), "Inmate Request to Staff Member", with the area of interest noted. An inmate can only be enrolled in one program at a time. Once enrolled in a given area, an inmate may not switch unless he is already on a waiting list for a new area requested and a position is open in the requested

area. Enrollments will be restricted to available storage space or lockers. Although enrollments are voluntary, assigned inmates are expected to attend on a regular basis. A set of rules and procedures governing the use of the hobbycraft shop will be posted in the Arts and Crafts rooms. There will be routine inspections of all lockers. Failure to maintain the lockers neatly and orderly will result in removal from the Hobbycraft Program. Inmates will be required to sign a copy of the rules upon enrollment indicating that they have read and understand them (Attachment A).

b.  Purchasing Limitations: Special purpose orders must not exceed $250.00 per month. All requests for the purchase of hobbycraft supplies will be approved by the Recreation Department and purchased through the Inmate Benefit Fund consistent with Institution Supplement, MCK 4553.1M. Only approved items may be purchased (Attachment B).

c.  Size and Number of Pictures: Inmates are encouraged to paint small pictures to facilitate mailing and shipping requirements. In no case will an inmate paint a picture that is larger than 18" x 24". An inmate will be limited to three pictures in his possession at any given time. No obscene or lewd paintings and drawings are permitted. Drawing or sketch pads will be counted as only one article as long as all drawings are retained in the pad.

d.  Disposal of Art Work: All art work is to be disposed of through the Recreation Department for accountability and control. This includes all work done in the housing unit.

e.  Hobbycraft Programs: Leather, acrylic painting and ceramic material may only be worked on in the hobbycraft area. Materials from other departments are not to be brought into the hobbycraft area unless approved by the Recreation Supervisor. Items such as a knife or gun sheaves, model guns, power driven models or other similar items will be considered contraband and disciplinary action will be taken.

f.  Restrictions:

(1)  An inmate will be limited to three (3) hobbycraft items in his possession. Ceramics that have the appearance of a matching set may be counted as one item.

(2)  Each inmate shall identify art or hobbycraft materials by showing the inmate's name and registration number on the reverse side of the item. The back of all art work must not be covered.

## 9.   MATERIAL IN THE HOUSING UNITS:

a.    In order to provide the inmate population with increased recreational opportunities, certain hobbycraft activities and items will be authorized in the inmate quarters by the Recreation Supervisor and Unit Manager. Permitted activities are as follows:

Knitting and Crocheting:  Plastic needles only. One project in progress. Maximum size of loom 18" x 24". No more than ten (15) skeins of yarn are allowed in an inmate's possession at any one time. All knitting and crocheting supplies must be stored in the locker.

Sketching:  Limited to one project in progress. Maximum drawing surface and tripod easel to be 18" x 24". Chalks, sketching pencils and watrercolors are permissible. All drawings and supplies will be stored in the locker.

Leather Lacing:  One project in progress. All supplies will be stored in the locker.

Purchase of hobbycraft materials will occur through the Recreation Department and in accordance with policy. All hobbycraft materials will b e randomly searched by staff. Safety and housekeeping concerns require all hobbycraft materials to be neatly stored and/or secured when not in use. Finished projects will not be allowed to accumulate and must be disposed of in accordance with policy.

Hobbycraft materials identified as a threat to security will be confiscated. Unit staff may directly dispose of hobbycraft materials if they become excessive or hazardous. Ceramic items are not allowed in the unit.

b.    Release or Transfer:  When an inmate has been released or transferred, the inmate will be permitted to take any unfinished or finished project with him, provided proof of ownership has been established through the Recreation Supervisor or from the Inmate Personal Property Form 40.

c.    Art Sales or Displays:  Hobbycraft items may also be disposed of through the Institution Art Sales or Displays. To dispose of completed projects, any items offered for sale will be submitted to the Hobbycraft Specialist for placement in an art show or display cabinet. All articles not sold within thirty (30) days of the date of entry for the display will be sent home at the expense of the inmate.  An inmate may withdraw an article displayed for sale at any time. The Pricing Committee and the respective inmate will mutually agree on a

MCK 5370.06
Page 6

inmate. An inmate may withdraw an article displayed for sale at any time. The Pricing Committee and the respective inmate will mutually agree on a price for each item entered for sale or display, however, the Pricing Committee will have the authority to return any article to the inmate which it deems not in good taste or poorly constructed. The committee will consist of the Supervisor of Recreation, Supervisor of Education and a Business Office representative. Items may be sold to visitors and/or employees of the Institution. Employees will not be permitted to make any prior contact with the inmate for any hobbycraft item.

10. **DISPOSITION:**

a. <u>Mailing Hobbycraft Items:</u> All hobbycraft items must be disposed of within 30 days following completion. For cost containment purposes, FCI McKean does allow inmates to make and keep certain hobbycraft items. Such items are weight belts, belts for pants and wallets. If the hobbycraft item is to be mailed, it must be delivered by the inmate to Recreation Staff. The inmate must provide proof of ownership and completed Form 17, <u>Request Authorization to Mail Inmate Package.</u> Recreation Staff will inspect, supervise wrapping, and weigh the package. The inmate will affix the required amount of postage stamps. (Form 24's are not permitted when mailing out hobbycraft items.) The package will be retained in the Recreation storage room until delivery is made to the Mail Room by Recreation Staff.

Hobbycraft items will be mailed only to those names on the inmate's visiting list. The names submitted by the inmate will be verified by Recreation Staff prior to delivering the package to the Mail Room.

11. **OPI:** Recreation

Dennis M. Luther, Warden



U.S. Department of Just:

**Federal Bureau of Prisons**
*Federal Correctional Institution*
*McKean*

*Bradford, Pennsylvania 16701-0950*

Number : MCK    5370.08

Date   : November 29, 1994

Subject :
          INMATE
          RECREATION
          PROGRAMS

# Institution Supplement

---

1. **PURPOSE**:  The Bureau of Prisons encourages inmates to make constructive use of leisure time and offers movies, sports, social activities, arts and hobbycrafts at the Federal Correctional Institution, (FCI), and Federal Prison Camp, (FPC), McKean, Pennsylvania.

2. **DIRECTIVES AFFECTED**:

    a.    <u>Directives Referenced</u>:

    P.S. 5370.08, Recreation Programs
    Institution Supplement 4553.1M, Special Purpose Orders

    b.    <u>Directives Rescinded</u>:

    Institution Supplement 5370.06, Inmate Recreation Program, dated March 10, 1993

3. **PROGRAM RESPONSIBILITY**:  All Recreation Programs are under the immediate supervision of the Supervisor of Education and under the immediate supervision of the Supervisor of Recreation. The Recreation Supervisor will participate in the Institution's Admission and Orientation Program as a means of providing guidelines and assistance for those inmates who demonstrate a need for a particular recreational activity program.

---

**DISTRIBUTION:**

Master File                 Camp Administrator           AFGE Local
Associate Wardens         Department Heads



PLAINTIFF'S
EXHIBIT
14

MCK 5370.08
Page 2

4.   **RECREATION/LEISURE TIME ACTIVITIES**:  (General)

   a.   The Recreation Supervisor will prepare schedules of available recreational activities. Year-round activities will include the following:

   Year Round Activities:

| | |
|---|---|
| Art Program | Music Program |
| Billiards (Units) | Physical Fitness Program |
| Basketball | Racquetball |
| Cards and Table Games | Soccer |
| Handball | Television Viewing (Units) |
| Hobbycraft Program | Volleyball |
| Jogging | Weight Training |
| Movies (Units) | Wellness Program |

   Seasonal Activities:

| | |
|---|---|
| Boccie Ball | Softball |
| Flag Football | Track and Field |
| Horseshoes | |

   b.   Tournament, League and Intramural:

   These activities will be scheduled throughout the year. Special tournaments and activities will be provided on holidays.  Outside groups will be invited to the Institution throughout the year to provide special entertainment and activities.

   c.   Inmates using the recreation areas must observe all rules and regulations that are posted, listed by policy, or issued by the Recreation staff.

5.   **MUSIC PROGRAM**:  Inmates may check-out Institution musical instruments for a period not to exceed two (2) hours.  Individuals are only permitted to check out one (1) instrument at a time.  Procedures for checking-out instruments can be obtained from the Recreation Department.

   Individuals using the equipment must demonstrate knowledge and skill on the instrument to Recreation staff.

6.   **MOVIES**:  Movies are shown each week day, weekends, holidays, and special events.  X-rated or NC-17 rated movies will not be  permitted.  The movie selections

will be solicited from the inmate population by Form BP-148(70), Inmate Request to Staff Member. If for any reason the movies selected are not available, the Recreation Department will make a comparable selection.

7. **INMATE RECREATION ASSISTANT PROGRAM:**

   a.  The Recreation Department will provide opportunities for trained inmate aides to assist or conduct various departmental activities. The Recreation Supervisor, or designee, is responsible for selecting inmate recreation assistants. The selection will be made based primarily on the respective inmate's interest and personal skill level in the activities for which he is being considered. Trained inmate assistants may be used in all recreational activities, provided a need exists for such assistance. Training will be provided to the inmate assistants to keep up with all rules and regulations from year to year.

   b.  Inmates may serve as sporting officials through various clinics and workshops sponsored periodically by the Recreation Department. Upon completion of each clinic workshop, a test will be administered to ensure proper training. Additionally, inmate Recreation assistants must possess good judgment, be in good physical condition, and be able to interpret the rules and regulations.

8. **ART AND HOBBYCRAFT PROGRAMS:** These programs are intended for the personal enjoyment of inmates and as an opportunity to learn a new leisure skill. The programs are not for the mass production of art and hobbycraft items by artists, or as a means of supplementing an inmate's income. Inmates must arrange for disposal of completed hobbycraft work within thirty (30) days of completion. Inmates will be assigned lockers for the storage of hobbycraft items and staff will not assume responsibility for any hobbycraft items lost or damaged while in these lockers. Where space is limited and demand is high, a limit may be set on the amount of time an inmate may use a hobbycraft facility (e.g., limit an inmate's use of a ceramics classroom to six months to make room for new students). An inmate may not give, lend or sell any hobbycraft items to another inmate. The hobbycraft area is open daily from 7:30 a.m. to 8:45 p.m.

   a.  Participation in Hobbycraft: Participation in hobbycraft activities is through enrollment only. Requests will be submitted to the Hobbycraft Specialist via form BP-148(70), "Inmate Request to Staff Member", with the area of interest noted. An inmate can only be enrolled in one program at a time. Once enrolled in a given area, an inmate may not switch unless he is already on a waiting list for a new area requested and a position is open in the requested area. Enrollments will be restricted to available storage space or lockers.

MCK 5370.08
Page 4

Although enrollments are voluntary, assigned inmates are expected to attend on a regular basis. A set of rules and procedures governing the use of the hobbycraft shop will be posted in the Arts and Crafts rooms. There will be routine inspections of all lockers. Failure to maintain the lockers neatly and orderly will result in removal from the Hobbycraft Program. Inmates will be required to sign a copy of the rules upon enrollment indicating that they have read and understand them (Attachment A).

b.    Purchasing Limitations: Special purpose orders must not exceed $250.00 per month. All requests for the purchase of hobbycraft supplies will be approved by the Recreation Department and purchased through the Inmate Benefit Fund consistent with Institution Supplement, MCK 4553.1M. Only approved items may be purchased (Attachment B).

c.    Size and Number of Pictures: Inmates are encouraged to paint small pictures to facilitate mailing and shipping requirements. In no case will an inmate paint a picture that is larger than 18" x 24". An inmate will be limited to three pictures in his possession at any given time. No obscene or lewd paintings and drawings are permitted. Drawing or sketch pads will be counted as only one article as long as all drawings are retained in the pad.

d.    Disposal of Art Work: All art work is to be disposed of through the Recreation Department for accountability and control. This includes all work done in the housing unit.

e.    Hobbycraft Programs: Leather, acrylic painting and ceramic material may only be worked on in the hobbycraft area. Materials from other departments are not to be brought into the hobbycraft area unless approved by the Recreation Supervisor. Items such as a knife or gun sheaves, model guns, power driven models or other similar items will be considered contraband and disciplinary action will be taken.

f.    Restrictions:

      (1)    An inmate will be limited to three (3) hobbycraft items in his possession. Ceramics that have the appearance of a matching set may be counted as one item.

      (2)    Each inmate shall identify art or hobbycraft materials by showing the inmate's name and registration number on the reverse side of the item. The back of all art work must not be covered.

9.  **MATERIAL IN THE HOUSING UNITS:**

a.  In order to provide the inmate population with increased recreational opportunities, certain hobbycraft activities and items will be authorized in the inmate quarters by the Recreation Supervisor and Unit Manager. Permitted activities are as follows:

Knitting and Crocheting:  Plastic needles only. One project in progress. Maximum size of loom 18" x 24". No more than fifteen (15) skeins of yarn are allowed in an inmate's possession at any one time. All knitting and crocheting supplies must be stored in the locker.

Sketching:  Limited to one project in progress. Maximum drawing surface and tripod easel to be 18" x 24". Chalks, sketching pencils and watercolors are permissible. All drawings and supplies will be stored in the locker.

Leather Lacing:  One project in progress. All supplies will be stored in the locker.

Purchase of hobbycraft materials will occur through the Recreation Department and in accordance with policy. All hobbycraft materials will b e randomly searched by staff. Safety and housekeeping concerns require all hobbycraft materials to be neatly stored and/or secured when not in use. Finished projects will not be allowed to accumulate and must be disposed of in accordance with policy.

Hobbycraft materials identified as a threat to security will be confiscated. Unit staff may directly dispose of hobbycraft materials if they become excessive or hazardous. Ceramic items are not allowed in the unit.

b.  Release or Transfer:  When an inmate has been released or transferred, the inmate will be permitted to take any unfinished or finished project with him, provided proof of ownership has been established through the Recreation Supervisor or from the Inmate Personal Property Form 40.

c.  Art Sales or Displays:  Hobbycraft items may also be disposed of through the Institution Art Sales or Displays. To dispose of completed projects, any items offered for sale will be submitted to the Hobbycraft Specialist for placement in an art show or display cabinet. All articles not sold within thirty (30) days of the date of entry for the display will be sent home at the expense of the inmate. An inmate may withdraw an article displayed for sale at any time. The Pricing Committee and the respective inmate will mutually agree on a

price for each item entered for sale or display, however, the Pricing Committee will have the authority to return any article to the inmate which it deems not in good taste or poorly constructed. The committee will consist of the Supervisor of Recreation, Supervisor of Education and a Business Office representative. Items may be sold to visitors and/or employees of the Institution. Employees will not be permitted to make any prior contact with the inmate for any hobbycraft item.

10. **DISPOSITION:**

a. Mailing Hobbycraft Items: All hobbycraft items must be disposed of within 30 days following completion. For cost containment purposes, FCI McKean does allow inmates to make and keep certain hobbycraft items. Such items are weight belts, belts for pants and wallets. If the hobbycraft item is to be mailed, it must be delivered by the inmate to Recreation Staff. The inmate must provide proof of ownership and completed Form 17, Request Authorization to Mail Inmate Package. Recreation Staff will inspect, supervise wrapping, and weigh the package. The inmate will affix the required amount of postage stamps. (Form 24's are not permitted when mailing out hobbycraft items.) The package will be retained in the Recreation storage room until delivery is made to the Mail Room by Recreation Staff.

Hobbycraft items will be mailed only to those names on the inmate's visiting list. The names submitted by the inmate will be verified by Recreation Staff prior to delivering the package to the Mail Room.

11. **OPI:** Recreation


Dennis M. Luther, Warden